AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
Taylor Franklin Taranto

)
)    Case No.
)
)
)
)

*Defendant*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Taylor Franklin Taranto _____,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __06/29/2023__

_[signature]_ Digitally signed by G. Michael Harvey
Date: 2023.06.29 09:57:50 -04'00'

*Issuing officer's signature*

City and state: _____Washington, D.C._____    G. Michael Harvey, U.S.M.J.

*Printed name and title*

---

**Return**

This warrant was received on (date) __06/29/23__, and the person was arrested on (date) __06/29/23__
at (city and state) __WASHINGTON, D.C.__

Date: __06/29/23__

_[signature]_
*Arresting officer's signature*

BRIAN HOCK, SPECIAL AGENT
*Printed name and title*