

**FACILITY REFUND RECEIPT**

| | |
|---|---|
| Receipt # | **2430568** |
| Payment Date: | 06/20/23 |
| Household: | 1025060 |

Community Use of Public Facilities
2425 Reedie Drive, 9th Floor
Wheaton MD 20902
Phone: (240)777-2725

ORG Make America Safe Again
7304 Carroll Avenue, Suite 207-112
Silver Spring MD  20912
1m.a.s.a.org@gmail.com

---

**Reservation Updated: Piney Branch Elementary School, Piney Branch ES - ALL PURPOSE ROOM**

| | |
|---|---|
| Address: | 7510 Maple AVE, Takoma Park, MD, 20912 |
| Reserv. Contact: | **ORG Make America Safe Again** |
| Phone Number: | **(240)602-8249** |
| Reserv. Number: | 182631 |
| Status: | Firm |
| Purpose: | Meeting with Instructional Film |

| Date(s) And Times | New Fees | Total Fees | New Paid | Total Paid | Amount Due |
|---|---|---|---|---|---|
| Sat 06/17/2023  8:00P to 10:45P | 30.00- | 110.00 | 30.00- | 110.00 | 0.00 |

| Fee Details: | Fee Description | Amount | Count | Discount | Sales Tax | Total Fee |
|---|---|---|---|---|---|---|
| | Non-Profit Organizations, Community Groups Saturday/Su | 40.00 | 2.75 | 0.00 | 0.00 | 110.00 |

| | |
|---|---|
| Special Questions: | CUPF Change Notes: A refund was issued due to a school practice. CT 8607.<br>CUPF Reservation Comments:<br>Total Estimated Attendance: 75 |
| Change Questions: | CUPF Change Notes: A refund issued due to school event. CT 8607.<br>CUPF Reservation Comments: |

---

Processed on 06/20/23 @  4:36 P by DEELEC01

| | | |
|---|---|---|
| Total New Fees | | 30.00- |
| **Total Due** | | **30.00-** |

| | | |
|---|---|---|
| Total Fees Refunded | | 30.00 |
| **Total Refunded** | | **30.00** |

---

**Household Balance Information**

Overall Household Balance Due                    0.00

---

Refund of: 30.00 Made By:CREDIT CARD Card#: xxxxxxxxxxxx9461  With Reference:
Payment of: 110.00 Made By: Credit Balance With Reference:

Reserv. 182631
A refund was issued due to late entry on June 17. A credit was sent back to the credit card on file.

# FACILITY REFUND RECEIPT



**Receipt #**         **2430568**
Payment Date:        06/20/2023
Household:           1025060

I have received, read, and agree to the terms of the Community Use of School Facilities User Guidebook and Facility Use License Agreement.