UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CASE NO. 1:23-cr-229-CJN |
| | : | |
| TAYLOR FRANKLIN TARANTO, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S EXHIBITS IN SUPPORT OF DETENTION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the following exhibits to the Court in support of its Motion for Detention. Access to the exhibits has been shared digitally with the Court and opposing counsel via USAFx.

| **Exhibit** | **Description** |
| --- | --- |
| 1-A | A PDF document containing a link to a preserved copy of video filmed by the defendant on June 17, 2023 at Piney Branch Elementary School |
| 1-B | A clip of the defendant discussing his presence at Piney Branch Elementary on June 17, 2023 |
| 2-A | A clip of the defendant filming himself driving and walking in the Kalorama neighborhood on June 29, 2023, part 1 |
| 2-B | A clip of the defendant filming himself driving and walking in the Kalorama neighborhood on June 29, 2023, part 2 |
| 3-A | A clip of the defendant filming himself and children evacuating from Payne Elementary School on June 22, 2023 |
| 3-B | A clip of the defendant filming himself and people outside of Payne Elementary School on June 22, 2023 |
| 3-C | A clip of the defendant filming himself and children entering Payne Elementary School on June 22, 2023 |

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

By:   /s/ *Allison K. Ethen*
        Allison K. Ethen
        MN Bar No. 0395353
        Colin Cloherty
        D.C. Bar No. 1048977
        Assistant United States Attorneys
        601 D Street NW, Fifth Floor
        Washington, D.C. 20530
        E-mail: Allison.ethen@usdoj.gov
        Telephone: (612) 664-5575

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that I caused a copy of this pleading to be served upon defense counsel this 8th day of August 2023.

                /s/Allison K. Ethen
                Allison K. Ethen
                Assistant United States Attorney