UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v.    )     No. 1:23-cr-00229-CJN <br> ) <br> TAYLOR TARANTO ) <br> ) <br> **Defendant** ) <br> _____) | |

## PROPOSED MENTAL HEALTH RELEASE PLAN

Taylor Taranto, through his undersigned counsel, respectfully submits this proposed mental health release plan in response to the Court's request for more specific information regarding available treatment options for Mr. Taranto back in Washington state.

### I.  Inpatient Treatment Options

Counsel has spoken with Mr. Taranto's Psychiatric Nurse Practitioner[1] as well as conducted independent research regarding potential inpatient mental health treatment. The following inpatient psychiatric programs are available to Mr. Taranto:

1. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

The ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ managed through the U.S. Department of Veterans Affairs, is located at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and can be contacted by phone at ▓▓▓▓▓▓▓. They offer intensive inpatient and outpatient mental health treatment for veterans with a focus on treating and managing PTSD. The inpatient program is between 4-6 weeks long, in which residents engage in evidence-based therapy with coping skills management training, which consists of three primary components done in both

---

[1] *See* Exhibit A, Letter from Mr. Taranto's Psychiatric Nurse Practitioner ▓▓▓▓▓▓▓.
[2] For more information regarding the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, *see* ▓▓▓▓▓
https://www.va.gov/▓▓▓▓▓

individual and group settings: 1) Prolonged Exposure Therapy;[3] 2) Cognitive Processing Training (CPT);[4] and 3) Eye Movement Desensitization and Reprocessing (EMDR).[5]

Individuals can self-refer or be referred through their psychiatric or primary care provider. While the program is ultimately of a voluntary nature, there are rules in place regarding behavior and participation while present. Counsel has contacted the admissions department for the inpatient program, and as of the filing of this document has not yet received a response regarding whether there is a waitlist to participate. Individuals are permitted to wear an ankle monitor while there.



2. ▮▮▮▮▮▮▮▮▮▮

The ▮▮▮▮▮▮▮▮▮▮ is located at ▮▮▮▮▮▮▮▮▮▮ and can be contacted at ▮▮▮▮▮▮. The ▮▮▮▮▮▮ is a ▮▮▮▮▮▮ from ▮▮▮▮▮▮▮▮▮▮. The facility offers both inpatient and outpatient mental health services. For the inpatient component, ▮▮▮ provides inpatient mental health treatment for as long as patients are in need of "acute" mental healthcare, which is typically between 10-14 days. Beds become available on a rotating basis, and as of Tuesday August 9, 2023, 2-3 beds were set to become available at the beginning of the week of August 14, 2023. ▮▮▮ works with the VA, but the VA would need a referral from Mr. Taranto's physician or psychiatric nurse practitioner in order to approve his placement in the program.

---

[3] For more information on Prolonged Exposure Therapy, *see* e.g. https://www.apa.org/ptsd-guideline/treatments/prolonged-exposure.
[4] For more information on Cognitive Processing Therapy, *see* e.g. https://www.apa.org/ptsd-guideline/treatments/cognitive-processing-therapy.
[5] For more information on EMDR therapy, *see* e.g. https://www.apa.org/ptsd-guideline/treatments/eye-movement-reprocessing.
[6] *See* ▮▮▮▮ website for more information: ▮▮▮▮▮▮▮▮▮▮

▌ confirmed by phone to Federal Public Defender staff that they have had patients with ankle monitors in the past and that it would not be a problem as long as the device did not constantly have to be plugged in and Mr. Taranto were supervised while charging it. They also confirmed that they operate a secure facility with locked doors and that staff checks on patients every 10 minutes to prevent unplanned departures.

## II. Outpatient Treatment Options

Counsel has similarly spoken with Mr. Taranto's Psychiatric Nurse Practitioner regarding outpatient treatment options, who indicated that there is a broad spectrum of outpatient treatment options available to Mr. Taranto through the U.S. Department of Veterans Affairs.[7] The VA offers individual and group counseling, family counseling, caregiver counseling, as well as psychiatric care. If Mr. Taranto were to return to reside with his family, the closest VA medical center is located in ▌.[8] Mr. Taranto's Psychiatric Nurse Practitioner indicated that the VA is able to approve a broad spectrum of therapists and psychiatric practitioners, and provides referrals to both in and out of network providers who utilize a range of treatment modalities to suit the individual's needs.

## III. Recommendation Regarding Mental Health Conditions of Release

Counsel would propose that Mr. Taranto be released home to Washington State, as recommended by his long-term psychiatric provider in the enclosed letter, with an order to seek admission into the ▌ Program immediately upon his return to Washington state. In the interim, while awaiting admission to the ▌ ▌ Program, Mr. Taranto could be ordered to

---

[7] *See e.g.* https://www.va.gov/health-care/health-needs-conditions/mental-health/.
[8] *See generally* ▌

immediately reengage with the ███████ Veterans Affairs Center for psychiatric support or care, or alternatively, seek admission into the ████████████████ for inpatient psychiatric care while awaiting admission to the ████████████████████. Once discharged from the ██████████████████████, Mr. Taranto could be directed to engage in maximal outpatient psychiatric and therapeutic services through the U.S. Department of Veterans Affairs, with reporting to the Court regarding compliance.

                                                  Respectfully submitted,

                                                  A.J. KRAMER
                                                  FEDERAL PUBLIC DEFENDER

                                                  _____/s/_____
                                                  Kathryn D'Adamo Guevara
                                                  Assistant Federal Public Defender
                                                  625 Indiana Ave., N.W., Suite 550
                                                  Washington, D.C.  20004
                                                  (202) 208-7500