**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Case: 1:23-cr-00229-CJN** |
| **v.** ) | |
| **TAYLOR TARANTO** ) | |

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING MOTION TO SUPPRESS**

By this motion, the Defense respectfully requests to extend the deadline for the filing of their Motion to Suppress for approximately one week, until Monday, September 25, 2023. The Government does not oppose this request. In support of this motion, Counsel states the following:

1) Counsel was just produced discovery relevant to the initial search of Mr. Taranto's vehicle on Monday September 18, 2023, and has been informed that additional discovery relevant to that search is potentially forthcoming.

2) As such, Counsel requires additional time to review the new discovery for potential incorporation into the motion to suppress.

3) Counsel contacted Government Counsel, Colin Cloherty, regarding this request, who indicated he did not object to this request.

WHEREFORE Counsel respectfully requests to extend the deadline for the filing of their motion to suppress until September 25, 2023.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DFENDER

_____/s/_____
Kathryn D'Adamo Guevara
Assistant Federal Public Defender
Office of the Federal Public Defender
for the District of Columbia
625 Indiana Avenue, N.W.
Washington, D.C. 20004