UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-cr-229 (CJN) |
| | : | |
| **TAYLOR FRANKLIN TARANTO,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT MOTION FOR EXTENSION**

The United States of America jointly with counsel for the defendant hereby respectfully moves the Court for an extension of time on all pending motion response and motion hearing dates in this matter. On September 5, 2023, the Court issued a scheduling order requiring the defendant to file his motion to suppress by September 19, 2023, with the government responding by October 3, 2023. On September 19, 2023, the defendant requested a one-week extension to file his motion. (ECF No. 28). The government did not object and the Court extended the deadline to September 27, 2023. (Min. Entry Sept. 25, 2023).

The government now respectfully requests a reciprocal extension to file its response until October 11, 2023. The government has spoken to defense counsel who does not object to the request. The parties further request that the remaining dates calendared in relation to the motion also be extended by a period of one week. Specifically, the parties request that the defendant's reply to the government's response be moved to October 17, 2023, and the motions hearing be moved to October 24, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052


By: _____/s/   Allison Ethen\_\_\_\_\_
Allison K. Ethen
MN Bar No. 0395353
Colin Cloherty
D.C. Bar No. 1048977
Assistant United States Attorneys
601 D Street NW, Fifth Floor
Washington, D.C. 20530
E-mail: Allison.ethen@usdoj.gov
Telephone: (612) 664-5575


ATTORNEY FOR MR. TARANTO

_____
Kathryn D'Adamo Guevara
Assistant Federal Public Defender
625 Indiana Avenue, N.W. Suite 550
Washington, D.C. 20004
Email: Katie_Guevara@fd.org
Telephone: (202) 227-0640