## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No. 23-cr-229 (CJN) |
| : | |
| TAYLOR FRANKLIN TARANTO, : | |
| : | |
| Defendant.   : | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT OPPOSITION TO MOTION TO SUPPRESS

Counsel for the Defense hereby respectfully moves the Court for an extension of time to file their reply to the Government's opposition to their motion to suppress until Thursday, October 19, 2023. The Government does not object to this request.

Counsel received additional relevant discovery on October 16, 2023. Counsel respectfully requests additional time to file their reply in order to review and incorporate this discovery into their reply.

WHEREFORE Defense Counsel respectfully requests an extension to file their reply until October 19, 2022.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

\_\_/s/_____
Kathryn D'Adamo Guevara
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
(202) 227-0640