UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 23-cr-229 (CJN) |
| TAYLOR TARANTO, | ) |
| | ) |
| Respondent. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Assistant Federal Public Defender Courtney Millian as co-counsel on behalf of the defendant, Mr. Taylor Taranto, in the above captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

COURTNEY MILLIAN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Courtney_Millian@fd.org