**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

                Plaintiff,

       vs.

TAYLOR TARANTO,

            Defendant.
_____/

Criminal Action
No. 1:23-229

Washington, D.C.
October 24, 2023

10:19 a.m.


TRANSCRIPT OF STATUS CONFERENCE and MOTION HEARING
**BEFORE THE HONORABLE CARL J. NICHOLS**
UNITED STATES DISTRICT JUDGE

APPEARANCES:

**For the Plaintiff:**     **Allison K. Ethen**
                    USAO
                    300 South 4th Street
                    Minneapolis, MN 55415
                    612-664-5575

                    **Colin Cloherty**
                    DOJ-USAO
                    601 D Street NW
                    Washington, DC 20530
                    202-252-6999

**For the Defendant:**    **Kathryn Guevara**
                    **Courtney Millian**
                    OFFICE OF THE FEDERAL DEFENDER-DC
                    625 Indiana Avenue NW
                    Washington, DC 20004
                    202-208-7500

**Reported By:**          **LORRAINE T. HERMAN, RPR, CRC**
                    Official Court Reporter
                    U.S. District & Bankruptcy Courts
                    333 Constitution Avenue NW
                    Washington, DC 20001
                    lorraine_herman@dcd.uscourts.gov


**\*\*\*** Proceedings recorded by stenotype shorthand.
**\*\*\*** Transcript produced by computer-aided transcription.

<u>**I N D E X**</u>

<u>**WITNESS**</u>                                                        <u>**PAGE**</u>

JOSHUA ROTHMAN

    Direct Examination by Ms. Ethen                        6
    Cross-Examination by Ms. Guevara                     51


DAVID BOARMAN

    Direct Examination by Mr. Cloherty                  101
    Cross-Examination by Ms. Millian                    119
    Redirect Examination by Mr. Cloherty                151

<u>**E X H I B I T S**</u>

<u>**EXHIBIT**</u>                                                       <u>**PAGE**</u>

Government's No. 1          Admitted into Evidence         15
Government's No. 2          Admitted into Evidence         21
Government's No. 4A         Admitted into Evidence         44
Government's No. 4B         Admitted into Evidence         44
Defense No. 1              Admitted into Evidence         78
Defense No. 2              Admitted into Evidence         80
Defense No. 3              Admitted into Evidence         81
Defense No. 4              Admitted into Evidence         82
Defense No. 5              Admitted into Evidence         84
Defense No. 6              Admitted into Evidence         86
Defense No. 7              Admitted into Evidence         87
Government's No. 5          Admitted into Evidence        105
Government's No. 6          Admitted into Evidence        115
Defense No. B2             Admitted into Evidence        125
Government's No. 7          Admitted into Evidence        135
Defense No. B7             Admitted into Evidence        143
Defense No. B5             Admitted into Evidence        146
Government's No. 8          Admitted into Evidence        156

3

1                    **P R O C E E D I N G S**

2          **DEPUTY CLERK:**  Good morning, Your Honor.  This is

3    criminal case year 2023-229, *United States of America versus*

4    *Taylor Taranto*.

5          Counsel, please come forward and introduce

6    yourselves for the record beginning with the government.

7          **MS. ETHEN:**  Good morning, Your Honor.  Allison

8    Ethen and Colin Cloherty on behalf of the United States.

9          **THE COURT:**  Good morning, Counsel.

10         **MS. GUEVARA:**  Good morning, Your Honor.  Kathryn

11   Guevara on behalf of Mr. Taranto, joined by my colleague.

12   Courtney Millian.

13         **THE COURT:**  Good morning.

14         **MS. GUEVARA:**  She entered her appearance this

15   morning.  And also with us is Megan DuBerg from our office.

16         **THE COURT:**  We are here for both general status

17   conference and oral argument on Motion to Suppress.

18         I reviewed the papers.  I have a reasonably good

19   understanding of the facts, but I would like to hear from

20   both parties, of course.  So why don't we start with defense

21   counsel.  It's your motion.  How would you like to proceed?

22         **MS. MILLIAN:**  Your Honor, we would like to proceed

23   with a hearing.  I believe the government has a couple

24   witnesses they are prepared to present.

25         **THE COURT:**  Yes.

4

1        **MS. MILLIAN:**  The dog sniff and then the search

2    that followed.

3            Our position is this was a problematic search from

4    the beginning, that the dog search under the Fourth

5    Amendment requiring probable cause in particular a firearm

6    search because of the contact the dog made --

7        **THE COURT:**  Is your position that if it was a

8    search -- I think this is your position -- that even if it

9    was a search and even if some form of collective knowledge

10   applies here, that all of the facts that existed anywhere at

11   the time of the first sniff would not constitute possible

12   cause.

13       **MS. MILLIAN:**  That is our position, yes.

14       **THE COURT:**  Doesn't that require a particular view

15   of the videos and your interpretation of what was being

16   articulated on them?  Something that would be difficult for

17   the officers to have a precise view of at the time?

18       **MS. MILLIAN:**  Our position is that -- is not -- is

19   that the videos are quite clear about what they are talking

20   about and that the government has misrepresented the facts

21   about what those videos contain and demonstrate; and that a

22   clear idea of those, even from a reasonable, objective

23   officer viewing the video, illustrates that these are not

24   serious threats and don't rise to probable cause.

25       **THE COURT:**  I think I have all of the arguments.

1              Is it easiest, perhaps, to just start with the

2   government's witnesses?

3              **MS. GUEVARA:**  Yes.

4              **MS. MILLIAN:**  Yes.

5              **THE COURT:**  You'll have questions, we can take up

6   the implications of the testimony, some of which might fill

7   in perhaps holes and questions about knowledge and what was

8   communicated to particular officers, rather than have you

9   argue and then do the witnesses.  Does that make sense?

10             **MS. MILLIAN:**  Yes.

11             **MS. GUEVARA:**  Yes.

12             **THE COURT:**  Why don't we start there.  Why don't

13  we begin with the government's fact presentation.

14             **MS. ETHEN:**  Certainly, Your Honor.

15             At this time our first witness today is Special

16  Agent Bond Technician Joshua Rothman with the FBI.

17             **THE COURT:**  Good morning.

18             **THE WITNESS:**  Good morning, Your Honor.

19             **THE COURT:**  Just remain standing while you take

20  the oath.

21             **DEPUTY CLERK:**  Do you swear or affirm the

22  testimony you will give the Court today will be the truth,

23  the whole truth and nothing but the truth?

24             **THE WITNESS:**  I do.

25             **THE COURT:**  Good morning.  You may proceed.

1    **MS. ETHEN:**  Thank you, Your Honor.  Quickly,

2   before we start housekeeping.  We do plan to offer some

3   exhibits and use them through Special Agent Rothman.  We

4   have them queued up here on the computer.

5    **THE COURT:**  Very well.

6    **MS. ETHEN:**  All right.

7    **<u>DIRECT EXAMINATION OF JOSHUA ROTHMAN</u>**

8   **BY MS. ETHEN:**

9    **Q.**   So, good morning, Special Agent Rothman.  How are

10  you today?

11   **A.**   Good morning.  Good.  Yourself?

12   **Q.**   Where are you employed?

13   **A.**   I am employed with the Federal Bureau of

14  Investigation.

15   **Q.**   And what location are you assigned to?

16   **A.**   The Washington field office.

17   **Q.**   And approximately how long have you been a special

18  agent in the Washington field office?

19   **A.**   Fifteen years.

20   **Q.**   And can you tell us, what's your current

21  assignment as a special agent?

22   **A.**   I am currently assigned to violent crimes task

23  force.  My second job is as a special agent bond technician.

24   **Q.**   When you say your "second job" what does that

25  mean?

1      **A.**   For corollary duties, they are split between

2   full-time agents and some of us do part-time.  We have

3   full-time special agent bomb technicians.  I am one of two

4   part-time agents, so about 30 percent of my time, roughly,

5   is spent as a bomb technician.

6      **Q.**   All right.  And how long have you been in the role

7   of a bomb technician?

8      **A.**   A little over four years.

9      **Q.**   Can you tell us what is, generally, the process of

10   becoming a bond technician?

11      **A.**   There are a number of slots for it.  If a slot

12   opens up, they canvas for it.  There is a physical portion

13   of it to test your physical skills.  There is a board

14   interview and, then, everyone's ranked and selected based on

15   the number of slots available.

16      **Q.**   Okay.  I assume since you are, in fact, a bomb

17   technician, you went through this process; is that right?

18      **A.**   I did.

19      **Q.**   Once selected, vetted and pass the physical

20   assessment and all of that, what do you do in order to train

21   to become a bomb technician?

22      **A.**   There's a single place in the United States down

23   in Huntsville, Alabama called the device school.  It is the

24   only place in the United States that certifies non-military

25   bomb technicians.  If you are going to be a bomb technician

1    in the United States, not military, whether federal, state

2    or local, everyone has to go through the same initial

3    training and it's down in Huntsville.

4         **Q.**   And how long is that training?

5         **A.**   Six weeks.

6         **Q.**   So you completed the six-week training?

7         **A.**   I did.

8         **Q.**   And after that training, is there any portion that

9    includes recertifications or continuing education,

10   specifically for bomb techs?

11        **A.**   Every three years, you are required to return to

12   Huntsville, Alabama to recertify.

13        **Q.**   And, in addition to that three years, do you also

14   have to do any continuing education throughout the year or

15   anything like that?

16        **A.**   You do.  There are a certain number of hours of

17   required training.  They base them on points, and you have

18   to acquire certain number of points in various areas that

19   are tracked every year in order to maintain your

20   certification.

21        **Q.**   And are you currently certified to be a bomb

22   technician?

23        **A.**   I am.

24        **Q.**   Can you describe to us the general duties of a

25   bomb technician?

1      **A.**   On the FBI level or on another level?  They are a

2  little bit different.

3      **Q.**   In your experience with the FBI?

4      **A.**   On the FBI level, we have several that are a

5  little bit unique and different than, say, the normal public

6  safety bomb technicians.  So we are specifically responsible

7  for any weapons of mass destruction, whether it's nuclear

8  chemical or biological.  We are also trained to handle any

9  other explosive devices, like state and local bomb

10  technicians.

11          We coordinate to cover special events.  So the

12  Super Bowl; I will be working the Marine Corps Marathon on

13  Sunday, in case anything occurs up there.  And then training

14  other agencies, I think, is another job that falls under us.

15      **Q.**   Is any part of your job related to responding to

16  calls or responding to actual bomb threats?

17      **A.**   It is.

18      **Q.**   And as a special agent bomb technician, have you

19  had the occasion to be called out to bomb threats before?

20      **A.**   I have.

21      **Q.**   So can you walk us through that process?

22  Specifically when you are going out to a bomb threat, what

23  happens?

24      **A.**   There's, especially in this area, there is an

25  alert system that sends them out, Metropolitan Police

1    Department of Washington, D.C. sends them out any time there

2    is a bomb threat, the Federal Bureau of Investigation bomb

3    techs.  So I get an email showing there is a bomb threat and

4    location.

5              Our coordinator, Special Agent Bomb Technician

6    Aiden Garcia gets that, and usually makes a determination

7    whether FBI resources from the bomb technician side are

8    required.  And if there are, he would let us and other bomb

9    technicians know he wants us to assist.

10        **Q.**   All right.  Is it fair to say that your

11   coordinator instructs you to go out on calls?

12        **A.**   That is correct.

13        **Q.**   Okay.  And just for the record, could you spell

14   Mr. Garcia's name for us?

15        **A.**   Sure.  His first name is A-i-d-e-n; last name,

16   G-a-r-c-i-a.

17        **Q.**   Now, once your superior, Mr. Garcia, decides you

18   are going to go out on a bomb threat call, can you describe

19   to us the procedure?  What actually happens?

20        **A.**   One of us -- for example, me -- in this case --

21   would talk to him.  He would tell us where to show up to.

22   Usually, at most bomb calls, by the time we get there is FBI

23   agents, another agency, MPD or other agency is already on

24   scene as first responder.  They usually established a

25   perimeter and a command post.  So more often than not, he

1    would tell us where the command post is to show up to and

2    coordinate with the agency and everybody else upon arrival.

3         Q.   Do you ever have to use or obtain special

4    equipment when you go out on one of these calls?

5         A.   We do.

6         Q.   And could you describe some of the equipment you

7    use?

8         A.   Depending on the severity of the call, usually, in

9    our personal FBI vehicles, we maintain a base level of

10   equipment, body armor, ballistic helmets, standard tools in

11   order to accomplish things immediately.  We also have other

12   vehicles that are response vehicles that have a more

13   complete suite of equipment and things.

14        Q.   All right.  So let's talk specifically about this

15   case.  June 29th of 2023, did you respond to a call out for

16   a bomb threat related to the case you are here to testify

17   about today, *United States versus Taylor Taranto*?

18        A.   I did.

19        Q.   And what location did you respond to?

20        A.   I responded to the 2400 block of Kalorama

21   Northwest, Washington, D.C.

22        Q.   Are you familiar with that area?

23        A.   Relatively familiar.

24        Q.   Just generally, what type of area is it?

25        A.   It's upper-scale area of Washington, D.C.  There

1   are a fair number of embassy employees from other countries

2   and higher profile individuals due to the higher cost of

3   housing over there.

4       **Q.**   And is it generally a residential area?

5       **A.**   It is a residential area.

6       **Q.**   All right.  Are you aware of any Secret Service

7   protectees that reside in that area?

8       **A.**   I am.

9       **Q.**   And what was your role, to be clear, when you

10  showed up in Kalorama that day?

11      **A.**   I was aware that there was an FBI investigation

12  ongoing.  So my role specifically was to provide any

13  assistance provided to the FBI investigation as well as any

14  assistance to the Metropolitan Police Department of

15  Washington, D.C.

16      **Q.**   All right.  Once you arrived that day or possibly

17  before you arrived that day, I guess, what information did

18  you receive about the bomb threat you were responding to?

19      **A.**   That day, specifically, I was informed that one of

20  the case agents working the investigation had seen an

21  Instagram Live post detailing that an individual had seen a

22  vehicle with detonators in it.

23      **Q.**   And did you receive any information from the U.S.

24  Capitol Police as well?

25      **A.**   I did not directly, but I know the U.S. Capitol

1    Police provided information of an Instagram Live broadcast

2    to one of the case agents.

3        Q.    And are aware that the United States Capitol

4    Police issued what we refer to as a BOLO alert or be on the

5    lookout alert?

6        A.    I am.

7        Q.    And have you had a chance to review that alert?

8        A.    I have.

9        Q.    All right.

10        MS. ETHEN:   Could I show Government's Exhibit 1 to

11    just the witness and counsel, please?

12        MS. GUEVARA:   Your Honor, we would object at this

13    point.  If counsel wanted to inquire what he recalls, that

14    would seem more --

15        THE COURT:   I assume they want to try to

16    authenticate this document for purposes of trying to admit

17    it.  Why can't they try to do that through this witness?

18        MS. GUEVARA:   I don't believe this witness created

19    the BOLO.

20        THE COURT:   He said he received a BOLO alert,

21    didn't he?

22        MS. GUEVARA:   I just preserve my objection,

23    Your Honor.

24        THE COURT:   I am trying to understand the

25    objection.

1          **MS. GUEVARA:**  Just that typically he should

2    testify from his recollection, rather than reading off of

3    the document.

4          **THE COURT:**  I don't think they are asking him to

5    read the document or read off of it.  They just put the

6    document in front of him.  What's the objection to them

7    doing that?

8          **MS. GUEVARA:**  Again, I'm trying to understand the

9    officer's recollection.  I can cross on it, Your Honor.

10          **THE COURT:**  Are you attempting to introduce this

11    document into evidence through this witness?

12          **MS. ETHEN:**  Your Honor, I am attempting to lay

13    foundation in order to do so.

14          **THE COURT:**  Correct.  Okay.  You may proceed.

15    Objection overruled.

16    **BY MS. ETHEN:**

17      **Q.**   All right.  So are you able to see on a screen in

18    front of you, Special Agent Rothman, a document entitled

19    Government's Exhibit 1?

20      **A.**   I am.

21      **Q.**   And can you describe to us, what is this document?

22      **A.**   This is a bulletin from the United States Capitol

23    Police putting out a be on the lookout for an individual and

24    a vehicle.

25      **Q.**   And specifically, do you see a date on this

1    bulletin?

2         **A.**   I do.  I see June 28th, 2023.

3         **Q.**   All right.  Now, you've just talked about a

4    bulletin that was issued with some information in it related

5    to your call-out on June 29th of 2023.  Does this appear to

6    be that bulletin that was issued?

7         **A.**   It appears consistent with the one I remember

8    seeing.

9         **Q.**   Okay.  Does it appear to be a fair and accurate

10   copy, to the best of your recollection?

11        **A.**   It appears to be so, yes.

12        **MS. ETHEN:**  Your Honor, we would at this time

13   offer Government's Exhibit 1.

14        **THE COURT:**  Any objection to admitting

15   Government's Exhibit 1 for purposes of the suppression

16   hearing?

17             **MS. GUEVARA:**  No, Your Honor.

18             **THE COURT:**  Government's 1 is admitted.

19             **MS. ETHEN:**  Thank you, Your Honor.

20        (Government's Exhibit 1 was admitted.)

21   **BY MS. ETHEN:**

22        **Q.**   So just to clarify, the date on this photo, June

23   28th, 2023, that's the day before you responded to the

24   Kalorama neighborhood on the bomb threat?

25        **A.**   That is correct.

1     Q.   Just a few clarifications here.  At the very top

2  of this bulletin, do you see how there is a series of boxes,

3  the top one says "Type of Bulletin"?

4     A.   Correct.

5     Q.   Do you see about two boxes below that where it

6  says LEO, "L-E-O, Caution"?

7     A.   Correct.

8     Q.   First of all, can you tell me what does LEO stand

9  for?

10     A.   Law Enforcement Officer.

11     Q.   And do you see red text above that box?

12     A.   I do.

13     Q.   What does that say?

14     A.   May be armed and dangerous, statement of

15  detonator.

16     Q.   And before, you discussed receiving some

17  information about a detonator; is that right?

18     A.   That is correct.

19     Q.   So this is consistent with your recollection?

20     A.   It is consistent.

21     Q.   Now, can you tell us, as a special agent bomb

22  technician, I guess, what significance to you does the term

23  "detonator" have?

24     A.   To a bomb technician, a detonator is a device that

25  is used to initiate or cause an explosion from other types

1    of explosives.  So it's something that begins the process of

2    detonating explosives.

3         Q.    Now, you also mentioned this in your testimony,

4    but there's some descriptive paragraphs in this BOLO as

5    well; is that right?

6         A.    There are.

7         Q.    You referenced this BOLO also references a

8    livestream.

9         A.    Correct.

10        Q.    Can you give us your basic definition of what a

11   livestream is?

12        A.    Instagram is known as a social media application,

13   which individuals can do several things.  One is direct

14   message each other; two is post stories, whether they are

15   pictures or short videos; and the third is, they can

16   actually film themselves live while doing something and

17   broadcast it to anyone who has access to their account or is

18   looking at their account.

19        Q.    Okay.  And just to be clear, in your experience, I

20   guess, with social media and as an investigator,

21   livestreaming, that's not necessarily unique to Instagram.

22   Correct?

23        A.    It is not.

24        Q.    So you could do it on any number of social media

25   sites?

1      **A.**    That is true.

2      **Q.**    Now, you are not the actual investigator in this

3    case; is that fair?

4      **A.**    I am not.  My sole participation in this

5    investigation is as a bomb technician.

6      **Q.**    Have you had a chance to speak to the investigator

7    in this case?

8      **A.**    I have.

9      **Q.**    And who is the investigator?

10     **A.**    The investigator on this is Special Agent Galardo.

11     **Q.**    Gastaldo?

12     **A.**    Gastaldo.

13     **Q.**    Does that sound correct?

14     **A.**    Correct.  I apologize.  There are a couple agents

15    on my mind today.

16     **Q.**    Based on your information with Special

17    Agent Gastaldo, do you know if he and other investigators

18    in this case actually obtained copies of the livestream that

19    you have been referencing and that are referenced in this

20    BOLO?

21     **A.**    I did.  I spoke with him yesterday.  He informed

22    me on June 28th, which is the day that matches that

23    particular be-on-the-lookout post.  The United States

24    Capitol Police informed him that they observed an Instagram

25    Live broadcast, and told him about the details of it, and he

1    informed me that he obtained a copy thereof.

2         **Q.**   All right.

3              **MS. GUEVARA:**  Your Honor, objection.  He's

4    testifying to multiple levels of hearsay at this point, and

5    so we would object to referencing things third officers told

6    the officer that he talked to yesterday.

7              **THE COURT:**  There are lots of levels of statements

8    by others, whether they are hearsay is another question.

9    What is the government's response to the objection?

10             **MS. ETHEN:**  Well, Your Honor, we would respond

11   that hearsay is admissible in a proceeding such as this one.

12   We are at this point laying foundation for the exhibits that

13   we previously submitted.

14             **THE COURT:**  Right.  So they are out-of-court

15   statements offered for the truth of the matter asserted, but

16   I will overrule the objection and permit the questions for

17   the purposes articulated by the government.

18             **MS. ETHEN:**  Thank you, Your Honor.

19   **BY MS. ETHEN:**

20        **Q.**   I guess -- in preparation for our hearing today,

21   did you and I meet prior to this?

22        **A.**   We did.

23        **Q.**   And you know that we did, in fact, bring copies of

24   this livestream we have been talking about to court today to

25   admit as exhibits.  Correct?

1      **A.**   That is correct.

2      **Q.**   All right.  And is it also correct that you and

3   Special Agent Gastaldo together watched parts of the video

4   to confirm that this, in fact, a true and accurate copy of

5   the video that was obtained?

6      **A.**   Myself and the special agent watched it, and he

7   told me that was a true and accurate copy of the video he

8   obtained.

9          **MS. GUEVARA:**  Objection, Your Honor.

10          We are now testifying to another's

11   representations, that we are unable to cross, that an item

12   is a true and accurate representation of what is unclear.

13          **THE COURT:**  I'd like to see the video we are

14   talking about before I decide this objection.  It is the

15   case that -- I certainly understand the objection, and I do

16   have at least a concern.  Let's get there and then I'll

17   decide whether and to what extent I admit the video, which

18   is, as I understand it, the purpose of these questions.

19          **MS. ETHEN:**  Certainly, Your Honor.  If I may then

20   publish a portion of the video to verify with this agent.

21          **THE COURT:**  You may.

22          **MS. ETHEN:**  All right.

23          So just for the record, we are putting in front of

24   Special Agent Rothman what has been marked for exhibit

25   purposes as Government's Exhibit 2.  I'm just going to play

1    the first few minutes of this so that you can get oriented

2    to what we are looking at.

3          (Video played.)

4          **THE COURT:**  I think that's plenty, Counsel.

5    **BY MS. ETHEN:**

6     **Q.**   So we played through approximately the first 43

7    second of Government's Exhibit 2.  Special Agent Rothman, do

8    you recognize the clip we played?

9     **A.**   I do.

10    **Q.**   And specifically, was this clip one that you and

11   Special Agent Gastaldo watched together?

12    **A.**   It was.

13    **Q.**   And was he able to confirm that this is the video

14   that he obtained that we've been referencing as the

15   livestream and the BOLO that you have been talking about?

16    **A.**   He was.

17          **MS. ETHEN:**  Your Honor, I would offer Government's

18   Exhibit 2.

19          **THE COURT:**  Objection to admitting the video?

20          **MS. GUEVARA:**  No, Your Honor.

21          **THE COURT:**  I will admit the video as Government's

22   Exhibit 2.

23          (Government's Exhibit 2 was admitted.)

24          **MS. ETHEN:**  All right.  Thank you, Your Honor.

25          Your Honor, may I have just a moment?

1        (Brief pause.)

2    **BY MS. ETHEN:**

3        **Q.**   All right.  So I would like to play some video as

4    well.  Were you able to actually go through some of the

5    clips of this video with Special Agent Gastaldo to confirm

6    that he had actually watched it?

7        **A.**   I was.

8        **MS. GUEVARA:**  Your Honor, my concern now is that I

9    think what's more important and relevant to the suppression

10   is what Officer Rothman knew at the time.  Not what he

11   reviewed yesterday with another case agent.

12       **THE COURT:**  Well, no.  Why isn't it relevant what

13   the case agent, or anyone he was talking about whether to

14   conduct the alleged search, knew?

15       **MS. GUEVARA:**  I think that if the government wants

16   to put that evidence on, they should call that particular

17   agent.  But they've decided to call --

18       **THE COURT:**  We can do hearsay here.  This is not

19   going to be a trial.

20           What I do want the government to focus on is one

21   thing that I just don't remember, which is whether and to

22   what extent Agent Gastaldo was discussing with the witness

23   whether to conduct the bomb search.

24           Because there's the question, of course, of

25   whether the Gastaldo knowledge can be, for lack of a better

1    word, imputed to the witness.  And then we can take up,

2    depending on that, what Special Agent Gastaldo knew as a

3    result, so first interaction between the witness and Special

4    Agent Gastaldo on the day of the search.  I know it's taking

5    it in a little bit different order than you would like to

6    but perhaps to alleviate getting into the video.

7              **MS. ETHEN:**  Certainly.

8    **BY MS. ETHEN:**

9         **Q.**   Special Agent Rothman, on the day that you

10   responded to this call-out in Kalorama, June 29th, 2023,

11   were you the only FBI agent that responded that day?

12        **A.**   I was not.

13        **Q.**   How many other -- approximately how many other FBI

14   agents responded with you?

15        **A.**   The initial response was two of us, myself and

16   Special Agent Lynn Epley; L-y-n-n, E-p-l-e-y.  After we

17   initiated the search, Special Agent Bomb Technician

18   Agent Garcia also showed up.

19        **Q.**   And is Aiden Garcia the one you mentioned

20   instructing you to go out on a call in the first place?

21        **A.**   That is correct.

22        **Q.**   All right.  And on this day, June 29th, 2023, did

23   Aiden Garcia, in fact, instruct you to go out?

24        **A.**   He did.

25        **Q.**   All right.  And when your coordinator instructs

1    you to go out on a bomb call, a bomb threat, do you know --

2    is your coordinator in contact with the agents, the

3    investigator, law enforcement, anyone relevant to the

4    situation that's happening?

5        **A.**   Typically he is.

6        **Q.**   All right.  And do you know if Aiden Garcia, in

7    this case, received information from the case agent and from

8    those working on this case at the time about the situation

9    that he was --

10            **MS. GUEVARA:**  Your Honor --

11            **THE COURT:**  Just ask, Do you know?

12            **THE WITNESS:**  He related to me this investigation

13   was based on an individual that claimed there were

14   detonators in a vehicle and, as a result, presented a bomb

15   threat and he instructed us to go out to the scene.

16   **BY MS. ETHEN:**

17       **Q.**   Now, after -- let's flash forward to after you

18   were able to clear this vehicle.  Do you know if additional

19   FBI agents, aside from agents on the bomb squad were on the

20   scene at that time?

21       **A.**   There were.

22       **Q.**   Okay.  And do you know approximately how many?

23       **A.**   I would say somewhere in the neighborhood between

24   four to six, based on my recollection.

25       **Q.**   And at that time, did those agents kind of -- I

1     guess, what was their role out there that day?

2         A.    They are agents assigned to the investigative

3     team, and we turned over the scene to those agents after we

4     ensured there were no threats or hazards to them, ourselves

5     or anyone else.

6         Q.    All right.  And I know it's been a while since

7     this occurred, but to the best of your recollection, on June

8     23rd of 2023, when you were on the scene, both with other

9     law enforcement agencies, as well as other FBI agents, were

10    you communicating about what you were finding with them?

11        A.    We were.

12        Q.    And were they communicating about their knowledge

13    of the case with you?

14        A.    Limited.  My only concern at the time was not to

15    perform a search in order to gather evidence for a crime.

16    My sole concern was to make sure there were no threats or

17    hazards.  So once I determined at that point that there was

18    a threat of a detonator or some other type of explosive or

19    hazard, that was the extent of the knowledge I required on

20    this particular scene, and I wasn't going any further to ask

21    any details because they were not relevant to me rendering

22    the scene safe and turning it over to the investigative

23    team.

24        Q.    So once you rendered the scene safe, your part of

25    the job was complete; is that correct?

1      **A.**    That's correct and accurate.

2      **Q.**    Prior to that, you were obtaining information from

3    other agents and law enforcement agencies.  Correct?

4      **A.**    Specifically about the threat.  Correct.

5      **Q.**    If I could place in front of you, one more time,

6    Government's Exhibit 1.  Who was this BOLO issued by?  What

7    law enforcement agency?

8      **A.**    United States Capitol Police.

9      **Q.**    And on June 29th of 2023, what other law

10   enforcement agencies were on the scene when you showed up

11   that day?

12     **A.**    United States Secret Service, Metropolitan Police

13   Department, Washington, D.C., FBI, and I believe -- that's

14   all I can recall being there.

15     **Q.**    So you received information from the United States

16   Capitol Police; is that correct?

17     **A.**    That BOLO was from the United States Capitol

18   Police.  Correct.

19     **Q.**    When you arrived, did you speak to anyone with the

20   United States Secret Service?

21     **A.**    I did.

22     **Q.**    All right.  And did you speak to anyone with the

23   Metropolitan Police Department?

24     **A.**    I did.

25     **Q.**    And you spoke, obviously, to --

1     **A.**   Special Agent Aiden Garcia was not there when I

2    arrived.  I spoke to him afterwards.  But I did speak to

3    Special Agent Lynn Epley, though.

4     **Q.**   And was Lynn Epley communicating information to

5    you about what was going on at the scene?

6     **A.**   She was.

7     **Q.**   Was there any other law enforcement agency

8    officers that you were in contact with when you arrived on

9    the scene that day or before it?

10     **A.**   No, there were not.

11     **Q.**   All right.  With that, your understanding was

12    there was a livestream that happened that set all of this in

13    motion; is that correct?

14     **A.**   That is correct.

15     **Q.**   And that is the livestream that is referenced in

16    this BOLO alert?

17     **A.**   Correct.

18          **THE COURT:**  Just one question.  I know you said

19    that Aiden Garcia typically instructed you to go out on

20    calls.

21     **A.**   Correct, Your Honor.

22     **Q.**   Did he instruct you to go out on this call?

23          **THE WITNESS:**  He did so.

24          **THE COURT:**  Okay.  Thank you.

25          **MS. ETHEN:**  Now, at this time, Your Honor, as

1    Government's Exhibit No. 2 is in evidence.  I would like to

2    play in open court some clips from that.

3              **THE COURT:**  You may.

4    **BY MS. ETHEN:**

5        **Q.**   All right.  Special Agent Rothman, for the record

6    here, I am not going to play this entire video, as you can

7    see on the bottom of the exhibit, it's lengthy.  I am just

8    going to start about 2 minutes and 15 seconds into the

9    video.  I am going to play through until about 4 minutes and

10   25 seconds.

11        (Video played.)

12             **MS. ETHEN:**  For the record, I paused it.  My notes

13   were incorrect.  I paused it at about 4 minutes and 40

14   seconds into the video.

15   **BY MS. ETHEN:**

16       **Q.**   So, Officer Rothman, were you able to confirm with

17   Agent Gastaldo that he viewed this video?

18       **A.**   He informed me he did view it, yes.

19       **Q.**   This portion of the video also contains

20   information from the BOLO.  Correct?

21       **A.**   Correct.

22             **MS. ETHEN:**  For the record, we are playing a

23   second clip.  We are playing about 42 minutes in and 5

24   seconds.

25        (Video played.)

1          **MS. ETHEN:**  Okay.  I paused Government's Exhibit 2

2    at about 43 minutes and 53 seconds.

3    **BY MS. ETHEN:**

4          **Q.**    Now, Special Agent Rothman, were you able to

5    confirm with Special Agent Gastaldo that he viewed this

6    portion of the video as well?

7          **A.**    He informed me he had.

8          **Q.**    Did you hear explicit mention of a detonator?

9          **A.**    I did.

10         **Q.**    Now, you talked about some of the other law

11   enforcement agencies that were on the scene that day when

12   you arrived on June 29th of 2023.  One of them was the

13   United States Secret Service; is that right?

14         **A.**    That is correct.

15         **Q.**    And can you talk to us about what you learned from

16   the Secret Service when you arrived?

17         **A.**    In regards to what in particular?

18         **Q.**    In regards to the arrest of Mr. Taranto.

19         **A.**    I was told that Mr. Taranto, they observed him.

20   He fled down into a wooden area, which is where he was

21   apprehended.  And they were also able to locate -- and

22   locate his vehicle that matched the description on the BOLO.

23         **Q.**    Do you know if that particular incident was also

24   livestreamed?

25         **A.**    It was.

1    Q.   And, again, did you, since then, speak to Special

2    Agent Gastaldo and learn that he had obtained a copy of that

3    livestream as well?

4    A.   He informed me he had.

5    Q.   And have you had a chance to view that livestream

6    with Special Agent Gastaldo to confirm that he had watched

7    it?

8    A.   I was able to view it with him.  And at the time

9    we were viewing it, he told me that was the video he had

10   watched and obtained.

11   Q.   And, specifically, did he tell you when he had

12   viewed that video?

13   A.   He told me that on June 29th, he observed

14   Mr. Taranto go live on Instagram and begin broadcasting

15   live, which was, in fact, when he said he initially observed

16   it.

17        MS. ETHEN:  All right.  Your Honor, I would at

18   this time like to show the witness, Government's Exhibit 3.

19        THE COURT:  You may show the witness Government's

20   3.

21        MS. ETHEN:  I should narrate for the record as

22   well, just to establish foundation.  I will show the witness

23   a couple seconds of the video.

24        (Video played.)

25        MS. ETHEN:  We played the first nine seconds of

1    Government's Exhibit 3.

2    **BY MS. ETHEN:**

3        **Q.**   Special Agent Mr. Rothman, was this the video you

4    watched with Special Agent Gastaldo a livestream from June

5    29th of 2023?

6        **A.**   That is the same video I did watch with Special

7    Agent Gastaldo, and the video he said he observed June 29th.

8        **Q.**   And based on the first nine-second viewing of

9    this, does it appear to be an accurate copy, the same copy

10   that you watched with him to confirm?

11       **A.**   Based on the beginning, it does appear to be the

12   same video I watched with Special Agent Gastaldo.

13           **MS. ETHEN:**   Your Honor, at this time we are

14   offering Government's Exhibit 3.

15           **THE COURT:**   Any objection to admitting

16   Government's 3?

17           **MS. GUEVARA:**   No.

18           **THE COURT:**   Government's 3 is admitted.

19           **MS. ETHEN:**   Okay.  We are going to take it one at

20   a time, just like we did with the other video.  So let's

21   start, again, just for the record, this is about a 23- to

22   24-minute video.  We are not going to play the whole thing.

23   I just want to confirm a few things related to what you

24   watched with Special Agent Gastaldo.

25           Pausing the video at 3 minutes and 19 seconds into

1    Government's Exhibit 3.

2    **BY MS. ETHEN:**

3       **Q.**   Special Agent Rothman, can you narrate for the

4    record, what did you just see on this video?

5       **A.**   I observed two things.  First, I observed

6    Mr. Taranto say he saw a street sign for Belmont Northwest.

7    And after exiting his vehicle and turning around what

8    appeared to be close to a 360-degree circle, a portion of

9    that vehicle was shown on the screen.  The portion that was

10   shown was consistent with the van that was in the BOLO

11   attributed to him.

12      **Q.**   All right.  And just to be very clear, for the

13   record as well, Belmont Road Northwest, is that in the

14   proximate area of what we have been referring to as

15   Kalorama?

16      **A.**   That is.

17      **Q.**   And also to confirm, this specific portion of the

18   video is one that you watched with Special Agent Gastaldo

19   and which Special Agent Gastaldo confirmed he had seen?

20      **A.**   That is also correct.

21          **THE COURT:**   Perhaps to speed this up, did he

22   confirm that he had watched the entire Instagram Live feed

23   reflected in Exhibit 3?

24          **THE WITNESS:**   He did so, Your Honor.

25          **THE COURT:**   Okay.

1      **MS. ETHEN:**   Starting at 4 minutes and 30 seconds

2  of Government's Exhibit 3.

3          (Video played.)

4      **MS. ETHEN:**   I am pausing Government's Exhibit 3 at

5  approximately 6 minutes and 45 seconds.

6  **BY MS. ETHEN:**

7      **Q.**   Special Agent Rothman, in the portion of the video

8  we just watched, did you observe any other law enforcement

9  officers?

10      **A.**   I did not observe, but there were statements by

11  Mr. Taranto that he encountered a United States Secret

12  Service officer.

13      **Q.**   Is that consistent of what happened that day?

14      **A.**   It is consistent with both my understanding of

15  what happened that day and consistent with my knowledge of

16  the area that he was in.

17      **Q.**   Why do you say it is consistent with your

18  knowledge of the area he was in?

19      **A.**   I am aware, one, that there are multiple embassies

20  and police in this area, and Secret Service is responsible

21  for protecting embassy employees from foreign countries.  In

22  addition, I am also familiar that former President Obama has

23  a private residence in that area; and that there would also

24  be a level of protection there from the Secret Service.

25      **Q.**   Okay.  All right.

1          **MS. ETHEN:**  I am going to start playing

2    Government's Exhibit 3 at about 8 minutes and 50 seconds.

3          (Video played.)

4          **MS. ETHEN:**  I paused the video, Government's

5    Exhibit 3, at 9 minutes and 40 seconds.

6    **BY MS. ETHEN:**

7       **Q.**   Can you describe, Special Agent Rothman, the

8    surrounding area of what you are seeing in this video clip.

9       **A.**   That's a wooded area with trees and foliage.

10      **Q.**   Based on your knowledge of the geography of this

11   area, is there wooded area near that Kalorama neighborhood?

12      **A.**   There was.  After arriving there that day and

13   meeting with Secret Service, they informed me that they

14   followed Mr. Taranto and ended up apprehending him in a

15   wooded area.  I did, in fact, walk down into that area

16   because there was some level of concern about a bag being

17   dropped there.  While I can't confirm that's the exact place

18   he was stopped, it is consistent with the appearance of the

19   wooded area in the vicinity of that.

20         **MS. ETHEN:**  We are going to start playing

21   Government's Exhibit 3 at about 12 minutes.

22         (Video played.)

23         I paused at 12 minutes 46 seconds.

24   **BY MS. ETHEN:**

25      **Q.**   Special Agent Mr. Rothman, when you spoke to

1   Special Agent Gastaldo, were you able to confirm what

2   happened at the end of this video?

3       **A.**   I was.

4       **Q.**   And can you describe what happens?

5       **A.**   I both observed and he told me there is what

6   appeared to be -- you couldn't see Mr. Taranto -- but the

7   individual holding the video device being chased saying

8   something to the effect, They are chasing me or, They are on

9   to me.  And the video ended up abruptly stopping.

10      **Q.**   Okay.  And just to be clear, all of this happens,

11  transpires prior to your arrival on June 29th of 2023; is

12  that right?

13      **A.**   That is correct.

14      **Q.**   Okay.  I think we are caught up on what happened

15  before you got there.  Let's start talking about what

16  happened when you arrived.  On June 29th, 2023, what time

17  approximately did you arrive in the Kalorama area?

18      **A.**   My guess would be somewhere between 2 to 4 p.m.,

19  somewhere in that neighborhood, although I don't recall the

20  exact time.

21      **Q.**   So it was in the afternoon?

22      **A.**   It was.

23      **Q.**   Where did you go when you arrived?

24      **A.**   I was told to meet up with the Secret Service at

25  their command post, and I ended up doing so on Kalorama.

1      Q.   And I guess I should have clarified with you

2  earlier, but what is a "command post" in relation to a scene

3  like this?

4      A.   Whenever there is a significant incident of

5  concern, there is a location where the decision-makers meet

6  and they put themselves far enough away from the hazard to

7  where they are not in danger, but it is a central area where

8  they attempt to gather all of the information possible and

9  where people showing up to a scene and can meet and gather

10  information to make decisions.

11      Q.   So you specifically went to the command post that

12  day; that is correct?

13      A.   That is correct.

14      Q.   And once you arrived and got your bearings, what

15  was your understanding that you were there to do that day?

16      A.   I was there for two purposes.  According to the

17  Secret Service and my understanding, one was the site where

18  Mr. Taranto was apprehended.  I was told a bag had been

19  dropped, and I was also told they located his van at another

20  point, and that they were concerned about the safety of

21  themselves and others in the area based on that van.

22      Q.   And was the -- I guess, where in relation to the

23  command post approximately was the van?  How far away?

24      A.   The van was about a two-minute drive for me, so

25  probably no more than a ten-minute walk.

1      **Q.**    You mentioned Special Agent Lynn Epley.  Is she

2   specifically a bomb technician?

3      **A.**    She is.

4      **Q.**    Were there any other bomb technicians that

5   responded with you that day?

6      **A.**    They were.

7      **Q.**    Who were they?

8      **A.**    Metropolitan Police Department, Washington, D.C.,

9   Sergeant Byrd.

10      **Q.**    Once you arrived at the command post and got some

11   information, what happened next?

12      **A.**    First, the Secret Service side ended up walking me

13   down to the wooded area, just to observe what was down there

14   and what their concern was.  I was talking to Special Agent

15   Bomb Technician Epley at the same time.  She was up in the

16   vicinity of the van.  And along with MPD Sergeant Byrd.  We

17   were talking about what we observed at that time and what

18   our concerns were for the people in the immediate area.

19      **Q.**    What were your concerns?

20      **A.**    The immediate area where I was in the wooded area

21   was that a bag had been dropped, and based on the initial

22   Instagram Live videos, detonators in the van.  The immediate

23   concern with Special Agent Epley was that it was a van and

24   Mr. Taranto had been in a van saying he had detonators and

25   there was concern for public safety as far as what may be in

1    that van.

2         **Q.**    Where was this van parked?

3         **A.**    It was parked over a residential street.

4         **Q.**    Okay.  So you mentioned MPD was one of the law

5    enforcement agencies there that day; is that right?

6         **A.**    That is correct.

7         **Q.**    And was MPD able to provide you any assistance in

8    assessing the threat of the van?

9         **A.**    They were.

10        **Q.**    And, specifically, what sort of assistance did MPD

11   provide to the FBI that day?

12        **A.**    They had two dogs that were trained in two

13   different disciplines.

14        **Q.**    Okay.  In your experience as a bomb technician,

15   how common is it for another agency to assist with something

16   like a K-9 sniff?

17        **A.**    It's extremely common.  FBI is usually not first

18   agency on scene.  More often or not, it's a state or local

19   police department.  So we often rely on state or local

20   police departments to provide the initial assessment or

21   assistance when required.

22        **Q.**    All right.  Now, you said they had dogs in two

23   different disciplines.  What were those disciplines?  Do you

24   know?

25        **A.**    One was a dog trained in the detection of

1    explosives specifically.  Another dog was what's referred to

2    a gun or a firearms' detection dog.

3        **Q.**   And in your training and experience as a bomb

4    tech, is it common for you to work specifically with K-9s?

5        **A.**   Very common.

6        **Q.**   Now, you were not handling any K-9 officers that

7    day.  Correct?

8        **A.**   I am not qualified or trained to handle dogs in

9    any sense.

10       **Q.**   So were the results of those dog sniffs

11   communicated to you?

12       **A.**   They were.

13       **Q.**   And do you know the first dog, the explosive dog,

14   I believe you said, do you know what the result of that

15   sniff was?

16       **A.**   I was informed that the dog did not alert on the

17   van.

18       **Q.**   And what about the second dog?

19       **A.**   I was informed that the dog trained in the

20   detection of firearms did alert on the van.

21       **Q.**   Now, as a bomb technician, does that result

22   surprise you at all?

23       **A.**   It doesn't surprise me, no.

24       **Q.**   As a bomb technician, when you are assessing a

25   van, you have an explosive dog that doesn't alert; a

1   firearms dog that does alert.  What does that tell you?  How

2   does that change your assessment of the threat?

3       **A.**   Dogs trained to detect explosives are often

4   trained to detect explosives at a higher level than, say,

5   what would be either a firearm or smaller-level explosives.

6           Routinely we assist in the training of MPD and

7   other agencies' dogs.  Not by actually training the dogs,

8   but by setting up lanes and scenarios with explosives in

9   order for them to detect.  So we have some level of

10  experience, while not actually training the dogs, seeing

11  what types of things the dogs alert off of and what they do

12  not alert off of.

13          At lower levels, the dog may not necessarily

14  detect enough of a scent of an explosive to provide a

15  positive alert, if they are an explosive-trained dog.

16      **Q.**   All right.  Now, understanding you are not a K-9

17  handler, you are not an expert in that area.  We have been

18  using the term "firearm detection dog."  What is your

19  understanding of what a firearm detection dog actually

20  detects?

21      **A.**   A firearm detection dog, as the name implies, is

22  used to detect firearms.  Oftentimes they do so off of the

23  detection of gunpowder of the actual bullets in the

24  firearms.  I believe some may be trained in the cleaning

25  oils and stuff like that.  I think, specifically, the common

1    thing they use and I've been told is off of the gunpowder.

2        **Q.**   As a special agent bomb technician, do you know if

3    gunpowder can be used to create explosive devices?

4        **A.**   I do know.

5        **Q.**   Can it?

6        **A.**   It can.  As a bomb tech, you're asked to come and

7    clear this van.

8        **Q.**   What are your specific concerns regarding the

9    safety and safe handling of this vehicle?

10       **A.**   So, initially, if the explosives dog had alerted,

11   it would have raised the concern level significantly higher.

12   We would have extended the perimeter around the vehicle and

13   taken other steps.

14           Because that dog did not alert, we still had a

15   level of concern based on the gun dog alerting because there

16   could have been any number of factors present.  In addition

17   to just explosives, bomb technicians are also trained to

18   handle booby traps and other threats.  Often some of these

19   threats are what they call spring guns or bullets or shotgun

20   shells that are booby trapped to vehicles that can cause

21   harm to people, as well as the fact pipe bombs are often

22   using gunpowder or flash powder and other types of

23   explosives within a pipe, that can still cause a threat.  So

24   although the initial concern was not as high as a large

25   quantity of explosives, we still had a level of concerns as

1    to the safety of ourselves and others around us.

2       Q.   Now, we mentioned several times that a detonator

3    was specifically mentioned.  Can you talk to us about your

4    concern specifically about the detonation of a potentially

5    unknown device?

6       A.   Sure.  Detonators can come in two flavors, for

7    lack of a better term, there can be either commercially

8    manufactured detonators, what people tend to think of what

9    are referred to as blasting caps that are used in military

10   and construction.  And there can also be homemade

11   detonators, which a lot of people have heard, more popular

12   of, with the war on terror, and terrorists or other people

13   happen to use, where they construct these things at home

14   with either quantities, at the lowest level Christmas tree

15   lights, to detonate black powder/gunpowder, like what

16   happened at the Boston Marathon, but also some other type of

17   low form of explosive, in order to detonate an explosive

18   device.

19      Q.   So once you learned of the results of the two K-9

20   sniffs that you mentioned, what was the bomb tech's next

21   step in this process?

22      A.   Because the explosives dog did not alert, we

23   didn't feel there was a need to use either a robot or a bomb

24   suit at that time, but there was still a significant concern

25   to our safety and others.  We ended up putting on body armor

1    and ballistic helmets and made the decision that we would

2    actually go up and search the vehicle ourselves.

3        Q.   Do you know -- I know you didn't take photographs

4    of this van on the day off, but do you know if photographs

5    were taken of the van that you approached on the day of?

6        A.   I was informed there were, yes.

7        Q.   Okay.

8        MS. ETHEN:   Your Honor, if I can ask permission to

9    publish Government's Exhibit 4A and 4B to the witness.

10       THE COURT:   You may publish them to the witness.

11   BY MS. ETHEN:

12       Q.   I am displaying Government's Exhibit 4A and 4B,

13   Special Agent Rothman.  Can you tell me what is depicted in

14   Government's Exhibit 4A and 4B?

15       A.   In these two pictures a black van is depicted with

16   the doors open.

17       Q.   All right.  And do you recognize these photos?

18       A.   I do.

19       Q.   And you said it was a black van, but specifically

20   which black van is it?

21       A.   All those photos are consistent with the van that

22   we ended up clearing in order to ensure there were no

23   hazards to ourselves or others around us that day.

24       Q.   And are these photos a fair and accurate

25   depiction of the van, as you remember it?

1      **A.**    They are.

2             **MS. ETHEN:**  Your Honor, we would offer 4A and 4B.

3             **MS. GUEVARA:**  No objection.

4             **THE COURT:**  Government's 4A and 4B are admitted.

5         (Government's Exhibits 4A AND 4B were admitted.)

6    **BY MS. ETHEN:**

7      **Q.**    So, Special Agent Rothman, I am putting 4A and 4B

8    side by side here.  Could you just narrate for us, try to

9    mention the specific instance you are referencing when you

10   are talking about it.  First, how did you first approach

11   this van?

12     **A.**    We initially asked if there was anyone who had

13   keys available to the van.  Otherwise, we would have to make

14   some sort of forced entry it, and that's generally not what

15   we prefer to do when we don't know if there are any threats

16   in the van.  We were informed that keys for this van had

17   been recovered when Mr. Taranto was apprehended, and those

18   keys were provided to us.

19            Prior to making entry into a vehicle, in which

20   there were safety concerns, we first do what we call a

21   visual clear.  In other words, we try to look through all

22   the windows and look for anything inside of that vehicle

23   that may pose a threat or a hazard to ourselves or others.

24            Since we had our detonators and we didn't know of

25   whether there were any booby traps or anything that may go

1    off if the doors are open, using just flashlights and our

2    eyes, we looked through the windows and attempted to check

3    any seams at the doors and anywhere that could open, to make

4    sure if that door was opened, that it wouldn't cause

5    anything to either explode or go off.

6              Once we felt moderately confident that that was

7    not the case, we opened the side doors of the vehicle.  We

8    did that because, more often than not, you attempt to enter

9    into a vehicle or something else in a way that is not the

10   most common way of entering it.

11             Usually if there is a booby trap or something of

12   concern, people will booby trap an area most people will go

13   into.  So if it is a vehicle, they will most likely booby

14   trap, say, the driver's side door, if someone is going in to

15   enter and move the vehicle.

16             Also, from the other side of the van, where the

17   doors weren't, we were able to look through that window and

18   get a pretty clear picture of what those doors looked like

19   from the inside so we felt a little bit more confident about

20   going in.  At that point we walked around, opened the side

21   doors and entered into that vehicle.

22      Q.    And can I ask you, when you are talking about the

23   side doors, are those the doors that are open in Exhibit 4B?

24      A.    4B.  One of those doors is bisected by the "No

25   Parking" sign.

1      Q.    Thank you.  So once you opened that door, were you

2    able to get a view of the inside of that van?

3      A.    I was.

4      Q.    And can you just generally describe the nature of

5    the interior of that van?

6      A.    The interior of the van was moderately

7    disorganized.  There were lots of items strewn around about

8    it.  And we could see a mattress, which is visible, also in

9    4B, but taken outside of the van.  You can see about half of

10   it.  That was located in the back portion of the van when we

11   actually opened those doors and looked at it.

12     Q.    And how did you go about starting to examine this

13   van and render it safe?

14     A.    As a rule of thumb, the first thing you do is

15   attempt to not disturb anything.  You first observe areas

16   that are open to being visually inspected without actually

17   having to move or cause anything to be disturbed.  So the

18   first thing we were able to look at was just the immediate

19   vicinity in front of those doors.

20           And the first thing that drew my attention upon

21   looking was a black -- or sorry, a camouflaged

22   military-style backpack, that was back towards the driver's

23   side toward the left of me by the mattress.  Observing it,

24   it was secured by some type of TSA-style padlock on the

25   zippers.

1      We looked also over into the driver and passenger

2  front seats and underneath those because those were not

3  obstructed and did not see anything that specifically drew

4  our attention.  And then we also attempted to look under the

5  mattress by opening the rear doors of the van because we

6  were able to observe at least a portion of those once we

7  were inside of the vehicle.

8      Q.   All right.  Start with talking about the backpack

9  that you mentioned.  So you said a camel backpack.  What are

10  you describing with a lock?

11      A.   They are flimsy, for lack of a better term.  A

12  TSA-style lock to use a key, it was no more than

13  one-inch-by-one-inch lock-style portion.

14      Q.   In relation to that backpack, what did you do with

15  it?

16      A.   Based on the fact there was possibility of

17  detonators or other devices that could cause a hazard,

18  before we would feel comfortable turning over any vehicle or

19  anything to an investigative team, who is not trained in

20  explosives, we had to ensure there was no threat to anyone.

21      Due to the fact we are not able to observe

22  anything within that backpack, we felt we needed to open up

23  that backpack in order to make sure it was safe for anyone

24  else who was going to continue the investigation or search.

25      Q.   How did you open that backpack?

**A.**     Once again, when making entry into whether it is a bag or a car or anything, the biggest concern for threats to people are usually people.  If there's a booby trap or something, that would cause something to go off, they would typically use the most common way to enter it.  The most common way to enter a backpack is to unzip it and look into it.  So I took a knife and entered with a knife through the side of the backpack and opened a small portion of the backpack that way to actually look into the backpack and along the seams of the zipper to make sure nothing was tampered with.

**Q.**     Once you were able to open that backpack, what did you see inside of it?

**A.**     The first thing I saw was some type of firearm with a stock folded along the side.

**Q.**     Do you know just generally what else was located in that backpack?

**A.**     I did.  Due to the fact that detonators are on the smaller side only a couple inches longer, it was necessary to essentially inventory that backpack to render it safe to make sure there were no explosives or hazards in it.  As it was further opened up, and we were able to further visually inspect said backpack.  We had gloves on and removed the first firearm to make sure there was nothing attached or around it and exposed the entire contents of the backpack to

1   make sure there were no explosives, threats or hazards to

2   anyone else within that backpack.

3       **Q.**   Can you design -- when you are talking about a

4   detonator, how big can a detonator be?  What can it look

5   like?

6       **A.**   Commercial grade detonator usually referred to as

7   a blasting cap or something of that nature is probably a

8   couple inches long.  It's a clinical tube that's probably

9   only a couple millimeters wide, usually silver in color, for

10  commercial.  Not very long.  Maybe the length of my finger

11  at the most.  A homemade detonator can be anywhere smaller

12  than that, but somewhere vaguely in that range.

13      **Q.**   Now, aside from the backpack, do you know if any

14  chemicals or supplements or anything of that nature were

15  located in the van?

16      **A.**   There were.

17      **Q.**   Okay.  You are not a chemist.  Correct?

18      **A.**   I am not.

19      **Q.**   Okay.  Do you know if the bomb squad, the FBI bomb

20  squad does work with chemists in order to determine if

21  certain components or chemicals could be precursors or the

22  makings of an explosive device?

23      **A.**   The Federal Bureau of Investigation has a

24  laboratory division.  As part of that laboratory division,

25  there are several forms.  One of which is the explosives

1    analysis center, that particular place has an on-call

2    chemist and explosives expert 24 hours a day.  Those

3    individuals are available to be called on for any threats,

4    concerns or inquiries.  Not only from FBI agents, but from,

5    really, any state, local, federal police partners who have

6    concerns.

7        Q.   Do you know if a chemist was consulted about the

8    items that were located in this car?

9        A.   I am aware that Special Agent Bomb Technician

10   Garcia did make a phone call.  I wasn't privy to both sides

11   of that conversation.

12       Q.   Okay.  Now, ultimately, were you able to clear

13   this van and render it safe?

14       A.   We were.

15       Q.   Just one last question.  Here, 4A and 4B, we see

16   it appears to be a mattress, a backpack, some containers on

17   the ground outside.  How did those things come to be outside

18   of the vehicle?

19       A.   Once again, when we entered the vehicle, the

20   mattress itself was taking up probably the rear two-thirds,

21   laying on itself.  After we examined around it and

22   underneath it to make sure there was nothing we were

23   concerned of going off.

24            We needed to remove that mattress in order to be

25   able to visually inspect the rest of the vehicle to clear

1   the vehicle of any threats or hazards.  So the mattress came

2   out when we felt comfortable doing so.  The items on top of

3   the mattress, at that point, were actually underneath the

4   mattress in the back of the van.

5   **Q.**   In addition to rendering it safe, did you conduct

6   additional search of the van?

7   **A.**   We did not.  Once we determined that the van was

8   safe and determined that there were no threats or hazards

9   posed to law enforcement or individuals in the area, at that

10  point, our job was done with, and we turned the scene over

11  to the investigative team.

12          **MS. ETHEN:**  Thank you.  Just one moment.

13          Your Honor, we have no further questions.

14          **THE COURT:**  Cross-examination.  Thank you,

15  Counsel.

16          **CROSS-EXAMINATION OF JOSHUA ROTHMAN**

17  **BY MS. GUEVARA:**

18  **Q.**   Good morning, sir.

19  **A.**   Good morning.

20  **Q.**   Okay.  So it's safe to say you did not find any

21  bombs in Mr. Taranto's vehicle?

22  **A.**   We did not find any explosives.  Correct.

23  **Q.**   And you did not find a detonator in Mr. Taranto's

24  vehicle?

25  **A.**   We did not.

1          Q.   And you yourself had not watched either of the

2     videos at the time you arrived that day.  Correct?

3          A.   You are correct.

4          Q.   You've had the chance to watch those videos now,

5     though.  Right?

6          A.   That is correct.

7          Q.   And you've watched those videos in full?

8          A.   Yeah -- well, not completely full.  I watched

9     probably the first third of the video in order to have the

10    special agent who obtained it confirm that it was the video.

11    And I watched the portions that were also displayed in

12    court, yes.

13         Q.   So when you are talking about watching the first

14    third, that's what we referred to as the NIST video?

15         A.   That's correct.

16         Q.   In watching that video, it is clear when

17    Mr. Taranto is talking about a bomb, he is actually talking

18    about the other vehicle.  Correct?

19         A.   I don't know.  What do you mean about, Are you

20    talking bomb or detonator?

21         Q.   He doesn't make any statements he has bomb in his

22    vehicle during that livestream.  Correct?

23         A.   I did not hear him use the term "bomb."  You are

24    correct.

25         Q.   Okay.  And so the only reference that you are

1    aware of is to a detonator.

2         **A.**   That is correct.

3         **Q.**   Now, you see in that video at one point -- so

4    Mr. Taranto's livestreaming, correct, on his phone?

5         **A.**   Correct.

6         **Q.**   And at one point when referencing the detonator,

7    he says, Oh, I'll show it to you.  And says, Oh, wait.  I

8    can't because that will cut the stream.  Do you recall that?

9         **A.**   I do not specifically, but I am fine taking your

10   word for it.

11        **Q.**   So the implication there is that the phone is the

12   detonator.  Correct?

13        **A.**   Not necessarily.

14        **Q.**   Can phones be used as detonators?

15        **A.**   Phones can be used as initiators, not detonators.

16   A detonator is a very specific terms in, say, a bomb tech

17   community, which is a form of explosives --

18        **Q.**   Uh-huh.

19        **A.**   -- that actually causes a secondary explosive to

20   detonate.  A cell phone can be used as what is termed as,

21   say, an initiator to trigger a detonator, but those are two

22   separate items.

23        **Q.**   Okay.  But Mr. Taranto did not reference an

24   initiator, to your knowledge, in that video.

25        **A.**   That is correct.

1     Q.   Okay.  Now, backing up a bit, I believe you said

2   at the time you went to the scene, you had seen neither of

3   those videos on your own.  Correct?

4     A.   You are correct.

5     Q.   Now, you estimated you got there between 2 and

6   4 p.m.?

7     A.   Probably somewhere around then.  I was at some

8   other training event.  I think I got the call around noon

9   and I had to get all the way across D.C. somewhere in the

10  vicinity of rush hour; so that's probably safe.

11    Q.   Okay.  And when you arrived, was Bomb Tech Epley

12  there already or did you all arrive together?

13    A.   We all arrived around at the same time, in my

14  recollection.

15    Q.   Now, is it fair to say that that two hours is a

16  decent amount of time to wait to get to a vehicle to inspect

17  for a bomb threat?

18    A.   It would be dependent on a number of factors.  I

19  am not quite sure what you mean.

20    Q.   Well, I would assume if officers or you,

21  Mr. Garcia believed there was a bomb in a vehicle, that your

22  unit would deploy and get somebody there as soon as humanly

23  possible to make sure that that's not the case, if so, to

24  neutralize it; is that fair?

25    A.   We do attempt to arrive as quickly as possible;

1    that's correct.

2         **Q.**   And in this case you indicated you did not first

3    search the van upon arrival; that wasn't the first thing

4    that you did?

5         **A.**   I did not.  You are correct.

6         **Q.**   Okay.  And just to recap, you went to the -- is it

7    the information post?

8         **A.**   Command post.

9         **Q.**   Okay.  Can you describe, what is that exactly?

10        **A.**   It's usually a collection of decision-makers of

11   senior leaders for agencies on site.

12        **Q.**   Okay.  And did that include an MPD lieutenant by

13   the name of Jackson, to your recollection?

14        **A.**   I don't recall if Lieutenant Jackson was there,

15   but there were MPD senior officers there.

16        **Q.**   Do you recall hearing that day prior to your

17   search that the statements made by Mr. Taranto in those

18   videos were not "prosecutable"?

19        **A.**   I don't.  I was not a member of the investigative

20   team and that was not my role that day.

21        **Q.**   Okay.  And by the time you arrived, Mr. Taranto

22   had already been apprehended by the police.  Correct?

23        **A.**   That is correct.

24        **Q.**   He was in custody at the time.  Correct?

25        **A.**   Correct.

1          Q.    He had been searched at that time.  Correct?

2               **THE COURT:**  We are using these terms in the

3     colloquial sense.  Right?  We are not asking him to draw

4     legal conclusions.

5     **BY MS. GUEVARA:**

6          Q.    No, I'm not asking you to draw legal conclusions.

7          A.    That was my understanding.

8          Q.    And the officers who arrested him did not indicate

9     that he had any detonators on his person?

10         A.    That is my understanding.  Correct.  I was not

11    told that.

12         Q.    And a phone was taken from his person as well.

13    Correct?

14         A.    I am unaware.

15         Q.    Okay.  If I can show you the video, I can brief

16    you.

17         A.    You just asked me if I was aware, and I am not.

18         Q.    Okay.

19         A.    He had a phone on him.  He was livestreaming.  I

20    do not know what occurred with that phone after that

21    livestream got cut off.

22         Q.    But typically officers would take an electronic

23    device when they arrest an individual from that person.

24    Correct?

25         A.    I typically would, yes.

1      Q.    And so let's say that that phone had an initiator

2   on it.  Would there be any way for Mr. Taranto to initiate

3   the detonation of a bomb remotely while in police custody?

4      A.    Yes.

5      Q.    How so?

6      A.    It could have been on a timer.

7      Q.    I see.  Now, did you inspect the phone --

8      A.    I did not.

9      Q.     -- that was taken from him?

10     A.    I did not.

11     Q.    Do you know if anyone else inspected the phone

12   that was taken from Mr. Taranto?

13     A.    I did not.

14     Q.    What steps would you take if you had a phone

15   handed to you, where there was a suspected initiator

16   installed; what steps would you take to verify that?

17     A.    If the phone was locked, there would be no steps

18   you could take to verify that.

19     Q.    If the phone was off, you are saying they could

20   still, if there was a timer, even though the phone was off,

21   you could still detonate a bomb?

22          THE COURT:  The witness said locked.

23          MS. GUEVARA:  Sorry?

24          THE COURT:  The witness said, If the phone was

25   locked, not if the phone was off.

1          **MS. GUEVARA:**  Okay.

2          **THE COURT:**  I just want to make sure there was no

3     disconnect between the --

4          **MS. GUEVARA:**  I didn't hear that.

5          **THE WITNESS:**  And my statement was that there

6     could be a timer separate from said phone in the vehicle

7     that we were unaware of at the time.

8     **BY MS. GUEVARA:**

9          **Q.**   But to your knowledge, there was no timer on that

10    phone.

11         **A.**   I have no idea whether there was or there was not.

12         **Q.**   That was not communicated to you that there was no

13    --

14         **A.**   That was not.

15         **Q.**   Okay.  Now, can bomb-sniff dogs detect a

16    detonator?

17         **A.**   Yes.

18         **Q.**   How so?

19         **A.**   It's a lower quantity of explosive, but still an

20    explosive.  Homemade detonators can also be constructed with

21    anything from gunpowder, at low levels, to other chemicals

22    or explosives.

23         **Q.**   And just to be clear, the bomb -- what we are

24    referring to as the "bomb dog," did not detect any bombs,

25    detonators, on its pass, its sniff search of the vehicle.

1    Correct?

2         **A.**   It did not.

3         **Q.**   Okay.

4              **MS. GUEVARA:**   Court's indulgence.

5         (Brief pause.)

6    **BY MS. GUEVARA:**

7         **Q.**   You indicated you trained bomb dogs.

8         **A.**   I did not train but assisted in the training by

9    setting scenarios up for them.   Correct.

10        **Q.**   Okay.  Are there other bomb techs in your division

11   that have bomb-sniffing dogs or are handlers for bomb

12   sniffing dogs?

13        **A.**   I don't know of any bomb sniffing technicians that

14   handle dogs.

15        **Q.**   Okay.  So you all don't have your own

16   bomb-sniffing dogs?

17        **A.**   Correct.

18        **Q.**   And at the time you arrived, had the bomb-sniffing

19   dogs already done their alerts, or did you watch them do it?

20        **A.**   I did not watch them, so I don't know if they

21   finished possibly while I was at the command post or not,

22   but I was just informed that there was no alert from the

23   bomb dog.

24        **Q.**   Were you there when the gunpowder or -- I'm

25   sorry -- the firearms dog did his walkaround?

1      A.   I did not observe the dog, but I was in the area,

2   yes.

3      Q.   Now, there are occasions when your unit would not

4   bother to run either a bomb dog or a firearms dog.  Correct?

5      A.   There are --

6      Q.   Before searching a vehicle?

7      A.   Typically we would attempt to use every

8   non-obtrusive method possible.  So if there was a bomb dog

9   available on a threat, we probably would do so.  Oftentimes,

10  though, as I stated before, we are not necessarily the first

11  person on the scene of a bomb threat.  So usually a police

12  department or agency would begin the initial threat

13  assessment for a vehicle that they had no knowledge about.

14  And I would imagine it would be typical for them to probably

15  use all means available where they didn't actually have to

16  touch or enter a vehicle and be able to accurately assess

17  the threat from it.

18     Q.   Just so I understand.  What are those means

19  available that the MPD or another law enforcement agency

20  beyond the FBI would be able to use to conduct that

21  assessment?

22     A.   If it's a radiological threat, like, if it's

23  nuclear or what they would call a "dirty bomb," there are

24  detectors for radiation.  There are ways to check for

25  chemicals sometimes, but that's not very common, and not

1    usually in possession of officers responding.  Dogs are

2    probably one of the more common methods of doing so.

3        Q.    Okay.  And thermal imaging, would you say that is

4    something you could potentially use?

5        A.    You could, but I don't see what it would really

6    add because bombs or devices, unless it's nuclear, aren't

7    necessarily letting off a thermal signature enough to

8    probably assess it as differently from the background

9    thermal level in the vehicle itself.

10       Q.    To your knowledge, by the time you arrived on

11   scene, other law enforcement agencies had not detected --

12   the level of threat had not changed between, let's say, the

13   BOLO and your arrival?

14       A.    I believe the level of threat was unknown at that

15   time, which means there was an elevated level of concern

16   based on the statements made.  And as a general rule, we

17   attempt to start with the worst-case scenario in order to

18   mitigate all threats and concerns and work our way down.

19       Q.    To your knowledge, none of the other law

20   enforcement agencies indicated they have done some sort of

21   threat assessment to indicate their concern was even higher

22   now?

23       A.    I don't believe the other agencies at the time,

24   with the exception of the bomb dog that had been walked

25   around, had any additional capabilities to make an

1    assessment in order to accurately do so.

2        **Q.**   I guess, I'm confused.  When I think of a bomb

3    threat, I think of something that is potentially imminent.

4    Right?  So the officers could have gone inside earlier.

5        **A.**   No.  That is completely against policy of any

6    agency I know.  That's what you see in the movies and not

7    real life.  In real life, what typically occurs is a

8    perimeter is established to move people as far out as

9    possible because the primary concern when you are working

10   down a threat scale is for human life and then property,

11   obviously, and then collection of evidence.

12           So the very first process in going to any scene

13   where there is a concern about an explosive is to create a

14   perimeter, which people are moved out of the way.  So you

15   move the threat down.  And once people are out of the way

16   and there is no concern or less concern of people, you are

17   not going to reintroduce officers or untrained people into a

18   vehicle in which they can be hurt and seriously injured and

19   they are not trained to handle.

20       **Q.**   So the strategy, then, would be to create the

21   perimeter.  If there's a timed bomb that is going to go off,

22   hopefully, evacuate people, so if it goes off there is

23   minimal damage.

24       **A.**   Correct.  Human life is the primary concern.

25       **Q.**   Got it.  We talked about two videos.  The one that

1    occurred the day before you were called out to the scene

2    that we have been calling the NIST video.  Right?

3        **A.**    Correct.

4        **Q.**    That is the only video Mr. Taranto was heard

5    discussing a detonator.  Correct?

6        **A.**    Correct.

7        **Q.**    He does not mention a detonator the day of the

8    incident in Kalorama on that livestream.  Correct?

9        **A.**    Correct.

10       **Q.**    And both those livestreams, you mentioned they

11   were on Instagram Live.  They were actually on YouTube.

12   Correct.

13       **A.**    I was told Instagram.  It could have been YouTube.

14   I will take either one.

15       **Q.**    You were told by who?

16       **A.**    A case agent.  That was my understanding.  But if

17   I misheard, I may have misheard.

18       **Q.**    Okay.  So again, the video, during the video at

19   Kalorama, there is no reference to a bomb by Mr. Taranto.

20       **A.**    Not that I heard the word "bomb."  You are

21   correct.

22       **Q.**    There was no reference to a detonator on the

23   day -- in the Kalorama video?

24       **A.**    That is correct.

25       **Q.**    There was no reference to the vehicle being

1    self-driving on the day of the Kalorama video?

2         **A.**    Correct.

3         **Q.**    Now, in talking about this issue with the vehicle

4    being self-driving.  Have you seen that before, in your

5    experience?

6         **A.**    See someone claim a vehicle was self-driving?

7         **Q.**    No, a vehicle actually be self-driving, besides a

8    Tesla.

9         **A.**    I'm not an expert in self-driving vehicles, so I

10   am not quite sure what direction you are moving.

11        **Q.**    What I am trying to understand is, is this a

12   viable way that bombs are set off in vehicles that are sort

13   of self-driving, in your experience?

14        **A.**    If you are asking, I am aware of bombs that have

15   been loaded onto donkeys sent down to walk into people.  So

16   I believe there are multiple methods of bombs being set off.

17   But the function of a vehicle, whether it drives or doesn't

18   drive, is completely independent of the hazard created

19   inside of the vehicle.

20        **Q.**    Okay.  In your -- so you mentioned you kind of

21   canvassed around the van before you went in.  Right?

22        **A.**    Correct.

23        **Q.**    In your canvassing around the van, did you see any

24   evidence that the vehicle had a self-driving capability?

25        **A.**    I have no expertise in that area, so I can't

1   answer to it.

2   **Q.**   That you noticed, no?

3   **A.**   I can't testify to that in court because I am

4   neither a mechanic -- I am not familiar with self-driving

5   vehicles.  And I have no idea how a vehicle could or may not

6   have been modified to do so.  So I can't testify to that.

7   **Q.**   Did you all open the hood or anything before going

8   into the vehicle?

9   **A.**   Prior to going into the vehicle, first we checked

10  the passenger compartment, and then we worked our way over

11  to the hood.  So before going into the vehicle, we did not

12  open the hood.

13  **Q.**   And you didn't see any other evidence that the

14  vehicle had been tampered with in any way or altered?

15  **A.**   Yeah, there were wires running across the top.  I

16  think some of them may have been strung back, possibly to a

17  television monitor or something.  There were indications

18  that some form of modification of one form or factor had

19  occurred, yes.

20  **Q.**   Those wires were under the hood?

21  **A.**   No, they were through the passenger compartment.

22  **Q.**   Okay.  And, again, you all didn't need to have the

23  bomb alert, necessarily, to go into the car.  Correct?

24  **A.**   I --

25  **Q.**   Or have the K-9 dogs.

1     **A.**   Bomb alert or gun -- I'm not sure what you are

2     asking.

3     **Q.**   K-9 dog.

4     **A.**   Okay.

5     **Q.**   You don't need, necessarily, a K-9 to alert to the

6     presence or lack thereof, to go into a vehicle without a

7     warrant.  Correct?

8     **A.**   Are you talking in generality or specifics?

9     **Q.**   Under certain circumstances, if you believe you

10    have prerequisite -- let me a use legal term -- probable

11    cause or reason to believe there is a bomb inside, you may

12    not take the time to wait.

13          **MS. ETHEN:**  Your Honor, I am going to object.

14    This is legal conclusion and argument for the parties.

15          **THE COURT:**  Overruled.  I will take it for what

16    it's worth.

17          **THE WITNESS:**  Every instance is based on the

18    totality of circumstances.  You have to assess all

19    circumstances and fact patterns to make an accurate

20    conclusion on a situation-by-situation basis as to what

21    actions you need to take.

22    **BY MS. GUEVARA:**

23    **Q.**   And so who decided that you all were going to run

24    the bomb dog before going in?

25    **A.**   The bomb dog was before I went, but it's pretty

1    typical.  So I don't know exactly who made that

2    determination, but it was one that, based on my training and

3    experience, was sound and a smart decision to have been

4    made.

5        **Q.**   To your knowledge, was that a decision made by

6    MPD, the Metropolitan Police Department or the FBI?

7        **A.**   I have no knowledge of who made that.  I was not

8    present when it occurred.

9        **Q.**   And that day, as you were sort of preparing to go

10   on scene, did you receive any text messages or anything

11   updating you about the status of the investigation?

12       **A.**   The only one I received was when Special Agent

13   Bomb Technician Garcia called me and told me there was that

14   incident and requested that I show up.

15       **Q.**   Okay.  And when Garcia called you, what do you

16   recall he specifically told you about the incident?

17       **A.**   He told me it was part of an ongoing FBI

18   investigation; that there was the concern about detonators;

19   and that it required a response by bomb technicians.

20       **Q.**   Did he tell you to hurry?

21       **A.**   I believe he probably did, although I don't recall

22   any specific words to that effect.  Usually when there is a

23   bomb threat, we do make an effort to hurry.

24       **Q.**   Okay.  You indicated you recovered the firearms

25   and ammunition in a locked, zipped, camouflage backpack.

1   Correct?

2        **A.**   Correct.

3        **Q.**   Upon examining those firearms, did you -- is there

4   any indication that those firearms had been fired recently?

5        **A.**   I'm not an expert in those regards and wasn't

6   looking for that.  The sole purpose of me going into said

7   vehicle was to render that vehicle safe for any threats or

8   hazards and not to collect evidence of the crime.

9        **Q.**   And in your knowledge and experience, is there any

10  way to shoot a gun remotely while not touching the trigger?

11       **A.**   Once again, I'm not quite sure what you're asking.

12       **Q.**   Well, Mr. Taranto was in custody.  Correct?

13       **A.**   Yes.

14       **Q.**   To your knowledge, there was no way he could shoot

15  a gun, while in police custody, that was in his van?

16       **A.**   At the time I entered that van, we were unaware of

17  what was in that backpack.  We were not searching for

18  firearms.  We were ensuring there were no detonators or

19  hazards to us or others.  Whether or not he may have been

20  able to fire a firearm was not relevant to our

21  decision-making process at that time.

22       **Q.**   Uh-huh.  To your knowledge and experience --

23  unfortunately, we don't have the case agent or other

24  individuals with knowledge beyond yourself here -- there

25  would be no way for Mr. Taranto to fire a shot while in

1   police custody.  Correct?

2        **A.**   Off the top of my head, I assume not.  But I don't

3   know all of the possibilities what someone may or may not be

4   able to do in a theoretical situation.

5            **MS. GUEVARA:**  Court's indulgence.

6   **BY MS. GUEVARA:**

7        **Q.**   Just to clarify, did you look at the BOLO on the

8   day you were called out?  Did you read the BOLO?

9        **A.**   I'm trying to remember.  I do remember the BOLO.

10  I don't believe it was on my phone.  I believe someone

11  showed it to me when I was on scene, if I recall correctly.

12  And I referred to it in the 302.  At some point I would have

13  needed to have seen it or viewed it.

14       **Q.**   Now, I want to talk about, kind of, the search of

15  the van.  So first, it's my understanding that the FBI does

16  not use body cameras; is that correct?

17       **A.**   No.

18       **Q.**   Okay.  And so you did not --

19       **A.**   The policy has changed.

20       **Q.**   The policy changed?

21       **A.**   It has.

22       **Q.**   So they do use them now?

23       **A.**   Body cameras are used in specific instances by the

24  FBI.  They are required by the Department of Justice for

25  pre-planned arrests, for searches, and to be shut off after

1    an area is secure.

2              I don't recall -- I think that happened after

3    this, so we're talking contemporaneously right now.  But

4    this situation wouldn't have required that because it was

5    not pre-planned.  So even if the policy was inexistence at

6    the time, this wouldn't have fallen under that.

7              We also weren't conducting a search per the

8    definition.  We were rendering the vehicle safe of all

9    threats and hazards and turning it over to an investigative

10   team thereafter to do whatever they felt necessary, whether

11   that would have ended up being a search or not.

12        **Q.**   Do you happen to know the policy number or name of

13   that policy?

14        **A.**   No, I don't.

15        **Q.**   Were there MPD officers around while you were

16   conducting the search of the van?

17        **A.**   There were.

18        **Q.**   Do you know if any of them had body camera footage

19   on at the time?

20        **A.**   No knowledge whatsoever.  My limited purpose for

21   being there was to make sure there were no threats or

22   hazards and not participate in the investigation.

23        **Q.**   And do you know approximately where those officers

24   were located, distance-wise from the van, while you were

25   conducting the search?

1     **A.**   Not off the top of my head.  They were not my

2  primary concern.  I was not paying direct attention to them.

3  We were mostly focusing on the threats.

4     **Q.**   All right.  We seen some photographs of the van.

5  You did not take any photographs of the van immediately upon

6  opening it.  Correct?

7     **A.**   Correct.

8     **Q.**   So we do not -- to your knowledge, there are no

9  photos of what the van looked like inside prior to you all

10  taking stuff out?

11     **A.**   To my knowledge, you are correct.

12     **Q.**   Okay.  And to your knowledge, again, there is no

13  video, at least from yourself or SABT Epley, from the search

14  itself for us; to be able to understand that?

15     **A.**   I know there is none from SABT Epley, because she

16  wouldn't have had one.  And to my knowledge, there were

17  none, and there were none inside of that vehicle.  So to my

18  knowledge, you are correct.

19     **Q.**   Now, there was a lot of stuff in that van.  Right?

20     **A.**   Yes.

21     **Q.**   There were clothes.

22     **A.**   Yes.

23     **Q.**   There was a mattress.

24     **A.**   There was.

25     **Q.**   Were you aware that Mr. Taranto was sleeping there

1    occasionally, inside of the van, when you searched?

2        **A.**    That was the impression I received after looking

3    into that van.

4        **Q.**    So you learned it after searching the van or in

5    searching the van.

6        **A.**    Correct.

7        **Q.**    Now, there were also -- you mentioned finding,

8    kind of, bottles and containers.  Correct?

9        **A.**    Correct.

10        **Q.**    It was later determined that those were -- the

11    vast majority were kind of mineral and vitamin supplements;

12    is that fair?

13        **A.**    I assume so.  But I was not part of the

14    investigation, so I don't know what the ultimate

15    determination that was made on those.

16        **Q.**    You referenced that, in cases where you feel the

17    need to, you all can call a chemist or consult with a

18    chemist.  Right?

19        **A.**    Correct.

20        **Q.**    And someone did that in this case?

21        **A.**    SABT Garcia did.

22        **Q.**    Okay.  What, if anything, can an FBI chemist tell

23    you by phone about substances encountered in a van like

24    this?

25        **A.**    So there were labels on some of the substances.

1    By reading off the labels and, essentially, for lack of a

2    better term, providing a laundry list, these chemists have

3    expertise in which they are able to determine if, what those

4    chemicals actually were matched by the label.  So if the

5    label is an accurate descriptor, whether some things are

6    precursors to explosives.

7         **Q.**   Okay.  So Officer Garcia, in his conversation with

8    the FBI chemist, determined they did not have concern about

9    the powders and different supplements that were in the car;

10   is that correct?

11        **A.**   That was my understanding.

12        **Q.**   And were those items later tested?

13        **A.**   I don't know.  That would have been up to the

14   investigative team.

15        **Q.**   Okay.  Now I want to talk about the backpack.  So

16   can you describe again what -- it's hard to tell from the

17   photographs.  How was the mattress originally situated when

18   you first opened the van?

19        **A.**   A mattress was laying in a horizontal position,

20   occupying maybe the back two-thirds of the vehicle.  The

21   space immediately behind the driver and passenger seat was

22   not obstructed by the mattress.  It was open and clear.

23        **Q.**   Sorry.  The space between the driver's side --

24        **A.**   The space immediately behind the driver and

25   passenger seat was clear and open and not obstructed by the

1    mattress.

2        **Q.**    Okay.  So was the mattress sort of leaning against

3    the top --

4        **A.**    It was flat, essentially in a horizontal position,

5    taking up the back portion of the van.

6            **THE COURT:**  The van is big enough to have the

7    mattress, plus some extra space behind the passenger and

8    driver's seats.

9            **THE WITNESS:**  Correct, Your Honor.

10   **BY MS. ETHEN:**

11       **Q.**    Got it.

12           Now, the backpack was sort of wedged between the

13   passenger's seat.  Correct?

14       **A.**    I recall being able to see the backpack leaning in

15   a space behind the driver's seat, maybe about a foot behind.

16   I think it was leaning against the mattress -- the leaning

17   edge of the mattress, if I am not mistaken.

18       **Q.**    Sorry.  Can you say that again?

19       **A.**    There was a space where the mattress ended and the

20   driver and passenger's seat began; that was enough to move

21   into, probably a foot or two, and the backpack was on the

22   left.  So behind the driver's seat, leaning up against the

23   mattress.

24       **Q.**    I see in the photographs, there are clothing --

25   there's articles of clothing and other bags there.  Where

1     were those positioned or where were they originally?

2          **A.**     Somewhere in that space.

3          **Q.**     They weren't on top of the backpack?

4          **A.**     No.   The backpack was clearly visible.

5          **Q.**     And beyond those items, inside the vehicle, there

6     were a bunch of, like, car related items, chemicals.

7     Correct?

8          **A.**     Those were under the mattress, if I recall

9     correctly.

10         **Q.**     Things like oil?

11         **A.**     Under the mattress, in the back portion of the van

12    that were visible, once the rear doors of the van were

13    opened.

14         **Q.**     It's fair to say those items are used for vehicle

15    maintenance; is that correct?

16         **A.**     I can't testify to exactly what those may or may

17    not have been used for.

18         **Q.**     Now, you indicated that you used a knife to open

19    the bag?

20         **A.**     Correct.

21         **Q.**     And inside, you pulled out, I assume, weapons.

22    Correct?

23         **A.**     Correct.

24              **MS. GUEVARA:**   Your Honor, is this -- is it

25    possible to use this?   I'm also mindful of the time.

1          **THE COURT:**  It is.  It is possible, I mean.

2          **MS. GUEVARA:**  It says power on.  I just don't know

3     what I need to do.

4          **DEPUTY CLERK:**  Just give me one second.

5          **MS. GUEVARA:**  Oh, okay.  I just wanted to show

6     some photos.

7          **THE COURT:**  This is probably a good time to just

8     say, what I have been assuming we would do, is we would

9     finish with this witness.  We probably take a break.  I

10    would ask before the break, how much longer we are going to

11    have after the break.  And then we can have a conversation

12    whether that means we are breaking for lunch or finish, at

13    least, the evidentiary portion of the hearing.  So the

14    parties should be thinking about their positions on that.

15         **MS. GUEVARA:**  Yes.  My understanding is the

16    government has one additional witness.

17         **THE COURT:**  I know.  But I don't know if that's a

18    10-minute or hour-and-a-half witness.

19         **MS. GUEVARA:**  Yes.  We have significant cross, I

20    will say.  So I would put it towards the hour-and-a-half

21    mark, on our end at least.

22    **BY MS. GUEVARA:**

23         **Q.**   Are you able to see that?

24         **A.**   I am.

25         **Q.**   You are saying the mattress was laying on top

1    of --

2          **A.**    Everything.

3               **MS. ETHEN:**  Your Honor, it is not an exhibit.  We

4    need foundation --

5               **MS. GUEVARA:**  It's from the government.  We can do

6    it if they want, about each video.

7    **BY MS. GUEVARA:**

8          **Q.**    I'm showing you what's been premarked as Defense

9    Exhibit 1.  Do you recognize this photo?

10         **A.**    I recognize the content of the photo or photo

11   itself.

12         **Q.**    Do you recognize the content of the photo?

13         **A.**    I do.

14         **Q.**    Okay.  And what does it show?

15         **A.**    The photo shows the rear of Mr. Taranto's van with

16   the rear doors opened and the mattress on the ground.

17         **Q.**    Okay.  And did you witness this or this scene

18   while you were there that day?

19         **A.**    I did.

20         **Q.**    Is this a fair and accurate depiction of what you

21   saw that day at a certain point in searching the van?

22         **A.**    It is.

23         **Q.**    Okay.

24              **MS. GUEVARA:**  Motion to admit Defense Exhibit 1.

25              **THE COURT:**  Any objection?

1              **MS. ETHEN:**  No, Your Honor.

2              **MS. GUEVARA:**  Great.

3              **THE COURT:**  Defense 1 is admitted.

4          (Defense Exhibit 1 was admitted.)

5              **THE COURT:**  We could, by agreement, speed all of

6      this part up.

7              **MS. GUEVARA:**  We could.

8              **THE COURT:**  But you objected wholeheartedly to the

9      government's presentation of and its attempt to admit

10     exhibits.

11             **MS. GUEVARA:**  It was all just the triple hearsay

12     that was challenging.

13             **THE COURT:**  But they were doing it for the purpose

14     of admitting the exhibits.  The parties could stipulate to

15     the admission of every single exhibit that we are about to

16     go through.

17             **MS. ETHEN:**  Your Honor, I am happy to do that.  I

18     am not sure what they are planning to show.  If I could see

19     it, I would be happy to...

20             **MS. GUEVARA:**  I can hand --

21             **THE COURT:**  Why don't we keep going.  But how

22     about this, if you are going to present a government

23     document that was produced to you:  I would like to offer

24     Defense Exhibit 2.  Any objection?  Great.  Boom.  We will

25     go on.  And the same courtesy will be given with the

1    government for the next witness.

2         **MS. GUEVARA:**  Does the government want to look at

3    the photos?  They are all from the first production.

4    **BY MS. GUEVARA:**

5         **Q.**   Can you tell me what you see in the back of the

6    vehicle?

7         **A.**   I see a bunch of green plastic bowl-like

8    containers, one turned over to the right of the stack, and

9    miscellaneous objects, which are not particularly in focus

10   in this picture.

11        And to the right of the picture on the grass, next

12   to the sidewalk, I think those are two of our ballistic

13   helmets and some gear we layed to the side of the van.

14        **Q.**   Are you able to circle with your finger?

15        **A.**   Sure.  These are ballistic helmets there, we were

16   wearing when we conducted said search.  That may have been

17   one of the bags in there.  It's a little out of focus.  And

18   then in green are the plastic, bowl-shaped objects that were

19   in the rear of the van.

20        **Q.**   Okay.  Do you know what those are for?

21        **A.**   If I am stretching my memory and I recall, I don't

22   know if there is a filter straining device on the bottom.

23   But I do not know what those are for.

24        **Q.**   And I am showing you what has been premarked for

25   identification, which is Defense Exhibit 2, which is another

1    photograph from Government's Exhibit No. 1.  You can see --

2    I don't know how you get rid of the blue things but -- a

3    little clearer picture of what is to the right of the

4    vehicle.  Are you able to see more clearly what those are

5    and describe to us?

6        **A.**   Of what particular?

7            **THE COURT:**  Would you like to first move Defense

8    Exhibit 2?

9            **MS. GUEVARA:**  I would like to move Defense Exhibit

10   2.

11           **THE COURT:**  I assume, no objection, based on the

12   earlier colloquy.  Assuming that is the case, Defense

13   Exhibit 2 is admitted.

14       (Defense Exhibit 2 was admitted.)

15   **BY MS. GUEVARA:**

16       **Q.**   Will you describe what you see there.

17       **A.**   Once again, one of the ballistic helmets that was

18   ours at the time.  It looks like several bags, also, back

19   over here.  [Indicated]

20       **Q.**   Are those your bags or your colleagues?

21       **A.**   I don't believe those are.  I think those probably

22   came from the interior of the vehicle.

23       **Q.**   Okay.  And when, in relation to the length of your

24   search, were these taken?  At the end?

25       **A.**   Those photographs?

81

1    **Q.**    Uh-huh.

2    **A.**    I have no idea whatsoever.  The minute we

3    determined there were no threats or hazards, we turned the

4    scene over to the investigative team.  I was not there to

5    observe when photographs were taken or when any

6    investigative activity was conducted after we declared the

7    vehicle safe.

8    **Q.**    Okay.  So was that helmet just left there after

9    you left?

10   **A.**    Depending on whose helmet it was, it could have

11   been a bomb tech out there making sure MPD didn't need

12   anything.  It could have been any number of things.  That

13   doesn't appear to be my helmet, though, so I don't know

14   exactly how long it sat there for.

15   **Q.**    Okay.  I hope you got it back.

16   **A.**    I definitely did.

17   **Q.**    And I'm showing you what's been previously marked

18   as Defense Exhibit 3, which is also from the government's

19   production, and would make a motion to admit this as Defense

20   Exhibit 3.

21        **THE COURT:**  Consistent with the earlier

22   discussion, it's admitted.

23        (Defense Exhibit 3 was admitted.)

24   BY MS. GUEVARA:

25   **Q.**    Okay.  Can you tell me what you see here?

1        **A.**    That appears to be the front passenger compartment

2    of the vehicle, taken from the orientation of the driver's

3    seat, with a pair of -- or with a set of keys in there and

4    what appears to be a cell phone.  Although I'm not sure.

5        **Q.**    Do you know whose cell phone that is?

6        **A.**    I do not.

7        **Q.**    Is it possible it's the defendant's cell phone?

8        **A.**    I can't testify to what's possible because I don't

9    know an answer.

10        **Q.**    And do you know whose keys those are?

11        **A.**    Those are consistent, in my memory, with

12    Mr. Taranto's keys that we used to enter into the vehicle.

13    It would be a typical place to put them.  I could venture an

14    assumption those are most likely the keys we used to enter

15    the vehicle.

16        **Q.**    And those were keys taken from him when he was

17    apprehended by the police?

18        **A.**    I believe so.

19        **Q.**    Okay.  And I'm showing you what's been pre-marked

20    as Defense Exhibit 4, a photo of the inside of the van taken

21    from the driver's side angle from the government's first

22    production, and would make a motion to admit it.

23        **THE COURT:**  It is admitted.

24       (Defense Exhibit 4 was admitted.)

25

1    BY MS. GUEVARA:

2        **Q.**    Can you describe what you see here?

3        **A.**    That's the rear passenger compartment of the

4    vehicle.  Visible thereof is Glad sandwich bags, two

5    containers of ammunition, if they are 9-millimeter, there

6    should be 50-round containers with the plastic trace pulled

7    out; that white box appears to be bulk 9-millimeter

8    ammunition; and right there was a black bag that I remember

9    from the search.

10       **Q.**    Okay.  And where were the -- where was the

11   ammunition taken from?

12       **A.**    The backpack.

13       **Q.**    From inside that same camouflaged, locked

14   backpack?

15       **A.**    Correct.

16       **Q.**    So the placement here, it's fair to say, you or

17   another agent placed them on the seat.

18       **A.**    I did.

19       **Q.**    Okay.  Just a moment.

20            I'm showing you what's been pre-marked as Defense

21   Exhibit 6.

22            **DEPUTY CLERK:**  Five.

23            **MS. GUEVARA:**  Five, just from the government's

24   first production and move to admit it.

25            **THE COURT:**  Based on the prior discussions, it is

1    admitted.

2         (Defense Exhibit 5 was admitted.)

3    **BY MS. GUEVARA:**

4         **Q.**    Can you tell me what you see here?

5         **A.**    I don't have an orientation know what I am looking

6    at exactly.  You would have to describe that to me.  It

7    could be the rear of the vehicle or the passenger

8    compartment.  I don't know the answer.

9              **MS. GUEVARA:**  Your Honor, may I approach?  The

10   glare makes it hard to see.

11             **THE COURT:**  You may.

12   **BY MS. GUEVARA:**

13        **Q.**    Does that help?

14        **A.**    It does.  Based on the door handle, I assume it is

15   the passenger's compartment, but I am not a hundred percent

16   sure.

17        **Q.**    So you see there is this sort of blue -- what I

18   assume is a seat to the left.  Correct?

19        **A.**    Yes.

20        **Q.**    Are you able to tell then looking at it?

21        **A.**    It's consistent with the passenger compartment.

22        **Q.**    Based on the orientation, is it fair to say this

23   was immediately behind the driver's side?

24        **A.**    I have no reason to think differently, but I will

25   take your word for it on that one.  Like I said, it's a

1     little hard based on the zoomed-in photo, but I have no

2     reason to doubt you on that.

3          **Q.**   Here you see a number of different items including

4     clothing.  Correct?

5          **A.**   Correct.

6          **Q.**   Plastic bags.  Correct?

7          **A.**   Correct.

8          **Q.**   It looks like some type of electronics equipment?

9          **A.**   Sure.  Yes.

10         **Q.**   And then we see to the far left the camouflage

11    backpack?

12         **A.**   Correct.

13         **Q.**   But this is not how these items were placed when

14    you originally entered the vehicle.  Correct?

15         **A.**   Correct.

16         **Q.**   And was this how it appeared when you left the

17    scene?

18         **A.**   I'm sure it did.  I didn't change anything when I

19    left it.  So that's probably pretty accurate as to when I

20    left, unless I actually exited the vehicle and someone

21    changed something before.  But I can't -- I wouldn't know

22    the answer on that.

23         **Q.**   Okay.

24              And on the right-hand side where I am pointing --

25    the glare is a little tough -- can you describe what is

1    going on there with the sort of -- the electrical panel?

2        **A.**    It appears to be an exposed electrical panel with

3    some wires that are visible, is what I assume you are

4    asking.

5        **Q.**    Was that something that you all did or was that

6    there?

7        **A.**    No, we did not cut into the vehicle itself.

8        **Q.**    Thank you.

9             I'm also showing you what has been pre-marked as

10   Defense 6.  Are you able to --

11          **MS. GUEVARA:**  I'm sorry.  I would make a motion to

12   admit --

13          **THE COURT:**  Defense Exhibit 6 is admitted.

14          (Defense Exhibit 6 was admitted.)

15          **THE WITNESS:**  That's multiple bags that appear to

16   be on the grass next to the vehicle.

17   **BY MS. GUEVARA:**

18       **Q.**    And are those all bags that were inside the

19   vehicle as well?

20       **A.**    I believe they were.

21       **Q.**    And was there any contraband obtained from any of

22   those bags beyond what appears to be the camouflaged bag?

23       **A.**    I don't know about the definition of "contraband."

24   The only thing I ever look through on bags is to make sure

25   there are no other explosives or hazards.  All I can tell

1    you is if they were laid out like that.  Myself or another

2    bomb technician did not find any explosives, hazards.

3    Contraband is kind of a relatively wide ranging term that

4    refers to a criminal offense, and I can't testify to that.

5        Q.    Fair enough.

6            To your knowledge, neither the blue bag -- I'm

7    sorry, I will put it back -- or the black bag, there were no

8    bomb -- well, we've already established there is no bombs or

9    detonators, but there was no firearm in addition to

10   firearms, ammunition, anything of that kind?

11           **MS. GUEVARA:**  Court's indulgence.

12           Lastly, I am showing you what's been marked as

13   Defense Exhibit 7.  I make a motion to admit it.  It also

14   comes from government's discovery.

15           **THE COURT:**  Defense 7 is admitted.

16       (Defense Exhibit 7 was admitted.)

17   **BY MS. GUEVARA:**

18       Q.    Are you able to identify this photo?

19       A.    It came from the inside of the van.  It was some

20   kind of medical kit.

21       Q.    Some kind of medical kit.

22       A.    I believe so.

23       Q.    It looks military issued; is that fair?

24       A.    I can't make a determination on whether that was

25   issued by the military.  There are plenty of private

1    companies that make things that appear military in nature,

2    so I don't know the answer to that.

3        Q.   Now, after you rendered -- you indicated you

4    rendered the firearm safe?

5        A.   No, I indicated that I determined the vehicle was

6    safe and there were no explosive hazards or threats to other

7    individuals.  We did not actually render the firearm safe.

8        Q.   Okay.  Are you aware of whether anybody else did

9    after you left the area?

10       A.   That wasn't our function in this particular

11   investigation.  Once a firearm is taken out, we determine

12   that it's a firearm, and laying there, it no longer presents

13   an inherent threat and that was our position in it.

14       Q.   Did you personally handle the firearms?

15       A.   I removed them from the backpack, correct.

16       Q.   Were you wearing gloves or some sort of thing at

17   that time?

18       A.   I was.

19       Q.   Where did you place the firearms?

20       A.   I placed them on that seat, back where you saw the

21   ammunition in the prior pictures.

22       Q.   Okay.  I can't remember if I asked you this, but

23   there was no indication that the firearms had been shot

24   recently?

25       A.   I can't testify to that.

1    **Q.**   Now, there was a second search that occurred in

2    the van the following day, I believe.  Correct?

3    **A.**   I have no idea.

4    **Q.**   You didn't participate in any subsequent searches?

5    **A.**   I was not a member of the investigative team.

6    Once we determined the vehicle was clear of hazards, that

7    ended my involvement in the vehicle.

8    **Q.**   And just so I'm clear, you did not examine the

9    phone for any initiator or detonator-related abilities.

10   **A.**   I did not.

11   **Q.**   Correct?

12   **A.**   That is correct.

13   **Q.**   And you are not aware of anybody else that did

14   that day either?

15   **A.**   I did not inquire and no one provided that

16   information.

17   **Q.**   When you indicated you canvassed or looked around

18   the vehicle before you went inside, did you use a flashlight

19   or any kind?

20   **A.**   Yes.

21   **Q.**   Okay.  And did you see any suspicious, or should I

22   say, any firearms in plain sight in looking through the

23   windows of the van before entering?

24   **A.**   I did not.

25   **Q.**   Did you see any ammunition in plain sight before

1    entering the van?

2        **A.**   I did not.

3        **Q.**   Did you see anything that looked like it could be

4    a potential bomb or detonator before entering the van?

5        **A.**   Not immediately, no, we did not.

6        **Q.**   And it's fair to say, if you had, you would have

7    documented it in the report that you and your partner put

8    together following this incident.  Correct?

9        **A.**   Correct.

10       **Q.**   In terms of going back a bit, can you tell me,

11   what damage can a detonator do without a bomb?

12       **A.**   It can cause severe damage to an individual based

13   on either shrapnel coming from the metal cases or the actual

14   explosive itself.

15       **Q.**   And then did you see -- just to clarify, did you

16   see the BOLO in this case before you went into the vehicle

17   or after?

18       **A.**   I'd imagine I probably saw it before, because I

19   wrote it in the 302, so someone probably showed it to me.

20   But I don't recall exactly that day.

21       **Q.**   When you say, "Somebody probably showed it to

22   you," how did they show it to you?

23       **A.**   Since it was sent out via email, how BOLOs are

24   usually distributed, I would imagine someone either pulled

25   up the PDF file or something of that nature, would be my

1    guess.

2          **Q.**   Like on their phone?

3          **A.**   Something like that.

4          **Q.**   But you don't recall specifically?

5          **A.**   I don't recall specifically.

6          **Q.**   In discussing or reviewing the NIST video, it

7    turns out Mr. Taranto, at the time he was livestreaming, was

8    not near or in Gaithersburg.  Correct?

9          **A.**   I can't make a judgment on that.  I haven't seen a

10   geographical tag or any specific information related to

11   that.

12         **MS. GUEVARA:**  I was going to pull up the body-worn

13   camera.  I don't know if we want to take a break.  I know

14   Your Honor has a 12:00.

15         **THE COURT:**  Whose body-worn camera?

16         **MS. GUEVARA:**  I'm sorry.  The NIST video.  I was

17   going to pull up the government's exhibit.

18         **THE COURT:**  How much longer in cross do you have?

19         **MS. GUEVARA:**  Twenty, 15, just depending on

20   showing that.

21         **THE COURT:**  Well, let's finish the cross before we

22   take a break.

23         **MS. GUEVARA:**  Okay.  So it's the NIST video,

24   around 39...

25         **THE COURT:**  Government's Exhibit 2, I believe, if

1   I've got it right.

2           **MS. GUEVARA:**  I'm sorry?

3           **THE COURT:**  You are talking about the livestream

4   video.

5           **MS. GUEVARA:**  The NIST video, yes.

6           **THE COURT:**  I believe that's Government's Exhibit

7   2, if you want to use the government's exhibit.  It's

8   already in evidence.

9           **DEPUTY CLERK:**  Are we pulling it up from your

10  table?

11          **MS. GUEVARA:**  I'm not sure.  We can.

12          **THE COURT:**  Well, you can both be connected.  But

13  Ms. Moore needs to ensure the feed is coming from the right

14  place.

15          **MS. GUEVARA:**  Your Honor, we can do one of two

16  things, Your Honor.  I think -- you're able to see

17  Mr. Taranto drive across a bridge where there is signage.  I

18  don't mean to testify here, but it's in the video.

19          **THE COURT:**  I understand.

20          **MS. GUEVARA:**  For 495 and 95.

21          **THE COURT:**  It's in evidence.  You can argue about

22  what the video shows.

23          **MS. GUEVARA:**  Yes.  He drives for a few minutes

24  and parks in what is National Harbor.

25          **THE COURT:**  Your argument is?

1      **MS. GUEVARA:**  He was not anywhere near

2   Gaithersburg.  We will discuss it later.  But it goes to

3   viability of a threat.

4      **THE COURT:**  Okay.  Very well.

5   **BY MS. GUEVARA:**

6      **Q.**   So in terms of the information you had that day,

7   and even today, it's fair to say you are not aware that he

8   was not near NIST at the time that video was created.

9   Correct?

10      **A.**   I haven't seen anything to specifically indicate

11   that, but I am not an expert or have outside knowledge to

12   give a competent answer to that.  So, specifically, if you

13   are asking me what I have looked at on that, then I don't

14   know what the side streets around NIST look like.  But if

15   you are asking if I've seen 95 and 495 on the video, I did.

16   But I don't know what you are asking as far as the scope of

17   his travels that day or on that video.

18      **Q.**   So the BOLO actually discusses his location as

19   being in the National Harbor.  Correct?  I am happy to pull

20   it up.  This is Government's Exhibit 1.  We may have to

21   switch.

22           Are you able to see that?

23      **A.**   I am.

24      **Q.**   Last location stated during the livestream, "We

25   are located near National Harbor."  Correct?

1      **A.**   It also said his vehicle and tag have been placed

2    into D.C. and Maryland LPR systems.  So I know they were

3    looking for him.  But I see they say National Harbor with

4    the livestream.

5      **Q.**   To your knowledge, what efforts were done between

6    the publication of this video on the 28th, during the day

7    and the following day, on the 29th?

8      **A.**   I have no knowledge whatsoever.  My sole purpose

9    in this investigation was to make sure that van and the

10   surrounding area were rendered safe of any threats and

11   hazards.

12     **Q.**   Were you aware of whether law enforcement obtained

13   video footage from NIST itself to check to see if

14   Mr. Taranto or his vehicle had been anywhere near it?

15     **A.**   I am not.

16     **Q.**   So you were not aware of that the day of your

17   search either?

18     **A.**   I was not.

19     **Q.**   And you weren't aware that, in canvassing and

20   reviewing video from this, there was no footage indicating

21   Mr. Taranto had been near the premises?

22     **A.**   I have no awareness whatsoever.

23     **Q.**   You saw the video earlier.  There was another

24   gentleman speaking with Mr. Taranto.  Correct?

25     **A.**   Correct.

1    **Q.**   It looked like they were jumping -- using jumper

2    cables on Mr. Wayne's video; is that fair?

3    **A.**   They were doing something.

4    **Q.**   "Doing something."  What's your interpretation, I

5    guess, of what they were doing?

6    **A.**   I don't have an interpretation.  I wasn't there.

7    I am not an expert as a mechanic or anything like that.  So

8    I can't testify to what their intent was or what they were

9    trying to do to his vehicle.

10   **Q.**   And are you familiar with any of sort of the

11   background prior to June 28th and 29th regarding

12   Mr. Taranto?

13   **A.**   No.

14   **Q.**   So you weren't aware that he -- that his

15   vehicle -- well, that his friend's vehicle was actually

16   towed from the D.C. jail area a couple days prior to this

17   incident.  Correct?

18          **MS. ETHEN:**  Objection as to relevance on this

19   hearing.

20          **THE COURT:**  Overruled.  I will take it for what

21   it's worth.

22          **THE WITNESS:**  I was not aware.

23   **BY MS. GUEVARA:**

24   **Q.**   You weren't aware they were picking up Danny Wayne

25   from the towing location at the time of that video.

1      Correct?

2           **A.**    It is correct that I am not aware of that, yes.

3           **Q.**    Okay.  And that the -- at that time they were

4      actually near Alexandria, Virginia, not Gaithersburg.

5      Correct?

6           **A.**    I have no idea.

7           **Q.**    And to your knowledge, did anyone ever pursue

8      Danny Wayne's vehicle?  Any law enforcement pursue Danny

9      Wayne's vehicle?

10          **A.**    My participation of the investigation ended once

11     Mr. Taranto's van was declared safe of any threats or

12     hazards and turned over to the investigative team.

13          **Q.**    So you were not deployed to do a search on the

14     other gentleman's vehicle?

15          **A.**    I was not.

16          **Q.**    Are you aware of whether any of the other bomb

17     techs in your division were deployed to do a search of that

18     other vehicle?

19          **A.**    I am not aware.

20          **MS. GUEVARA:**  The Court's indulgence.  I am almost

21     done.

22          (Brief pause.)

23          Your Honor, I have questions about the video

24     itself, but, I mean, we could leave it to argument because

25     they are sort of self-evident.

1      **THE COURT:**  Are you trying to make points through

2    cross you would articulate to me about the video?

3      **MS. GUEVARA:**  Yes.

4      **THE COURT:**  I don't think we need this witness for

5    that purpose.

6      **MS. GUEVARA:**  All right.  May I have one moment to

7    confer with my colleague?

8      **THE COURT:**  You may.

9      (Discussion off the record between Ms. Guevara and

10   Mr. Taranto.)

11   **BY MS. GUEVARA:**

12     **Q.**  And were you familiar with the warrant that at

13   that point had been issued for Mr. Taranto?

14     **A.**  I am not and was not.

15     **Q.**  Okay.  So you did not know what the warrant -- or

16   whether there was a warrant at all or what the warrant was

17   for?

18     **A.**  All of the above.  My only concern was with the

19   safety of that vehicle and the people around it.

20     **Q.**  You mentioned in your direct testimony that a

21   bag -- you initially went to investigate a bag that was

22   dropped.

23     **A.**  We were informed or I was informed at the time

24   that, as Mr. Taranto was being chased, he either dropped or

25   may have dropped a bag there, so there was, I think, two

1      plastic trash bag-looking objects that were also in the

2      vicinity where he was apprehended.

3          Q.   So, actually, if you watch the video, he is

4      picking those up from the ground.  Correct?

5          A.   Yeah.

6          Q.   What it appears, is that they pre-existed there;

7      that they were there prior to him arriving.  Correct?

8          A.   Are you asking if I am drawing a conclusion and

9      making an assumption?  I am not quite sure what the question

10     is.

11         Q.   You indicated yesterday you reviewed the video.

12         A.   I did.  I am asking, Is it possible if those were

13     not in the video frame?  Was he carrying them by his side

14     and dropped them?  I cannot testify to what traveled with

15     him to that area that may or may not have been on the video.

16     As a result, myself and others would have taken whatever

17     precautions that were felt necessary at the time to make

18     sure there were no threats and hazards in the area assuming

19     the worst-case scenario.

20         Q.   So the information you had was that there was a

21     bag --

22         A.   That may or may not have come with him.  It was a

23     possible threat or hazards.  It was not a definitive

24     statement.  It was something that needed to be checked to

25     make sure there were no possible injuries that could have

1    resulted to anyone in that area.

2         **Q.**   Did you search those bags?

3         **A.**   We did.

4         **Q.**   What, if anything, did you find?

5         **A.**   Clothing articles, not of consequence.  There is

6    no evidence of any crime.  I think it was all -- I think a

7    pair of cowboy boots or something.

8         **Q.**   Baseball, Spanish-speaking Bible?

9         **A.**   Something like that.

10        **Q.**   And those items looked quite dirty and old?

11        **A.**   They did.

12        **Q.**   Okay.

13             **MS. GUEVARA:**  Okay, Your Honor.  I think that is

14   all.

15             **THE COURT:**  Thank you.  Any redirect?

16             **MS. ETHEN:**  No.

17             **THE COURT:**  Thank you for your testimony this

18   morning and afternoon.  You are free to go.  You are

19   excused.

20             **THE WITNESS:**  Thank you, Your Honor.

21             **THE COURT:**  Thank you very much --

22             **THE WITNESS:**  I appreciate it.

23             **THE COURT:**  -- for your service.

24             All right.  As I indicated, the next question is,

25   how long does the government anticipate its direct of its

1   next witness will take?

2           **MS. ETHEN:**  About 30 minutes, Your Honor, maybe 45

3   at the most.

4           **THE COURT:**  And then cross?

5           **MS. GUEVARA:**  Similar length.

6           **THE COURT:**  So let's take a lunch break.  Let's go

7   back on the record at 1:30.  We will start up with the

8   government's next witness.

9           The other thing I will just say is, obviously, I

10  have the parties' briefs.  It does seem to me that the

11  parties' briefs are directed at a less-than-full evidentiary

12  record, which is now fuller.  And I am very likely not going

13  to resolve the motion orally today but tell the parties to

14  submit post-hearing briefs.

15          As a result, my current plan is to, essentially,

16  hear whatever the parties want to introduce and not to hear

17  argument on what we've just heard, but instead have the

18  parties brief the relevant questions, in light of the fuller

19  record, and then, and only then, if I decide that argument

20  on the post-hearing motion or briefs is appropriate while I

21  have argument.  Okay?

22          So the plan would be to resume at 1:30.  Finish

23  the evidentiary component of the hearing.  Essentially hold

24  the hearing over.  Discuss post-hearing briefs.  I'll review

25  the post-hearing briefs, and then resolve the motion either

1    on the papers at that point or call the parties back in for

2    argument, if I think that would be helpful.  Okay?

3              So let's go into recess until 1:30.

4              **MS. GUEVARA:**  Thank, Your Honor.

5         (Recess from 12:31 p.m. to 1:41 p.m.)

6              **THE COURT:**  Is everyone ready to resume?

7              **MR. CLOHERTY:**  Yes, Your Honor.

8              **THE COURT:**  The government may proceed with its

9    next witness.

10             Good afternoon.

11             **THE WITNESS:**  Good morning.

12             **DEPUTY CLERK:**  Do you solemnly swear or affirm the

13   testimony to be given to this Honorable Court will be the

14   truth, the whole truth and nothing but the truth?

15             **THE WITNESS:**  I do.

16             **THE COURT:**  Thank you.  Please be seated.

17             Thank you.  You may proceed.

18             **MR. CLOHERTY:**  Thank you.

19             **DIRECT EXAMINATION OF DAVID BOARMAN**

20   BY MR. CLOHERTY:    --

21        **Q.**   Could you please state your name and spell it for

22   the record.

23        **A.**   My name is David Boarman; D-a-v-i-d, last name

24   Boarman, B-o-a-r-m-a-n.

25        **Q.**   Are you employed?

1    **A.**    Yes.

2    **Q.**    By who?

3    **A.**    The Metropolitan Police Department.

4    **Q.**    And how long have you worked there?

5    **A.**    Approximately 17 and a half years.

6    **Q.**    What's your current role at MPD?

7    **A.**    I work the SOD K-9 unit.

8    **Q.**    How long have you worked there?

9    **A.**    Coming up on four years.

10    **Q.**    What did you do before that?

11    **A.**    I was a parole officer at 5D for a few years and

12    as well as 1D.

13    **Q.**    You mean the 5th District and 1st District in

14    Washington, D.C.?

15    **A.**    Yes.

16    **Q.**    Why did you go into K-9?

17    **A.**    I applied for the position and I was selected for

18    the position.

19    **Q.**    What did you have to do to become  a K-9 handler?

20    **A.**    An agility test and an oral interview.

21    **Q.**    And do you remember when you did that?

22    **A.**    I don't recall the exact date.  It was about four

23    years ago or so.  I believe it was longer than that.

24    Approximately five to six years ago.

25    **Q.**    Okay.  About how many vehicle scans have you done

1    or vehicle sniffs have you done as a K-9 handler?

2       **A.**   You want approximate?

3       **Q.**   Yeah.  Can you ballpark it or...

4       **A.**   Approximately 40, 50.

5       **Q.**   You've done 40 or 50 scans in the last four years?

6       **A.**   You said of vehicles?

7       **Q.**   Yeah.

8       **A.**   Yes.

9       **Q.**   Okay.

10           Approximately how many firearms have you recovered

11   in your four years --

12       **A.**   I will correct that.  In the past two years.

13       **Q.**   Okay.  And then about how many firearms have you

14   recovered in the past -- since you've been a K-9 handler?

15       **A.**   Approximately 20 to 25 guns.

16       **Q.**   Are you familiar with the K-9 named Trek?

17       **A.**   Am I familiar?  Repeat the question.

18       **Q.**   Are you familiar with a K-9 named Trek?

19       **A.**   Yes.

20       **Q.**   Who is Trek?

21       **A.**   He is my K-9 assigned to me.

22       **Q.**   Did you go through training with Trek?

23       **A.**   Yes.

24       **Q.**   How long have you been working with K-9

25   Officer Trek?

1      **A.**   Approximately two years.

2      **Q.**   What training did he go through?

3      **A.**   We went through K-9 detector course training

4   together.

5      **Q.**   Is that basic firearms training?

6      **A.**   Yes.

7      **Q.**   About how long was that?

8      **A.**   That is eight weeks.

9      **Q.**   Did you have to take a test at the end of that

10   training?

11     **A.**   Yes.

12     **Q.**   Could you briefly describe what the test was?

13     **A.**   The test was an open-seat -- open-field search,

14   vehicles and also rooms.  I believe there is one more, but I

15   can't think of it right now.

16     **Q.**   And who conducted the training for -- that you

17   took part in?  What organization?

18     **A.**   MPD.

19     **Q.**   Did you pass that test that you just mentioned?

20     **A.**   Yes.

21     **Q.**   And did Trek pass the test along with you?

22     **A.**   Yes.

23     **Q.**   And did you -- were both you and K-9 Officer Trek

24   certified by MPD?

25     **A.**   Yes.

1      **Q.**   Basic firearms detection?

2      **A.**   Yes.

3      **Q.**   What -- did you receive a certificate?

4      **A.**   Yes.

5            **MR. CLOHERTY:**   Your Honor, I'd now like to show

6      the witness Government's Exhibit 5.

7            **THE COURT:**   Would you like to move the admission

8      of Government's Exhibit 5?

9            **MR. CLOHERTY:**   Yes, Your Honor, I would.   I

10     previously have shown it to the defense counsel and they

11     didn't object.

12           **THE COURT:**   Government's Exhibit 5 is admitted.

13         (Government's Exhibit 5 was admitted.)

14           **MR. CLOHERTY:**   Can you see that on your screen in

15     front of you?

16           **THE COURT:**   Probably not quite yet.

17     **BY MR. CLOHERTY:**

18     **Q.**   What's Government's Exhibit 5?

19     **A.**   A certificate for completing eight weeks for basic

20     firearms detector dog training course.

21     **Q.**   And is that for you and K-9 Officer Trek?

22     **A.**   Yes.

23     **Q.**   And when we are talking about basic firearms

24     detector, what smell is the K-9 trained to detect?

25     **A.**   Smokeless powder.

1      **Q.**   What types of objects would have smokeless -- when

2   you say "powder," do you mean gunpowder?

3      **A.**   Gunpowder.

4      **Q.**   What types of objects would have smokeless

5   gunpowder?

6      **A.**   Ammunition, expended shell casings, guns.

7      **Q.**   And those are the types of objects that

8   Officer Trek, K-9 Officer Trek, is trained to detect?

9      **A.**   Yes.  Magazines as well.

10     **Q.**   Magazines as well.

11     **A.**   Magazines as well.

12     **Q.**   And when did you get your certification for K-9

13   Officer Trek?

14     **A.**   2021.

15     **Q.**   Have you had to do recertification training?

16     **A.**   Yes.

17     **Q.**   How often?

18     **A.**   It has to be before every six weeks.

19     **Q.**   Have you and Officer Trek done all of those

20   trainings together?

21     **A.**   Yes.

22     **Q.**   Have you or K-9 Officer Trek ever failed one of

23   those trainings?

24     **A.**   No.

25     **Q.**   Have you been successfully re-certified every

1    time?

2        **A.**    Yes.

3        **Q.**    Based on that certification and recertifications,

4    do you trust Trek's alerts?

5        **A.**    Yes.

6        **Q.**    Let's talk about alerts for a second.  What is an

7    alert?

8        **A.**    He is trained to sit; and that's his alert.

9        **Q.**    When would he sit?

10       **A.**    Once he finds smokeless powder.

11       **Q.**    So let's talk about what happens when you get

12   called out, when a K-9 is requested.  Could you walk us

13   through the call of what happens when you arrive to the

14   scene?

15       **A.**    We get called to the scene.  We go.  We kind of

16   get a rundown of what is going on, what they would want us

17   there for.  And then we -- well, myself, if we are just

18   talking about me -- notify the official.  For any detector

19   call, we need to notify either our official or the 800,

20   which would be the watch commander for the day, to get

21   approval to do a detector call.

22            Once we get that approval, we give a warning

23   announcement.  Sometimes a warning announcement can come

24   before.  It's just an announcement we have to give and

25   perform the task.

1      Q.   So you don't go out and conduct dog sniffs without

2   supervisory approval?

3      A.   Yes.

4      Q.   Why would you give an alert before you get

5   started, a verbal alert?

6      A.   A verbal alert?

7      Q.   Yeah.  Why do you call and let everyone know a K-9

8   is going to come out?

9      A.   To make sure people are aware.  It's a policy we

10  have.

11     Q.   Is that what you were trained to do?

12     A.   Yes.

13     Q.   So then what do you do after you are done giving

14  the alert?

15     A.   I perform the task.

16     Q.   Okay.  If the task at hand is a firearm sniff,

17  what would you do when you get the dog out of the car?

18     A.   I usually try to get them to empty, which that's

19  to get him to use the bathroom.

20     Q.   Why would you start out doing that?

21     A.   Just so he's not trying to go to the bathroom

22  during the deployment.

23     Q.   You want him to focus on the deployment, not

24  having to go to the bathroom.  He is an animal.  Nature

25  calls.

1        **A.**   Yes.

2        **Q.**   After he empties and you have been instructed

3   to -- let me take a step back.  Would you be informed when

4   you are on the scene as to what the dog is supposed to be

5   searching for?

6        **A.**   Generally, yes.

7        **Q.**   So would you be, for example, informed whether

8   there must be smokeless gunpowder or possibly a firearm on

9   the scene before the dog begins the search?

10       **A.**   Yes.

11       **Q.**   So after you get the dog out and try to get the

12   dog out of the car and you try to have the dog empty, what

13   would you do next with the dog?

14       **A.**   I would -- I would put a collar on him, which

15   is -- what is the word I am looking for?  Sorry.  I would

16   put a collar on him to key him up to what the task he is

17   about to do.

18       **Q.**   Is there a specific collar that relates -- or that

19   cues the dog it is supposed to be searching for firearms?

20       **A.**   Yes.

21       **Q.**   So you'd put that collar on him to start?

22       **A.**   Yes.

23       **Q.**   And sometimes do you put a leash on him as well?

24       **A.**   Yes.

25       **Q.**   And then after you have that set up, if you were

1    going to search a vehicle, how would you begin that search?

2         **A.**   I would start the sweep from the front passenger's

3    side of the vehicle.

4         **Q.**   Why would you start there?

5         **A.**   It is what I was trained to do.

6         **Q.**   And where would you go from there?

7         **A.**   I start to -- I tell him to find the gun and

8    proceed to walk around the vehicle.

9         **Q.**   Where is the dog supposed to be sniffing?

10        **A.**   He is supposed to be detailing the seams and spots

11   where odor may come out of the vehicle.

12        **Q.**   What are the "seams"?

13        **A.**   Seams are where your door opens at the bottom and

14   the portions -- best I can describe it -- portions that open

15   on the vehicle.

16        **Q.**   And what are you doing when the dog is doing the

17   sniff as a handler?

18        **A.**   Moving and allowing him to sniff.

19        **Q.**   Are you monitoring his behavior?

20        **A.**   Yes.

21        **Q.**   What are you monitoring it for?

22        **A.**   I am monitoring to ensure he is detailing the

23   vehicle.

24        **Q.**   What do you mean by "detailing"?

25        **A.**   Focused on the vehicle, smelling at the seams.

1     **Q.**   Okay.

2            How many trips around the vehicle do you usually

3     do?

4     **A.**   No more than two.

5     **Q.**   Why not just one?

6     **A.**   If the dog is not focused on the vehicle, I have

7     to get him focused on the vehicle and the seams.

8     **Q.**   And have you been working with Trek for all of the

9     last two years as a K-9 officer?

10    **A.**   Yes.

11    **Q.**   What's Trek's behavior like sometimes when he gets

12    out of the car or your vehicle?

13    **A.**   Very excited, hyper, a lot of energy.

14    **Q.**   How many sniffs would you say Trek does in a

15    normal week?

16    **A.**   That depends on the time of year.  For me, it

17    seems like it's usually busier in the summertime.  Day work

18    is not as busy as midnights.  I can tell you last week, I

19    had two -- yes, I believe it was two.

20    **Q.**   Last week, in the whole week of your work, you had

21    two instances where Trek was called out to conduct a sniff?

22    **A.**   Yes.

23    **Q.**   So it's not like this is happening all day every

24    day.  It's kind of, you know, not exactly routine.  Right?

25    **A.**   I would say it's pretty routine.

1    **Q.**   I'm sorry.  It was a poor choice of words on my

2    part.  It's not like you do this every single day?

3    **A.**   No.

4    **Q.**   Okay.  So if the dog -- if Trek is excited or

5    something like that when he gets out of the car, is there

6    anything that you do to try to focus him on the task at

7    hand?

8    **A.**   If there's a specific area I would want him to

9    search, I would direct him to that area.

10   **Q.**   And how would you do that?

11   **A.**   I say "Here".  His name is Trek so I

12   don't -- during training, I didn't want to confuse him by

13   saying "check" and him think it's his name, so I say,

14   "here."

15   **Q.**   The normal -- the way you were trained was to say

16   "check," but you say "here" instead, because you don't want

17   to confuse the dog's with his name being Trek?

18   **A.**   Yeah.

19   **Q.**   If K-9 Officer Trek alerts on a vehicle, would you

20   stop conducting the sniff or do you continue going?

21   **A.**   I generally continue going.

22   **Q.**   Why don't you just stop there?

23   **A.**   It's whatever -- it's the method I've stuck with.

24   **Q.**   Okay.  You weren't trained to stop as soon as the

25   dog alerted, were you?

1      **A.**    No.

2      **Q.**    Okay.  Do you write a report after you conduct a

3   sniff?

4      **A.**    Yes.

5      **Q.**    And do you have a human partner that works with

6   you or is it just you and K-9 Officer Trek?

7      **A.**    It's just me and K-9 Trek in my vehicle, but I do

8   have co-workers.

9      **Q.**    Okay.  Let me direct your attention to June 29th,

10   2023.  Were you called out to the 2400 block of Kalorama

11   Road in Northwest, Washington, D.C.?

12      **A.**    Yes.

13      **Q.**    What information did you receive when you arrived

14   on scene?

15      **A.**    I was advised by a sergeant on the scene the

16   details of what was going on and was advised that somebody

17   was going to sweep the vehicle, whether it had been me or my

18   co-coworker.

19      **Q.**    Who advised you the vehicle needed the sweep?

20      **A.**    Sergeant Jackson.

21      **Q.**    Was he the only person making that decision or was

22   there someone else that you're aware of?

23      **A.**    He advised me that a commander advised him on the

24   scene.

25      **Q.**    Advised him that the commander wanted a K-9 -- a

1   firearms K-9 to sweep the vehicle?

2        **A.**   Yes.

3        **Q.**   And you were the K-9 firearms officer that swept

4   the vehicle.   Right?

5        **A.**   Yes.

6        **Q.**   With Officer Trek?

7        **A.**   Yes.

8        **Q.**   Were you wearing body-worn camera that day?

9        **A.**   Yes.

10       **Q.**   Did you activate it?

11       **A.**   Yes.

12       **Q.**   Have you watched it in preparation for testimony

13   today?

14       **A.**   Yes, portions of it.

15       **Q.**   Now, I'm now showing the witness what's been

16   marked as Government's Exhibit 6, which has been previously

17   disclosed, and share with defense counsel.  Do you recognize

18   what this is?

19            **THE COURT:**  Do you want to move for its admission?

20            **MR. CLOHERTY:**  I will move for its admission.

21   Thank you, Your Honor.

22            **THE COURT:**  Any objection?

23       **MS. MILLIAN:**  No objection, Your Honor.

24            **THE COURT:**  Government's Exhibit 6 is admitted.

25         (Government's Exhibit 6 was admitted.)

1          **MR. CLOHERTY:**  I will press play at timestamp

2    13:43:37.  After turning the sound on, I will press play.

3          (Video played.)

4               For the record, I stopped at 13:44:22.

5    **BY MR. CLOHERTY:**

6          **Q.**   What did you do in the clip we watched?

7          **A.**   I made sure nobody was in the vehicle.

8          **Q.**   Could you talk into the microphone?  It's hard to

9    hear.

10         **A.**   I made sure nobody was in the vehicle.

11         **Q.**   Why did you do that?

12         **A.**   Because we do not sweep vehicles with people

13   inside.

14         **Q.**   Was the window to the vehicle cracked?

15         **A.**   Yes.

16         **Q.**   At any point did you reach into the vehicle?

17         **A.**   Did I reach into the vehicle?

18         **Q.**   Yeah.  Did you put your hand in through the crack

19   of the window into the vehicle or did you just look in

20   through the outside?

21         **A.**   I believe I just looked through the outside.

22         **MR. CLOHERTY:**  Okay.  I'm now going to jump ahead

23   to timestamp 13:46:26 and press play.

24         (Video played.)

25              For the record, I stopped at 13:47:06.

1    BY MR. CLOHERTY:

2       **Q.**   What did you do in the clip we watched?

3       **A.**   I put his collar on.

4       **Q.**   Is that the firearms collar?

5       **A.**   Yes.

6       **Q.**   Does that get the dog ready to do a firearms

7    search?

8       **A.**   Yes.

9            **MR. CLOHERTY:**   Okay.  Now pressing play at the

10   same timestamp.

11        (Video played.)

12            I paused at 13:47:44

13   BY MR. CLOHERTY:

14      **Q.**   What did we just watch in that clip?

15      **A.**   Him go around the vehicle.

16      **Q.**   Did Officer Trek alert at any point during that

17   trip?

18      **A.**   No.

19      **Q.**   What did you think after the first trip around?

20      **A.**   That he wasn't focused on the deployment.

21      **Q.**   What made you think that?

22      **A.**   Because he wasn't detailing the vehicle.

23      **Q.**   So what did you decide to do once you made the

24   first trip around and you didn't think he was detailing the

25   vehicle?

1     **A.**   Get him focused on the seams of the vehicle.

2     **Q.**   How did you do that?

3     **A.**   Put my hand out and say, "Here," and put him on a

4   scene.

5          **MR. CLOHERTY:**  I'm going to start the video up at

6   12:37:44.

7        (Video played.)

8          **MR. CLOHERTY:**  I'm sorry.  I missed it.  I rewound

9   to 13:47:48 and I've paused at 13:47:52.

10  **BY MR. CLOHERTY:**

11    **Q.**   Did you see the dog's paw touch the vehicle?

12    **A.**   Yes.

13    **Q.**   Is that an alert?

14    **A.**   No.

15         **MR. CLOHERTY:**  I'm pressing play at the same

16  timestamp.

17       (Video played.)

18  **BY MR. CLOHERTY:**

19    **Q.**   Now, I've paused for the record at 13:47:55.  What

20  is Trek doing in this screenshot?

21    **A.**   An indication.

22    **Q.**   Is he alerting to the vehicle?

23    **A.**   Yes, that's an alert.  We call it an indication.

24    **Q.**   And what did you think, based on Trek's

25  indication?

1        A.      That there was smokeless powder in the vehicle.

2        Q.      Did you continue conducting the search?

3        A.      Yes.

4             MR. CLOHERTY:  Pressing play at 13:47:55.

5        (Video played.)

6             Pressing pause at 13:48:05

7   BY MR. CLOHERTY:

8        Q.      What did Officer Trek just do?

9        A.      An indication.

10       Q.      What did that make you think?

11       A.      Repeat?

12       Q.      What did his indication make you think?

13       A.      There is smokeless powder in the vehicle.

14       Q.      And is that by the passenger's side -- not the

15  front door of the passenger's side, but, I guess, the second

16  door, the second-row door?

17       A.      Yes, it's the passenger's side.

18       Q.      At that point are you almost back to the front

19  left passenger's side of the car?

20       A.      Yes.

21       Q.      Did you continue the search from there?

22       A.      No.

23       Q.      Why not?

24       A.      'Cause I was almost back to where I started.

25             MR. CLOHERTY:  Now I'm going to press play at

1    13:48:05.

2         (Video played.)

3              All right.  Now I stopped at 13:48:21.

4    **BY MR. CLOHERTY:**

5         **Q.**   What did you do with Officer Trek after this?

6         **A.**   I put him back in the cruiser.

7         **Q.**   I'm sorry.  I couldn't hear you.  Could you talk

8    into the microphone?

9         **A.**   I put him back into the cruiser.

10        **Q.**   Did Officer Trek do any other sniffs or scans

11   related to this case?

12        **A.**   No.

13        **Q.**   Other than writing a report, did you do any other

14   work relating to this case?

15        **A.**   No.

16            **MR. CLOHERTY:**  No more questions, Your Honor.

17            **THE COURT:**  Thank you.  Cross-examination.

18                  **CROSS-EXAMINATION OF DAVID BOARMAN**

19   **BY MS. MILLIAN:**

20        **Q.**   Hello, Officer Boarman.

21        **A.**   Good afternoon.

22        **Q.**   I want to start out by asking very basic questions

23   about Trek's training.  You mentioned before that the

24   indication you trained Trek for is "sit."  Correct?

25        **A.**   Yes.

1    **Q.**   It's not pawing on a vehicle or a firearm; that's

2    not his trained indication?

3    **A.**   No.

4    **Q.**   And Trek, when you initially began training him,

5    did not know to sit when he smelled a firearm.  Correct?

6    **A.**   Correct.

7    **Q.**   You trained that particular caution.

8    **A.**   Yes.

9    **Q.**   And in doing so, you trained him to pay attention

10   to you to the signals you were sending him about when to sit

11   after smelling something.  Correct?

12   **A.**   I'm sorry.  Can you repeat that question?

13   **Q.**   So when you were training him to sit when he

14   smelled gunpowder, you had to signal to him to sit.  Right?

15   **A.**   No.

16   **Q.**   So you -- before he knew to sniff out gunpowder,

17   he knew to sit whenever he found it?

18   **A.**   No.

19   **Q.**   So how did you train him to sit?

20   **A.**   To get him to train to sit is not a signal.

21   During training, when he smells the gun or whatever firearm,

22   smokeless powder item is out, you pull his leash straight up

23   into a sit.  And you tell him -- pull him --

24   **Q.**   Okay.

25   **A.**    -- and say sit.  But there's no actual signal to

1  get him to sit.

2      **Q.**   But in a colloquial sense, we might call pulling

3  on a leash a "signal" or a "sign"?

4      **A.**   Indirectly, yeah.  Okay.

5      **Q.**   And part of what you're training, when you are

6  training a dog to alert, is after they correctly alert to a

7  vehicle, you give them some sort of a reward.  Right?

8      **A.**   Yes, but not only a vehicle, if they found shell

9  casings or they get a toy.

10     **Q.**   Okay.

11     **A.**   A reward.

12     **Q.**   A reward can be a toy.

13     **A.**   Yes.

14     **Q.**   It can be pets and praise as well.

15     **A.**   Yes.

16     **Q.**   So saying "good boy," for example.

17     **A.**   If I forgot my toy, then, yes, I will give him a

18  "Good boy."

19     **Q.**   You only reward a dog by giving a toy or saying

20  "Good boy," after it successfully finds something.  Correct?

21     **A.**   Yes.

22     **Q.**   And a false alert is when a dog alerts to

23  something that isn't there.  Right?

24     **A.**   It's an unproductive.  I don't know that for

25  certain, if there's not anything there.

1    Q.   But, for example, in training, you would know

2   where a hide is.  Correct?

3    A.   Not necessarily.  Well, retraining and training,

4   no.

5    Q.   During the initial training, though, you knew

6   where the hide was.  Correct?

7    A.   Yes.

8    Q.   And you wouldn't reward the dog if it indicated

9   where you knew there was not the presence of a gun.

10   Correct?

11    A.   Yes.

12    Q.   Because that could reinforce the dog alerting to

13   the wrong thing.

14    A.   Yes.

15    Q.   On direct, you said Trek is trained to detect guns

16   and ammunition.  Correct?

17    A.   Yes, and magazines and expended shell casings.

18   Anything that would have the smokeless powder.

19    Q.   So the way he detects these things is through the

20   smell of smokeless gunpowder.  Correct?

21    A.   Smokeless gunpowder.

22    Q.   It's not just gunpowder that dogs sniff out when

23   smelling a firearm.  Right?  Sometimes they can identify the

24   smell of cleaning solvents used on a firearm?

25    A.   I don't know about that.

1    **Q.**   So when you sometimes -- do you own a firearm,

2    Officer Boarman?

3    **A.**   Yes.

4    **Q.**   Do you clean your firearm?

5    **A.**   Yes.

6    **Q.**   Do you use particular solvents when cleaning your

7    firearm?

8    **A.**   Yes.

9    **Q.**   And they have a particular scent to them?

10   **A.**   Yes.

11   **Q.**   If you are training a dog to alert to a firearm in

12   a field, for example, it could be smelling smokeless

13   gunpowder or it could be smelling the solvent solution you

14   use to clean the firearm.  Correct?

15   **A.**   I don't know about that.

16   **Q.**   So the dog can't tell you specifically what it's

17   smelling.  You know that it's found a gun because it sits?

18   **A.**   Yes.  That's why we don't specifically just train

19   with guns.  When we train and retrain, it's never just a

20   gun.

21   **Q.**   But you certainly do train for guns.  Correct?

22   **A.**   Shell casings as well and stuff like that.

23   **Q.**   But you certainly do train for guns among other

24   things?

25   **A.**   Yes.

1      Q.    And Trek is not what's known to say a

2  "bomb-sniffing dog."  Correct?

3      A.    No.

4      Q.    He's not trained to detect C4 or detonators made

5  out of C4?

6      A.    No.

7      Q.    Or potassium nitrate or detonators made out of

8  that.

9      A.    I don't know what is in all of that stuff, so, no.

10     Q.    And if I were to look at Trek's certification

11  records, they would reflect that he's trained to detect

12  firearms and ammunition, spent shell casings, not bombs or

13  detonators?

14     A.    Correct.

15         MS. MILLIAN:  I'm going to move this since the

16  government said they do not object.

17         THE COURT:  What Defense Exhibit number would you

18  like to admit?

19         MS. MILLIAN:  I'm so sorry, Defense Exhibit B2.

20         THE COURT:  Defense B2.

21         MS. MILLIAN:  We ended up, for ease of

22  reference --

23         THE COURT:  It is admitted.  We just need to make

24  sure that the ELMO is turned on and displaying from our end.

25         (Defense Exhibit B2 was admitted.)

1        **MS. MILLIAN:**  Can someone help me?

2        **THE COURT:**  Just for my own purposes, is it your

3  understanding that this is the exact same exhibit that the

4  government already admitted?

5        **MS. MILLIAN:**  Your Honor, the first page is the

6  same, the subsequent pages are different.

7        **THE COURT:**  Thank you.

8        **MS. MILLIAN:**  I kept them together.

9        **THE COURT:**  Not a problem, just making sure.

10  BY MS. MILLIAN:

11       **Q.**   Officer Boarman, as we just previewed, do you

12  recognize the first page as what you already went over with

13  the government?

14       **A.**   Yes.

15       **Q.**   And then I'm going to flip to -- these are not

16  numbered, unfortunately -- the first page that says "K-9

17  training note" at the top.  Officer Boarman, do you

18  recognize your signature on this document?

19       **A.**   Yes.

20       **Q.**   The K-9 name at the top is Vulcan/Trek.  Do you

21  see that at the top?

22       **A.**   Yes.  That was the original name for him.

23       **Q.**   If you go through these certification records --

24  and I won't take you through page by page -- but am I going

25  to see any instances where Trek was tested on his ability to

1    detect explosives or detonators?

2        **A.**    So I don't know what those are made out of, so,

3    no.  He's not trained for -- unless it's got smokeless

4    powder.

5        **Q.**    Have you tested Trek on a detonator?  In any of

6    the certification training that Trek has done, has one of

7    the things he's searched for been a detonator made out of

8    smokeless gunpowder?

9        **A.**    Has he -- can you repeat that question?

10        **THE COURT:**    Have you trained him to search for

11    detonators that contain smokeless powder?

12        **THE WITNESS:**    No, just smokeless powder.

13    **BY MS. MILLIAN:**

14        **Q.**    So he's just certified to detect the things we

15    talked about before, handguns, spent shell casings,

16    magazines and so forth.

17        **A.**    And smokeless powder.

18        **Q.**    Do you know if in any of the certification

19    records, he's ever searching for just smokeless gunpowder?

20    Say a canister of smokeless gunpowder?

21        **A.**    I'm sorry.  I didn't understand that question.

22        **Q.**    Do you know if in any of his certification

23    testing, he was ever trained -- tested on searching for just

24    a container of smokeless gunpowder?

25        **A.**    No.  I don't know.

1     **Q.**   So you don't know?

2     **A.**   I don't recall.

3     **Q.**   You can't recall a specific instance?

4     **A.**   So you mean just an actual container of it?

5     **Q.**   Yes, or a detonator device or a bomb or something

6     like that.

7          **THE COURT:**  Can I ask a different question?  In

8     all of the instances in which you were involved in, training

9     and certifying Officer Trek, were the instances of smokeless

10    powder connected to a firearm, a shell casing or something

11    associated with a firearm in all respects?

12         **THE WITNESS:**  Yes.

13         **THE COURT:**  Okay.

14    **BY MS. MILLIAN:**

15    **Q.**   And so that's what he's certified to detect.

16    Correct?  Things that are associated with firearms,

17    smokeless gunpowder?

18    **A.**   Smokeless gunpowder, yes.

19    **Q.**   That is associated with firearms.

20    **A.**   Yes, generally associated.

21    **Q.**   There was not an instance where he was tested in a

22    certification setting to detect --

23         **THE COURT:**  I've got it.

24         **MS. MILLIAN:**  You've got it.  Okay.

25

1    BY MS. MILLIAN:

2         Q.    Pivoting slightly.  One of the reasons police MPD

3    train dogs to detect guns and drugs is because when they

4    alert to the presence of those things, that can provide

5    probable cause to conduct a search.  Correct?

6         A.    Yes.

7         Q.    So an important part of what you are doing when

8    you are running a dog on a car, is trying to establish

9    probable cause to search it?

10        A.    Yes.  Not necessarily us, but whoever requests us.

11        Q.    So you're not -- when you arrive on scene, you're

12   not necessarily going to have probable cause to conduct a

13   search prior to running your dog on the search?

14             MR. CLOHERTY:  Objection, Your Honor.

15             THE COURT:  Yeah.  That very likely requires some

16   form of legal conclusion about probable cause, so sustained.

17   BY MS. MILLIAN:

18        Q.    In your training and experience as a dog handler,

19   when you arrive on scene, do you often have someone telling

20   you, We have probable cause to search this vehicle?

21        A.    If they had probable cause to search the vehicle,

22   they would have done it.

23        Q.    So you're called in before there is probable

24   cause, is your general understanding of how this works?

25             MR. CLOHERTY:  Objection, Your Honor.  She is

1    asking for his view of what probable cause, in his view is,

2    which is not what he is here for.  As an officer, he has no

3    legal education.

4            **THE COURT:**  I agree that he's not entitled or we

5    won't bother to make you testify about whether there is

6    probable cause in particular circumstances.  But he may have

7    an understanding of whether, in the general vein of cases,

8    he is called before or after someone believes that there is

9    probable cause.

10   **BY MS. MILLIAN:**

11       **Q.**   So that is a correct recitation of what I'm

12   getting at.  When you are called to a scene, you don't have

13   a general expectation that there is already probable cause

14   to conduct a search of a vehicle.  Correct?

15       **A.**   Repeat that, please.

16       **Q.**   As a general matter, when you are called to a

17   scene, based on your experience as an officer, you don't

18   generally expect the people who have called you to the scene

19   to already believe that they have probable cause to conduct

20   a search?

21           **MR. CLOHERTY:**  Objection.  For the same line, same

22   reasons, Your Honor.

23           **THE COURT:**  Let me ask the question.

24           Generally speaking, when you are called to a scene

25   to conduct a sniff with Trek, is it your general

1      understanding -- generally speaking, again -- that that

2      sniff is before people believe there is probable cause to

3      conduct a search of a vehicle or after they've concluded

4      there is probable cause to search a vehicle, generally

5      speaking?

6              **THE WITNESS:**  Before.

7              **MS. MILLIAN:**  Okay.  Thank you.

8      **BY MS. MILLIAN:**

9          **Q.**   So now we are going to pivot to the day we are all

10     here to talk about, June 29th, 2023.  When you arrived on

11     the scene, did you receive a briefing from Sergeant Jackson?

12         **A.**   Yes.

13         **Q.**   And he told you that Mr. Taranto was wanted for

14     being involved in January 6.  Correct?

15         **A.**   Yes, something along the lines of January 6th.

16         **Q.**   He didn't mention a BOLO in his discussion with

17     you, did he?

18         **A.**   I don't recall.  I would have to --

19         **Q.**   Do you recall ever seeing a BOLO?

20         **A.**   An actual BOLO?

21         **Q.**   Yes.

22         **A.**   No, I don't recall ever seeing one.

23         **Q.**   You don't recall ever seeing one.

24             During that briefing, you were told that an

25     Officer William Washington had already run his bomb-sniffing

1    dog on the car.  Correct?

2          **A.**    I don't recall the whole conversation.

3          **Q.**    Was your understanding before you ran Trek around

4    the vehicle that someone had -- a bomb-sniffing dog had gone

5    around it and concluded there was not a bomb inside?

6          **A.**    So I was -- so, yes.  I didn't know if there

7    was -- EOD had cleared it in order for me to do a sweep.

8          **Q.**    Using a K-9?

9          **A.**    Yes, using K-9 Trek.

10         **Q.**    Using K-9 Trek or using a different --

11               **THE COURT:**   You guys are talking past each other.

12               **THE WITNESS:**   Sorry.

13               **THE COURT:**   The bomb sniffing was not conducted by

14   K-9 Trek.  Your understanding at the time was that a bomb

15   sniff had been conducted with a different K-9.  Correct.

16               **THE WITNESS:**   Yes.

17               **THE COURT:**   That was your understanding when you

18   arrived.

19               **THE WITNESS:**   Yes.

20               **THE COURT:**   Your understanding was that occurred

21   before your conducting the sniff we watched on the video

22   with K-9 Trek.  Correct?

23               **THE WITNESS:**   Correct.  It was before I got there.

24   **BY MS. MILLIAN:**

25         **Q.**    And so in the briefing you received from Sergeant

1    Jackson, you don't recall him mentioning anything about

2    people being concerned about there still being a bomb in it?

3         A.   No, there was nothing that would make me be

4    concerned about a bomb in the vehicle at that point in time.

5         Q.   Or a detonator?

6         A.   Or a detonator?

7         Q.   Another form of explosive device.

8         A.   So for the purposes -- like me, I'm describing a

9    bomb, as in just general.  Not, like, C4.  I am saying bomb

10   so...are you -- I'm a little bit confused with this

11   question.  Sorry.

12        Q.   So can you repeat what you just said about how

13   you're using the term "bomb"?  I didn't quite catch it.

14        A.   So, like, you are saying, A bomb in the vehicle.

15        Q.   My question is, During the briefing you received

16   from Sergeant Jackson, you don't recall him mentioning

17   anything about a bomb or other explosive device like a

18   detonator?

19        A.   I don't recall that.

20        Q.   Instead, Officer Jackson mentioned that he thought

21   Mr. Taranto was armed and dangerous.  Correct?  Do you

22   recall that?

23        A.   You would have to watch the BWC and see what was

24   said.

25             **MS. MILLIAN:**  Okay.  Can we pull up Government's

133

1      Exhibit 6?  Can we use the --

2            (Discussion off the record.)

3                  **DEPUTY CLERK:**  Are you going to be using the

4      laptop?

5                  **MS. MILLIAN:**  Yes.  For this portion, yes.

6                  **DEPUTY CLERK:**  Okay.

7                  **MS. MILLIAN:**  Okay.  For the record, we are going

8      to begin playing the video at a minute 5:55 of Government's

9      Exhibit 6.

10                 Can you please play it until we get to 6:09 or

11     about there?  Thank you.

12           (Video played.)

13                 **MS. MILLIAN:**  Could you hear that, Officer

14     Boarman?

15                 **THE WITNESS:**  I couldn't make it out.

16                 **THE COURT:**  Speak into the microphone, please.

17                 **THE WITNESS:**  I can't make it out.

18                 **THE COURT:**  So I heard it.  I don't think we need

19     to do that.

20                 **MS. MILLIAN:**  Right.

21     **BY MS. MILLIAN:**

22        **Q.**   Before you run a dog, you make a note and get

23     specific permission to run the dog.  Correct?

24        **A.**   So, yes, I call my official or, if not, then the

25     SOD official working.

1    **Q.**   When you called him up on the day in question, you

2    told him you were doing a sweep for weapons and the person

3    may be possibly armed.  Right?

4        **A.**   I would have to hear that clip of making the phone

5    call to the sergeant.

6          **MS. MILLIAN:**  Okay.  Can we do a minute seven --

7    7:27 and play until 35, 7:35.

8        (Video played.)

9    **BY MS. MILLIAN:**

10       **Q.**   Do you now recall you were conducting a sweep to

11   check for weapons and the person may be possibly armed?

12       **A.**   Yes.

13         **MS. MILLIAN:**  I didn't catch it.  What is the

14   exhibit number for the K-9 deployment form that you guys

15   used?  I can use my pre-marked one but to not duplicate them

16   to avoid confusion

17         **MR. CLOHERTY:**  We have it at 7.

18         **MS. MILLIAN:**  And are you going to object to this

19   being admitted?

20         **MR. CLOHERTY:**  No.

21         **MS. MILLIAN:**  Okay.

22         Can we move to admit Government's Exhibit 7?

23         **MR. CLOHERTY:**  No objection from the government.

24         **THE COURT:**  What are we calling this exhibit?

25         **MS. MILLIAN:**  I was going to call it Government's

1  Exhibit 7, to avoid confusion on the record.  They used --

2  they identified --

3         **THE COURT:**  That seems confusing to me that the

4  defendant is seeking to admit Government's Exhibit 7.

5         **MS. MILLIAN:**  I'm happy to admit a different

6  version of this document.  They had identified it but did

7  not admit it earlier.  I was thinking it would be clearer.

8         **THE COURT:**  How about this.  Do the parties agree

9  that Government's Exhibit 7 is jointly admitted or

10  introduced -- any objection from the government to calling

11  Government's Exhibit 7 part of the record here?

12         **MR. CLOHERTY:**  No objection.

13         **THE COURT:**  Okay.  Government's Exhibit 7 is

14  admitted.

15      (Government's Exhibit 7 was admitted.)

16  **BY MS. MILLIAN:**

17      **Q.**   Officer Boarman, in this form, can you see Line

18  10, Deployment Type, does it say "firearm search"?

19      **A.**   Yes.

20      **Q.**   Thank you.  Last couple of questions on this

21  topic.  MPD has a policy, a body-cam policy that says they

22  don't turn their body cams on.  Are you aware of that

23  policy?

24      **A.**   No.

25      **Q.**   But your body cam was on during the search you

1    conducted.

2        **A.**    Yes, the sweep.

3        **Q.**    The sweep.  Because MPD does not have a policy

4    prohibiting you from having a body camera on when you

5    conduct a firearm search or firearm sweep?

6        **A.**    I'm sorry.  Can you repeat that question, please?

7        **Q.**    MPD policy tells you to have your body camera on

8    during a firearm sweep.  Correct?

9        **A.**    Yes.

10        **Q.**    When you arrived --

11        **MS. MILLIAN:**  We can pull that off the screen.

12    **BY MS. MILLIAN:**

13        **Q.**    When you arrived on the scene June 29th, 2023, you

14    didn't see Mr. Taranto, did you?

15        **A.**    No.

16        **Q.**    He was nowhere in reaching distance of the vehicle

17    at any point while you were present?

18        **A.**    I don't know where he was.

19        **Q.**    Did you know he had actually been arrested by the

20    time that you conducted the sweep of the vehicle?

21        **A.**    I knew he had been stopped.

22        **Q.**    But you can't recall whether you knew whether he

23    had been arrested?

24        **A.**    I don't recall.

25        **MS. MILLIAN:**  Okay.  Can we pull up Government's

1    Exhibit 6 and play minute 9:44?

2         **MS. BuBERG:**  [Complied]

3         **MS. MILLIAN:**  You can pause.

4    **BY MS. MILLIAN:**

5         **Q.**  Did you hear the officer say, "They locked the guy

6    up"?

7         **A.**  Yes.

8         **Q.**  Okay.  When you get to the car, before you took

9    Trek out of the vehicle, did you look into the vehicle

10   yourself?

11        **A.**  Yes.

12        **Q.**  Do you remember if you touched the vehicle when

13   you looked inside it?

14        **A.**  I don't know.

15        **Q.**  But you didn't see a gun sitting anywhere when you

16   looked into the vehicle?

17        **A.**  I didn't look for guns.

18        **Q.**  You didn't look for guns?

19        **A.**  No.

20        **Q.**  But if you'd seen a gun, there wouldn't have been

21   a reason to run Trek.  Correct?

22        **A.**  Yes.

23        **Q.**  And other officers looked into the vehicle as

24   well.

25        **A.**  Yes.

1    **Q.**   But they didn't mention seeing a gun either.

2    **A.**   No.

3    **Q.**   So when you ran Trek around the vehicle, you said

4    he did not alert the first time you ran him around the

5    vehicle.  Correct?

6    **A.**   I'm sorry.  I didn't hear you.

7    **Q.**   Sorry.  Let me rephrase that.  You ran Trek around

8    the vehicle twice.  Correct?

9    **A.**   Almost twice.

10   **Q.**   Almost twice.  And during the first run around the

11   vehicle Trek did not alert?

12   **A.**   No.

13   **Q.**   And that's why you decided to run him again?

14   **A.**   No.

15   **Q.**   Why did you decide to run him again?

16   **A.**   Because he was not detailing the seams on the

17   first go-around.  He was not focused.

18   **Q.**   What does detailing the seams entail?

19   **A.**   Putting his nose on the seams and sniffing where

20   the doors open.

21   **Q.**   When Trek details the seams, does he touch the --

22   potentially touch the vehicle?

23   **A.**   His nose.

24   **Q.**   With his nose, yes?

25   **A.**   Yes.

1      **Q.**   Correct.  Okay.  And is that what he did to

2  Mr. Taranto's vehicle during the second pass?

3      **A.**   Yes.

4      **Q.**   So he -- Trek -- physically touched Mr. Taranto's

5  van with his nose?

6      **A.**   I would have to look at it, but to sniff a

7  vehicle, he's got to get pretty close to it to sniff the

8  seams.

9      **Q.**   So generally, he does touch, but you can't recall

10  specifically?

11     **A.**   His nose but --

12     **Q.**   Yes.

13     **A.**   -- but he does do the paw thing when he does

14  indicate before he sits.

15     **Q.**   I want to back up and talk to you about

16  Government's Exhibit 6.

17          **MS. MILLIAN:**  Can we go to Government's Exhibit 6?

18          **MS. DuBerg:**  [Complied]

19          **MS. MILLIAN:**  And can you play for 12 seconds.

20          **MS. DuBerg:**  [Complied]

21  **BY MS. MILLIAN:**

22     **Q.**   So at one point during your first pass, Trek

23  pauses on one side of the vehicle.  Right?

24     **A.**   Yes, it does appear that way.

25     **Q.**   And you pause too and gesture at him to continue

1    searching.

2         **A.**   Yes.  It looked like I was turning around.

3         **Q.**   You spin around?

4         **A.**   Yeah.

5         **Q.**   And you then gesture to tell him to keep

6    searching?

7         **A.**   Yes.

8         **Q.**   You actually -- when you do that, you actually hit

9    the vehicle with the end of Trek's leash?

10        **A.**   You said I did what?

11        **Q.**   You hit the vehicle with the end of Trek's leash?

12        **A.**   I would have to look at it but --

13        (Video played.)

14             **MS. MILLIAN:**  Can you play that again really

15   quick?

16             **MS. DuBERG:**  [Complied]

17             **MS. MILLIAN:**  Pause it.

18   BY MS. MILLIAN:

19        **Q.**   Did you see yourself hit the vehicle with Trek's

20   leash?

21        **A.**   Sorry.  Can you do it one more time?

22             **MS. MILLIAN:**  Yeah, can we play it one more time.

23             **MS. DuBerg:**  [Complied]

24   BY MS. MILLIAN:

25        **Q.**   Did you see it that time?

1          **A.**   Yes, it appears the leash did hit the vehicle.

2          **Q.**   Do you know -- are you familiar with the term

3     "cueing a K-9"?

4          **A.**   Cueing a K-9?

5          **Q.**   Cueing, giving a cue?

6          **A.**   No.

7          **Q.**   Are you familiar with the term "cueing," yes or

8     no?

9          **A.**   I'm familiar with the term cueing.

10         **Q.**   Are you familiar with it in the context of a K-9

11    search?

12         **A.**   No.

13         **Q.**   So you're not -- you're not aware that when

14    someone talks about cueing a K-9, it's a handler giving a

15    signal to the K-9 intentionally or unintentionally that

16    causes them to alert even when the -- whatever they are

17    supposed to be detecting might not be present?

18         **A.**   I'm sorry.  Can you repeat that question?

19         **Q.**   So as I understand cueing, it's when a handler

20    gives a signal to their K-9 officer intentionally or

21    unintentionally that causes that K-9 to alert, even in the

22    absence of whatever it is they are supposed to be detecting.

23    Have you heard of this phenomenon?

24         **A.**   Yes.

25         **Q.**   You're aware that cueing can be done through

1    things like hand gestures by a handler?

2         **A.**   Yes.

3         **Q.**   And voice commands by a handler?

4         **A.**   Yes.

5         **Q.**   And cueing can be done by telling a dog to search

6    somewhere it has already searched.  Correct?

7         **A.**   It can be done -- can you repeat that?

8         **Q.**   One of the ways that you can cue a dog to alert

9    is, when what they are supposed to detect is not present, is

10   by telling them to search somewhere they have already

11   searched.  Correct?

12        **A.**   You're asking me if that's cueing?

13        **Q.**   If that can be a way to cue a dog to alert?

14             **MR. CLOHERTY:**  Objection, Your Honor.

15             **THE WITNESS:**  No.

16             **MR. CLOHERTY:**  He already said he doesn't know

17   what cueing is.

18             **THE COURT:**  Overruled.

19             **THE WITNESS:**  So, no.  I do shell casings where he

20   searched in an area where I will continue to have him

21   search.  It doesn't mean he is going to find it on the first

22   time.  So I will keep in him in that area to search, but

23   he's already searched in the area.

24   **BY MS. MILLIAN:**

25        **Q.**   So if he doesn't find it, you tell him to search

1   again?

2        **A.**   For shell casings, yes.

3        **Q.**   But also a van.  Correct?

4        **A.**   No.

5        **Q.**   So can you cue a dog to alert when a substance

6   isn't present by telling them to search something again, yes

7   or no?

8        **A.**   I'm sure you could.

9        **Q.**   Okay.  Let's talk about the second pass Trek made

10  of the vehicle after you spun around.  We already talked

11  about, during the second pass, Trek potentially touched the

12  nose -- excuse me touched the vehicle with his nose --

13       **A.**   Yes.

14       **Q.**   -- as part of his detailing technique?

15       **A.**   Yes.

16            **MS. MILLIAN:**  I'm going to -- can we pull up the

17  still of Boarman, 219?  I'd like to mark it as B7 and admit

18  it into evidence.

19            **THE COURT:**  Defendant's Exhibit B7 --

20            **MS. MILLIAN:**  I'm skipping around a little bit.

21            **THE COURT:**   -- is admitted.

22       (Defense Exhibit B7 was admitted.)

23  **BY MS. MILLIAN:**

24       **Q.**   Officer Boarman, this is a still of Trek doing his

25  detail behavior.  Correct?

1      **A.**   I'm sorry.  Can you repeat that?  I didn't catch

2   the last part.

3      **Q.**   Let's back up.  This image you -- can you describe

4   it?  Is that Trek in the image?

5      **A.**   Yes.

6      **Q.**   And is his nose touching the seam of the vehicle?

7      **A.**   Yes.  It does appear that way.

8      **Q.**   Okay.

9          **MS. MILLIAN:**  Can you pull up -- yeah, let's do

10   that.  Can you pull up the video at 12:19 and press play?

11          **MS. DuBERG:**  [Complied]

12          **MS. MILLIAN:**  Can you pause there?

13   **BY MS. MILLIAN:**

14      **Q.**   So we saw Trek doing that detailing behavior in

15   the video.  Right?

16      **A.**   Yes.

17      **Q.**   And did you also see Trek placing his paw on the

18   vehicle?

19      **A.**   Yes.

20      **Q.**   And it's after this that Trek performs his trained

21   indication and sits?

22      **A.**   Yes.

23      **Q.**   And actually during his -- the second pass, Trek

24   puts his paw on the vehicle several times.  Right?

25      **A.**   You said the second time.  Is this the second -- I

1    think this is the second time.

2        **Q.**   Correct.  Does he -- does Trek place his paws on

3    the vehicle more than once?

4        **A.**   Yes.

5        **Q.**   Does he put his paws on the vehicle by the

6    driver's side door?

7        **A.**   Yes.

8        **Q.**   Does he put his paws on the vehicle by the rear

9    passenger's side door?

10       **A.**   Yes.

11       **Q.**   Does he put his paws on the vehicle near the

12   trunk?

13       **A.**   I would have to see that portion.

14           **MS. MILLIAN:**  Can we pull up Exhibit D5?

15           **MS. DuBERG:**  [Complied]

16           **MS. MILLIAN:**  Okay.  Can you go to 5:22 and keep

17   it paused there.

18           **MS. DuBERG:**  [Complied]

19   **BY MS. MILLIAN:**

20       **Q.**   Officer Boarman, do you see yourself in this

21   image?

22       **A.**   Yes.

23       **Q.**   Do you see Trek as well?

24       **A.**   Yes.

25           **MS. MILLIAN:**  Can we skip ahead to 6:05?

1          **MS. DuBerg:**  [Complied]

2          **MS. MILLIAN:**  Can you press play?

3          **MS. DuBerg:**  [Complied]

4          **MS. MILLIAN:**  Did you see Trek place his paw on

5     the rear of the vehicle.

6          **THE WITNESS:**  Yes.

7          **MS. MILLIAN:**  We'd like to move Defense Exhibit B5

8     into evidence.

9          **MR. CLOHERTY:**  No objection, Your Honor.

10         **THE COURT:**  Defense Exhibit B5 is admitted.

11        (Defense Exhibit B5 was admitted.)

12    **BY MS. MILLIAN:**

13        **Q.**   So at the end of the second time around the

14    vehicle, Trek gave two trained indications.  Correct?

15        **A.**   Repeat that?

16        **Q.**   Trek gave two indications during his search of the

17    vehicle.  Correct?

18        **A.**   Yes.

19        **Q.**   He sat by the driver's side door.  Correct?

20        **A.**   Driver's side door, yes.

21        **Q.**   And then he sat by the rear passenger door.

22    Correct?

23        **A.**   Yes.

24        **Q.**   And then after Trek gave his second full

25    indication, you rewarded him with a toy?

1    **A.**    Yes, the second indication he was rewarded a toy.

2            **MS. MILLIAN:**   Can we jump to 12 -- excuse me.   Can

3    we switch back to Government Exhibit 6?

4            **MS. DuBERG:**   [Complied]

5            **MS. MILLIAN:**   And can we go to 12:35 and hit play?

6            **MS. DuBERG:**   [Complied]

7    **BY MS. MILLIAN:**

8        **Q.**    So you gave a thumbs' up in the video and one of

9    the officers threw -- actually -- sorry.   Can I get a verbal

10   "yes" in response to my question?

11       **A.**    Yes.   Sorry.

12       **Q.**    You gave a thumb's up in the video.   Correct?

13       **A.**    Yes.

14       **Q.**    After Trek had finished his second sit?

15       **A.**    Yes.

16       **Q.**    And then one of the officers threw a toy for Trek?

17       **A.**    Yes.

18       **Q.**    And you praised Trek as well?

19       **A.**    Yes.

20       **Q.**    You called him a good boy?

21       **A.**    Yes.

22       **Q.**    And then you tugged on his toy?

23       **A.**    Yes.

24       **Q.**    So you played with him, and that's a reward?

25       **A.**    Yes.

1    **Q.**    Do you normally do this after you complete a

2    search?

3    **A.**    He will not get a toy after, typically, unless he

4    find something.  For example, shell casings, they are on the

5    ground.  If he's focused and sniffing the ground, I will

6    give him a, "Good, good boy, good," to encourage him to keep

7    sniffing on the ground.

8    **Q.**    And when do you give him a toy?

9    **A.**    When he finds something.

10   **Q.**    So when he gives his trained indication?

11   **A.**    Trained indication, yes.

12   **Q.**    But if he doesn't give a trained indication, you

13   will not give him a toy?

14   **A.**    No.

15   **Q.**    At the time you gave Trek a toy after this search,

16   no one had gone inside the vehicle yet.  Correct?

17   **A.**    Not that I am aware.

18   **Q.**    So you did not know for sure whether there were

19   actually firearms in the vehicle?

20   **A.**    No.

21   **Q.**    So in theory, you could be rewarding him for

22   alerting to something that is not there?

23   **A.**    In theory.

24   **Q.**    And you could, in fact, be training him to alert

25   in the field when there is not, in fact, a firearm present.

1      **A.**   That's what the training every six weeks is for.

2      **Q.**   Because there's --

3      **A.**   To make sure he's correctly proficient in what

4      he's doing.

5      **Q.**   Because there's a risk in the field of training

6      him to alert improperly?

7      **A.**   There's a risk.

8      **Q.**   Yes.

9      **A.**   I don't know about that.

10     **Q.**   You don't know.  Okay.

11            After Trek alerted, the Metropolitan Police

12     Department and FBI searched the vehicle.  Correct?

13     **A.**   I am not a hundred percent sure who searched the

14     vehicle.

15     **Q.**   But someone searched the vehicle after Trek's

16     alert.

17     **A.**   It was under my impression, yes, somebody searched

18     the vehicle.

19     **Q.**   Based on the probable cause Trek provided.

20     **A.**   I didn't have that information, so I don't know.

21     **Q.**   They waited to search the vehicle until after Trek

22     gave his indication.  Correct?  You weren't aware --

23     **A.**   I was not on the scene when the vehicle was

24     searched.

25     **Q.**   Okay.

1    In this country, there is a Second Amendment right

2    to have a firearm, isn't there?

3    **A.**   Yes.

4    **Q.**   So guns are generally legal.  Right?

5    **A.**   Yes.

6    **THE COURT:**  Do we need to walk this witness

7    through that set of questions?

8    **MS. MILLIAN:**  Nope.  Let me consult with my

9    colleagues, but we might be able to end it there.

10   (Discussion off the record between Ms. Millian and

11   Ms. Guevara.)

12   **MS. MILLIAN:**  All right.  Just a few more

13   questions.

14   **BY MS. MILLIAN:**

15   **Q.**   At the time you ran Trek around the vehicle, you

16   did not know if Mr. Taranto had a license to carry a

17   firearm, did you?

18   **A.**   No.

19   **Q.**   And as we talked about earlier, Trek is trained to

20   alert to empty shell casings.  Correct?

21   **A.**   Smokeless powder, which can be a shell casing.

22   **Q.**   Can include shell casings.

23   **A.**   Yes.

24   **Q.**   And so when Trek alerts to a vehicle, you don't

25   know for sure whether it contains a firearm?

151

1      **A.**   Correct.

2      **Q.**   It could just contain shell casings?

3      **A.**   Yes.

4            **MS. MILLIAN:**  Okay.  That's it for me.

5            **THE COURT:**  Thank you, Counsel.  Any redirect?

6            **MR. CLOHERTY:**  Briefly, Your Honor.

7                  <u>**REDIRECT EXAMINATION OF DAVID BOARMAN**</u>

8      **BY MR. CLOHERTY:**

9      **Q.**   You went through training -- you and Trek trained

10     together.  Right?

11     **A.**   Yes.

12     **Q.**   Were you the dog trainer or were you trained by

13     other MPD K-9 trainers?

14     **A.**   I was not the dog trainer.

15     **Q.**   There were other MPD people who were there

16     training you and Trek together.  Right?

17     **A.**   We had a trainer and we had handlers with their

18     dog.

19     **Q.**   So you are a dog handler, not a dog trainer.

20     Right?

21     **A.**   Correct.

22     **Q.**   So when you and Trek were in training together, he

23     was trained to detect smokeless powder.  Right?

24     **A.**   Yes.

25     **Q.**   Did he ever receive training to smell cleaning

1    fluid for firearms?

2         **A.**   No.

3         **Q.**   Did you or he ever receive EOD training?

4         **A.**   No.

5         **Q.**   Did you or he ever receive bomb training?

6         **A.**   No.

7         **Q.**   I'd like to talk about the awards Trek is given.

8    In training, is Trek given a reward when he doesn't alert?

9         **A.**   No.

10        **Q.**   In training -- training is a controlled

11   environment.  Right?

12        **A.**   Yes.

13        **Q.**   In training, when Trek alerts and there is no gun,

14   shell casings, magazine or anything with smokeless powder

15   there, if he alerts and there is nothing there, you call

16   that a non-productive alert?

17        **A.**   He will not be rewarded.  Now, that doesn't

18   necessarily mean just because I can't see it, it doesn't

19   mean the odor is not there.

20        **Q.**   But in training, you know whether there's a

21   firearm there or not or at least MPD does.  Right?  The

22   trainers do?

23        **A.**   So in retraining, we don't know where a firearm

24   is.  To give you an example, it's -- you have four rooms.

25   There is two guns.  Find them.  You go into the room and you

1    don't get, "There's a gun in that room.  Find it,"

2    necessarily.  So for retaining, you don't.

3         Q.   Well, let's stay with retraining, before we go

4    into initial training.  At retraining, if Trek goes into a

5    room and there is no gun in that room and he positive

6    alerts.  He sits.  Would Trek get a toy when he does that?

7         A.   No.

8         Q.   If Trek goes into a room and there is a gun in

9    there and he positively alerts and there is a gun or

10   magazine or anything with smokeless powder and it's a

11   positive alert, would he get a toy?

12        A.   Yes.

13        Q.   So he's trained to get toys when he alerts and

14   there is something there?

15        A.   Yes.

16        Q.   In training.

17        A.   Yes.

18        Q.   Okay.  Is everything that you did during that

19   video, including the toy at the end and the saying, "Good

20   boy," is that consistent with how you were trained?

21        A.   Yes.

22        Q.   Earlier, defense counsel asked you, I believe she

23   said, If a K-9 alert gives probable cause to search, and you

24   said, yes.  Do you remember that?

25        A.   Yes.

1      **Q.**   Did Trek alert to the vehicle here?

2      **A.**   Yes.

3           **MR. CLOHERTY:**  Thank you.

4           **THE COURT:**  Can I just ask a question?  This is as

5      much for my curiosity and edification as anything.

6           In the retraining you just mentioned, if you have

7      four rooms, do you know where the guns are in the rooms?

8           **THE WITNESS:**  No.

9           **THE COURT:**  So when you go in there and Trek

10     alerts to Room 1, you don't know if a gun is there or not,

11     would you give him a reward?

12          **THE WITNESS:**  During retraining, we have a trainer

13     that has to piggyback, walk behind us.  So they know where

14     it's at.  A lot of times, yes (did thumbs up) it's not

15     necessarily -- everything is not the same when we do these.

16          **THE COURT:**  Sure.

17          **THE WITNESS:**  It would be two hides, four rooms,

18     find a gun.  He has to go in there and pinpoint where it's

19     at.  It's not just there's a gun in this room, good to go.

20          **THE COURT:**  You, together with Trek, don't know

21     where the guns are in this hypothetical.  You don't know

22     where the two guns are in the four rooms.  When he alerts,

23     but there is a trainer there with you who would know there

24     is a gun there --

25          **THE WITNESS:**  Yes.

1          **THE COURT:**  -- he would be providing the reward?

2          **THE WITNESS:**  Yes.

3          **THE COURT:**  Got it.  Thank you for your testimony

4      here today.  I very much appreciate it.  You are excused.

5          I also very much thank you for your service.

6          **THE WITNESS:**  All right.  Thank you, sir.

7      Appreciate it.  Have a good day.

8          (Witness stepped down.)

9          **THE COURT:**  Does the government have any more

10     evidence it intends to put in?

11         **MS. ETHEN:**  Your Honor, there is just one last

12     thing that I would note.  Prior to coming into court today,

13     we did upload the government's exhibits to USAfx.  We shared

14     that with chambers and with defense.  In that USAfx, we did

15     include Exhibit 8, which it's our understanding, based on

16     the briefing of the parties that the defense is contesting

17     the four corners of the search warrant.  So we wanted to

18     make sure that the Court had a copy of the search warrant;

19     so that is what that is.  We didn't intend to have anybody

20     testify about it today.  We are, of course, opposing a

21     *Franks* challenge at this point.  We are submitting it as a

22     four corners.

23         **THE COURT:**  Are you moving for the admission of

24     Exhibit 8?

25         **MS. ETHEN:**  Your Honor, at this time I would move

1    for Exhibit 8, which is a copy of a signed search warrant

2    number 23-211.

3              **THE COURT:**  Any objection to the admission of

4    Exhibit 8?

5              **MS. GUEVARA:**  I mean, we would certainly have

6    questions for the affiant regarding its contents, given the

7    first search.

8              **THE COURT:**  Did you ask for the affiant to be

9    present here today?

10             **MS. GUEVARA:**  No, we did not.

11             **THE COURT:**  I'm going to admit Exhibit 8.  Does

12   the government have any more evidence to introduce?

13        (Government's Exhibit 8 was admitted.)

14             **MS. ETHEN:**  No, Your Honor.

15             **THE COURT:**  Okay.  Does the defense have any

16   evidence it intends to put in?

17             **MS. GUEVARA:**  No, Your Honor.

18             **THE COURT:**  All right.  So that means that the

19   record, for purposes of the motion, is now closed.

20             As I indicated before, I think the most efficient

21   and appropriate way to proceed is to have the parties now

22   file briefs, basically, joining issue more precisely on the

23   contested questions about what happened here.

24             Before we talk about the briefing schedule or

25   whatever we decide on the briefing question.  It may be as

1    simple as supplemental briefs.  I am open to whatever the

2    parties might propose.  I would like the parties to meet and

3    confer and to submit to Ms. Moore a crystal-clear

4    description of the exhibits that were admitted and their

5    numbers, just so the record, there is no confusion and we

6    don't have to go figuring it out.

7               But with respect to the briefing question, what

8    does the government have in mind?

9          **MR. CLOHERTY:**  Did Your Honor want simultaneous

10   briefing?

11         **THE COURT:**  That's one of the questions.

12         **MS. ETHEN:**  I mean --

13         **THE COURT:**  Let's just -- I think it's actually

14   better, assuming there is an objection to have the defense

15   go first.  It's the defense motion.  It's a Motion to

16   Suppress.  The defense may have new or different or fewer,

17   depending on it's view, arguments it wishes to present or

18   just different versions of the same arguments, different

19   evidence.  And I think that will at least focus the

20   questions, and then the government will have an opportunity

21   to respond and the defense will have an opportunity to

22   reply.  By when could the defense file, I will call it, a

23   renewed Motion to Suppress?

24         **MS. GUEVARA:**  Your Honor, I know we would like to

25   request and obtain the transcript first.

1          **THE COURT:**  Of course.

2          **MS. GUEVARA:**  In my experience, there has been

3     delays internally in our office to get that approval.  I

4     understand.  I don't know how you are doing, but many of the

5     court reporters in the office, my understanding is, they are

6     quite backlogged.

7          **THE COURT:**  They are.  They are very busy.

8          I understand we have a trial, you know, scheduled

9     in this case, so I'm not as concerned with pushing it out.

10    But my suggestion would be, perhaps, the end of the first

11    week of November or second full week.  So roughly two

12    weekends from now.

13         **MS. GUEVARA:**  Yes.

14         **THE COURT:**  It seems to me at least some of the

15    arguments could be prepared and you would want the

16    transcript.

17         Why don't we make defense motion due November 7th,

18    that's two weeks.  I will call it renewed Motion to

19    Suppress, November 7th?

20         **MS. GUEVARA:**  I apologize, Your Honor.  We are

21    just coordinating.  If it is possible, I am going to be out

22    of the jurisdiction on a work-related travel from November

23    1st to the 5th.  If it's possible to have it just the 8th or

24    the 9th, that would be great.

25         **THE COURT:**  That's fine with me.  November 9th for

1    the defense renewed Motion to Suppress.  Does the government

2    want two weeks to oppose?

3            **MS. ETHEN:**  That would be great.

4            **THE COURT:**  So we won't make it due on

5    Thanksgiving.  We will call it November 22nd, on or before.

6    And recognizing that that is over the Thanksgiving holiday,

7    by when would the defense like to file its reply?

8            **MS. GUEVARA:**  I know I start trial December 4th.

9    Let's say the 29th, just a week.

10            **THE COURT:**  Yes.  So the defendant's reply in

11    support of its renewed Motion to Suppress is due November

12    29th.

13            So, just so we are clear, I am holding the motion

14    over, pending the submission of the three briefs that we

15    just discussed the timing of.  This is all, of course,

16    assuming that the parties have a transcript that will work

17    for them.

18            You are very right.  All of our court reporters

19    whose work is very, very, very much appreciated, are busy.

20    Hopefully that will work out all right.  If it turns out it

21    doesn't, we can modify the schedule to some extent.

22            But in the interim, as well, again, I want the

23    parties to discuss and make sure that we have available to

24    us a correct list of the exhibits that were admitted and

25    copies of them.  I know we have them already, at least some

1    of them on USAfx.  Let's assume that didn't happen, send us

2    the exhibits admitted in the hearing.  Full stop.  Okay?

3              Anything else we should discuss as a result?

4         **MS. GUEVARA:**  Your Honor, we had also discussed a

5    potential pretrial motions schedule, which I believe we

6    talked about at our last status hearing.  I don't know if

7    Your Honor wanted to talk about that now.

8         **THE COURT:**  Happy to discuss that now.

9         **MR. CLOHERTY:**  So the parties conferred and

10   discussed the following schedule.  That motions would be due

11   on December 22nd, which is a Friday.  Responses, taking into

12   account a couple days for holidays, would be due on January

13   8th.  Replies due a week later on January 15th, that's a

14   Monday.  And then Friday, for our pretrial conference, if

15   the trial is scheduled for January 22nd, Monday.

16        **THE COURT:**  Is that consistent with the discussion

17   you had, Ms. Guevara?

18        **MS. GUEVARA:**  Yes, Your Honor.

19        **THE COURT:**  That seems fine to me, and we will

20   enter a minute order to that effect.

21        **MS. GUEVARA:**  Thank you.

22        **THE COURT:**  Anything from the government's

23   perspective we should discuss today?

24        **MR. CLOHERTY:**  No, Your Honor.

25        **THE COURT:**  From the defense perspective?

1          **MS. GUEVARA:**  Yes, Your Honor.  We wanted to talk

2     to the Court about Mr. Taranto's conditions of confinement.

3     He remains in what is essentially solitary confinement on

4     the protective custody unit of the D.C. jail.

5          I have made, you know, repeated requests of the

6     marshals to see if he could be relocated, as we previously

7     discussed, to Lewisburg.

8          I did have the occasion to speak with Mr. Lee Otis

9     Brown in the hallway last week.  He indicated that as long

10    as defense counsel was comfortable, given that we'll be

11    preparing for trial with Mr. Taranto being in Lewisburg,

12    given its distance, and if the government had any concerns,

13    then they are fine with moving him.

14         So, you know, from our perspective, just to make a

15    clear record, fortunately, Lewisburg does allow for ample

16    and easily schedulable videoconferencing.  And I think it's

17    just become really untenable for Mr. Taranto.  There are,

18    you know, times when he's not let out of his cell for three,

19    four, five days at a time to shower, to do any rec, to make

20    calls with family.  He's continued to be targeted by other

21    individuals on the PC unit, albeit not cellmates with pretty

22    heinous behavior.  Flooding his cell with sewage water from

23    across the aisle.  It's been very, very challenging.

24         As Your Honor is aware, all of this began because

25    he was a victim of an attack at CTF by other individuals on

1    the January 6th unit.  I think, in light of everything,

2    while it is nice for him to be down the street, his mental

3    health has suffered and his physical health has suffered in

4    these conditions.  And we would ask if the Court is able to

5    facilitate that transfer.

6              **THE COURT:**  So I have placed calls before --

7              **MS. GUEVARA:**  Uh-huh.

8              **THE COURT:**   -- to include back in the day that

9    Alexandria is not taking January 6 detainees and the like.

10             **MS. GUEVARA:**  Right.

11             **THE COURT:**  It sounded like the marshals are fine.

12   As long as the government doesn't object to moving

13   Mr. Taranto to Lewisburg, that seems more than acceptable to

14   me.  So what do you need me to do?  Do you need me to nudge?

15   Call?  Cajole?

16             **MS. GUEVARA:**  I think, perhaps, I will send just,

17   in light of my conversation with Deputy Brown, a joint email

18   with chambers and the government.

19             **THE COURT:**  You can represent that you discussed

20   this matter on the open record.  I support his transfer to

21   Lewisburg.  In light of the current situation, Counsel's

22   request, the discussion, and if anyone wants to have a

23   conversation with me, they know how to reach me, and can

24   reach out to chambers to, perhaps, ensure that that's

25   actually my view.  But you are free to represent that it is

1    my view.

2              **MS. GUEVARA:**  Thank you.

3              **THE COURT:**  If it turns out that I need to make an

4    affirmative phone call, I am happy to do that.

5              **MS. GUEVARA:**  The last piece they mentioned was

6    just that as we near trial, it may make sense to move him

7    back, to be able to attend our pretrial hearing.

8              **THE COURT:**  Of course.

9              **MS. GUEVARA:**  And obviously be here in closer

10   proximity.

11             **THE COURT:**  We will deal with it when we get it

12   there.  Okay.

13             **MS. GUEVARA:**  Yes.

14             **THE COURT:**  Thank you, all.

15

16

17

18

19

20

21

22

23

24

25

1                         **C E R T I F I C A T E**

2

3          I, **Lorraine T. Herman, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9

10

11      __November 6, 2023__          __/s/  Lorraine T. Herman__
                **DATE**                      **Lorraine T. Herman**
12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. CLOHERTY:**
**[10]** 101/20 105/17
115/5 116/1 116/13
117/10 117/18 118/7
119/4 151/8
**BY MS. ETHEN: [19]**
6/8 14/16 15/21 19/19
21/5 22/2 23/8 24/16
28/4 28/15 29/3 31/2
32/2 33/6 34/6 34/24
43/11 44/6 74/10
**BY MS. GUEVARA:**
**[19]** 51/17 56/5 58/8
59/6 66/22 69/6 76/22
77/7 79/4 80/15 81/24
82/25 84/3 84/12 86/17
87/17 93/5 95/23 97/11
**BY MS. MILLIAN: [24]**
119/19 125/10 126/13
127/14 127/25 128/17
129/10 130/8 131/24
133/21 134/9 135/16
136/12 137/4 139/21
140/18 140/24 142/24
143/23 144/13 145/19
146/12 147/7 150/14
**DEPUTY CLERK: [8]**
3/2 5/21 76/4 83/22
92/9 101/12 133/3
133/6
**MR. CLOHERTY: [30]**
101/7 101/18 105/5
105/9 105/14 114/20
115/1 115/22 116/9
117/5 117/8 117/15
118/4 118/25 119/16
128/14 128/25 129/21
134/17 134/20 134/23
135/12 142/14 142/16
146/9 151/6 154/3
157/9 160/9 160/24
**MS. BuBERG: [1]**
137/2
**MS. DuBerg: [11]**
139/18 139/20 140/16
140/23 144/11 145/15
145/18 146/1 146/3
147/4 147/6
**MS. ETHEN: [44]** 3/7
5/14 6/1 6/6 13/10
14/12 15/12 15/19
19/10 19/18 20/19
20/22 21/17 21/24 23/7

27/25 28/12 28/22 29/9
30/17 30/21 30/25
31/13 31/19 33/1 33/4
34/1 34/4 34/20 43/8
44/2 51/12 66/13 77/3
78/1 78/17 95/18 99/16
100/2 155/11 155/25
156/14 157/12 159/3
**MS. GUEVARA: [76]**
3/10 3/14 5/3 5/11
13/12 13/18 13/22 14/1
14/8 15/17 19/3 20/9
21/20 22/8 22/15 24/10
31/17 44/3 57/23 58/1
58/4 59/4 69/5 75/24
76/2 76/5 76/15 76/19
77/5 77/24 78/2 78/7
78/11 78/20 79/2 80/9
83/23 84/9 86/11 87/11
91/12 91/16 91/19
91/23 92/2 92/5 92/11
92/15 92/20 92/23 93/1
96/20 97/3 97/6 99/13
100/5 101/4 156/5
156/10 156/17 157/24
158/2 158/13 158/20
159/8 160/4 160/18
160/21 161/1 162/7
162/10 162/16 163/2
163/5 163/9 163/13
**MS. MILLIAN: [49]**
3/22 4/1 4/13 4/18 5/4
5/10 114/23 124/15
124/19 124/21 125/1
125/5 125/8 127/24
130/7 132/25 133/5
133/7 133/13 133/20
134/6 134/13 134/18
134/21 134/25 135/5
136/11 136/25 137/3
139/17 139/19 140/14
140/17 140/22 143/16
143/20 144/9 144/12
145/14 145/16 145/25
146/2 146/4 146/7
147/2 147/5 150/8
150/12 151/4
**THE COURT: [159]** 3/9
3/13 3/16 3/25 4/7 4/14
4/25 5/5 5/12 5/17 5/19
5/25 6/5 13/15 13/20
13/24 14/4 14/10 14/14
15/14 15/18 19/7 19/14
20/13 20/21 21/4 21/19

24/11 27/18 27/24 28/3
30/19 31/15 31/18
32/21 32/25 43/10 44/4
51/14 56/2 57/22 57/24
58/2 66/15 74/6 76/1
76/7 76/17 77/25 78/3
78/5 78/8 78/13 78/21
80/7 80/11 81/21 82/23
83/25 84/11 86/13
87/15 91/15 91/18
91/21 91/25 92/3 92/6
92/12 92/19 92/21
92/25 93/4 95/20 97/1
97/4 97/8 99/15 99/17
99/21 99/23 100/4
100/6 101/6 101/8
101/16 105/7 105/12
105/16 114/19 114/22
114/24 119/17 124/17
124/20 124/23 125/2
125/7 125/9 126/10
127/7 127/13 127/23
128/15 129/4 129/23
131/11 131/13 131/17
131/20 133/16 133/18
134/24 135/3 135/8
135/13 142/18 143/19
143/21 146/10 150/6
151/5 154/4 154/9
154/16 154/20 155/1
155/3 155/9 155/23
156/3 156/8 156/11
156/15 156/18 157/11
157/13 158/1 158/7
158/14 158/25 159/4
159/10 160/8 160/16
160/19 160/22 160/25
162/6 162/8 162/11
162/19 163/3 163/8
163/11 163/14
**THE WITNESS: [32]**
5/18 5/24 24/12 27/23
32/24 58/5 66/17 74/9
86/15 95/22 99/20
99/22 101/11 101/15
126/12 127/12 130/6
131/12 131/16 131/19
131/23 133/15 133/17
142/15 142/19 146/6
154/8 154/12 154/17
154/25 155/2 155/6

'Cause [1] 118/24
/
/s [1] 164/11
1
10 [1] 135/18
10-minute [1] 76/18
10:19 [1] 1/6
12 [4] 34/21 34/23
139/19 147/2
12:00 [1] 91/14
12:19 [1] 144/10
12:31 p.m [1] 101/5
12:35 [1] 147/5
12:37:44 [1] 117/6
13:43:37 [1] 115/2
13:44:22 [1] 115/4
13:46:26 [1] 115/23
13:47:06 [1] 115/25
13:47:44 [1] 116/12
13:47:48 [1] 117/9
13:47:52 [1] 117/9
13:47:55 [2] 117/19
118/4
13:48:05 [2] 118/6
119/1
13:48:21 [1] 119/3
15 [2] 28/8 91/19
15th [1] 160/13
17 [1] 102/5
19 [1] 31/25
1:23-229 [1] 1/3
1:30 [3] 100/7 100/22
101/3
1:41 p.m [1] 101/5
1D [1] 102/12
1st [2] 102/13 158/23
2
2 minutes [1] 28/8
20 [1] 103/15
20001 [1] 1/22
20004 [1] 1/19
202-208-7500 [1] 1/19
202-252-6999 [1] 1/16
2021 [1] 106/14
2023 [17] 1/5 11/15
15/2 15/5 15/23 23/10
23/22 25/8 26/9 29/12
31/5 35/11 35/16
113/10 130/10 136/13
164/11

**2**

**2023-229 [1]** 3/3
**20530 [1]** 1/15
**211 [1]** 156/2
**219 [1]** 143/17
**229 [2]** 1/3 3/3
**22nd [3]** 159/5 160/11
160/15
**23 [1]** 31/21
**23-211 [1]** 156/2
**23rd [1]** 25/8
**24 [2]** 1/5 50/2
**24-minute [1]** 31/22
**2400 [1]** 11/20 113/10
**25 [2]** 28/10 103/15
**28th [5]** 15/2 15/23
18/22 94/6 95/11
**29th [18]** 11/15 15/5
23/10 23/22 26/9 29/12
30/13 31/5 31/7 35/11
35/16 94/7 95/11 113/9
130/10 136/13 159/9
159/12

**3**

**30 [2]** 33/1 100/2
**30 percent [1]** 7/4
**300 [1]** 1/12
**302 [2]** 69/12 90/19
**333 [1]** 1/22
**35 [1]** 134/7
**360-degree [1]** 32/8
**39 [1]** 91/24

**4**

**4 p.m [2]** 35/18 54/6
**40 [4]** 28/13 34/5 103/4
103/5
**42 [1]** 28/23
**43 [2]** 21/6 29/2
**45 [2]** 33/5 100/2
**46 [1]** 34/23
**495 [2]** 92/20 93/15
**4A [8]** 43/9 43/12
43/14 44/2 44/4 44/5
44/7 50/15
**4B [11]** 43/9 43/12
43/14 44/2 44/4 44/5
44/7 45/23 45/24 46/9
50/15
**4th [2]** 1/12 159/8

**5**

**50 [3]** 34/2 103/4 103/5

**50-round [1]** 83/6
**53 [1]** 29/2
**55415 [1]** 1/12
**5575 [1]** 1/13
**5:22 [1]** 145/16
**5:55 [1]** 133/8
**5D [1]** 102/11
**5th [2]** 102/13 158/23

**6**

**601 [1]** 1/15
**612-664-5575 [1]** 1/13
**625 [1]** 1/18
**6999 [1]** 1/16
**6:05 [1]** 145/25
**6:09 [1]** 133/10
**6th [2]** 130/15 162/1

**7**

**7500 [1]** 1/19
**7:27 [1]** 134/7
**7:35 [1]** 134/7
**7th [2]** 158/17 158/19

**8**

**800 [1]** 107/19
**8th [2]** 158/23 160/13

**9**

**9-millimeter [2]** 83/5
83/7
**95 [2]** 92/20 93/15
**9:44 [1]** 137/1
**9s [1]** 39/4
**9th [2]** 158/24 158/25

**A**

**a.m [1]** 1/6
**abilities [1]** 89/9
**ability [1]** 125/25
**able [37]** 14/17 21/13
22/4 24/18 28/16 29/4
29/21 30/8 35/1 38/7
45/17 46/2 46/18 47/6
47/21 48/12 48/22
50/12 50/25 60/16
60/20 68/20 69/4 71/14
73/3 74/14 76/23 79/14
80/4 84/20 86/10 87/18
92/16 93/22 150/9
162/4 163/7
**about [111]** 4/19 4/20
4/21 5/7 7/4 11/14
11/17 12/18 15/3 16/5
16/17 18/25 19/24

20/14 21/15 22/15 24/8
25/10 25/12 26/4 27/5
28/8 28/9 28/13 28/23
29/2 29/10 29/15 31/21
34/2 34/16 34/21 35/15
36/20 36/24 37/17
39/18 42/3 42/4 44/10
45/19 45/22 46/7 46/9
46/12 47/8 49/3 50/7
52/13 52/17 52/18
52/19 60/13 62/13
62/25 64/3 67/11 67/16
67/18 69/14 72/23 73/8
73/15 74/15 76/14 77/6
78/15 78/22 86/23 92/3
92/21 96/23 97/2 100/2
102/22 102/25 103/13
104/7 105/23 107/6
107/11 107/18 109/17
119/23 120/10 122/25
123/15 126/15 128/16
129/5 130/10 132/1
132/2 132/4 132/12
132/17 133/11 135/8
139/15 141/14 143/9
143/11 149/9 150/19
152/7 155/20 156/23
156/24 160/6 160/7
161/2
**above [3]** 16/11 97/18
164/5
**above-entitled [1]**
164/5
**abruptly [1]** 35/9
**absence [1]** 141/22
**acceptable [1]** 162/13
**access [1]** 17/17
**accomplish [1]** 11/11
**According [1]** 36/16
**account [3]** 17/17
17/18 160/12
**accurate [11]** 15/9
20/4 20/7 20/12 26/1
31/9 43/24 66/19 73/5
77/20 85/19
**accurately [2]** 60/16
62/1
**acquire [1]** 8/18
**across [4]** 54/9 65/15
92/17 161/23
**Action [1]** 1/3
**actions [1]** 66/21
**activate [1]** 114/10
**activity [1]** 81/6

20/4 21/15 22/15 24/8
9/16 18/2
40/23 90/13 120/25
127/4 130/20
**actually [33]** 10/19
17/16 18/18 22/4 22/6
40/7 40/10 40/19 43/2
46/11 46/16 48/9 51/3
52/17 53/19 60/15
63/11 64/7 73/4 85/20
88/7 93/18 95/15 96/4
98/3 136/19 140/8
140/8 144/23 147/9
148/19 157/13 162/25
**add [1]** 61/6
**addition [5]** 8/13 33/22
41/16 51/5 87/9
**additional [4]** 24/18
51/6 61/25 76/16
**admissible [1]** 19/11
**admission [6]** 78/15
105/7 114/19 114/20
155/23 156/3
**admit [18]** 13/16 19/25
20/17 21/21 77/24 78/9
81/19 82/22 83/24
86/12 87/13 124/18
134/22 135/4 135/5
135/7 143/17 156/11
**admitted [57]** 2/12
2/12 2/13 2/13 2/14
2/14 2/15 2/15 2/16
2/16 2/17 2/17 2/18
2/18 2/19 2/19 2/20
2/20 15/18 15/20 21/23
31/18 44/4 44/5 78/3
78/4 80/13 80/14 81/22
81/23 82/23 82/24 84/1
84/2 86/13 86/14 87/15
87/16 105/12 105/13
114/24 114/25 124/23
124/25 125/4 134/19
135/9 135/14 135/15
143/21 143/22 146/10
146/11 156/13 157/14
159/24 160/2
**admitting [4]** 15/14
21/19 31/15 78/14
**advised [6]** 113/15
113/16 113/19 113/23
113/23 113/25
**affiant [2]** 156/6 156/8
**affirm [2]** 5/21 101/12
**affirmative [1]** 163/4
**after [42]** 8/8 23/16

# A

**after...** [40] 24/17 24/17 25/3 32/7 34/12 50/21 56/20 69/25 70/2 72/2 72/4 76/11 81/6 81/8 88/3 88/9 90/17 108/13 109/2 109/11 109/25 113/2 115/2 116/19 119/5 120/11 121/6 121/20 129/8 130/3 143/10 144/20 146/24 147/14 148/1 148/3 148/15 149/11 149/15 149/21

**afternoon** [4] 35/21 99/18 101/10 119/21

**afterwards** [1] 27/2

**again** [19] 14/8 30/1 31/21 48/1 50/19 63/18 65/22 68/11 71/12 73/16 74/18 80/17 130/1 138/13 138/15 140/14 143/1 143/6 159/22

**against** [4] 62/5 74/2 74/16 74/22

**agencies** [10] 9/14 25/9 26/3 26/10 29/11 38/5 55/11 61/11 61/20 61/23

**agencies'** [1] 40/7

**agency** [10] 10/23 10/23 11/2 26/7 27/7 38/15 38/18 60/12 60/19 62/6

**agent** [64] 5/16 6/3 6/9 6/18 6/21 6/23 7/3 9/18 10/5 14/18 16/21 18/10 18/17 20/3 20/6 20/20 20/24 21/7 21/11 22/5 22/11 22/13 22/17 22/22 23/2 23/4 23/9 23/11 23/16 23/17 23/18 24/7 27/1 27/3 28/5 28/17 29/4 29/5 30/2 30/6 31/3 31/4 31/7 31/12 31/24 32/3 32/18 32/19 33/7 34/7 34/25 35/1 37/1 37/14 37/23 41/2 43/13 44/7 50/9 52/10 63/16 67/12 68/23 83/17

**Agent Aiden** [1] 27/1

**agent bomb** [5] 9/18

**agent bond** [1] 6/23

**Agent Epley** [1] 37/23

**Agent Galardo** [1] 18/10

**Agent Garcia** [1] 23/18

**Agent Gastaldo** [18] 18/17 20/3 21/11 22/5 22/22 23/2 23/4 28/17 29/5 30/2 30/6 31/4 31/7 31/12 31/24 32/18 32/19 35/1

**agent in** [1] 6/18

**Agent Lynn** [2] 23/16 27/3

**Agent Mr. Rothman** [2] 31/3 34/25

**Agent Rothman** [12] 6/3 14/18 20/24 21/7 23/9 28/5 29/4 32/3 33/7 34/7 43/13 44/7

**agent watched** [1] 20/6

**agents** [16] 7/2 7/4 10/23 12/20 13/2 18/14 23/14 24/2 24/19 24/19 24/25 25/2 25/3 25/9 26/3 50/4

**agility** [1] 102/20

**ago** [2] 102/23 102/24

**agree** [2] 129/4 135/8

**agreement** [1] 78/5

**ahead** [2] 115/22 145/25

**aided** [1] 1/24

**Aiden** [6] 10/6 23/19 23/23 24/6 27/1 27/19

**Aiden Garcia** [1] 10/6

**aisle** [1] 161/23

**Alabama** [2] 7/23 8/12

**albeit** [1] 161/21

**alert** [49] 9/25 13/4 13/5 13/7 13/20 27/16 39/16 39/20 39/25 40/1 40/11 40/12 40/15 41/14 42/22 59/22 65/23 66/1 66/5 107/7 107/8 108/4 108/5 108/6 108/14 116/16 117/13 117/23 121/6 121/6 121/22 123/11 128/4 138/4 138/11 141/16 141/21 142/8

**10/5 16/21 23/11 50/96**

149/6 149/16 150/20 152/8 152/16 153/11 153/23 154/1

**alerted** [3] 41/10 112/25 149/11

**alerting** [4] 41/15 117/22 122/12 148/22

**alerts** [13] 59/19 107/4 107/6 112/19 121/22 150/24 152/13 152/15 153/6 153/9 153/13 154/10 154/22

**Alexandria** [2] 96/4 162/9

**all** [82] 4/10 4/25 6/6 7/6 7/20 10/10 11/14 12/6 12/16 13/9 14/17 15/3 16/8 19/2 20/2 20/22 21/24 22/3 23/22 23/25 24/6 25/6 26/14 26/22 27/11 27/12 28/5 30/17 32/12 33/25 35/10 36/8 38/22 39/22 40/16 43/17 43/21 44/21 47/8 54/9 54/12 54/13 59/15 60/15 61/18 65/7 65/22 66/18 66/23 69/3 70/8 71/4 71/9 72/17 78/5 78/11 79/3 86/5 86/18 86/25 97/6 97/16 97/18 99/6 99/14 99/24 106/19 111/8 111/23 119/3 124/9 127/8 127/11 130/9 150/12 155/6 156/18 159/15 159/18 159/20 161/24 163/14

**alleged** [1] 22/14

**alleviate** [1] 23/6

**Allison** [2] 1/11 3/7

**allow** [1] 161/15

**allowing** [1] 110/18

**almost** [5] 96/20 118/18 118/24 138/9 138/10

**along** [5] 37/16 48/10 48/15 104/21 130/15

**already** [17] 10/23 54/12 55/22 59/19 87/8 92/8 125/4 125/12 129/13 129/19 130/25 142/6 142/10 142/16 142/23 143/10 159/25

**142/1 143/5 148/24 150/6**

**also** [39] 3/15 8/13 9/8 11/11 17/3 17/7 20/2 23/18 28/19 29/21 29/23 32/17 32/20 33/22 33/23 36/19 41/17 42/10 42/16 45/16 46/8 47/1 47/4 52/11 58/20 70/7 72/7 75/25 80/18 81/18 86/9 87/13 94/1 98/1 104/14 143/3 144/17 155/5 160/4

**altered** [1] 65/14

**although** [4] 35/19 41/24 67/21 84/4

**am** [66] 6/13 6/22 7/3 8/23 12/8 13/6 13/24 14/12 14/20 18/4 28/6 28/7 28/9 33/4 33/19 33/22 34/1 39/8 43/12 44/7 49/18 50/9 53/9 54/19 56/14 56/17 64/10 64/11 64/14 65/3 65/4 66/13 74/17 76/24 78/17 78/18 79/21 79/24 84/5 84/15 85/24 87/12 93/11 93/19 93/23 94/15 95/7 96/2 96/19 96/20 97/14 98/8 98/9 98/12 100/12 103/17 109/15 110/22 125/24 132/9 148/17 149/13 157/1 158/21 159/13 163/4

**Amendment** [2] 4/5 150/1

**AMERICA** [2] 1/2 3/3

**ammunition** [10] 67/25 83/5 83/8 83/11 87/10 88/21 89/25 106/6 122/16 124/12

**among** [1] 123/23

**amount** [1] 54/16

**ample** [1] 161/15

**analysis** [1] 50/1

**angle** [1] 82/21

**animal** [1] 108/24

**announcement** [3] 107/23 107/23 107/24

**another** [14] 9/1 9/14 10/23 19/8 22/11 36/19 38/15 39/1 60/19 79/25 83/17 87/1 94/23 132/7

**another's** [1] 20/10

**answer [6]** 65/1 82/9 84/8 85/22 88/2 93/12
**anticipate [1]** 99/25
**any [90]** 8/8 8/14 9/7 9/8 9/15 10/1 12/6 12/12 12/13 12/23 15/14 17/24 25/20 25/21 27/7 31/15 33/8 37/4 38/7 39/6 39/9 41/16 44/15 44/25 45/3 47/18 49/13 50/3 50/5 51/1 51/20 51/22 52/21 56/9 57/2 58/24 59/13 61/25 62/5 62/12 64/23 65/13 65/14 67/10 67/22 68/4 68/7 68/9 70/18 71/5 77/25 78/24 81/5 81/12 86/21 86/21 87/2 89/4 89/9 89/19 89/21 89/22 89/25 91/10 94/10 95/10 96/8 96/11 96/16 99/6 99/15 107/18 114/22 115/16 116/16 119/10 119/13 125/25 126/5 126/18 126/22 135/10 136/17 151/5 155/9 156/3 156/12 156/15 161/12 161/19
**anybody [3]** 88/8 89/13 155/19
**anyone [14]** 17/17 22/13 24/3 25/5 26/19 26/22 44/12 47/20 47/23 49/2 57/11 96/7 99/1 162/22
**anything [33]** 8/15 9/13 44/22 44/25 45/5 46/15 46/17 47/3 47/19 47/22 48/2 49/14 58/21 65/7 67/10 72/22 81/12 85/18 87/10 90/3 93/10 95/7 99/4 112/6 121/25 122/18 132/1 132/17 152/14 153/10 154/5 160/3 160/22
**anywhere [6]** 4/10 45/3 49/11 93/1 94/14 137/15
**apologize [2]** 18/14 158/20
**appear [9]** 15/5 15/9 31/9 31/11 81/13 86/15

38/1 39/24 44/7
**appearance [2]** 3/14 34/18
**APPEARANCES [1]** 1/10
**appeared [3]** 32/8 35/6 85/16
**appears [10]** 15/7 15/11 50/16 82/1 82/4 83/7 86/2 86/22 98/6 141/1
**application [1]** 17/12
**applied [1]** 102/17
**applies [1]** 4/10
**appreciate [3]** 99/22 155/4 155/7
**appreciated [1]** 159/19
**apprehended [6]** 29/21 36/18 44/17 55/22 82/17 98/2
**apprehending [1]** 34/14
**approach [2]** 44/10 84/9
**approached [1]** 43/5
**appropriate [2]** 100/20 156/21
**approval [4]** 107/21 107/22 108/2 158/3
**approximate [1]** 103/2
**approximately [14]** 6/17 21/6 23/13 24/22 33/5 35/17 36/23 70/23 102/5 102/24 103/4 103/10 103/15 104/1
**are [249]**
**area [44]** 9/24 11/22 11/24 11/25 12/4 12/5 12/7 29/20 32/14 33/16 33/18 33/20 33/23 34/8 34/9 34/11 34/11 34/15 34/15 34/19 35/17 36/7 36/21 37/13 37/18 37/20 37/20 40/17 45/12 51/9 60/1 64/25 70/1 88/9 94/10 95/16 98/15 98/18 99/1 112/8 112/9 142/20 142/22 142/23
**areas [2]** 8/18 46/15
**aren't [1]** 61/6
**argue [2]** 5/9 92/21
**argument [8]** 3/17 66/14 92/25 96/24

100/1 100/12 100/21 101/2
**arguments [4]** 4/25 157/17 157/18 158/15
**armed [4]** 16/14 132/21 134/3 134/11
**armor [2]** 11/10 42/25
**around [37]** 32/7 41/12 42/1 43/23 45/20 46/7 48/25 50/1 54/7 54/8 54/13 61/25 64/21 64/23 70/15 89/17 91/24 93/14 97/19 110/8 111/2 116/15 116/19 116/24 131/3 131/5 138/3 138/4 138/7 138/10 138/17 140/2 140/3 143/10 143/20 146/13 150/15
**arrest [2]** 29/18 56/23
**arrested [3]** 56/8 136/19 136/23
**arrests [1]** 69/25
**arrival [2]** 11/2 35/11 55/3 61/13
**arrive [6]** 35/17 54/12 54/25 107/13 128/11 128/19
**arrived [22]** 12/16 12/17 26/19 27/2 27/8 29/12 29/16 35/16 35/23 36/14 37/10 52/2 54/11 54/13 55/21 59/18 61/10 113/13 130/10 131/18 136/10 136/13
**arriving [2]** 34/12 98/7
**articles [2]** 74/25 99/5
**articulate [1]** 97/2
**articulated [2]** 4/16 19/17
**as [135]** 6/21 6/23 7/5 9/18 10/24 12/13 12/13 12/24 13/4 16/21 17/4 17/12 17/20 18/5 19/11 19/25 20/18 20/25 21/14 21/21 22/3 23/2 24/14 25/9 25/9 27/25 28/6 29/6 30/3 30/21 32/13 32/14 37/25 37/25 38/14 39/3 39/21 39/24 40/21 41/2 41/6 41/21 41/21 41/24 41/24 41/25 42/9 43/25

49/6 49/24 52/14 53/14 53/15 53/20 53/20 54/22 54/22 54/25 54/25 56/12 58/24 60/10 61/8 61/16 62/8 62/8 66/20 67/9 77/8 81/18 81/19 82/20 83/20 85/19 86/9 86/19 87/12 93/16 93/16 93/18 95/7 95/18 97/24 98/16 99/24 100/15 102/12 102/12 103/1 106/9 106/10 106/16 109/4 109/23 110/17 111/9 111/18 111/18 112/24 112/24 114/16 121/14 123/22 125/11 125/12 128/18 129/2 129/16 129/17 132/9 137/23 141/19 143/14 143/17 145/23 147/18 150/19 154/4 154/5 155/21 156/20 156/25 157/1 158/9 159/22 160/3 161/6 161/9 161/10 161/24 162/12 162/12 163/6
**aside [2]** 24/19 49/13
**ask [10]** 24/11 25/20 43/8 45/22 76/10 127/7 129/23 154/4 156/8 162/4
**asked [5]** 41/6 44/12 56/17 88/22 153/22
**asking [15]** 14/4 56/3 56/6 64/14 66/2 68/11 86/4 93/13 93/15 93/16 98/8 98/12 119/22 129/1 142/12
**asserted [1]** 19/15
**assess [3]** 60/16 61/8 66/18
**assessing [2]** 38/8 39/24
**assessment [7]** 7/20 38/20 40/2 60/13 60/21 61/21 62/1
**assigned [4]** 6/15 6/22 25/2 103/21
**assignment [1]** 6/21
**assist [3]** 10/9 38/15 40/6
**assistance [5]** 12/13 12/14 38/7 38/10 38/21

# A

**assisted [1]** 59/8
**associated [4]** 127/11
127/16 127/19 127/20
**assume [11]** 7/16
13/15 54/20 69/22 72/13
75/21 80/11 84/14
84/18 86/3 160/1
**assuming [5]** 76/8
80/12 98/18 157/14
159/16
**assumption [2]** 82/14
98/9
**attached [1]** 48/24
**attack [1]** 161/25
**attempt [7]** 36/8 45/8
46/15 54/25 60/7 61/17
78/9
**attempted [2]** 45/2
47/4
**attempting [2]** 14/10
14/12
**attend [1]** 163/7
**attention [5]** 46/20
47/4 71/2 113/9 120/9
**attributed [1]** 32/11
**authenticate [1]** 13/16
**available [7]** 7/15
44/13 50/3 60/9 60/15
60/19 159/23
**Avenue [2]** 1/18 1/22
**avoid [2]** 134/16 135/1
**awards [1]** 152/7
**aware [29]** 12/6 12/11
13/3 33/19 50/9 53/1
56/17 64/14 71/25 88/8
89/13 93/7 94/12 94/16
94/19 95/14 95/22
95/24 96/2 96/16 96/19
108/9 113/22 135/22
141/13 141/25 148/17
149/22 161/24
**awareness [1]** 94/22
**away [2]** 36/6 36/23

# B

**B2 [3]** 124/19 124/20
124/25
**B5 [3]** 146/7 146/10
146/11
**B7 [3]** 143/17 143/19
143/22
**back [25]** 46/10 46/22
51/4 65/16 73/20 74/5

75/11 79/8 80/18 81/15
87/7 88/20 90/10 100/7
101/1 109/3 118/18
118/24 119/6 119/9
139/15 144/3 147/3
162/8 163/7
**background [2]** 61/8
95/11
**backing [1]** 54/1
**backlogged [1]** 158/6
**backpack [31]** 46/22
47/8 47/9 47/14 47/22
47/23 47/25 48/6 48/8
48/9 48/9 48/12 48/17
48/20 48/23 48/25 49/2
49/8 49/9 48/12 48/17
68/17 73/15 74/12
74/14 74/21 75/3 75/4
83/12 83/14 85/11
88/15
**bag [14]** 34/16 36/18
37/21 48/2 75/19 83/8
86/22 87/6 87/7 97/21
97/21 97/25 98/1 98/21
**bag-looking [1]** 98/1
**bags [11]** 74/25 79/17
80/18 80/20 83/4 85/6
86/15 86/18 86/22
86/24 99/2
**ballistic [5]** 11/10 43/1
79/12 79/15 80/17
**ballpark [1]** 103/3
**Bankruptcy [1]** 1/21
**base [2]** 8/17 11/9
**Baseball [1]** 99/8
**based [25]** 7/14 18/16
24/13 24/24 31/8 31/11
34/10 36/21 37/21
41/15 47/16 61/16
66/17 67/2 80/11 83/25
84/14 84/22 85/1 90/12
107/3 117/24 129/17
149/19 155/15
**basic [6]** 17/10 104/5
105/1 105/19 105/23
119/22
**basically [1]** 156/22
**basis [1]** 66/20
**bathroom [3]** 108/19
108/21 108/24
**be [127]** 4/16 5/22 7/25
8/21 9/12 9/19 12/9
13/4 14/23 15/6 15/9
15/11 16/14 17/19

19/11 22/19 22/25 30/19
31/11 32/8 32/12 33/24
35/6 35/10 35/18 37/25
40/5 40/24 41/3 42/7
42/10 46/17 49/4 49/11
49/21 50/3 50/16 50/17
50/24 53/14 53/15
53/20 54/18 57/2 57/17
58/6 58/20 58/23 60/14
60/16 60/20 62/18
62/20 64/7 68/25 69/3
69/25 71/14 76/14
78/19 78/25 81/13 82/1
82/4 82/13 83/6 83/7
84/7 86/2 86/16 86/22
90/3 90/25 92/12 98/24
100/22 101/2 101/13
101/13 101/16 106/18
107/20 109/3 109/4
109/7 109/8 109/19
110/9 110/10 121/12
121/14 123/12 123/13
132/3 133/3 134/3
134/11 135/7 141/17
141/17 141/22 141/25
142/5 142/7 142/13
148/21 148/24 150/9
150/21 152/17 154/17
155/1 156/8 156/25
158/10 158/15 158/21
158/24 159/3 160/10
160/12 161/6 161/10
161/20 162/2 163/7
163/9
**bearings [1]** 36/14
**because [31]** 4/6
22/24 25/21 34/16
41/14 41/15 42/22 45/8
47/2 47/5 53/8 61/6
62/9 65/3 70/4 71/15
82/8 90/18 96/24
112/16 115/12 116/22
122/12 123/17 128/3
136/3 138/16 149/2
149/5 152/18 161/24
**become [3]** 7/21
102/19 161/17
**becoming [1]** 7/10
**been [64]** 6/17 7/6
18/19 19/24 20/24
21/14 21/15 25/6 32/14
36/18 37/21 37/24
40/17 41/1 41/16 44/17
55/22 56/1 57/6 61/24

63/5 63/6 63/13 64/15
65/14 65/16 67/3 68/4
68/19 73/13 75/17 76/8
77/8 79/16 79/24 81/11
81/12 81/17 82/19
83/20 86/9 87/12 88/23
94/1 94/14 94/21 97/13
98/15 103/14 103/24
106/25 109/2 111/8
113/17 114/15 114/16
126/7 131/15 136/19
136/21 136/23 137/20
158/2 161/23
**before [51]** 1/8 6/2
9/19 12/17 15/23 16/16
20/14 27/9 35/15 47/18
60/6 60/10 63/1 64/4
64/21 65/7 65/11 66/24
66/25 76/10 85/21
89/18 89/23 89/25 90/4
90/16 90/18 91/21
102/10 106/18 107/24
108/4 109/9 119/23
120/16 126/15 128/23
129/8 130/2 130/6
131/3 131/21 131/23
133/22 137/8 139/14
153/3 156/20 156/24
159/5 162/6
**began [3]** 74/20 120/4
161/24
**begin [5]** 5/13 30/14
60/12 110/1 133/8
**beginning [3]** 3/6 4/4
31/11
**begins [2]** 17/1 109/9
**behalf [2]** 3/8 3/11
**behavior [5]** 110/19
111/11 143/25 144/14
161/22
**behind [8]** 73/21 73/24
74/7 74/15 74/15 74/22
84/23 154/13
**being [19]** 4/15 26/14
34/16 35/7 46/16 63/25
64/4 64/16 70/11 70/21
74/14 93/19 97/24
112/17 130/14 132/2
132/2 134/19 161/11
**believe [29]** 3/23 13/18
26/13 39/14 40/24 54/1
61/14 61/23 64/16 66/9
66/11 67/2 69/10
69/10 80/21 82/18

**B**

**believe... [13]** 86/20 87/22 89/2 91/25 92/6 102/23 104/14 111/19 115/21 129/19 130/2 153/22 160/5
**believed [1]** 54/21
**believes [1]** 129/8
**Belmont [2]** 32/6 32/13
**below [1]** 16/5
**besides [1]** 64/7
**best [3]** 15/10 25/7 110/14
**better [5]** 22/25 42/7 47/11 73/2 157/14
**between [12]** 7/1 23/3 24/23 35/18 54/5 58/3 61/12 73/23 74/12 94/5 97/9 150/10
**beyond [4]** 60/20 68/24 75/5 86/22
**Bible [1]** 99/8
**big [2]** 49/4 74/6
**biggest [1]** 48/2
**biological [1]** 9/8
**bisected [1]** 45/24
**bit [8]** 9/2 9/5 23/5 45/19 54/1 90/10 132/10 143/20
**black [7]** 42/15 43/15 43/19 43/20 46/21 83/8 87/7
**blasting [2]** 42/9 49/7
**block [2]** 11/20 113/10
**blue [3]** 80/2 84/17 87/6
**board [1]** 7/13
**BOARMAN [14]** 101/19 101/23 101/24 119/18 119/20 123/2 125/11 125/17 133/14 135/17 143/17 143/24 145/20 151/7
**body [13]** 11/10 42/25 69/16 69/23 70/18 91/12 91/15 114/8 135/21 135/22 135/25 136/4 136/7
**body-cam [1]** 135/21
**body-worn [3]** 91/12 91/15 114/8
**BOLO [22]** 13/4 13/19 13/20 17/4 17/7 18/20

21/15 26/8 28/11 27/16 28/20 29/22 32/10 61/13 69/7 69/8 69/9 90/16 93/18 130/16 130/19 130/20
**BOLOs [1]** 90/23
**bomb [110]** 7/3 7/5 7/7 7/16 7/21 7/25 7/25 8/10 8/21 8/25 9/6 9/9 9/16 9/18 9/19 9/22 10/2 10/2 10/3 10/5 10/7 10/8 10/18 10/22 11/16 12/18 15/24 16/21 16/24 18/5 22/23 23/17 24/1 24/1 24/14 24/19 37/2 37/4 37/15 38/14 39/3 39/21 39/24 41/2 41/6 41/17 42/20 42/23 49/19 49/19 50/9 52/12 52/20 52/21 52/23 53/16 54/11 54/17 54/21 57/3 57/21 58/15 58/23 58/24 59/7 59/10 59/11 59/11 59/13 59/16 59/18 59/23 60/4 60/8 60/11 60/23 61/24 62/2 62/21 63/19 63/20 65/23 66/1 66/11 66/24 66/25 67/13 67/19 67/23 81/11 87/2 87/8 90/4 90/11 96/16 124/2 127/5 130/25 131/4 131/5 131/13 131/14 132/2 132/4 132/9 132/9 132/13 132/14 132/17 152/5
**bomb-sniff [1]** 58/15
**bomb-sniffing [6]** 59/11 59/16 59/18 124/2 130/25 131/4
**bombs [9]** 41/21 51/21 58/24 61/6 64/12 64/14 64/16 87/8 124/12
**bond [3]** 5/16 6/23 7/10
**booby [7]** 41/18 41/20 44/25 45/11 45/12 45/13 48/3
**Boom [1]** 78/24
**boots [1]** 99/7
**Boston [1]** 42/16
**both [9]** 3/16 3/20 25/8 33/14 35/5 50/10 63/10

bother **[2]** 60/4 129/5
**bottles [1]** 72/8
**bottom [3]** 28/7 79/22 110/13
**bowl [3]** 9/12 79/7 79/18
**bowl-like [1]** 79/7
**bowl-shaped [1]** 79/18
**box [2]** 16/11 83/7
**boxes [2]** 16/2 16/5
**boy [6]** 121/16 121/18 121/20 147/20 148/6 153/20
**break [6]** 76/9 76/10 76/11 91/13 91/22 100/6
**breaking [1]** 76/12
**bridge [1]** 92/17
**brief [5]** 22/1 56/15 59/5 96/22 100/18
**briefing [9]** 130/11 130/24 131/25 132/15 155/16 156/24 156/25 157/7 157/10
**briefly [2]** 104/12 151/6
**briefs [9]** 100/10 100/11 100/14 100/20 100/24 100/25 156/22 157/1 159/14
**bring [1]** 19/23
**broadcast [3]** 13/1 17/17 18/25
**broadcasting [1]** 30/14
**Brown [2]** 161/9 162/17
**bulk [1]** 83/7
**bulletin [6]** 14/22 15/1 15/4 15/6 16/2 16/3
**bullets [2]** 40/23 41/19
**bunch [2]** 75/6 79/7
**Bureau [3]** 6/13 10/2 49/23
**busier [1]** 111/17
**busy [3]** 111/18 158/7 159/19
**BWC [1]** 132/23
**Byrd [2]** 37/9 37/16

**C**

**C4 [3]** 124/4 124/5 132/9

cables **[1]** 95/2
**Cajole [1]** 162/15
**call [33]** 10/18 11/8 11/15 15/5 22/16 22/17 23/10 23/20 24/1 27/22 41/19 44/20 50/1 50/10 54/8 60/23 72/17 101/1 107/13 107/19 107/21 108/7 117/23 121/2 133/24 134/5 134/25 152/15 157/22 158/18 159/5 162/15 163/4
**call-out [2]** 15/5 23/10
**called [19]** 7/23 9/19 50/3 63/1 67/13 67/15 69/8 107/12 107/15 111/21 113/10 128/23 129/8 129/12 129/16 129/18 129/24 134/1 147/20
**calling [3]** 63/2 134/24 135/10
**calls [8]** 9/16 10/11 10/22 11/4 27/20 108/25 161/20 162/6
**cam [2]** 135/21 135/25
**came [3]** 51/1 80/22 87/19
**camel [1]** 47/9
**camera [6]** 70/18 91/13 91/15 114/8 136/4 136/7
**cameras [2]** 69/16 69/23
**camouflage [2]** 67/25 85/10
**camouflaged [3]** 46/21 83/13 86/22
**cams [1]** 135/22
**can [130]** 5/5 6/20 7/9 8/24 9/21 10/18 14/9 14/21 16/8 16/21 17/10 17/13 17/15 21/1 22/18 22/25 23/1 26/14 28/6 29/15 32/3 34/7 35/4 36/9 41/3 41/5 41/6 41/20 41/23 42/3 42/6 42/7 42/10 43/8 43/13 45/22 46/4 46/9 49/3 49/4 49/4 49/11 53/14 53/15 53/20 55/9 56/15 56/15 58/15 58/20 62/18 72/17 72/22 73/16 74/18 76/11 77/5

**C**

**can... [73]** 78/20 79/5 80/1 81/25 83/2 84/4 85/25 86/25 90/10 90/11 90/12 92/11 92/12 92/15 92/21 103/3 105/14 107/23 110/14 111/18 120/12 121/12 121/14 122/23 125/1 126/9 127/7 128/4 132/12 132/25 133/1 133/10 134/6 134/15 134/22 135/17 136/6 136/11 136/25 137/3 139/17 139/19 140/14 140/21 140/22 141/18 141/25 142/5 142/7 142/7 142/8 142/13 143/5 143/16 144/1 144/3 144/9 144/10 144/12 145/14 145/16 145/25 146/2 147/2 147/2 147/5 147/9 150/21 150/22 154/4 159/21 162/19 162/23

**can't [22]** 13/17 34/17 53/8 64/25 65/3 65/6 75/16 82/8 85/21 87/4 87/24 88/22 88/25 91/9 95/8 104/15 123/16 127/3 133/17 136/22 139/9 152/18

**canister [1]** 126/20

**cannot [1]** 98/14

**canvas [1]** 7/12

**canvassed [2]** 64/21 89/17

**canvassing [2]** 64/23 94/19

**cap [1]** 49/7

**capabilities [1]** 61/25

**capability [1]** 64/24

**Capitol [8]** 12/24 12/25 13/3 14/22 18/24 26/8 26/16 26/17

**caps [1]** 42/9

**car [13]** 48/2 50/8 65/23 73/9 75/6 108/17 109/12 111/12 112/5 118/19 128/8 131/1 137/8

**CARL [1]** 1/8

**carry [1]** 150/16

**carrying [1]** 98/13

**case [30]** 3/3 9/13 10/20 11/15 11/16 12/20 13/2 18/3 18/7 18/18 20/15 22/11 22/13 24/7 24/7 24/8 25/13 45/7 54/23 55/2 61/17 63/16 68/23 72/20 80/12 90/16 98/19 119/11 119/14 158/9

**cases [3]** 72/16 90/13 129/7

**casing [2]** 127/10 150/21

**casings [13]** 106/6 121/9 122/17 123/22 124/12 126/15 142/19 143/2 148/4 150/20 150/22 151/2 152/14

**catch [3]** 132/13 134/13 144/1

**caught [1]** 35/14

**cause [28]** 4/5 4/12 4/24 16/25 41/20 41/23 45/4 46/17 47/17 48/4 66/11 90/12 128/5 128/9 128/12 128/16 128/20 128/21 128/24 129/1 129/6 129/9 129/13 129/19 130/2 130/4 149/19 153/23

**causes [3]** 53/19 141/16 141/21

**caution [2]** 16/6 120/7

**cell [6]** 53/20 82/4 82/5 82/7 161/18 161/22

**cellmates [1]** 161/21

**center [1]** 50/1

**central [1]** 36/7

**certain [6]** 8/16 8/18 49/21 66/9 77/21 121/25

**certainly [7]** 5/14 20/15 20/19 23/7 123/21 123/23 156/5

**certificate [2]** 105/3 105/19

**certification [9]** 8/20 106/12 107/3 124/10 125/23 126/6 126/18 126/22 127/22

**certified [5]** 8/21 104/24 106/25 126/14

**certifies [1]** 7/24

**certify [1]** 164/4

**certifying [1]** 127/9

**challenge [1]** 155/21

**challenging [2]** 78/12 161/23

**chambers [3]** 155/14 162/18 162/24

**chance [4]** 13/7 18/6 30/5 52/4

**change [2]** 40/2 85/18

**changed [4]** 61/12 69/19 69/20 85/21

**chased [2]** 35/7 97/24

**chasing [1]** 35/8

**check [6]** 45/2 60/24 94/13 112/13 112/16 134/11

**checked [2]** 65/9 98/24

**chemical [1]** 9/8

**chemicals [6]** 49/14 49/21 58/21 60/25 73/4 75/6

**chemist [7]** 49/17 50/2 50/7 72/17 72/18 72/22 73/8

**chemists [2]** 49/20 73/2

**choice [1]** 112/1

**Christmas [1]** 42/14

**circle [2]** 32/8 79/14

**circumstances [4]** 66/9 66/18 66/19 129/6

**claim [1]** 64/6

**claimed [1]** 24/13

**clarifications [1]** 16/1

**clarified [1]** 36/1

**clarify [3]** 15/22 69/7 90/15

**clean [2]** 123/4 123/14

**cleaning [4]** 40/24 122/24 123/6 151/25

**clear [21]** 4/19 4/22 12/9 17/19 24/18 32/12 35/10 41/7 44/21 45/18 50/12 50/25 52/16 58/23 73/22 73/25 89/6 89/8 157/3 159/13 161/15

**cleared [1]** 131/7

**clearer [2]** 80/3 135/7

**clearing [1]** 43/22

**clearly [2]** 75/4 80/4

**clinical [1]** 49/8

**clip [8]** 21/8 21/10 28/23 34/8 115/6 116/2 116/14 134/4

**clips [2]** 22/5 28/2

**Cloherty [4]** 1/14 2/7 2/8 3/8

**close [2]** 32/8 139/7

**closed [1]** 156/19

**closer [1]** 163/9

**clothes [1]** 71/21

**clothing [4]** 74/24 74/25 85/4 99/5

**co [2]** 113/8 113/18

**co-coworker [1]** 113/18

**co-workers [1]** 113/8

**Colin [2]** 1/14 3/8

**collar [6]** 109/14 109/16 109/18 109/21 116/3 116/4

**colleague [2]** 3/11 97/7

**colleagues [2]** 80/20 150/9

**collect [1]** 68/8

**collection [2]** 55/10 62/11

**collective [1]** 4/9

**colloquial [2]** 56/3 121/2

**colloquy [1]** 80/12

**color [1]** 49/9

**COLUMBIA [1]** 1/1

**come [8]** 3/5 41/6 42/6 50/17 98/22 107/23 108/8 110/11

**comes [1]** 87/14

**comfortable [3]** 47/18 51/2 161/10

**coming [4]** 90/13 92/13 102/9 155/12

**command [9]** 10/25 11/1 35/25 36/2 36/11 36/23 37/10 55/8 59/21

**commander [3]** 107/20 113/23 113/25

**commands [1]** 142/3

**commercial [2]** 49/6 49/10

**commercially [1]** 42/7

**common [10]** 38/15 38/17 39/4 39/5 40/25

**common... [5]** 45/10 48/5 48/6 60/25 61/2
**communicated [3]** 5/8 39/11 58/12
**communicating [3]** 25/10 25/12 27/4
**community [1]** 53/17
**companies [1]** 88/1
**compartment [7]** 65/10 65/21 82/1 83/3 84/8 84/15 84/21
**competent [1]** 93/12
**complete [3]** 11/13 25/25 148/1
**completed [1]** 8/6
**completely [3]** 52/8 62/5 64/18
**completing [1]** 105/19
**Complied [12]** 137/2 139/18 139/20 140/16 140/23 144/11 145/15 145/18 146/1 146/3 147/4 147/6
**component [1]** 100/23
**components [1]** 49/21
**computer [2]** 1/24 6/4
**computer-aided [1]** 1/24
**concern [27]** 20/16 22/8 25/14 25/16 34/16 36/5 37/14 37/23 37/25 41/11 41/15 41/24 42/4 42/24 45/12 48/2 61/15 61/21 62/9 62/13 62/16 62/16 62/24 67/18 71/2 73/8 97/18
**concerned [5]** 36/20 50/23 132/2 132/4 158/9
**concerns [9]** 37/18 37/19 41/8 41/25 44/20 50/4 50/6 61/18 161/12
**concluded [2]** 130/3 131/5
**conclusion [4]** 66/14 66/20 98/8 128/16
**conclusions [2]** 56/4 56/6
**conditions [2]** 161/2 162/4
**conduct [14]** 22/14 22/23 51/5 60/20 108/1 111/21 113/2 128/5

28/12 129/14 129/16 129/25 130/3 136/5
**conducted [7]** 79/16 81/6 104/16 131/13 131/15 136/1 136/20
**conducting [7]** 70/7 70/16 70/25 112/20 118/2 131/21 134/10
**confer [2]** 97/7 157/3
**conference [3]** 1/8 3/17 160/14
**conferred [1]** 160/9
**confident [2]** 45/6 45/19
**confinement [2]** 161/2 161/3
**confirm [13]** 20/4 21/13 22/5 28/16 29/5 30/6 31/10 31/23 32/17 32/22 34/17 35/1 52/10
**confirmed [1]** 32/19
**confuse [2]** 112/12 112/17
**confused [2]** 62/2 132/10
**confusing [1]** 135/3
**confusion [3]** 134/16 135/1 157/5
**connected [2]** 92/12 127/10
**consequence [1]** 99/5
**consistent [15]** 15/7 16/19 16/20 32/10 33/13 33/14 33/15 33/17 34/18 42/3 81/21 82/11 84/21 153/20 160/16
**constitute [1]** 4/11
**Constitution [1]** 1/22
**construct [1]** 42/13
**constructed [1]** 58/20
**construction [1]** 42/10
**consult [2]** 72/17 150/8
**consulted [1]** 50/7
**contact [3]** 4/6 24/2 27/8
**contain [3]** 4/21 126/11 151/2
**container [2]** 126/24 127/4
**containers [5]** 50/16 72/8 79/8 83/5 83/6
**contains [2]** 28/19

**contemporaneously [1]** 70/3
**content [2]** 77/10 77/12
**contents [2]** 48/25 156/6
**contested [1]** 156/23
**contesting [1]** 155/16
**context [1]** 141/10
**continue [7]** 47/24 112/20 112/21 118/2 118/21 139/25 142/20
**continued [1]** 161/20
**continuing [2]** 8/9 8/14
**contraband [3]** 86/21 86/23 87/3
**controlled [1]** 152/10
**conversation [6]** 50/1 73/7 76/11 131/2 162/17 162/23
**coordinate [2]** 9/11 11/2
**coordinating [1]** 158/21
**coordinator [4]** 10/5 10/11 23/25 24/2
**copies [3]** 18/18 19/23 159/25
**copy [9]** 15/10 19/1 20/4 20/7 30/2 31/9 31/9 155/18 156/1
**corners [2]** 155/17 155/22
**corollary [1]** 7/1
**Corps [1]** 9/12
**correct [173]**
**correctly [4]** 69/11 75/9 121/6 149/3
**cost [1]** 12/2
**could [49]** 10/13 11/6 13/10 17/24 26/5 41/16 44/8 45/3 46/8 47/17 49/21 57/6 57/18 57/19 57/21 58/6 61/4 61/5 62/4 63/13 65/8 68/14 78/5 78/7 78/14 78/18 81/10 81/12 82/13 84/7 90/3 96/24 98/25 101/21 104/12 107/12 115/8 119/7 122/12 123/12 123/13 133/13 143/8 148/21 148/24

16/12 157/22 158/15 161/6
**couldn't [3]** 35/6 119/7 133/15
**counsel [12]** 3/5 3/9 3/21 13/11 13/13 21/4 51/15 105/10 114/17 151/5 153/22 161/10
**Counsel's [1]** 162/21
**countries [2]** 12/1 33/21
**country [1]** 150/1
**couple [9]** 3/23 18/14 30/23 48/19 49/8 49/9 95/16 135/20 160/12
**course [8]** 3/20 22/24 104/3 105/20 155/20 158/1 159/15 163/8
**court [16]** 1/1 1/21 5/22 19/14 19/24 28/2 52/12 65/3 101/13 155/12 155/18 158/5 159/18 161/2 162/4 164/3
**Court's [4]** 59/4 69/5 87/11 96/20
**courtesy [1]** 78/25
**Courtney [2]** 1/17 3/12
**Courts [1]** 1/21
**cover [1]** 9/11
**cowboy [1]** 99/7
**coworker [1]** 113/18
**crack [1]** 115/18
**cracked [1]** 115/14
**CRC [1]** 1/20
**create [3]** 41/3 62/13 62/20
**created [3]** 13/18 64/18 93/8
**crime [3]** 25/15 68/4 99/6
**crimes [1]** 6/22
**criminal [3]** 1/3 3/3 87/4
**cross [13]** 2/4 2/7 14/9 20/11 51/14 51/16 76/19 91/18 91/21 97/2 100/4 119/17 119/18
**Cross-Examination [6]** 2/4 2/7 51/14 51/16 76/19 117/11 119/18
**cruiser [2]** 119/6 119/9
**crystal [1]** 157/3
**crystal-clear [1]** 157/3

**C**

CTF [1] 161/25
cue [4] 141/5 142/8 142/13 143/5
cueing [11] 141/3 141/4 141/5 141/7 141/9 141/14 141/19 141/25 142/5 142/12 142/17
cues [1] 109/19
curiosity [1] 154/5
current [4] 6/20 100/15 102/6 162/21
currently [2] 6/22 8/21
custody [6] 55/24 57/3 68/12 68/15 69/1 161/4
cut [3] 53/8 56/21 86/7

**D**

D-a-v-i-d [1] 101/23
D.C [13] 1/4 10/1 11/21 11/25 12/15 26/13 37/8 54/9 94/2 95/16 102/14 113/11 161/4
D5 [1] 145/14
damage [3] 62/23 90/11 90/12
danger [1] 36/7
dangerous [2] 16/14 132/21
Danny [3] 95/24 96/8 96/8
date [4] 14/25 15/22 102/22 164/11
DAVID [4] 101/19 101/23 119/18 151/7
day [56] 12/10 12/16 12/17 12/19 15/23 18/22 23/4 23/9 23/11 23/22 25/1 26/11 27/9 29/11 33/13 33/15 34/12 36/12 36/15 37/5 38/5 38/11 39/7 43/4 43/5 43/23 50/2 52/2 55/16 55/20 63/1 63/7 63/23 64/1 67/9 69/8 77/18 77/21 89/2 89/14 90/20 93/6 93/17 94/6 94/7 94/16 107/20 111/17 111/23 111/24 112/2 114/8 130/9 134/1 155/7 162/8
days [3] 95/16 160/12 161/19

DC [4] 1/15 1/18 1/19 1/22
dcd.uscourts.gov [1] 1/23
deal [1] 163/11
December [2] 159/8 160/11
decent [1] 54/16
decide [6] 20/14 20/17 100/19 116/23 138/15 156/25
decided [3] 22/17 66/23 138/13
decides [1] 10/17
decision [7] 36/5 43/1 55/10 67/3 67/5 68/21 113/21
decision-makers [2] 36/5 55/10
decision-making [1] 68/21
decisions [1] 36/10
declared [2] 81/6 96/11
defendant [3] 1/6 1/17 135/4
defendant's [3] 82/7 143/19 159/10
DEFENDER [1] 1/18
DEFENDER-DC [1] 1/18
defense [48] 3/20 77/8 77/24 78/3 78/4 78/4 79/25 80/7 80/9 80/12 80/14 81/18 81/19 81/23 82/20 82/24 83/20 84/2 86/10 86/13 86/14 87/13 87/15 87/16 105/10 114/17 124/17 124/19 124/20 124/25 143/22 146/7 146/10 146/11 153/22 155/14 155/16 156/15 157/14 157/15 157/16 157/21 157/22 158/17 159/1 159/7 160/25 161/10
definitely [1] 81/16
definition [3] 17/10 70/8 86/23
definitive [1] 98/23
degree [1] 32/8
delays [1] 158/3
demonstrate [1] 4/21

department [11] 12/14 26/13 26/23 37/8 38/19 60/12 67/6 69/24 102/3 149/12
departments [1] 38/20
dependent [1] 54/18
depending [5] 11/8 23/2 81/10 91/19 157/17
depends [1] 111/16
depicted [2] 43/13 43/15
depiction [2] 43/25 77/20
deploy [1] 54/22
deployed [2] 96/13 96/17
deployment [5] 108/22 108/23 116/20 134/14 135/18
Deputy [1] 162/17
describe [17] 8/24 10/18 11/6 14/21 34/7 35/4 46/4 55/9 73/16 80/5 80/16 83/2 84/6 85/25 104/12 110/14 144/3
describing [2] 47/10 132/8
description [2] 29/22 157/4
descriptive [1] 17/4
descriptor [1] 73/5
design [1] 49/3
destruction [1] 9/7
detail [1] 143/25
detailing [10] 12/21 110/10 110/22 110/24 116/22 116/24 138/16 138/18 143/14 144/14
details [4] 18/25 25/21 113/16 138/21
detainees [1] 162/9
detect [19] 40/3 40/4 40/9 40/14 40/22 58/15 58/24 105/24 106/8 122/15 124/4 124/11 126/1 126/14 127/15 127/22 128/3 142/9 151/23
detected [1] 61/11
detecting [2] 141/17 141/22
detection [8] 38/25

39/2 39/20 40/18 40/19 40/21 40/23 105/1
detector [5] 104/3 105/20 105/24 107/18 107/21
detectors [1] 60/24
detects [2] 40/20 122/19
determination [4] 10/6 67/2 72/15 87/24
determine [3] 49/20 73/3 88/11
determined [8] 25/17 51/7 51/8 72/10 73/8 81/3 88/5 89/6
detonate [4] 42/15 42/17 53/20 57/21
detonating [1] 17/2
detonation [2] 42/4 57/3
detonator [31] 16/15 16/17 16/23 16/24 25/18 29/8 42/2 49/4 49/4 49/6 49/11 51/23 52/20 53/1 53/6 53/12 53/16 53/21 58/16 63/5 63/7 63/22 89/9 90/4 90/11 126/5 126/7 127/5 132/5 132/6 132/18
detonator-related [1] 89/9
detonators [23] 12/22 24/14 37/22 37/24 42/6 42/8 42/11 44/24 47/17 48/18 53/14 53/15 56/9 58/20 58/25 67/18 68/18 87/9 124/4 124/7 124/13 126/1 126/11
device [11] 7/23 16/24 35/7 42/5 42/18 49/22 56/23 79/22 127/5 132/7 132/17
devices [4] 9/9 41/3 47/17 61/6
did [195]
didn't [29] 13/21 42/23 43/3 44/24 58/4 60/15 65/13 65/22 81/11 85/18 89/4 105/11 112/12 116/24 126/21 130/16 131/6 132/13 134/13 136/14 137/15 137/17 137/18 138/1

**D**

**didn't... [5]** 138/6
144/1 149/20 155/19
160/1
**different [15]** 9/2 9/5
23/5 38/13 38/23 73/9
85/3 125/6 127/7
131/10 131/15 135/5
157/16 157/18 157/18
**differently [2]** 61/8
84/24
**difficult [1]** 4/16
**direct [11]** 2/4 2/7 6/7
17/13 71/2 97/20 99/25
101/19 112/9 113/9
122/15
**directed [1]** 100/11
**direction [1]** 64/10
**directly [1]** 12/25
**dirty [2]** 60/23 99/10
**disciplines [3]** 38/13
38/23 38/23
**disclosed [1]** 114/17
**disconnect [1]** 58/3
**discovery [1]** 87/14
**discuss [6]** 93/2
100/24 159/23 160/3
160/8 160/23
**discussed [6]** 16/16
159/15 160/4 160/10
161/7 162/19
**discusses [1]** 93/18
**discussing [3]** 22/22
63/5 91/6
**discussion [7]** 81/22
97/9 130/16 133/2
150/10 160/16 162/22
**discussions [1]** 83/25
**disorganized [1]** 46/7
**displayed [1]** 52/11
**displaying [2]** 43/12
124/24
**distance [3]** 70/24
136/16 161/12
**distance-wise [1]**
70/24
**distributed [1]** 90/24
**DISTRICT [6]** 1/1 1/1
1/9 1/21 102/13 102/13
**disturb [1]** 46/15
**disturbed [1]** 46/17
**division [4]** 49/24
49/24 59/10 96/17
**do [176]**

**document [10]** 13/16
14/3 14/5 14/6 14/11
14/18 14/21 78/23
125/18 135/6
**documented [1]** 90/7
**does [47]** 5/9 6/24
15/5 15/9 16/8 16/13
16/22 18/13 31/9 31/11
39/21 40/1 40/1 40/2
49/20 63/7 69/15 77/14
79/2 84/13 84/14 99/25
100/10 111/14 116/6
135/18 136/3 138/18
138/21 139/9 139/13
139/13 139/24 144/7
145/2 145/2 145/5
145/8 145/11 152/21
153/6 155/9 156/11
156/15 157/8 159/1
161/15
**doesn't [15]** 4/14
39/23 39/25 52/21
64/17 81/13 142/16
142/21 142/25 148/12
152/8 152/17 152/18
159/21 162/12
**dog [74]** 4/1 4/4 4/6
38/25 39/1 39/2 39/10
39/13 39/13 39/16
39/18 39/19 39/25 40/1
40/13 40/15 40/18
40/19 40/21 41/10
41/14 41/15 42/22
58/24 59/23 59/25 60/1
60/4 60/4 60/8 61/24
66/3 66/24 66/25
105/20 108/1 108/17
109/4 109/9 109/11
109/12 109/12 109/13
109/19 110/9 110/16
111/6 112/4 112/25
116/6 121/6 121/19
121/22 122/8 122/12
123/11 123/16 124/2
128/8 128/13 128/18
131/1 131/4 133/22
133/23 142/5 142/8
142/13 143/5 151/12
151/14 151/18 151/19
151/19
**dog's [2]** 112/17
117/11
**dogs [19]** 38/12 38/22
39/8 40/3 40/7 40/7

40/10 40/11 58/15 59/7
59/11 59/12 59/14
59/16 59/19 61/1 65/25
122/22 128/3
**doing [20]** 14/7 17/16
35/25 51/2 61/2 78/13
95/3 95/4 95/5 108/20
110/16 110/16 117/20
120/9 128/7 134/2
143/24 144/14 149/4
158/4
**DOJ [1]** 1/14
**DOJ-USAO [1]** 1/14
**don't [90]** 3/20 4/4
5/12 5/12 13/18 14/4
22/21 35/19 44/15
52/19 55/14 55/19
59/13 59/15 59/20 61/5
61/23 66/5 67/1 67/21
68/23 69/2 69/10 70/2
70/14 72/14 73/13 76/2
76/17 78/21 79/21 80/2
80/21 81/13 82/8 84/5
84/8 86/23 88/2 90/20
91/4 91/5 91/13 92/18
93/13 93/16 95/6 97/4
102/22 108/1 112/12
112/16 112/22 121/24
122/25 123/15 123/18
124/9 126/2 126/25
127/1 127/2 129/12
129/17 130/18 130/22
130/23 131/2 132/1
132/16 132/19 133/18
135/22 136/18 136/24
137/14 149/9 149/10
149/20 150/24 152/23
153/1 153/2 154/10
154/20 154/21 157/6
158/4 158/17 160/6
**don't -- during [1]**
112/12
**done [15]** 51/10 59/19
61/20 94/5 96/21
102/25 103/1 103/5
106/19 108/13 126/6
128/22 141/25 142/5
142/7
**donkeys [1]** 64/15
**door [13]** 45/4 45/14
46/1 84/14 110/13
118/15 118/16 118/16
145/6 145/9 146/19
146/20 146/21

**doors [16]** 43/16 45/1
45/3 45/7 45/17 45/18
45/21 45/23 45/23
45/24 46/11 46/19 47/5
75/12 77/16 138/20
**doubt [1]** 85/2
**down [12]** 7/22 8/3
29/20 34/15 37/13
37/13 61/18 62/10
62/15 64/15 155/8
162/2
**draw [2]** 56/3 56/6
**drawing [1]** 98/8
**drew [2]** 46/20 47/3
**drive [3]** 36/24 64/18
92/17
**driver [4]** 47/1 73/21
73/24 74/20
**driver's [12]** 45/14
46/22 73/23 74/8 74/15
74/22 82/2 82/21 84/23
145/6 146/19 146/20
**drives [2]** 64/17 92/23
**driving [8]** 64/1 64/4
64/6 64/7 64/9 64/13
64/24 65/4
**dropped [7]** 34/17
36/19 37/21 97/22
97/24 97/25 98/14
**drugs [1]** 128/3
**DuBerg [1]** 3/15
**due [9]** 12/2 47/21
48/18 158/17 159/4
159/11 160/10 160/12
160/13
**duplicate [1]** 134/15
**during [21]** 52/22
63/18 93/24 94/6
108/22 112/12 116/16
120/21 122/5 130/24
132/15 135/25 136/8
138/10 139/2 139/22
143/11 144/23 146/16
153/18 154/12
**duties [2]** 7/1 8/24

**E**

**E-p-l-e-y [1]** 23/16
**each [3]** 17/14 77/6
131/11
**earlier [8]** 36/2 62/4
80/12 81/21 94/23
135/7 150/19 153/22
**ease [1]** 124/21

**E**

**easiest** [1] 5/1
**easily** [1] 161/16
**edge** [1] 74/17
**edification** [1] 154/5
**education** [3] 8/9 8/14
129/3
**effect** [3] 35/8 67/22
160/20
**efficient** [1] 156/20
**effort** [1] 67/23
**efforts** [1] 94/5
**eight** [2] 104/8 105/19
**either** [16] 40/5 42/7
42/14 42/23 45/5 52/1
60/4 63/14 89/14 90/13
90/24 94/17 97/24
100/25 107/19 138/1
**electrical** [2] 86/1 86/2
**electronic** [1] 56/22
**electronics** [1] 85/8
**elevated** [1] 61/15
**ELMO** [1] 124/24
**else** [11] 11/2 25/5
45/9 47/24 48/16 49/2
57/11 88/8 89/11
113/22 160/3
**email** [3] 10/3 90/23
162/17
**embassies** [1] 33/19
**embassy** [2] 12/1
33/21
**employed** [3] 6/12
6/13 101/25
**employees** [2] 12/1
33/21
**empties** [1] 109/2
**empty** [3] 108/18
109/12 150/20
**encountered** [2] 33/11
72/23
**encourage** [1] 148/6
**end** [11] 35/2 76/21
80/24 104/9 124/24
140/9 140/11 146/13
150/9 153/19 158/10
**ended** [11] 34/14 35/9
35/25 37/12 42/25
43/22 70/11 74/19 89/7
96/10 124/21
**energy** [1] 111/13
**enforcement** [16]
16/10 24/3 25/9 26/3
26/7 26/10 27/7 29/11

33/8 58/5 59/9 60/19
61/11 61/20 94/12 96/8
**enough** [6] 36/6 40/14
61/7 74/6 74/20 87/5
**ensure** [5] 43/22 47/20
92/13 110/22 162/24
**ensured** [1] 25/4
**ensuring** [1] 68/18
**entail** [1] 138/18
**enter** [8] 45/8 45/15
48/5 48/6 60/16 82/12
82/14 160/20
**entered** [6] 3/14 45/21
48/7 50/19 68/16 85/14
**entering** [4] 45/10
89/23 90/1 90/4
**entire** [3] 28/6 32/22
48/25
**entitled** [3] 14/18
129/4 164/5
**entry** [3] 44/14 44/19
48/1
**environment** [1]
152/11
**EOD** [2] 131/7 152/3
**Epley** [9] 23/16 27/3
27/4 37/1 37/15 37/23
54/11 71/13 71/15
**equipment** [5] 11/4
11/6 11/10 11/13 85/8
**especially** [1] 9/24
**essentially** [6] 48/20
73/1 74/4 100/15
100/23 161/3
**establish** [2] 30/22
128/8
**established** [3] 10/24
62/8 87/8
**estimated** [1] 54/5
**Ethen** [3] 1/11 2/4 3/8
**evacuate** [1] 62/22
**even** [9] 4/8 4/9 4/22
57/20 61/21 70/5 93/7
141/16 141/21
**event** [1] 54/8
**events** [1] 9/11
**ever** [12] 11/3 86/24
96/7 106/22 126/19
126/23 130/19 130/22
130/23 151/25 152/3
152/5
**every** [10] 8/11 8/19
60/7 66/17 78/15
106/18 106/25 111/23

**everybody** [1] 11/2
**everyone** [3] 8/2 101/6
108/7
**everyone's** [1] 7/14
**everything** [4] 77/2
153/18 154/15 162/1
**evidence** [35] 2/12
2/12 2/13 2/13 2/14
2/14 2/15 2/15 2/16
2/16 2/17 2/17 2/18
2/18 2/19 2/19 2/20
2/20 14/11 22/16 25/15
28/1 62/11 64/24 65/13
68/8 92/8 92/21 99/6
143/18 146/8 155/10
156/12 156/16 157/19
**evident** [1] 96/25
**evidentiary** [3] 76/13
100/11 100/23
**exact** [4] 34/17 35/20
102/22 125/3
**exactly** [7] 55/9 67/1
75/16 81/14 84/6 90/20
111/24
**examination** [12] 2/4
2/4 2/7 2/7 2/8 6/7
51/14 51/16 101/19
119/17 119/18 151/7
**examine** [2] 46/12
89/8
**examined** [1] 50/21
**examining** [1] 68/3
**example** [7] 10/20
109/7 121/16 122/1
123/12 148/4 152/24
**exception** [1] 61/24
**excited** [2] 111/13
112/4
**excuse** [2] 143/12
147/2
**excused** [2] 99/19
155/4
**exhibit** [97] 2/11 13/10
14/19 15/13 15/15
15/20 20/24 20/25 21/7
21/18 21/22 21/23 26/6
28/1 28/7 29/1 30/18
31/1 31/14 32/1 32/23
33/2 33/4 34/2 34/5
34/21 43/9 43/12 43/14
45/23 77/3 77/9 77/24
78/4 78/15 78/24 79/25
80/1 80/8 80/9 80/13

81/23 82/20 82/24
83/21 84/2 86/13 86/14
87/13 87/16 91/17
91/25 92/6 92/7 93/20
105/6 105/8 105/12
105/13 105/18 114/16
114/24 114/25 124/17
124/19 124/25 125/3
133/1 133/9 134/14
134/22 134/24 135/1
135/4 135/9 135/11
135/13 135/15 137/1
139/16 139/17 143/19
143/22 145/14 146/7
146/10 146/11 147/3
155/15 155/24 156/1
156/4 156/11 156/13
**exhibits** [10] 6/3 19/12
19/25 44/5 78/10 78/14
155/13 157/4 159/24
160/2
**existed** [2] 4/10 98/6
**exited** [1] 85/20
**exiting** [1] 32/7
**expect** [1] 129/18
**expectation** [1] 129/13
**expended** [2] 106/6
122/17
**experience** [13] 9/3
17/19 38/14 39/3 40/10
64/5 64/13 67/3 68/9
68/22 128/18 129/17
158/2
**expert** [6] 40/17 50/2
64/9 68/5 93/11 95/7
**expertise** [2] 64/25
73/3
**explicit** [1] 29/8
**explode** [1] 45/5
**explosion** [1] 16/25
**explosive** [18] 9/9
25/18 39/13 39/25
40/14 40/15 41/3 42/17
42/17 49/22 53/19
58/19 58/20 62/13 88/6
90/14 132/7 132/17
**explosive-trained** [1]
40/15
**explosives** [24] 17/1
17/2 39/1 40/3 40/4
40/5 40/8 41/10 41/17
41/23 41/25 42/22
47/20 48/21 49/1 49/25

81/20
80/14 81/18 81/20

**E**

**explosives... [8]** 50/2 51/22 53/17 58/22 73/6 86/25 87/2 126/1
**exposed [2]** 48/25 86/2
**extended [1]** 41/12
**extent [4]** 20/17 22/22 25/19 159/21
**extra [1]** 74/7
**extremely [1]** 38/17
**eyes [1]** 45/2

**F**

**facilitate [1]** 162/5
**fact [14]** 5/13 7/16 19/23 20/4 23/23 30/15 34/15 41/21 47/16 47/21 48/18 66/19 148/24 148/25
**factor [1]** 65/18
**factors [2]** 41/16 54/18
**facts [3]** 3/19 4/10 4/20
**failed [1]** 106/22
**fair [17]** 10/10 12/1 15/9 18/3 43/24 54/15 54/24 72/12 75/14 77/20 83/16 84/22 87/5 87/23 90/6 93/7 95/2
**fallen [1]** 70/6
**falls [1]** 9/14
**false [1]** 121/22
**familiar [13]** 11/22 11/23 33/22 65/4 95/10 97/12 103/16 103/17 103/18 141/2 141/7 141/9 141/10
**family [1]** 161/20
**far [6]** 36/6 36/23 37/25 62/8 85/10 93/16
**FBI [26]** 5/16 9/1 9/3 9/4 10/7 10/22 11/9 12/11 12/13 23/11 23/13 24/19 25/9 26/13 38/11 38/17 49/19 50/4 60/20 67/6 67/17 69/15 69/24 72/22 73/8 149/12
**federal [6]** 1/18 6/13 8/1 10/2 49/23 50/5
**feed [2]** 32/22 92/13
**feel [3]** 42/23 47/18 72/16

**felt [6]** 45/6 45/19 47/22 51/2 70/10 98/17
**few [6]** 16/1 21/1 31/23 92/23 102/11 150/12
**fewer [1]** 157/16
**field [6]** 6/16 6/18 104/13 123/12 148/25 149/5
**Fifteen [1]** 6/19
**figuring [1]** 157/6
**file [4]** 90/25 156/22 157/22 159/7
**fill [1]** 5/6
**film [1]** 17/16
**filter [1]** 79/22
**find [12]** 51/20 51/22 51/23 87/2 99/4 110/7 142/21 142/25 148/4 152/25 153/1 154/18
**finding [2]** 25/10 72/7
**finds [3]** 107/10 121/20 148/9
**fine [5]** 53/9 158/25 160/19 161/13 162/11
**finger [2]** 49/10 79/14
**finish [4]** 76/9 76/12 91/21 100/22
**finished [2]** 59/21 147/14
**fire [2]** 68/20 68/25
**firearm [37]** 4/5 40/5 40/18 40/19 40/21 48/14 48/24 68/20 87/9 88/4 88/7 88/11 88/12 108/16 109/8 120/1 120/5 120/21 122/23 122/24 123/1 123/4 123/7 123/11 123/14 127/10 127/11 135/18 136/5 136/5 136/8 148/25 150/2 150/17 150/25 152/21 152/23
**firearms [31]** 39/20 40/1 40/22 40/24 59/25 60/4 67/24 68/3 68/4 68/18 87/10 88/14 88/19 88/23 89/22 103/10 103/13 104/5 105/1 105/20 105/23 109/19 114/1 114/3 116/4 116/6 124/12 127/16 127/19 148/19 152/1
**firearms' [1]** 39/2

**fired [1]** 68/4
**first [51]** 4/11 5/15 10/15 10/24 16/8 21/1 21/6 23/3 23/20 30/25 31/8 32/5 37/12 38/17 39/13 44/10 44/10 44/20 46/14 46/15 46/18 46/20 48/14 48/24 52/9 52/13 55/2 55/3 60/10 62/12 65/9 69/15 73/18 79/3 80/7 82/21 83/24 116/19 116/24 125/5 125/12 125/16 138/4 138/10 138/17 139/22 142/21 156/7 157/15 157/25 158/10
**five [4]** 83/22 83/23 102/24 161/19
**flash [2]** 24/17 41/22
**flashlight [1]** 89/18
**flashlights [1]** 45/1
**flat [1]** 74/4
**flavors [1]** 42/6
**fled [1]** 29/20
**flimsy [1]** 47/11
**flip [1]** 125/15
**Flooding [1]** 161/22
**fluid [1]** 152/1
**focus [6]** 22/20 79/9 79/17 108/23 112/6 157/19
**focused [7]** 110/25 111/6 111/7 116/20 117/1 138/17 148/5
**focusing [1]** 71/3
**folded [1]** 48/15
**foliage [1]** 34/9
**followed [2]** 4/2 34/14
**following [4]** 89/2 90/8 94/7 160/10
**foot [2]** 74/15 74/21
**footage [3]** 70/18 94/13 94/20
**force [1]** 6/23
**forced [1]** 44/14
**foregoing [1]** 164/4
**foreign [1]** 33/21
**forgot [1]** 121/17
**form [9]** 4/9 42/17 53/17 65/18 65/18 128/16 132/7 134/14 135/17
**former [1]** 33/22

**forms [1]** 49/25
**forth [1]** 126/16
**fortunately [1]** 161/15
**forward [2]** 3/5 24/17
**found [3]** 120/17 121/8 123/17
**foundation [4]** 14/13 19/12 30/22 77/4
**four [13]** 7/8 24/24 102/9 102/22 103/5 103/11 152/24 154/7 154/17 154/22 155/17 155/22 161/19
**Fourth [1]** 4/4
**frame [1]** 98/13
**Franks [1]** 155/21
**free [2]** 99/18 162/25
**Friday [2]** 160/11 160/14
**friend's [1]** 95/15
**front [11]** 14/6 14/18 20/23 26/5 46/19 47/2 82/1 105/15 110/2 118/15 118/18
**full [8]** 7/2 7/3 52/7 52/8 100/11 146/24 158/11 160/2
**full-time [2]** 7/2 7/3
**fuller [2]** 100/12 100/18
**function [2]** 64/17 88/10
**further [4]** 25/20 48/22 48/22 51/13

**G**

**G-a-r-c-i-a [1]** 10/16
**Gaithersburg [3]** 91/8 93/2 96/4
**Galardo [1]** 18/10
**Garcia [14]** 10/6 10/17 23/18 23/19 23/23 24/6 27/1 27/19 50/10 54/21 67/13 67/15 72/21 73/7
**Garcia's [1]** 10/14
**Gastaldo [21]** 18/11 18/12 18/17 20/3 21/11 22/5 22/22 22/25 23/2 23/4 28/17 29/5 30/2 30/6 31/4 31/7 31/12 31/24 32/18 32/19 35/1
**gather [3]** 25/15 36/8 36/9
**gave [7]** 146/14 146/16

# G

**gave... [5]** 146/24 147/8 147/12 148/15 149/22
**gear [1]** 79/13
**general [9]** 3/16 8/24 61/16 128/24 129/7 129/13 129/16 129/25 132/9
**generality [1]** 66/8
**generally [15]** 7/9 11/24 12/4 44/14 46/4 48/16 109/6 112/21 127/20 129/18 129/24 130/1 130/4 139/9 150/4
**gentleman [1]** 94/24
**gentleman's [1]** 96/14
**geographical [1]** 91/10
**geography [1]** 34/10
**gesture [2]** 139/25 140/5
**gestures [1]** 142/1
**get [40]** 10/3 10/22 20/16 21/1 45/18 46/2 54/9 54/16 54/22 80/2 106/12 107/11 107/15 107/16 107/20 107/22 108/4 108/17 108/18 108/19 109/11 109/11 111/7 116/6 117/1 120/20 121/1 121/9 133/10 133/22 137/8 139/7 147/9 148/3 153/1 153/6 153/11 153/13 158/3 163/11
**gets [3]** 10/6 111/11 112/5
**getting [2]** 23/6 129/12
**give [15]** 5/22 17/10 76/4 93/12 107/22 107/24 108/4 121/7 121/17 148/6 148/8 148/12 148/13 152/24 154/11
**given [7]** 78/25 101/13 152/7 152/8 156/6 161/10 161/12
**gives [3]** 141/20 148/10 153/23
**giving [4]** 108/13 121/19 141/5 141/14
**Glad [1]** 83/4

**glare [2]** 84/10 88/25
**gloves [2]** 48/23 88/16
**go [49]** 8/2 10/11 10/18 11/4 22/4 23/20 23/23 24/1 24/15 27/19 27/22 30/14 35/23 43/2 44/25 45/5 45/12 46/12 48/4 62/21 65/23 66/6 67/9 78/16 78/25 99/18 100/6 101/3 102/16 103/22 104/2 107/15 108/1 108/21 108/24 110/6 116/15 125/23 138/17 139/17 145/16 147/5 152/25 153/3 154/9 154/18 154/19 157/6 157/15
**go-around [1]** 138/17
**goes [4]** 62/22 93/2 153/4 153/8
**going [59]** 7/25 9/22 10/18 20/25 22/19 25/20 27/5 28/6 28/8 28/9 31/19 31/22 34/1 34/20 45/14 45/20 47/24 50/23 62/12 62/17 62/21 65/7 65/9 65/11 66/13 66/23 66/24 68/6 76/10 78/21 78/22 86/1 90/10 91/12 91/17 100/12 107/16 108/8 110/1 112/20 112/21 113/16 113/17 115/22 117/5 118/25 124/15 125/15 125/24 128/12 130/9 133/3 133/7 134/18 134/25 142/21 143/16 156/11 158/21
**gone [3]** 62/4 131/4 148/16
**good [28]** 3/2 3/7 3/9 3/10 3/13 3/18 5/17 5/18 5/25 6/9 6/11 6/11 51/18 51/19 76/7 101/10 101/11 119/21 121/16 121/18 121/20 147/20 148/6 148/6 148/6 153/19 154/19 155/7
**got [16]** 35/15 36/14 37/10 54/5 54/8 56/21 62/25 74/11 81/15 92/1 126/3 127/23 127/24

**government [27]** 3/6 3/23 4/20 19/17 22/15 22/20 76/16 77/5 78/22 79/1 79/2 99/25 101/8 124/16 125/4 125/13 134/23 135/10 147/3 155/9 156/12 157/8 157/20 159/1 161/12 162/12 162/18
**government's [69]** 5/2 5/13 13/10 14/19 15/13 15/15 15/18 15/20 19/9 20/25 21/7 21/17 21/21 21/23 26/6 28/1 29/1 30/18 30/19 31/1 31/14 31/16 31/18 32/1 33/2 33/4 34/2 34/4 34/21 43/9 43/12 43/14 44/4 44/5 78/9 80/1 81/18 82/21 83/23 87/14 91/17 91/25 92/6 92/7 93/20 100/8 105/6 105/8 105/12 105/13 105/18 114/16 114/24 114/25 132/25 133/8 134/22 134/25 135/4 135/9 135/11 135/13 135/15 136/25 139/16 139/17 155/13 156/13 160/22
**grade [1]** 49/6
**grass [2]** 79/11 86/16
**great [4]** 78/2 78/24 158/24 159/3
**green [2]** 79/7 79/18
**ground [6]** 50/17 77/16 98/4 148/5 148/5 148/7
**guess [12]** 12/17 16/22 17/20 19/20 25/1 35/18 36/1 36/22 62/2 91/1 95/5 118/15
**Guevara [6]** 1/17 2/4 3/11 97/9 150/11 160/17
**gun [22]** 39/2 41/15 66/1 68/10 68/15 110/7 120/21 122/9 123/17 123/20 137/15 137/20 138/1 152/13 153/1 153/5 153/8 153/9 154/10 154/18 154/19 154/24

**gunpowder [23]** 40/23 41/1 41/3 41/22 42/15 58/21 59/24 106/2 106/3 106/5 109/8 120/14 120/16 122/20 122/21 122/22 123/13 126/8 126/19 126/20 126/24 127/17 127/18
**guns [15]** 41/19 103/15 106/6 122/15 123/19 123/21 123/23 128/3 137/17 137/18 150/4 152/25 154/7 154/21 154/22
**guy [1]** 137/5
**guys [2]** 131/11 134/14

# H

**had [82]** 9/19 12/20 12/21 13/7 18/6 22/6 29/7 30/2 30/4 30/5 30/6 30/9 30/11 32/19 32/22 36/18 37/21 37/24 37/24 38/12 38/22 41/10 41/14 41/25 44/12 44/16 44/24 47/20 48/23 52/1 52/4 54/2 54/9 55/22 56/1 56/9 56/19 57/1 57/14 59/18 60/13 61/11 61/12 61/24 61/25 64/24 65/14 65/18 68/4 70/18 71/16 88/23 90/6 93/6 94/14 94/21 97/13 98/20 106/15 111/19 111/20 113/17 120/14 128/21 130/25 131/4 131/4 131/7 131/15 135/6 136/19 136/21 136/23 147/14 148/16 150/16 151/17 151/17 155/18 160/4 160/17 161/12
**half [4]** 46/9 76/18 76/20 102/5
**hallway [1]** 161/9
**hand [7]** 78/20 85/24 108/16 112/7 115/18 117/3 142/1
**handed [1]** 57/15
**handguns [1]** 126/15
**handle [7]** 9/8 39/8 41/18 59/14 62/19

**H**

**handle... [2]** 84/14 88/14
**handler [11]** 40/17 102/19 103/1 103/14 110/17 128/18 141/14 141/19 142/1 142/3 151/19
**handlers [2]** 59/11 151/17
**handling [2]** 39/6 41/9
**happen [3]** 42/13 70/12 160/1
**happened [10]** 27/12 33/13 33/15 35/2 35/14 35/16 37/11 42/16 70/2 156/23
**happening [2]** 24/4 111/23
**happens [6]** 9/23 10/19 35/4 35/10 107/11 107/13
**happy [6]** 78/17 78/19 93/19 135/5 160/8 163/4
**Harbor [4]** 92/24 93/19 93/25 94/3
**hard [4]** 73/16 84/10 85/1 115/8
**harm [1]** 41/21
**has [28]** 3/23 4/20 8/2 17/17 20/24 32/22 49/23 50/1 52/21 69/19 69/21 76/16 79/24 86/9 91/14 106/18 114/16 126/6 126/6 126/9 129/2 135/21 142/6 154/13 154/18 158/2 162/3 162/3
**have [187]**
**haven't [2]** 91/9 93/10
**having [3]** 46/17 108/24 136/4
**hazard [5]** 25/19 36/6 44/23 47/17 64/18
**hazards [20]** 25/4 25/17 43/23 48/21 49/1 51/1 51/8 68/8 68/19 70/9 70/22 81/3 86/25 87/2 88/6 89/6 94/11 96/12 98/18 98/23
**he [176]**
**he's [18]** 19/3 108/21 124/4 124/11 126/3

26/7 126/24 126/9 127/15 129/4 139/7 142/23 148/5 149/3 149/4 153/13 161/18 161/20
**head [2]** 69/2 71/1
**health [2]** 162/3 162/3
**hear [12]** 3/19 29/8 52/23 58/4 100/16 100/16 115/9 119/7 133/13 134/4 137/5 138/6
**heard [6]** 42/11 63/4 63/20 100/17 133/18 141/23
**hearing [16]** 1/8 3/23 15/16 19/20 55/16 76/13 95/19 100/14 100/20 100/23 100/24 100/24 100/25 160/2 160/6 163/7
**hearsay [5]** 19/4 19/8 19/11 22/18 78/11
**heinous [1]** 161/22
**Hello [1]** 119/20
**helmet [3]** 81/8 81/10 81/13
**helmets [5]** 11/10 43/1 79/13 79/15 80/17
**help [2]** 84/13 125/1
**helpful [1]** 101/2
**her [1]** 3/14
**here [29]** 3/16 4/10 6/4 11/16 16/1 22/18 28/6 44/8 50/15 68/24 80/19 81/25 83/2 83/16 84/4 85/3 92/18 112/11 112/14 112/16 117/3 129/2 130/10 135/11 154/1 155/4 156/9 156/23 163/9
**herman [5]** 1/20 1/23 164/3 164/11 164/11
**hide [2]** 122/2 122/6
**hides [1]** 154/17
**high [1]** 41/24
**higher [5]** 12/2 12/2 40/4 41/11 61/21
**him [83]** 10/21 14/4 14/6 18/21 18/24 18/25 27/22 29/19 30/8 31/10 32/11 34/14 52/23 56/3 56/8 56/19 57/9 82/16 94/3 98/7 98/15 98/22

109/16 109/16 109/21 109/23 110/7 110/18 111/7 112/6 112/8 112/9 112/12 112/13 113/23 113/25 116/15 117/1 117/3 119/6 119/9 120/4 120/9 120/10 120/13 120/14 120/19 120/20 120/23 120/23 121/1 121/17 125/22 126/10 132/1 132/16 134/1 134/2 138/4 138/13 138/15 139/25 140/5 142/20 142/22 142/25 146/25 147/20 147/24 148/6 148/6 148/8 148/13 148/21 148/24 149/6 154/11 161/13 162/2 163/6
**his [64]** 10/15 14/2 29/22 32/7 36/19 52/21 53/4 56/9 56/12 59/25 68/15 73/7 93/17 93/18 94/1 94/14 95/9 95/14 95/15 98/13 107/8 110/19 112/11 112/13 112/17 116/3 118/12 120/2 120/22 125/25 126/22 129/1 129/1 130/16 130/25 138/19 138/23 138/24 139/5 139/11 143/12 143/14 143/24 144/6 144/17 144/20 144/23 144/24 145/2 145/5 145/8 145/11 146/4 146/16 146/24 147/14 147/22 148/10 149/22 161/18 161/22 162/2 162/3 162/20
**hit [5]** 140/8 140/11 140/19 141/1 147/5
**hold [1]** 100/23
**holding [2]** 35/7 159/13
**holes [1]** 5/7
**holiday [1]** 159/6
**holidays [1]** 160/12
**home [1]** 42/13
**homemade [3]** 42/10 49/11 58/20
**Honor [74]** 3/2 3/7

5/14 5/18 6/1 13/12 13/23 14/9 14/12 15/12 15/17 15/19 19/3 19/10 19/18 20/9 20/19 21/17 21/20 21/24 21/25 22/8 24/10 27/21 27/25 30/17 31/13 32/24 43/8 44/2 51/13 66/13 74/9 75/24 77/3 78/1 78/17 84/9 91/14 92/15 92/16 96/23 99/13 99/20 100/2 101/4 101/7 105/5 105/9 114/21 114/23 119/16 125/5 128/14 128/25 129/22 142/14 146/9 151/6 155/11 155/25 156/14 156/17 157/9 157/24 158/20 160/4 160/7 160/18 160/24 161/1 161/24
**HONORABLE [2]** 1/8 101/13
**hood [4]** 65/7 65/11 65/12 65/20
**hope [1]** 81/15
**hopefully [2]** 62/22 159/20
**horizontal [2]** 73/19 74/4
**hour [3]** 54/10 76/18 76/20
**hours [3]** 8/16 50/2 54/15
**housekeeping [1]** 6/2
**housing [1]** 12/3
**how [51]** 3/21 6/9 6/17 7/6 8/4 16/2 23/13 23/13 24/22 36/23 38/15 40/1 44/10 46/12 47/25 49/4 50/17 57/5 58/18 65/5 73/17 76/10 78/21 80/2 81/14 85/13 85/16 90/22 90/23 91/18 99/25 102/4 102/8 102/25 103/10 103/13 103/24 104/7 106/17 110/1 111/2 111/14 112/10 117/2 120/19 128/24 132/12 135/8 153/20 158/4 162/23
**huh [4]** 53/18 68/22 81/1 162/7

**H**

**human [3]** 62/10 62/24 113/5
**humanly [1]** 54/22
**hundred [2]** 84/15 149/13
**hundred percent [2]** 84/15 149/13
**Huntsville [3]** 7/23 8/3 8/12
**hurry [2]** 67/20 67/23
**hurt [1]** 62/18
**hyper [1]** 111/13
**hypothetical [1]** 154/21

**I**

**I'd [5]** 20/13 90/18 105/5 143/17 152/7
**I'll [3]** 20/16 53/7 100/24
**I'm [51]** 14/8 20/25 56/6 59/24 62/2 64/9 66/1 68/5 68/11 69/9 75/25 77/8 81/17 82/4 82/19 83/20 85/18 86/9 86/11 87/6 89/8 91/16 92/2 92/11 112/1 114/15 115/22 117/5 117/8 117/15 118/21 119/7 120/12 124/15 124/19 125/15 126/21 129/11 132/8 132/10 135/5 136/6 138/6 141/9 141/18 143/8 143/16 143/20 144/1 156/11 158/9
**I've [7]** 41/1 92/1 93/15 112/23 117/9 117/19 127/23
**idea [6]** 4/22 58/11 65/5 81/2 89/3 96/6
**identification [1]** 79/25
**identified [2]** 135/2 135/6
**identify [2]** 87/18 122/23
**illustrates [1]** 4/23
**image [3]** 144/3 144/4 145/21
**imagine [3]** 60/14 90/18 90/24
**imaging [1]** 61/3

**immediate [4]** 37/13 37/20 37/22 46/18
**immediately [6]** 11/11 71/5 73/21 73/24 84/23 90/5
**imminent [1]** 62/3
**implication [1]** 53/11
**implications [1]** 5/6
**implies [1]** 40/21
**important [2]** 22/9 128/7
**impression [2]** 72/2 149/17
**improperly [1]** 149/6
**imputed [1]** 23/1
**inch [2]** 47/13 47/13
**inches [2]** 48/19 49/8
**incident [7]** 29/23 36/4 63/8 67/14 67/16 90/8 95/17
**include [4]** 55/12 150/22 155/15 162/8
**includes [1]** 8/9
**including [2]** 85/3 153/19
**incorrect [1]** 28/13
**independent [1]** 64/18
**Indiana [1]** 1/18
**indicate [4]** 56/8 61/21 93/10 139/14
**indicated [14]** 55/2 59/7 61/20 67/24 75/18 80/19 88/3 88/5 89/17 98/11 99/24 122/8 156/20 161/9
**indicating [1]** 94/20
**indication [16]** 68/4 88/23 117/21 117/23 117/25 118/9 118/12 119/24 120/2 144/21 146/25 147/1 148/10 148/11 148/12 149/22
**indications [2]** 65/17 146/14 146/16
**Indirectly [1]** 121/4
**individual [6]** 12/21 14/23 24/13 35/7 56/23 90/12
**individuals [8]** 12/2 17/13 50/3 51/9 68/24 88/7 161/21 161/25
**indulgence [4]** 59/4 69/5 87/11 96/20
**inexistence [1]** 70/5

**information [21]** 12/23 13/1 15/4 16/17 18/16 24/7 26/2 26/15 27/4 28/20 36/8 36/10 37/11 55/7 89/16 91/10 93/6 98/20 113/13 149/20
**informed [17]** 12/19 18/21 18/24 19/1 28/18 29/7 30/4 34/13 39/16 39/19 43/6 44/16 59/22 97/23 97/23 109/3 109/7
**inherent [1]** 88/13
**initial [8]** 8/2 23/15 37/21 38/20 41/24 60/12 122/5 153/4
**initially [5]** 30/15 41/10 44/12 97/21 120/4
**initiate [2]** 16/25 57/2
**initiated [1]** 23/17
**initiator [5]** 53/21 53/24 57/1 57/15 89/9
**initiators [1]** 53/15
**injured [1]** 62/18
**injuries [1]** 98/25
**inquire [2]** 13/13 89/15
**inquiries [1]** 50/4
**inside [22]** 44/22 45/19 46/2 47/7 48/13 62/4 64/19 66/11 71/9 71/17 72/1 75/5 75/21 82/20 83/13 86/18 87/19 89/18 115/13 131/5 137/13 148/16
**inspect [4]** 48/23 50/25 54/16 57/7
**inspected [2]** 46/16 57/11
**Instagram [10]** 12/21 13/1 17/12 17/21 18/24 30/14 32/22 37/22 63/11 63/13
**installed [1]** 57/16
**instance [4]** 44/9 66/17 127/3 127/21
**instances [5]** 69/23 111/21 125/25 127/8 127/9
**instead [3]** 100/17 112/16 132/20
**instruct [2]** 23/23 27/22

**instructed [3]** 24/15 27/19 109/2
**instructing [1]** 23/20
**instructs [2]** 10/11 23/25
**intend [1]** 155/19
**intends [2]** 155/10 156/16
**intent [1]** 95/8
**intentionally [2]** 141/15 141/20
**interaction [1]** 23/3
**interim [1]** 159/22
**interior [3]** 46/5 46/6 80/22
**internally [1]** 158/3
**interpretation [3]** 4/15 95/4 95/6
**interview [2]** 7/14 102/20
**introduce [4]** 3/5 14/10 100/16 156/12
**introduced [1]** 135/10
**inventory [1]** 48/20
**investigate [1]** 97/21
**investigation [16]** 6/14 10/2 12/11 12/13 12/20 18/5 24/12 47/24 49/23 67/11 67/18 70/22 72/14 88/11 94/9 96/10
**investigative [11]** 25/2 25/22 47/19 51/11 55/19 70/9 73/14 81/4 81/6 89/5 96/12
**investigator [6]** 17/20 18/2 18/6 18/9 18/10 24/3
**investigators [1]** 18/17
**involved [2]** 127/8 130/14
**involvement [1]** 89/7
**is [393]**
**isn't [4]** 22/12 121/23 143/6 150/2
**issue [2]** 64/3 156/22
**issued [7]** 13/4 15/4 15/6 26/6 87/23 87/25 97/13
**it [321]**
**it's [74]** 3/21 8/3 9/7 11/25 17/1 23/4 25/6 28/7 38/17 38/18 49/8 51/20 55/10 58/19

**I**

**it's... [60]** 60/22 60/22 61/6 66/16 66/25 69/15 73/16 75/14 77/5 79/17 81/22 82/7 83/16 84/21 84/25 88/12 90/6 91/23 92/7 92/18 92/21 93/7 95/21 107/24 108/9 111/17 111/23 111/24 111/25 112/2 112/13 112/23 112/23 113/7 115/8 118/17 120/1 121/24 122/22 123/16 123/17 123/19 126/3 141/14 141/19 144/20 152/24 153/10 154/14 154/14 154/18 154/19 155/15 157/13 157/15 157/15 157/17 158/23 161/16 161/23

**item [2]** 20/11 120/22

**items [11]** 46/7 50/8 51/2 53/22 73/12 75/5 75/6 75/14 85/3 85/13 99/10

**its [12]** 58/25 58/25 78/9 99/25 99/25 101/8 114/19 114/20 156/6 159/7 159/11 161/12

**itself [9]** 50/20 50/21 61/9 71/14 77/11 86/7 90/14 94/13 96/24

**J**

**Jackson [7]** 55/13 55/14 113/20 130/11 132/1 132/16 132/20

**jail [2]** 95/16 161/4

**January [7]** 130/14 130/15 160/12 160/13 160/15 162/1 162/9

**job [6]** 6/23 6/24 9/14 9/15 25/25 51/10

**joined [1]** 3/11

**joining [1]** 156/22

**joint [1]** 162/17

**jointly [1]** 135/9

**Joshua [3]** 5/16 6/7 51/16

**JUDGE [1]** 1/9

**judgment [1]** 91/9

**jump [2]** 115/22 147/2

**jumper [1]** 95/1

**jumping [1]** 95/1

**June [19]** 9/1 15/1 15/3 15/5 15/22 18/22 23/10 23/22 25/7 26/9 29/12 30/13 31/4 31/7 35/11 35/16 95/11 113/9 130/10 136/13

**jurisdiction [1]** 158/22

**just [101]** 5/1 5/19 10/13 11/24 13/11 13/22 14/1 14/5 15/3 15/22 16/1 17/19 20/23 20/25 21/25 22/21 24/11 27/18 28/7 30/22 31/20 31/21 31/23 32/4 32/12 33/8 35/10 37/13 41/17 44/8 45/1 46/4 46/18 48/16 50/15 51/12 55/6 56/17 58/2 58/23 59/22 60/18 69/7 76/2 76/4 76/5 76/7 78/11 81/8 83/19 83/23 89/8 90/15 91/19 100/9 100/17 104/19 107/17 107/24 108/21 111/5 112/22 113/6 113/7 115/19 115/21 116/14 118/8 122/22 123/18 123/19 124/23 125/2 125/9 125/11 126/12 126/14 126/19 126/23 127/4 132/9 132/12 150/12 151/2 152/18 154/4 154/6 154/19 155/11 157/5 157/13 157/18 158/21 158/23 159/9 159/13 159/15 161/14 161/17 162/16 163/6

**Justice [1]** 69/24

**K**

**K-9 [50]** 38/16 39/6 40/16 42/19 65/25 66/3 66/5 102/7 102/16 102/19 103/1 103/14 103/16 103/18 103/21 103/24 104/3 104/23 105/21 105/24 106/8 106/12 106/22 107/12 108/7 111/9 112/19 113/6 113/7 113/25 114/1 114/3 125/16 125/20 131/8 131/9 131/10 131/14 131/15

**Jane [9]** 1/1 1/5 1/26 13/1 14/1 14/4 141/4 141/14 141/15 141/20 141/21 151/13 153/23

**K-9s [1]** 39/4

**Kalorama [13]** 11/20 12/10 15/24 23/10 32/15 34/11 35/17 35/25 63/8 63/19 63/23 64/1 113/10

**Kathryn [2]** 1/17 3/10

**keep [5]** 78/21 140/5 142/22 145/16 148/6

**kept [1]** 125/8

**key [2]** 47/12 109/16

**keys [8]** 44/13 44/16 44/18 82/3 82/10 82/12 82/14 82/16

**kind [12]** 24/25 64/20 69/14 72/8 72/11 87/3 87/10 87/20 87/21 89/19 107/15 111/24

**kit [2]** 87/20 87/21

**knew [9]** 22/10 22/14 23/2 120/16 120/17 122/5 122/9 136/21 136/22

**knife [3]** 48/7 48/7 75/18

**know [107]** 10/9 12/25 18/17 19/23 23/4 24/1 24/6 24/11 24/18 24/22 25/6 27/18 29/23 38/24 39/13 39/14 41/2 41/4 43/3 43/3 43/4 44/15 44/24 48/16 49/13 49/19 50/7 52/19 56/20 57/11 59/13 59/20 62/6 67/1 69/3 70/12 70/18 70/23 71/15 72/14 73/13 76/2 76/17 76/17 79/20 79/22 79/23 80/2 81/13 82/5 82/9 82/10 84/5 84/8 85/21 86/23 88/2 91/13 91/13 93/14 93/16 94/2 97/15 108/7 111/24 120/5 121/24 122/1 122/25 123/15 123/17 124/9 126/2 126/18 126/22 126/25 127/1 131/6 136/18 136/19 137/14 141/2 142/16 148/18 149/9 149/10 149/20 150/16

**L-E-O [1]** 16/6

**L-y-n-n [1]** 23/16

**label [2]** 73/4 73/5

**labels [2]** 72/25 73/1

**laboratory [2]** 49/24 49/24

**lack [5]** 22/25 42/7 47/11 66/6 73/1

**laid [1]** 87/1

**lanes [1]** 40/8

**laptop [1]** 133/4

**large [1]** 41/24

**last [14]** 10/15 50/15 93/24 101/23 103/5 111/9 111/18 111/20 135/20 144/2 155/11 160/6 161/9 163/5

**Lastly [1]** 87/12

**later [4]** 72/10 73/12 93/2 160/13

**laundry [1]** 73/2

**law [16]** 16/10 24/3 25/9 26/3 26/7 26/9 27/7 29/10 33/8 38/4 51/9 60/19 61/11 61/19 94/12 96/8

**lay [1]** 14/12

**layed [1]** 79/13

**laying [5]** 19/12 50/21 73/19 76/25 88/12

**leaders [1]** 55/11

**leaning [5]** 74/2 74/14 74/16 74/16 74/22

**learn [1]** 30/2

**learned [3]** 29/15

**knowledge [30]** 4/9 5/7 22/25 25/12 25/19 33/15 33/18 34/10 53/24 58/9 60/13 61/10 61/19 67/5 67/7 68/9 68/14 68/22 68/24 70/20 71/8 71/11 71/12 71/16 71/18 87/6 93/11 94/5 94/8 96/7

**known [2]** 17/12 124/1

**L**

**L**

**learned... [2]** 42/19 72/4
**leash [7]** 109/23 120/22 121/3 140/9 140/11 140/20 141/1
**least [9]** 20/16 47/6 71/13 76/13 76/21 152/21 157/19 158/14 159/25
**leave [1]** 96/24
**Lee [1]** 161/8
**left [11]** 46/23 74/22 81/8 81/9 84/18 85/10 85/16 85/19 85/20 88/9 118/19
**legal [7]** 56/4 56/6 66/10 66/14 128/16 129/3 150/4
**length [3]** 49/10 80/23 100/5
**lengthy [1]** 28/7
**LEO [2]** 16/6 16/8
**less [2]** 62/16 100/11
**less-than-full [1]** 100/11
**let [9]** 10/8 66/10 108/7 109/3 113/9 129/23 138/7 150/8 161/18
**let's [20]** 11/14 20/16 24/17 31/20 35/15 57/1 61/12 91/21 100/6 100/6 101/3 107/6 107/11 143/9 144/3 144/9 153/3 157/13 159/9 160/1
**letting [1]** 61/7
**level [17]** 9/1 9/1 9/4 11/9 33/24 34/16 40/4 40/5 40/9 41/11 41/15 41/25 42/14 61/9 61/12 61/14 61/15
**levels [4]** 19/4 19/7 40/13 58/21
**Lewisburg [5]** 161/7 161/11 161/15 162/13 162/21
**license [1]** 150/16
**lieutenant [2]** 55/12 55/14
**life [4]** 62/7 62/7 62/10 62/24
**light [4]** 100/18 162/1 162/17 162/21

**like [61]** 3/19 3/21 3/22 8/15 9/9 20/13 22/3 23/5 28/1 30/18 31/20 36/3 38/16 40/25 42/15 45/18 49/5 60/22 71/9 72/23 75/6 75/10 78/23 79/7 80/7 80/9 80/18 84/25 85/8 87/1 90/3 91/2 91/3 93/14 95/1 95/7 99/9 105/5 105/7 111/11 111/17 111/23 112/2 112/5 123/22 124/18 127/6 132/8 132/9 132/14 132/17 140/2 142/1 143/17 146/7 152/7 157/2 157/24 159/7 162/9 162/11
**likely [4]** 45/13 82/14 100/12 128/15
**limited [2]** 25/14 70/20
**line [2]** 129/21 135/17
**lines [1]** 130/15
**list [2]** 73/2 159/24
**little [11]** 7/8 9/2 9/5 23/5 45/19 79/17 80/3 85/1 85/25 132/10 143/20
**live [9]** 12/21 13/1 17/16 18/25 30/14 30/15 32/22 37/22 63/11
**livestream [16]** 17/8 17/11 18/18 19/24 21/15 27/12 27/15 30/3 30/5 31/4 52/22 56/21 63/8 92/3 93/24 94/4
**livestreamed [1]** 29/24
**livestreaming [4]** 17/21 53/4 56/19 91/7
**livestreams [1]** 63/10
**loaded [1]** 64/15
**local [5]** 8/2 9/9 38/18 38/19 50/5
**locate [2]** 29/21 29/22
**located [7]** 36/19 46/10 48/16 49/15 50/8 70/24 93/25
**location [7]** 6/15 10/4 11/19 36/5 93/18 93/24 95/25
**lock [3]** 47/10 47/12 47/13

**lock-style [1]** 47/13
**locked [6]** 57/17 57/22 57/25 67/25 83/13 137/5
**long [13]** 6/17 7/6 8/4 49/8 49/10 81/14 99/25 102/4 102/8 103/24 104/7 161/9 162/12
**longer [5]** 48/19 76/10 88/12 91/18 102/23
**look [19]** 44/21 44/22 45/17 46/18 47/4 48/6 48/9 49/4 69/7 79/2 86/24 93/14 115/19 124/10 137/9 137/17 137/18 139/6 140/12
**looked [15]** 45/2 45/18 46/11 47/1 71/9 89/17 90/3 93/13 95/1 99/10 115/21 137/13 137/16 137/23 140/2
**looking [11]** 17/18 21/2 46/21 68/6 72/2 84/5 84/20 89/22 94/3 98/1 109/15
**lookout [3]** 13/5 14/23 18/23
**looks [3]** 80/18 85/8 87/23
**lorraine [5]** 1/20 1/23 164/3 164/11 164/11
**lot [4]** 42/11 71/19 111/13 154/14
**lots [2]** 19/7 46/7
**low [2]** 42/17 58/21
**lower [2]** 40/13 58/19
**lowest [1]** 42/14
**LPR [1]** 94/2
**lunch [2]** 76/12 100/6
**Lynn [4]** 23/16 27/3 27/4 37/1
**Lynn Epley [1]** 37/1

**M**

**made [19]** 4/6 43/1 55/17 61/16 67/1 67/4 67/5 67/7 72/15 115/7 115/10 116/21 116/23 124/4 124/7 126/2 126/7 143/9 161/5
**magazine [2]** 152/14 153/10
**magazines [5]** 106/9 106/10 106/11 122/17

**maintain [2]** 8/19 11/9
**maintenance [1]** 75/15
**majority [1]** 72/11
**make [49]** 5/9 25/16 36/10 44/13 45/3 47/23 48/10 48/21 48/24 49/1 50/10 50/22 52/21 54/23 58/2 61/25 66/19 67/23 70/21 81/19 82/22 86/11 86/24 87/13 87/24 88/1 91/9 94/9 97/1 98/17 98/25 108/9 118/10 118/12 124/23 129/5 132/3 133/15 133/17 133/22 149/3 155/18 158/17 159/4 159/23 161/14 161/19 163/3 163/6
**makers [2]** 36/5 55/10
**makes [2]** 10/6 84/10
**making [8]** 44/19 48/1 68/21 81/11 98/9 113/21 125/9 134/4
**makings [1]** 49/22
**manufactured [1]** 42/8
**many [9]** 23/13 23/13 24/22 102/25 103/10 103/13 111/2 111/14 158/4
**Marathon [2]** 9/12 42/16
**Marine [1]** 9/12
**mark [2]** 76/21 143/17
**marked [8]** 20/24 81/17 82/19 83/20 86/9 87/12 114/16 134/15
**marshals [2]** 161/6 162/11
**Maryland [1]** 94/2
**mass [1]** 9/7
**matched [2]** 29/22 73/4
**matches [1]** 18/22
**matter [4]** 19/15 129/16 162/20 164/5
**mattress [24]** 46/8 46/23 47/5 50/16 50/20 50/24 51/1 51/3 51/4 71/23 73/17 73/19 73/22 74/1 74/2 74/7 74/16 74/17 74/19 74/23 75/8 75/11 76/25 77/16

**M**

**may [43]**  5/25 14/14 16/14 20/19 20/21 21/25 28/3 30/19 37/25 40/13 40/24 43/10 44/23 44/25 63/17 65/5 65/16 66/11 68/19 69/3 69/3 75/16 75/16 79/16 84/9 84/11 93/20 97/6 97/8 97/25 98/15 98/15 98/22 98/22 101/8 101/17 110/11 129/6 134/3 134/11 156/25 157/16 163/6
**maybe [4]**  49/10 73/20 74/15 100/2
**me [66]**  10/20 16/8 18/22 19/1 20/7 24/12 25/21 28/18 29/7 30/4 30/9 30/13 34/13 35/5 35/8 35/9 36/24 37/12 39/23 43/13 46/23 56/17 66/10 67/13 67/13 67/17 68/6 69/11 76/4 79/5 81/25 84/4 84/6 90/10 90/19 93/13 97/2 100/10 103/21 107/18 109/3 111/16 113/7 113/9 113/17 113/23 125/1 129/23 131/7 132/3 132/8 135/3 138/7 142/12 143/12 147/2 150/8 151/4 158/14 158/25 160/19 162/14 162/14 162/14 162/23 162/23
**mean [15]**  6/25 52/19 54/19 76/1 92/18 96/24 102/13 106/2 110/24 127/4 142/21 152/18 152/19 156/5 157/12
**means [5]**  60/15 60/18 61/15 76/12 156/18
**mechanic [2]**  65/4 95/7
**media [3]**  17/12 17/20 17/24
**medical [2]**  87/20 87/21
**meet [5]**  19/21 35/24 36/5 36/9 157/2
**meeting [1]**  34/13
**Megan [1]**  3/15
**member [2]**  55/19 89/5

**memory [2]**  79/21 82/11
**mental [1]**  162/2
**mention [5]**  29/8 44/9 63/7 130/16 138/1
**mentioned [17]**  17/3 23/19 37/1 38/4 42/2 42/3 42/20 47/9 63/10 64/20 72/7 97/20 104/19 119/23 132/20 154/6 163/5
**mentioning [2]**  132/1 132/16
**message [1]**  17/14
**messages [1]**  67/10
**metal [1]**  90/13
**method [2]**  60/8 112/23
**methods [2]**  61/2 64/16
**Metropolitan [8]**  9/25 12/14 26/12 26/23 37/8 67/6 102/3 149/11
**microphone [3]**  115/8 119/8 133/16
**midnights [1]**  111/18
**might [5]**  5/6 121/2 141/17 150/9 157/2
**military [7]**  7/24 8/1 42/9 46/22 87/23 87/25 88/1
**military-style [1]**  46/22
**Millian [4]**  1/17 2/7 3/12 150/10
**millimeter [2]**  83/5 83/7
**millimeters [1]**  49/9
**mind [2]**  18/15 157/8
**mindful [1]**  75/25
**mineral [1]**  72/11
**minimal [1]**  62/23
**Minneapolis [1]**  1/12
**minute [9]**  31/22 36/24 36/25 76/18 81/2 133/8 134/6 137/1 160/20
**minutes [15]**  21/1 28/8 28/9 28/13 28/23 29/2 31/25 33/1 33/5 34/2 34/5 34/21 34/23 92/23 100/2
**miscellaneous [1]**  79/9
**misheard [2]**  63/17 63/17

**misrepresented [1]**  4/20
**missed [1]**  117/8
**mistaken [1]**  74/17
**mitigate [1]**  61/18
**MN [1]**  1/12
**moderately [2]**  45/6 46/6
**modification [1]**  65/18
**modified [1]**  65/6
**modify [1]**  159/21
**moment [2]**  21/25 51/12 83/19 97/6
**Monday [2]**  160/14 160/15
**monitor [1]**  65/17
**monitoring [3]**  110/19 110/21 110/22
**Moore [2]**  92/13 157/3
**more [24]**  10/25 11/12 13/14 22/9 26/5 36/25 38/18 42/11 45/8 45/19 47/12 61/2 80/4 104/14 111/4 119/16 140/21 140/22 145/3 150/12 155/9 156/12 156/22 162/13
**morning [15]**  3/2 3/7 3/9 3/10 3/13 3/15 5/17 5/18 5/25 6/9 6/11 51/18 51/19 99/18 101/11
**most [10]**  10/22 45/10 45/12 45/13 48/5 48/5 49/11 82/14 100/3 156/20
**mostly [1]**  71/3
**motion [21]**  1/8 3/17 3/21 27/13 77/24 81/19 82/22 86/11 87/13 100/13 100/20 100/25 156/19 157/15 157/15 157/23 158/17 158/18 159/1 159/11 159/13
**motions [2]**  160/5 160/10
**move [16]**  45/15 46/17 62/8 62/15 74/20 80/7 80/9 83/24 105/7 114/19 114/20 124/15 134/22 146/7 155/25 163/6
**moved [1]**  62/14
**movies [1]**  62/6

**moving [5]**  64/10 110/18 155/23 161/13 162/12
**MPD [22]**  10/23 37/16 38/4 38/7 38/10 40/6 55/12 55/15 60/19 67/6 70/15 81/11 102/6 104/18 104/24 128/2 135/21 136/3 136/7 151/13 151/15 152/21
**Mr [2]**  2/7 2/8
**Mr. [54]**  3/11 10/14 10/17 29/18 29/19 30/14 31/3 32/6 33/11 34/14 34/25 35/6 36/18 37/24 44/17 51/21 51/23 52/17 53/4 53/23 54/21 55/17 55/21 57/2 57/12 63/4 63/19 68/12 68/25 71/25 77/15 82/12 91/7 92/17 94/14 94/21 94/24 94/95/2 95/12 96/11 97/10 97/13 97/24 130/13 132/21 136/14 139/2 139/4 150/16 161/2 161/8 161/11 161/17 162/13
**Mr. Garcia [2]**  10/17 54/21
**Mr. Garcia's [1]**  10/14
**Mr. Lee [1]**  161/8
**Mr. Taranto [38]**  3/11 29/18 29/19 30/14 32/6 33/11 34/14 35/6 36/18 37/24 44/17 52/17 53/23 55/17 55/21 57/2 57/12 63/4 63/19 68/12 68/25 71/25 91/7 92/17 94/14 94/21 94/24 95/12 97/10 97/13 97/24 130/13 132/21 136/14 150/16 161/11 161/17 162/13
**Mr. Taranto's [9]**  51/21 51/23 53/4 77/15 82/12 96/11 139/2 139/4 161/2
**Mr. Wayne's [1]**  95/2
**Ms [3]**  2/4 2/4 2/7
**Ms. [6]**  92/13 97/9 150/10 150/11 157/3 160/17
**Ms. Guevara [3]**  97/9 150/11 160/17

**M**

**Ms. Millian [1]** 150/10
**Ms. Moore [2]** 92/13
157/3
**much [7]** 76/10 91/18
99/21 154/5 155/4
155/5 159/19
**multiple [4]** 19/4 33/19
64/16 86/15
**must [1]** 109/8
**my [67]** 3/11 6/23 7/4
12/12 13/22 18/4 18/15
22/8 24/24 25/14 25/16
28/12 33/14 33/15
35/18 36/17 46/20
49/10 54/13 55/20 56/7
56/10 58/5 63/16 67/2
69/2 69/10 69/15 70/20
71/1 71/1 71/11 71/16
71/17 73/11 76/15
79/21 81/13 82/11 89/7
90/25 94/8 96/10 97/7
97/18 100/15 101/23
103/21 112/1 113/7
113/17 117/3 121/17
125/2 132/15 133/24
134/15 147/10 149/17
150/8 154/5 158/2
158/5 158/10 162/17
162/25 163/1
**myself [5]** 20/6 23/15
87/1 98/16 107/17

**N**

**name [14]** 10/14 10/15
10/15 40/21 55/13
70/12 101/21 101/23
101/23 112/11 112/13
112/17 125/20 125/22
**named [2]** 103/16
103/18
**narrate [3]** 30/21 32/3
44/8
**National [4]** 92/24
93/19 93/25 94/3
**nature [6]** 46/4 49/7
49/14 88/1 90/25
108/24
**near [10]** 34/11 91/8
93/1 93/8 93/25 94/14
94/21 96/4 145/11
163/6
**necessarily [13]** 17/21
40/13 53/13 60/10 61/7

55/23 66/8 122/3
128/10 128/12 152/18
153/2 154/15
**necessary [3]** 48/19
70/10 98/17
**need [16]** 42/23 65/22
66/5 66/21 72/17 76/3
77/4 81/11 97/4 107/19
124/23 133/18 150/6
162/14 162/14 163/3
**needed [5]** 47/22
50/24 69/13 98/24
113/19
**needs [1]** 92/13
**neighborhood [4]**
15/24 24/23 34/11
35/19
**neither [3]** 54/2 65/4
87/6
**neutralize [1]** 54/24
**never [1]** 123/19
**new [1]** 157/16
**next [10]** 37/11 42/20
79/1 79/11 86/16 99/24
100/1 100/8 101/9
109/13
**nice [1]** 162/2
**NICHOLS [1]** 1/8
**nine [2]** 30/25 31/8
**nine-second [1]** 31/8
**NIST [9]** 52/14 63/2
91/6 91/16 91/23 92/5
93/8 93/14 94/13
**nitrate [1]** 124/7
**no [136]** 1/3 15/17
21/20 22/12 25/4 25/16
27/10 28/1 31/17 36/25
39/23 43/22 44/3 45/24
47/12 47/20 48/21 49/1
51/8 51/13 56/6 57/17
58/2 58/9 58/11 58/12
59/22 60/13 62/5 62/16
63/19 63/22 63/25 64/7
64/25 65/2 65/5 65/21
67/7 68/14 68/18 68/25
69/17 70/14 70/20
70/21 71/8 71/12 75/4
78/1 80/1 80/11 81/2
81/3 84/24 85/1 86/7
86/25 87/7 87/8 87/9
88/5 88/6 88/12 88/23
89/3 89/15 90/5 94/8
94/20 94/22 95/13 96/6
98/18 98/25 99/6 99/16

113/1 114/23 116/18
117/14 118/22 119/12
119/15 119/16 120/3
120/15 120/18 120/25
122/4 124/3 124/6
124/9 126/3 126/12
126/25 129/2 130/22
132/3 134/20 134/23
135/12 135/24 136/15
137/19 138/2 138/12
138/14 141/6 141/8
141/12 142/15 142/19
143/4 143/7 146/9
148/14 148/16 148/20
150/18 152/2 152/4
152/6 152/9 152/13
153/5 153/7 154/8
156/10 156/14 156/17
157/5 160/24
**nobody [2]** 115/7
115/10
**non [3]** 7/24 60/8
60/8
**non-military [1]** 7/24
**non-obtrusive [1]** 60/8
**non-productive [1]**
152/16
**none [4]** 61/19 71/15
71/17 71/17
**noon [1]** 54/8
**Nope [1]** 150/8
**normal [3]** 9/5 111/15
112/15
**normally [1]** 148/1
**Northwest [4]** 11/21
32/6 32/13 113/11
**nose [8]** 138/19
138/23 138/24 139/5
139/11 143/12 143/12
144/6
**not [250]**
**note [3]** 125/17 133/22
155/12
**notes [1]** 28/12
**nothing [7]** 5/23 48/10
48/24 50/22 101/14
132/3 152/15
**noticed [1]** 65/2
**notify [2]** 107/18
107/19
**November [8]** 158/11
158/17 158/19 158/22
158/25 159/5 159/11

**now [56]** 10/17 15/3
16/21 17/3 18/2 20/10
22/8 24/17 27/25 29/4
29/10 38/22 39/6 39/21
40/16 42/2 49/13 50/12
52/4 53/3 54/1 54/5
54/15 57/7 58/15 60/3
61/22 64/3 69/14 69/22
70/3 71/19 72/7 73/15
74/12 75/18 88/3 89/1
100/12 104/15 105/5
114/15 114/15 115/22
116/9 117/19 118/25
119/3 130/9 134/10
152/17 156/19 156/21
158/12 160/7 160/8
**nowhere [1]** 136/16
**nuclear [3]** 9/7 60/23
61/6
**nudge [1]** 162/14
**number [14]** 7/11 7/15
8/16 8/18 12/1 17/24
41/16 54/18 70/12
81/12 85/3 124/17
134/14 156/2
**numbered [1]** 125/16
**numbers [1]** 157/5
**NW [3]** 1/15 1/18 1/22

**O**

**oath [1]** 5/20
**Obama [1]** 33/22
**object [7]** 13/12 19/5
66/13 105/11 124/16
134/18 162/12
**objected [1]** 78/8
**objection [30]** 13/22
13/25 14/6 14/15 15/14
19/3 19/9 19/16 20/9
20/14 20/15 21/19
31/15 44/3 77/25 78/24
80/11 95/18 114/22
114/23 128/14 128/25
129/21 134/23 135/10
135/12 142/14 146/9
156/3 157/14
**objective [1]** 4/22
**objects [6]** 79/9 79/18
98/1 106/1 106/4 106/7
**observe [8]** 33/8 33/10
37/13 46/15 47/6 47/21
60/1 81/5
**observed [9]** 18/24

**O**

observed... [8] 29/19
30/13 30/15 31/7 32/5
32/5 35/5 37/17
Observing [1] 46/23
obstructed [3] 47/3
73/22 73/25
obtain [2] 11/3 157/25
obtained [10] 18/18
19/1 20/5 20/8 21/14
30/2 30/10 52/10 86/21
94/12
obtaining [1] 26/2
obtrusive [1] 60/8
obviously [4] 26/25
62/11 100/9 163/9
occasion [2] 9/19
161/8
occasionally [1] 72/1
occasions [1] 60/3
occupying [1] 73/20
occurred [7] 25/7
56/20 63/1 65/19 67/8
89/1 131/20
occurs [2] 9/13 62/7
October [1] 1/5
odor [2] 110/11 152/19
off [28] 14/2 14/5
40/11 40/12 40/22 41/1
43/4 45/1 45/5 48/4
50/23 56/21 57/19
57/20 57/25 61/7 62/21
62/22 64/12 64/16 69/2
69/25 71/1 73/1 97/9
133/2 136/11 150/10
offense [1] 87/4
offer [5] 6/2 15/13
21/17 44/2 78/23
offered [1] 19/15
offering [1] 31/14
office [6] 1/18 3/15
6/16 6/18 158/3 158/5
officer [40] 4/23 16/10
19/6 22/10 28/16 33/12
73/7 102/11 103/25
104/23 105/21 106/8
106/8 106/13 106/19
106/22 111/9 112/19
113/6 114/3 114/6
116/16 118/8 119/5
119/10 119/20 123/2
125/11 125/17 127/9
129/2 129/17 130/25
132/20 133/13 135/17

37/5 141/20 143/24
145/20
Officer Boarman [3]
119/20 123/2 125/11
Officer Garcia [1] 73/7
Officer Jackson [1]
132/20
Officer Rothman [2]
22/10 28/16
Officer Trek [14]
103/25 106/8 106/8
106/13 106/19 106/22
112/19 113/6 114/6
116/16 118/8 119/5
119/10 127/9
Officer William [1]
130/25
officer's [1] 14/9
officers [18] 4/17 5/8
19/5 27/8 33/9 39/6
54/20 55/15 56/8 56/22
61/1 62/4 62/17 70/15
70/23 137/23 147/9
147/16
official [6] 1/21 107/18
107/19 133/24 133/25
164/3
often [9] 10/25 38/18
38/19 40/3 41/18 41/21
45/8 106/17 128/19
Oftentimes [2] 40/22
60/9
Oh [3] 53/7 53/7 76/5
oil [1] 75/10
oils [1] 40/25
okay [108] 7/16 10/13
14/14 15/9 17/19 24/22
27/24 29/1 31/19 32/25
33/25 35/10 35/14 38/4
38/14 43/7 49/17 49/19
50/12 51/20 52/25
53/23 54/1 54/11 55/6
55/9 55/12 55/21 56/15
56/18 58/1 58/15 59/3
59/10 59/15 61/3 63/18
64/20 65/22 66/4 67/15
67/24 69/18 71/12
72/22 73/7 73/15 74/2
76/5 77/14 77/17 77/23
79/20 80/23 81/8 81/15
81/25 82/19 83/10
83/19 85/23 88/8 88/22
89/21 91/23 93/4 96/3
97/15 99/12 99/13

106/2 110/7 102/22
103/9 103/13 108/16
111/1 112/4 112/24
113/2 113/9 115/22
116/9 120/24 121/4
121/10 127/13 127/24
130/7 132/25 133/6
133/7 134/6 134/21
135/13 136/25 137/8
139/1 143/9 144/8
145/16 149/10 149/25
151/4 153/18 156/15
160/2 163/12
old [1] 99/10
once [26] 7/19 10/17
12/16 25/17 25/24
36/14 37/10 42/19 45/6
46/1 47/6 48/1 48/12
50/19 51/7 62/15 68/11
75/12 80/17 88/11 89/6
96/10 107/10 107/22
116/23 145/3
one [63] 7/3 10/20
11/4 12/19 13/2 15/7
16/3 17/13 19/11 21/10
22/20 23/19 26/5 27/18
29/12 31/19 32/18
33/19 36/17 38/4 38/25
45/24 47/13 47/13
49/25 50/15 51/12 53/3
53/6 61/2 62/25 63/14
65/18 67/2 67/12 71/16
76/4 76/16 79/8 79/17
80/17 84/25 89/15
92/15 97/6 104/14
106/22 111/5 126/6
128/2 130/22 130/23
134/15 139/22 139/23
140/21 140/22 142/8
147/8 147/16 148/16
155/11 157/11
one-inch-by-one-inch
[1] 47/13
ongoing [2] 12/12
67/17
only [15] 7/24 23/11
25/14 48/19 49/9 50/4
52/25 63/4 67/12 86/24
97/18 100/19 113/21
121/8 121/19
open [20] 28/2 43/16
45/1 45/3 45/23 46/16
47/22 47/25 48/12 65/7
65/12 73/22 73/25

75/18 104/13 104/13
110/14 138/20 157/1
162/20
open-field [1] 104/13
open-seat [1] 104/13
opened [10] 45/4 45/7
45/20 46/1 46/11 48/8
48/22 73/18 75/13
77/16
opening [2] 47/5 71/6
opens [2] 7/12 110/13
opportunity [2] 157/20
157/21
oppose [1] 159/2
opposing [1] 155/20
oral [2] 3/17 102/20
orally [1] 100/13
order [17] 7/20 8/19
11/11 14/13 23/5 25/15
40/9 42/17 43/22 47/23
49/20 50/24 52/9 61/17
62/1 131/7 160/20
organization [1]
104/17
orientation [3] 82/2
84/5 84/22
oriented [1] 21/1
original [1] 125/22
originally [3] 73/17
75/1 85/14
other [57] 9/9 9/14
10/8 10/23 11/11 12/1
16/25 17/14 18/17
23/13 23/13 25/8 25/9
25/18 26/3 26/9 27/7
29/10 31/20 33/8 37/4
40/7 41/13 41/18 41/22
42/12 42/16 44/21
45/16 47/17 52/18 54/8
58/21 59/10 61/11
61/19 61/23 65/13
68/23 74/25 86/25 88/6
96/14 96/16 96/18
100/9 119/10 119/13
119/13 123/23 131/11
132/17 137/23 151/13
151/15 161/20 161/25
others [8] 19/8 36/21
42/1 42/25 43/23 44/23
68/19 98/16
Otherwise [1] 44/13
Otis [1] 161/8
our [30] 3/15 4/3 4/13
4/18 5/15 10/5 11/9

**our...** **[23]** 19/20 37/18
42/25 44/24 45/1 47/4
51/10 61/18 65/10
68/20 76/21 79/12
88/10 88/13 107/19
124/24 155/15 158/3
159/18 160/6 160/14
161/14 163/7
**ours** **[1]** 80/18
**ourselves** **[5]** 25/4
42/1 43/2 43/23 44/23
**out** **[66]** 9/19 9/22 9/25
10/1 10/11 10/18 11/4
11/15 14/23 15/5 19/14
23/10 23/20 23/23 24/1
24/15 25/1 27/19 27/22
51/2 62/8 62/14 62/15
63/1 69/8 71/10 75/21
79/17 81/11 83/7 87/1
88/11 90/23 91/7
107/12 108/1 108/8
108/17 108/20 109/11
109/12 110/11 111/12
111/21 112/5 113/10
117/3 119/22 120/16
120/22 122/22 124/5
124/7 126/2 126/7
133/15 133/17 137/9
157/6 158/9 158/21
159/20 159/20 161/18
162/24 163/3
**outside** **[6]** 46/9 50/17
50/17 93/11 115/20
115/21
**over** **[18]** 7/8 12/3 25/3
25/22 38/3 47/1 47/18
51/10 65/10 70/9 79/8
80/19 81/4 96/12
100/24 125/12 159/6
159/14
**overrule** **[1]** 19/16
**overruled** **[4]** 14/15
66/15 95/20 142/18
**own** **[4]** 54/3 59/15
123/1 125/2

**P**

**P R O C E E D I N G S**
**[1]** 2/22
**p.m** **[4]** 35/18 54/6
101/5 101/5
**padlock** **[1]** 46/24
**page** **[7]** 2/2 2/11

25/5 125/2 125/16
125/24 125/24
**pages** **[1]** 125/6
**pair** **[2]** 82/3 99/7
**panel** **[2]** 86/1 86/2
**papers** **[2]** 3/18 101/1
**paragraphs** **[1]** 17/4
**parked** **[2]** 38/2 38/3
**Parking** **[1]** 45/25
**parks** **[1]** 92/24
**parole** **[1]** 102/11
**part** **[15]** 7/2 7/4 9/15
25/24 49/24 67/17
72/13 78/6 104/17
112/2 121/5 128/7
135/11 143/14 144/2
**part-time** **[2]** 7/2 7/4
**participate** **[2]** 70/22
89/4
**participation** **[2]** 18/4
96/10
**particular** **[15]** 4/5
4/14 5/8 18/23 22/16
25/20 29/17 29/23 50/1
80/6 88/10 120/7 123/6
123/9 129/6
**particularly** **[1]** 79/9
**parties** **[16]** 3/20 66/14
76/14 78/14 100/13
100/16 100/18 101/1
135/8 155/16 156/21
157/2 157/2 159/16
159/23 160/9
**parties'** **[2]** 100/10
100/11
**partner** **[2]** 90/7 113/5
**partners** **[1]** 50/5
**parts** **[1]** 20/3
**pass** **[9]** 7/19 58/25
104/19 104/21 139/2
139/22 143/9 143/11
144/23
**passenger** **[11]** 47/1
65/10 65/21 73/21
73/25 74/7 82/1 83/3
84/7 84/21 146/21
**passenger's** **[9]** 74/13
74/20 84/15 110/2
118/14 118/15 118/17
118/19 145/9
**past** **[3]** 103/12 103/14
131/11
**patterns** **[1]** 66/19
**pause** **[8]** 22/1 59/5

96/22 114/8 137/5
139/25 140/17 144/12
**paused** **[9]** 28/12
28/13 29/1 34/4 34/23
116/12 117/9 117/19
145/17
**pauses** **[1]** 139/23
**pausing** **[2]** 31/25 33/4
**paw** **[5]** 117/11 139/13
144/17 144/24 146/4
**pawing** **[1]** 120/1
**paws** **[4]** 145/2 145/5
145/8 145/11
**pay** **[1]** 120/9
**paying** **[1]** 71/2
**PC** **[1]** 161/21
**PDF** **[1]** 90/25
**pending** **[1]** 159/14
**people** **[24]** 36/9 37/18
41/21 42/8 42/11 42/12
45/12 45/12 48/3 48/3
62/8 62/14 62/15 62/16
62/17 62/22 64/15
97/19 108/9 115/12
129/18 130/2 132/2
151/15
**per** **[1]** 70/7
**percent** **[3]** 7/4 84/15
149/13
**perform** **[3]** 25/15
107/25 108/15
**performs** **[1]** 144/20
**perhaps** **[7]** 5/1 5/7
23/6 32/21 158/10
162/16 162/24
**perimeter** **[5]** 10/25
41/12 62/8 62/14 62/21
**permission** **[2]** 43/8
133/23
**permit** **[1]** 19/16
**person** **[7]** 56/9 56/12
56/23 60/11 113/21
134/2 134/11
**personal** **[1]** 11/9
**personally** **[1]** 88/14
**perspective** **[3]** 160/23
160/25 161/14
**pets** **[1]** 121/14
**phenomenon** **[1]**
141/23
**phone** **[27]** 50/10 53/4
53/11 53/20 56/12
56/19 56/20 57/1 57/7
57/11 57/14 57/17

57/19 57/20 57/24
57/25 58/6 58/10 69/10
72/23 82/4 82/5 82/7
89/9 91/2 134/4 163/4
**phones** **[2]** 53/14
53/15
**photo** **[9]** 15/22 77/9
77/10 77/10 77/12
77/15 82/20 85/1 87/18
**photograph** **[1]** 80/1
**photographs** **[8]** 43/3
43/4 71/4 71/5 73/17
74/24 80/25 81/5
**photos** **[6]** 43/17 43/21
43/24 71/9 76/6 79/3
**physical** **[4]** 7/12 7/13
7/19 162/3
**physically** **[1]** 139/4
**picking** **[2]** 95/24 98/4
**picture** **[4]** 45/18 79/10
79/11 80/3
**pictures** **[3]** 17/15
43/15 88/21
**piece** **[1]** 163/5
**piggyback** **[1]** 154/13
**pinpoint** **[1]** 154/18
**pipe** **[2]** 41/21 41/23
**pivot** **[1]** 130/9
**Pivoting** **[1]** 128/2
**place** **[11]** 7/22 7/24
23/20 26/5 34/17 50/1
82/13 88/19 92/14
145/2 146/4
**placed** **[5]** 83/17 85/13
88/20 94/1 162/6
**placement** **[1]** 83/16
**placing** **[1]** 144/17
**plain** **[2]** 89/22 89/25
**Plaintiff** **[1]** 1/3 1/11
**plan** **[3]** 6/2 100/15
100/22
**planned** **[2]** 69/25 70/5
**planning** **[1]** 78/18
**plastic** **[5]** 79/7 79/18
83/6 85/6 98/1
**play** **[22]** 20/25 22/3
28/2 28/6 28/9 31/22
115/1 115/2 115/23
116/9 117/15 118/4
118/25 133/10 134/7
137/1 139/19 140/14
140/22 144/10 146/2
147/5
**played** **[21]** 21/3 21/6

**P**

played... **[19]** 21/8 28/11 28/25 30/24 30/25 33/3 34/3 34/22 115/3 115/24 116/11 117/7 117/17 118/5 119/2 133/12 134/8 140/13 147/24

playing **[5]** 28/22 28/23 34/1 34/20 133/8

please **[8]** 3/5 13/11 101/16 101/21 129/15 133/10 133/16 136/6

plenty **[2]** 21/4 87/25

plus **[1]** 74/7

point **[21]** 13/13 19/4 19/12 25/17 36/20 45/20 51/3 51/10 53/3 53/6 69/12 77/21 97/13 101/1 115/16 116/16 118/18 132/4 136/17 139/22 155/21

pointing **[1]** 85/24

points **[3]** 8/17 8/18 97/1

police **[27]** 9/25 12/14 12/24 13/1 13/4 14/23 18/24 26/8 26/12 26/16 26/18 26/23 33/20 37/8 38/19 38/20 50/5 55/22 57/3 60/11 67/6 68/15 69/1 82/17 102/3 128/2 149/11

policy **[12]** 62/5 69/19 69/20 70/5 70/12 70/13 108/9 135/21 135/21 135/23 136/3 136/7

poor **[1]** 112/1

popular **[1]** 42/11

portion **[18]** 7/12 8/8 20/20 28/19 29/6 32/8 32/9 32/17 33/7 46/10 47/6 47/13 48/8 74/5 75/11 76/13 133/5 145/13

portions **[4]** 52/11 110/14 110/14 114/14

pose **[1]** 44/23

posed **[1]** 51/9

position **[10]** 4/3 4/7 4/8 4/13 4/18 73/19 74/4 88/13 102/17 102/18

positioned **[1]** 75/1

positions **[1]** 76/14

positive **[3]** 40/15 153/5 153/11

positively **[1]** 153/9

possession **[1]** 61/1

possibilities **[1]** 69/3

possibility **[1]** 47/16

possible **[15]** 4/11 36/8 54/23 54/25 60/8 62/9 75/25 76/1 82/7 82/8 98/12 98/23 98/25 158/21 158/23

possibly **[6]** 12/16 59/21 65/16 109/8 134/3 134/11

post **[17]** 10/25 11/1 12/21 17/14 18/23 35/25 36/2 36/11 36/23 37/10 55/7 55/8 59/21 100/14 100/20 100/24 100/25

post-hearing **[4]** 100/14 100/20 100/24 100/25

potassium **[1]** 124/7

potential **[2]** 90/4 160/5

potentially **[5]** 42/4 61/4 62/3 138/22 143/11

powder **[18]** 41/22 42/15 105/25 106/2 107/10 118/1 118/13 120/22 122/18 126/4 126/11 126/12 126/17 127/10 150/21 151/23 152/14 153/10

powder/gunpowder **[1]** 42/15

powders **[1]** 73/9

power **[1]** 76/2

praise **[1]** 121/14

praised **[1]** 147/18

pre **[7]** 69/25 70/5 82/19 83/20 86/9 98/6 134/15

pre-existed **[1]** 98/6

pre-marked **[4]** 82/19 83/20 86/9 134/15

pre-planned **[2]** 69/25 70/5

precautions **[1]** 98/17

precise **[1]** 4/17

precisely **[1]** 156/22

precursors **[2]** 49/24 73/6

prefer **[1]** 44/15

premarked **[2]** 77/8 79/24

premises **[1]** 94/21

preparation **[2]** 19/20 114/12

prepared **[2]** 3/24 158/15

preparing **[2]** 67/9 161/11

prerequisite **[1]** 66/10

presence **[3]** 66/6 122/9 128/4

present **[11]** 3/24 41/16 67/8 78/22 136/17 141/17 142/9 143/6 148/25 156/9 157/17

presentation **[2]** 5/13 78/9

presented **[1]** 24/14

presents **[1]** 88/12

preserve **[1]** 13/22

President **[1]** 33/22

press **[6]** 115/1 115/2 115/23 118/25 144/10 146/2

pressing **[4]** 116/9 117/15 118/4 118/6

pretrial **[3]** 160/5 160/14 163/7

pretty **[6]** 45/18 66/25 85/19 111/25 139/7 161/21

previewed **[1]** 125/11

previously **[5]** 19/13 81/17 105/10 114/16 161/6

primary **[3]** 62/9 62/24 71/2

prior **[14]** 19/21 26/2 35/11 44/19 55/16 65/9 71/9 83/25 88/21 95/11 95/16 98/7 128/13 155/12

private **[2]** 33/23 87/25

privy **[1]** 50/10

probable **[19]** 4/5 4/24 66/10 128/5 128/9 128/12 128/16 128/20 128/21 128/23 129/1 129/6 129/9 129/13

probably... **[1]** 130/2 130/4 149/19 153/23

probably **[21]** 36/25 49/7 49/8 50/20 52/9 54/7 54/10 60/9 60/14 61/2 61/8 67/21 74/21 76/7 76/9 80/21 85/19 90/18 90/19 90/21 105/16

problem **[1]** 125/9

problematic **[1]** 4/3

procedure **[1]** 10/19

proceed **[8]** 3/21 3/22 5/25 14/14 101/8 101/17 110/8 156/21

proceeding **[1]** 19/11

proceedings **[2]** 1/24 164/5

process **[7]** 7/9 7/17 9/21 17/1 42/21 62/12 68/21

produced **[2]** 1/24 78/23

production **[4]** 79/3 81/19 82/22 83/24

productive **[1]** 152/16

proficient **[1]** 149/3

profile **[1]** 12/2

prohibiting **[1]** 136/4

property **[1]** 62/10

propose **[1]** 157/2

prosecutable **[1]** 55/18

protectees **[1]** 12/7

protecting **[1]** 33/21

protection **[1]** 33/24

protective **[1]** 161/4

provide **[6]** 12/12 38/7 38/11 38/20 40/14 128/4

provided **[5]** 12/13 13/1 44/18 89/15 149/19

providing **[2]** 73/2 155/1

proximate **[1]** 32/14

proximity **[1]** 163/10

public **[2]** 9/5 37/25

publication **[1]** 94/6

publish **[3]** 20/20 43/9 43/10

pull **[12]** 91/12 91/17 93/19 120/22 120/23 132/25 136/11 136/25

**P**

pull... [4] 143/16 144/9 144/10 145/14
pulled [3] 75/21 83/6 90/24
pulling [2] 92/9 121/2
purpose [6] 20/18 68/6 70/20 78/13 94/8 97/5
purposes [8] 13/16 15/15 19/17 20/25 36/16 125/2 132/8 156/19
pursue [2] 96/7 96/8
pushing [1] 158/9
put [22] 14/5 22/16 36/6 76/20 82/13 87/7 90/7 109/14 109/16 109/21 109/23 115/18 116/3 117/3 117/3 119/6 119/9 145/5 145/8 145/11 155/10 156/16
puts [1] 144/24
putting [5] 14/23 20/23 42/25 44/7 138/19

**Q**

qualified [1] 39/8
quantities [1] 42/14
quantity [2] 41/25 58/19
question [21] 19/8 22/24 27/18 50/15 98/9 99/24 103/17 120/12 126/9 126/21 127/7 129/23 132/11 132/15 134/1 136/6 141/18 147/10 154/4 156/25 157/7
questions [16] 5/5 5/7 19/16 20/18 51/13 96/23 100/18 119/16 119/22 135/20 150/7 150/13 156/6 156/23 157/11 157/20
queued [1] 6/4
quick [1] 140/15
quickly [2] 6/1 54/25
quite [9] 4/19 54/19 64/10 68/11 98/9 99/10 105/16 132/13 158/6

**R**

radiation [1] 60/24
radiological [1] 60/22
raised [1] 41/11
ran [5] 131/3 138/3 138/4 138/7 150/15
range [1] 49/12
ranging [1] 87/3
ranked [1] 7/14
rather [2] 5/8 14/2
re [1] 106/25
re-certified [1] 106/25
reach [4] 115/16 115/17 162/23 162/24
reaching [1] 136/16
read [3] 14/5 14/5 69/8
reading [2] 14/2 73/1
ready [2] 101/6 116/6
real [2] 62/7 62/7
really [4] 50/5 61/5 140/14 161/17
rear [11] 47/5 50/20 75/12 77/15 77/16 79/19 83/3 84/7 145/8 146/5 146/21
reason [4] 66/11 84/24 85/2 137/21
reasonable [1] 4/22
reasonably [1] 3/18
reasons [2] 128/2 129/22
rec [1] 161/19
recall [31] 26/14 35/19 53/8 55/14 55/16 67/16 67/21 69/11 70/2 74/14 75/8 79/21 90/20 91/4 91/5 102/22 127/2 127/3 130/18 130/19 130/22 130/23 131/2 132/1 132/16 132/19 132/22 134/10 136/22 136/24 139/9
recalls [1] 13/13
recap [1] 55/6
receive [9] 12/18 12/23 67/10 105/3 113/13 130/11 151/25 152/3 152/5
received [7] 13/20 24/7 26/15 67/12 72/2 131/25 132/15
receiving [1] 16/16
recently [2] 68/4 88/24
recertification [1]

recertifications [2] 8/9 107/3
recertify [1] 8/12
recess [2] 101/3 101/5
recitation [1] 129/11
recognize [8] 21/8 43/17 77/9 77/10 77/12 114/17 125/12 125/18
recognizing [1] 159/6
recollection [8] 14/2 14/9 15/10 16/19 24/24 25/7 54/14 55/13
record [28] 3/6 10/13 20/23 28/5 28/12 28/22 30/21 31/21 32/4 32/13 97/9 100/7 100/12 100/19 101/22 115/4 115/25 117/19 133/2 133/7 135/1 135/11 150/10 156/19 157/5 161/15 162/20 164/5
recorded [1] 1/24
records [3] 124/11 125/23 126/19
recovered [4] 44/17 67/24 103/10 103/14
red [1] 16/11
redirect [4] 2/8 99/15 151/5 151/7
refer [1] 13/4
reference [6] 52/25 53/23 63/19 63/22 63/25 124/22
referenced [4] 17/7 18/19 27/15 72/16
references [1] 17/7
referencing [5] 18/19 19/5 21/14 44/9 53/6
referred [5] 39/1 42/9 49/6 52/14 69/12
referring [2] 32/14 58/24
refers [1] 87/4
reflect [1] 124/11
reflected [1] 32/23
regarding [3] 41/8 95/11 156/6
regards [3] 29/17 29/18 68/5
reinforce [1] 122/12
reintroduce [1] 62/17
related [10] 9/15 11/16 15/4 24/12 31/23 75/6

relates [1] 109/18
relating [1] 119/14
relation [4] 36/2 36/22 47/14 80/23
relatively [2] 11/23 87/3
relevance [1] 95/18
relevant [6] 22/9 22/12 24/3 25/21 68/20 100/18
relocated [1] 161/6
rely [1] 38/19
remain [1] 5/19
remains [1] 161/3
remember [10] 15/7 22/21 43/25 69/9 69/9 83/8 88/22 102/21 137/12 153/24
remotely [2] 57/3 68/10
remove [1] 50/24
removed [2] 48/23 88/15
render [5] 46/13 48/20 50/13 68/7 88/7
rendered [4] 25/24 88/3 88/4 94/10
rendering [3] 25/21 51/5 70/8
renewed [4] 157/23 158/18 159/1 159/11
repeat [11] 103/17 118/11 120/12 126/9 129/15 132/12 136/6 141/18 142/7 144/1 146/15
repeated [1] 161/5
rephrase [1] 138/7
Replies [1] 160/13
reply [3] 157/22 159/7 159/10
report [3] 90/7 113/2 119/13
Reported [1] 1/20
Reporter [2] 1/21 164/3
reporters [2] 158/5 159/18
represent [2] 162/19 162/25
representation [1] 20/12

## R

**representations [1]** 20/11
**request [2]** 157/25 162/22
**requested [2]** 67/14 107/12
**requests [2]** 128/10 161/5
**require [1]** 4/14
**required [8]** 8/11 8/17 10/8 25/19 38/21 67/19 69/24 70/4
**requires [1]** 128/15
**requiring [1]** 4/5
**reside [1]** 12/7
**residence [1]** 33/23
**residential [1]** 12/4 12/5 38/3
**resolve [2]** 100/13 100/25
**resources [1]** 10/7
**respect [1]** 157/7
**respects [1]** 127/11
**respond [4]** 11/15 11/19 19/10 157/21
**responded [6]** 11/20 15/23 23/10 23/11 23/14 37/5
**responder [1]** 10/24
**responding [4]** 9/15 9/16 12/18 61/1
**response [5]** 11/12 19/9 23/15 67/19 147/10
**Responses [1]** 160/11
**responsible [2]** 9/6 33/20
**rest [1]** 50/25
**result [7]** 23/3 24/14 39/14 39/21 98/16 100/15 160/3
**resulted [1]** 99/1
**results [2]** 39/10 42/19
**resume [2]** 100/22 101/6
**retaining [1]** 153/2
**retrain [1]** 123/19
**retraining [6]** 122/3 152/23 153/3 153/4 154/6 154/12
**return [1]** 8/11
**review [2]** 13/7 100/24
**reviewed [3]** 3/18

**reviewing [2]** 91/6 94/20
**reward [9]** 121/7 121/11 121/12 121/19 122/8 147/24 152/8 154/11 155/1
**rewarded [3]** 146/25 147/1 152/17
**rewarding [1]** 148/21
**rewound [1]** 117/8
**rid [1]** 80/2
**right [80]** 6/6 7/6 7/17 10/10 11/14 12/6 12/16 13/9 14/17 15/3 16/17 17/5 19/2 19/14 20/2 20/22 21/24 22/3 23/22 23/25 24/6 25/6 26/22 27/11 28/5 29/13 30/17 32/12 33/25 35/12 38/5 38/22 40/16 43/17 47/8 52/5 56/3 62/4 63/2 64/21 70/3 71/4 71/19 72/18 79/8 79/11 80/3 83/8 85/24 92/1 92/13 97/6 99/24 104/15 111/24 114/4 119/3 120/14 121/7 121/23 122/23 133/20 134/3 139/23 144/15 144/24 150/1 150/4 150/12 151/10 151/16 151/20 151/23 152/11 152/21 155/6 156/18 159/18 159/20 162/10
**right-hand [1]** 85/24
**rise [1]** 4/24
**risk [2]** 149/5 149/7
**Road [2]** 32/13 113/11
**robot [1]** 42/23
**role [6]** 7/6 12/9 12/12 25/1 55/20 102/6
**room [7]** 152/25 153/1 153/5 153/5 153/8 154/10 154/19
**rooms [6]** 104/14 152/24 154/7 154/7 154/17 154/22
**Rothman [20]** 5/16 6/3 6/7 6/9 14/18 20/24 21/7 22/10 23/9 28/5 28/16 29/4 31/3 32/3 33/7 34/7 34/25 43/13 44/7 51/16

**roughly [2]** 97/4 158/1
**round [1]** 83/6
**routine [2]** 111/24 111/25
**Routinely [1]** 40/6
**row [1]** 118/16
**RPR [1]** 1/20
**rule [2]** 46/14 61/16
**run [9]** 60/4 66/23 130/25 133/22 133/23 137/21 138/10 138/13 138/15
**rundown [1]** 107/16
**running [3]** 65/15 128/8 128/13
**rush [1]** 54/10

## S

**SABT [3]** 71/13 71/15 72/21
**safe [19]** 25/22 25/24 41/9 46/13 47/23 48/20 50/13 51/5 51/8 51/20 54/10 68/7 70/8 81/7 88/4 88/6 88/7 94/10 96/11
**safety [8]** 9/6 36/20 37/25 41/9 42/1 42/25 44/20 97/19
**said [28]** 13/20 27/18 30/15 31/7 38/22 39/14 43/19 47/9 48/23 54/1 57/22 57/24 58/6 68/6 79/16 84/25 94/1 103/6 122/15 124/16 132/12 132/24 138/3 140/10 142/16 144/25 153/23 153/24
**same [16]** 8/2 31/6 31/9 31/12 37/15 54/13 78/25 83/13 116/10 117/15 125/3 125/6 129/21 129/21 154/15 157/18
**sandwich [1]** 83/4
**sat [3]** 81/14 146/19 146/21
**saw [7]** 32/6 48/14 77/21 88/20 90/18 94/23 144/14
**say [42]** 6/24 9/5 10/10 16/13 24/23 32/6 33/17 40/4 45/14 51/20 53/16 53/21 54/15 57/1 61/3

**highly [2]** 74/4 74/18 75/14 76/8 76/20 83/16 84/22 89/22 90/6 90/21 93/7 94/3 100/9 106/2 111/14 111/25 112/11 112/13 112/15 112/16 117/3 120/25 124/1 126/20 135/18 137/5 159/9
**saying [10]** 35/7 37/24 57/19 76/25 112/13 121/16 121/19 132/9 132/14 153/19
**says [7]** 16/3 16/6 53/7 53/7 76/2 125/16 135/21
**scale [2]** 11/25 62/10
**scans [3]** 102/25 103/5 119/10
**scenario [2]** 61/17 98/19
**scenarios [2]** 40/8 59/9
**scene [43]** 10/24 24/15 24/20 25/3 25/8 25/20 25/22 25/24 26/10 27/5 27/9 29/11 36/2 36/9 38/18 51/10 54/2 60/11 61/11 62/12 63/1 67/10 69/11 77/17 81/4 85/17 107/14 107/15 109/4 109/9 113/14 113/15 113/24 117/4 128/11 128/19 129/12 129/17 129/18 129/24 130/11 136/13 149/23
**scent [2]** 40/14 123/9
**schedulable [1]** 161/16
**schedule [4]** 156/24 159/21 160/5 160/10
**scheduled [2]** 158/8 160/15
**school [1]** 7/23
**scope [1]** 93/16
**screen [4]** 14/17 32/9 105/14 136/11
**screenshot [1]** 117/20
**seam [1]** 144/6
**seams [13]** 45/3 48/10 110/10 110/12 110/13 110/25 111/7 117/1 138/16 138/18 138/19 138/21 139/8

**S**

search [69] 4/1 4/3 4/4 4/6 4/8 4/9 22/14 22/23 23/4 23/17 25/15 43/2 47/24 51/6 55/3 55/17 58/25 69/14 70/7 70/11 70/16 70/25 71/13 79/16 80/24 83/9 89/1 94/17 96/13 96/17 99/2 104/13 109/9 110/1 110/1 112/9 116/7 118/2 118/21 126/10 128/5 128/9 128/13 128/13 128/20 128/21 129/14 129/20 130/3 130/4 135/18 135/25 136/5 141/11 142/5 142/10 142/21 142/22 142/25 143/6 146/16 148/2 148/15 149/21 153/23 155/17 155/18 156/1 156/7

searched [12] 56/1 72/1 126/7 142/6 142/11 142/20 142/23 149/12 149/13 149/15 149/17 149/24

searches [2] 69/25 89/4

searching [11] 60/6 68/17 72/4 72/5 77/21 109/5 109/19 126/19 126/23 140/1 140/6

seat [11] 73/21 73/25 74/13 74/15 74/20 74/22 82/3 83/17 84/18 88/20 104/13

seated [1] 101/16

seats [2] 47/2 74/8

second [24] 6/23 6/24 21/7 28/23 31/8 39/18 76/4 89/1 107/6 118/15 118/16 139/2 143/9 143/11 144/23 144/25 144/25 145/1 146/13 146/24 147/1 147/14 150/1 158/11

second-row [1] 118/16

secondary [1] 53/19

seconds [14] 28/8 28/10 28/14 28/24 29/2 30/23 30/25 31/25 33/1 33/5 34/2 34/5 34/23

Secret [12] 12/6 26/12 26/20 29/13 29/16 33/11 33/20 33/24 34/13 35/24 36/17 37/12

secure [1] 70/1

secured [1] 46/24

see [64] 14/17 14/25 15/2 16/2 16/5 16/11 20/13 28/7 32/4 35/6 46/8 46/9 47/3 48/13 50/15 53/3 57/7 61/5 62/6 64/6 64/23 65/13 74/14 74/24 76/23 78/18 79/5 79/7 80/1 80/4 80/16 81/25 83/2 84/4 84/10 84/17 85/3 85/10 89/21 89/25 90/3 90/15 90/16 92/16 93/22 94/3 94/13 105/14 117/11 125/21 125/25 132/23 135/17 136/14 137/15 140/19 140/25 144/17 145/13 145/20 145/23 146/4 152/18 161/6

seeing [7] 15/8 34/8 40/10 130/19 130/22 130/23 138/1

seeking [1] 135/4

seem [2] 13/14 100/10

seems [5] 111/17 135/3 158/14 160/19 162/13

seen [11] 12/20 12/21 32/19 54/2 64/4 69/13 71/4 91/9 93/10 93/15 137/20

selected [3] 7/14 7/19 102/17

self [9] 64/1 64/4 64/6 64/7 64/9 64/13 64/24 65/4 96/25

self-driving [8] 64/1 64/4 64/6 64/7 64/9 64/13 64/24 65/4

self-evident [1] 96/25

send [2] 160/1 162/16

sending [1] 120/10

sends [2] 9/25 10/1

senior [2] 55/11 55/15

sense [5] 5/9 39/9 56/3 121/2 163/6

sent [2] 64/15 90/23

separate [2] 53/22 58/6

sergeant [8] 37/9 37/16 113/15 113/20 130/11 131/25 132/16 134/5

series [1] 16/2

serious [1] 4/24

seriously [1] 62/18

service [14] 12/6 26/12 26/20 29/13 29/16 33/12 33/20 33/24 34/13 35/24 36/17 37/12 99/23 155/5

set [6] 27/12 64/12 64/16 82/3 109/25 150/7

setting [3] 40/8 59/9 127/22

seven [1] 134/6

several [6] 9/4 17/13 42/2 49/25 80/18 144/24

severe [1] 90/12

severity [1] 11/8

sewage [1] 161/22

shaped [1] 79/18

share [1] 114/17

shared [1] 155/13

she [8] 3/14 27/6 37/1 37/3 37/15 71/15 128/25 153/22

shell [15] 106/6 121/8 122/17 123/22 124/12 126/15 127/10 142/19 143/2 148/4 150/20 150/21 150/22 151/2 152/14

shells [1] 41/20

shoot [2] 68/10 68/14

short [1] 17/15

shorthand [1] 1/24

shot [2] 68/25 88/23

shotgun [1] 41/19

should [9] 14/1 22/16 30/21 36/1 76/14 83/6 89/21 160/3 160/23

show [14] 10/21 11/1 13/10 30/18 30/19 30/22 53/7 56/15 67/14 76/5 77/14 78/18 90/22 105/5

showed [6] 12/10 23/18 26/10 69/11 90/19 90/21

shower [1] 161/19

showing [11] 10/3 36/9 77/8 79/24 81/17 82/19 83/20 86/9 87/12 91/20 114/15

shown [3] 32/9 32/10 105/10

shows [2] 77/15 92/22

shrapnel [1] 90/13

shut [1] 69/25

side [30] 10/7 37/12 44/8 44/8 45/7 45/14 45/16 45/20 45/23 46/23 48/8 48/15 48/19 73/23 79/13 82/21 84/23 85/24 93/14 98/13 110/3 118/14 118/15 118/17 118/19 139/23 145/6 145/9 146/19 146/20

sides [1] 50/10

sidewalk [1] 79/12

sight [2] 89/22 89/25

sign [3] 32/6 45/25 121/3

signage [1] 92/17

signal [6] 120/14 120/20 120/25 121/3 141/15 141/20

signals [1] 120/10

signature [2] 61/7 125/18

signed [1] 156/1

significance [1] 16/22

significant [3] 36/4 42/24 76/19

significantly [1] 41/11

silver [1] 49/9

Similar [1] 100/5

simple [1] 157/1

simultaneous [1] 157/9

since [7] 7/16 25/6 30/1 44/24 90/23 103/14 124/15

single [3] 7/22 78/15 112/2

sir [2] 51/18 155/6

sit [14] 107/8 107/9 119/24 120/5 120/10 120/13 120/14 120/17

**S**

sit... [6]  120/19 120/20 120/23 120/25 121/1 147/14

site [2]  36/17 55/11

sites [1]  17/25

sits [4]  123/17 139/14 144/21 153/6

sitting [1]  137/15

situated [1]  73/17

situation [7]  24/4 24/8 66/20 66/20 69/4 70/4 162/21

six [6]  8/5 8/6 24/24 102/24 106/18 149/1

six-week [1]  8/6

skills [1]  7/13

skip [1]  145/25

skipping [1]  143/20

sleeping [1]  71/25

slightly [1]  128/2

slot [1]  7/11

slots [2]  7/11 7/15

small [1]  48/8

smaller [3]  40/5 48/19 49/11

smaller-level [1]  40/5

smart [1]  67/3

smell [4]  105/24 122/20 122/24 151/25

smelled [2]  120/5 120/14

smelling [6]  110/25 120/11 122/23 123/12 123/13 123/17

smells [1]  120/21

smokeless [27]  105/25 106/1 106/4 107/10 109/8 118/1 118/13 120/22 122/18 122/20 122/21 123/12 126/3 126/8 126/11 126/12 126/17 126/19 126/20 126/24 127/9 127/17 127/18 150/21 151/23 152/14 153/10

sniff [20]  4/1 4/11 38/16 39/15 58/15 58/25 108/16 110/17 110/18 111/21 112/20 113/3 120/16 122/22 129/25 130/2 131/15 131/21 139/6 139/7

sniffing [13]  59/11

59/12 59/13 59/18 110/9 124/2 130/25 131/4 131/13 138/19 148/5 148/7

sniffing dogs [1]  59/12

sniffs [6]  39/10 42/20 103/1 108/1 111/14 119/10

so [215]

so...are [1]  132/10

social [3]  17/12 17/20 17/24

SOD [2]  102/7 133/25

sole [4]  18/4 25/16 68/6 94/8

solemnly [1]  101/12

solitary [1]  161/3

solution [1]  123/13

solvent [1]  123/13

solvents [2]  122/24 123/6

some [44]  4/9 5/6 6/2 7/2 11/6 15/4 16/16 17/4 22/3 22/4 25/18 28/2 29/10 34/16 37/10 40/9 40/24 41/18 42/16 44/14 46/24 48/14 50/16 54/7 61/20 65/16 65/18 69/12 71/4 72/25 73/5 74/7 76/6 79/13 85/8 86/3 87/19 87/21 88/16 121/7 128/15 158/14 159/21 159/25

somebody [4]  54/22 90/21 113/16 149/17

someone [15]  45/14 64/6 69/3 69/10 72/20 85/20 90/19 90/24 113/22 125/1 128/19 129/8 131/4 141/14 149/15

something [34]  4/16 17/1 17/16 35/8 38/15 45/9 45/11 48/4 48/4 49/7 61/4 62/3 65/17 85/21 86/5 90/25 91/3 95/3 95/4 98/24 99/7 99/9 112/5 120/11 121/20 121/23 127/5 127/10 130/15 143/6 148/4 148/9 148/22 153/14

sometimes [6]  60/25

107/23 109/22 111/7 122/23 123/1

somewhere [9]  24/23 35/18 35/19 49/12 54/7 54/9 75/2 142/6 142/10

soon [2]  54/22 112/24

sorry [26]  46/21 57/23 59/25 73/23 74/18 86/11 87/7 91/16 92/2 109/15 112/1 117/8 119/7 120/12 124/19 126/21 131/12 132/11 136/6 138/6 138/7 140/21 141/18 144/1 147/9 147/11

sort [13]  38/10 44/14 61/20 64/12 67/9 74/2 74/12 84/17 86/1 88/16 95/10 96/25 121/7

sound [3]  18/13 67/3 115/2

sounded [1]  162/11

South [1]  1/12

space [7]  73/21 73/23 73/24 74/7 74/15 74/19 75/2

Spanish [1]  99/8

Spanish-speaking [1]  99/8

speak [7]  18/6 26/19 26/22 27/2 30/1 133/16 161/8

speaking [5]  94/24 99/8 129/24 130/1 130/5

special [54]  5/15 6/3 6/9 6/17 6/21 6/23 7/3 9/11 9/18 10/5 11/3 14/18 16/21 18/10 18/16 20/3 20/6 20/24 21/7 21/11 22/5 23/2 23/3 23/9 23/16 23/17 27/1 27/3 28/5 29/4 29/5 30/1 30/6 31/3 31/4 31/6 31/12 31/24 32/3 32/18 32/19 33/7 34/7 34/25 35/1 37/1 37/14 37/23 41/2 43/13 44/7 50/9 52/10 67/12

specific [11]  32/17 41/8 44/9 53/16 67/22 69/23 91/10 109/18 112/8 127/3 133/23

specifically [29]  8/10

11/14 12/12 12/19 14/25 21/10 26/4 30/11 36/11 37/2 38/10 39/1 39/4 40/25 42/3 42/4 43/19 47/3 53/9 67/16 91/4 91/5 93/10 93/12 123/16 123/18 139/10

specifics [1]  66/8

speed [2]  32/21 78/5

spell [2]  10/13 101/21

spent [3]  7/5 124/12 126/15

spin [1]  140/3

split [1]  7/1

spoke [4]  18/21 26/25 27/2 34/25

spots [1]  110/10

spring [1]  41/19

spun [1]  143/10

squad [3]  24/19 49/19 49/20

stack [1]  79/8

stand [1]  16/8

standard [1]  11/10

standing [1]  5/19

start [20]  3/20 5/1 5/12 6/2 28/8 31/21 34/1 34/20 35/15 47/8 61/17 100/7 108/20 109/21 110/2 110/4 110/7 117/5 119/22 159/8

started [2]  108/5 118/24

starting [2]  33/1 46/12

state [6]  8/1 9/9 38/18 38/19 50/5 101/21

stated [2]  60/10 93/24

statement [3]  16/14 58/5 98/24

statements [6]  19/7 19/15 33/10 52/21 55/17 61/16

STATES [19]  1/1 1/2 1/9 3/3 3/8 7/22 7/24 8/1 11/17 13/3 14/22 18/23 26/8 26/12 26/15 26/17 26/20 29/13 33/11

status [4]  1/8 3/16 67/11 160/6

stay [1]  153/3

stenotype [1]  1/24

step [2]  42/21 109/3

stepped [1]  155/8
steps [4]  41/13 57/14 57/16 57/17
still [10]  41/14 41/23 41/25 42/24 57/20 57/21 58/19 132/2 143/17 143/24
stipulate [1]  78/14
stock [1]  48/15
stop [4]  112/20 112/22 112/24 160/2
stopped [5]  34/18 115/4 115/25 119/3 136/21
stopping [1]  35/9
stories [1]  17/14
straight [1]  120/22
straining [1]  79/22
strategy [1]  62/20
stream [1]  53/8
street [5]  1/12 1/15 32/6 38/3 162/2
streets [1]  93/14
stretching [1]  79/21
strewn [1]  46/7
strung [1]  65/16
stuck [1]  112/23
stuff [5]  40/25 71/10 71/19 123/22 124/9
style [4]  46/22 46/24 47/12 47/13
submission [1]  159/14
submit [2]  100/14 157/3
submitted [1]  19/13
submitting [1]  155/21
subsequent [2]  89/4 125/6
substance [1]  143/5
substances [2]  72/23 72/25
successfully [2]  106/25 121/20
such [1]  19/11
suffered [2]  162/3 162/3
suggestion [1]  158/10
suit [1]  42/24
suite [1]  11/13
summertime [1]  111/17
Sunday [1]  9/13
Super [1]  9/12

superior [1]  40/11
supervisory [1]  108/2
supplemental [1]  157/1
supplements [3]  49/14 72/11 73/9
support [2]  159/11 162/20
supposed [7]  109/4 109/19 110/9 110/10 141/17 141/22 142/9
Suppress [6]  3/17 157/16 157/23 158/19 159/1 159/11
suppression [2]  15/15 22/9
sure [43]  10/15 25/16 42/6 45/4 47/23 48/10 48/21 48/24 49/1 50/22 54/19 54/23 58/2 64/10 66/1 68/11 70/21 78/18 79/15 81/11 82/4 84/16 85/9 85/18 86/24 92/11 94/9 98/9 98/18 98/25 108/9 115/7 115/10 124/24 125/9 143/8 148/18 149/3 149/13 150/25 154/16 155/18 159/23
surprise [2]  39/22 39/23
surrounding [2]  34/8 94/10
suspected [1]  57/15
suspicious [1]  89/21
sustained [1]  128/16
swear [2]  5/21 101/12
sweep [13]  110/2 113/17 113/19 114/1 115/12 131/7 134/2 134/10 136/2 136/3 136/5 136/8 136/20
swept [1]  114/3
switch [2]  93/21 147/3
system [1]  9/25
systems [1]  94/2

**T**

table [1]  92/10
tag [2]  91/10 94/1
take [24]  5/5 5/19 23/1 31/19 43/3 56/22 57/14 57/16 57/18 63/14 66/12 66/15 66/21 71/5

76/9 84/25 94/13 94/22 95/20 100/1 100/6 104/9 109/3 125/24
taken [14]  41/13 43/5 46/9 56/12 57/9 57/12 80/24 81/5 82/2 82/16 82/20 83/11 88/11 98/16
taking [7]  23/4 50/20 53/9 71/10 74/5 160/11 162/9
talk [17]  10/21 11/14 29/15 42/3 69/14 73/15 107/6 107/11 115/8 119/7 130/10 139/15 143/9 152/7 156/24 160/7 161/1
talked [8]  15/3 19/6 29/10 62/25 126/15 143/10 150/19 160/6
talking [23]  4/19 19/24 20/14 21/15 22/13 35/15 37/14 37/17 44/10 45/22 47/8 49/3 52/13 52/17 52/17 52/20 64/3 66/8 70/3 92/3 105/23 107/18 131/11
talks [1]  141/14
tampered [2]  48/11 65/14
TARANTO [41]  1/5 3/4 3/11 11/17 29/18 29/19 30/14 32/6 33/11 34/14 35/6 36/18 37/24 44/17 52/17 53/23 55/17 55/21 57/2 57/12 63/4 63/19 68/12 68/25 71/25 91/7 92/17 94/14 94/21 94/24 95/12 97/10 97/13 97/24 130/13 132/21 136/14 150/16 161/11 161/17 162/13
Taranto's [9]  51/21 51/23 53/4 77/15 82/12 96/11 139/2 139/4 161/2
targeted [1]  161/20
task [6]  6/22 107/25 108/15 108/16 109/16 112/6
TAYLOR [3]  1/5 3/4 11/17

team [10]  25/3 25/23 47/19 51/11 55/20 70/10 73/14 81/4 89/5 96/12
tech [5]  39/4 41/6 53/16 54/11 81/11
tech's [1]  42/20
technician [26]  5/16 6/23 7/5 7/7 7/10 7/17 7/21 7/25 8/22 8/25 9/18 10/5 10/7 16/22 16/24 18/5 23/17 37/2 37/15 38/14 39/21 39/24 41/2 50/9 67/13 87/2
technicians [9]  7/3 7/25 9/6 9/10 10/9 37/4 41/17 59/13 67/19
technique [1]  143/14
techs [4]  8/10 10/3 59/10 96/17
television [1]  65/17
tell [25]  6/20 7/9 10/21 11/1 16/8 16/21 30/11 40/1 43/13 67/20 72/22 73/16 79/5 81/25 84/4 84/20 86/25 90/10 100/13 110/7 111/18 120/13 123/16 140/5 142/25
telling [4]  128/19 142/5 142/10 143/6
tells [1]  136/7
ten [1]  36/25
ten-minute [1]  36/25
tend [1]  42/8
term [12]  16/22 40/18 42/7 47/11 52/23 66/10 73/2 87/3 132/13 141/2 141/7 141/9
termed [1]  53/20
terms [4]  53/16 56/2 90/10 93/6
terror [1]  42/12
terrorists [1]  42/12
Tesla [1]  64/8
test [7]  7/13 102/20 104/9 104/12 104/13 104/19 104/21
tested [5]  73/12 125/25 126/5 126/23 127/21
testify [13]  11/16 14/2 65/3 65/6 75/16 82/8

# T

**testify... [7]** 87/4 88/25 92/18 95/8 98/14 129/5 155/20

**testifying [2]** 19/4 20/10

**testimony [8]** 5/6 5/22 17/3 97/20 99/17 101/13 114/12 155/3

**testing [1]** 126/23

**text [2]** 16/11 67/10

**than [16]** 5/8 9/5 10/25 14/2 23/5 36/25 40/4 45/8 47/12 49/12 100/11 102/23 111/4 119/13 145/3 162/13

**thank [31]** 6/1 15/19 19/18 21/24 27/24 46/1 51/12 51/14 86/8 99/15 99/17 99/20 99/21 101/4 101/16 101/17 101/18 114/21 119/17 125/7 130/7 133/11 135/20 151/5 154/3 155/3 155/5 155/6 160/21 163/2 163/14

**Thanksgiving [2]** 159/5 159/6

**that [686]**

**that's [38]** 15/23 17/21 21/4 24/4 26/1 26/13 34/9 34/17 44/14 49/8 52/14 52/15 54/10 54/23 55/1 60/25 62/6 76/17 83/3 85/19 86/15 92/6 107/8 108/18 117/23 120/1 123/18 127/15 138/13 142/12 147/24 149/1 151/4 157/11 158/18 158/25 160/13 162/24

**their [15]** 17/17 17/18 25/1 25/12 35/25 37/14 59/19 61/21 76/14 91/2 95/8 135/22 141/20 151/17 157/4

**them [39]** 4/16 6/3 6/4 8/17 9/25 10/1 14/6 25/4 25/10 29/12 40/9 43/10 59/9 59/19 59/20 60/14 65/16 69/22 70/18 71/2 82/13 83/17 88/15 88/20 98/13 98/14 108/18 121/7

23/9 25/8 134/15 141/16 142/10 143/6 152/25 159/17 159/25 159/25 160/1

**themselves [3]** 17/16 36/6 36/21

**then [39]** 4/1 5/9 7/14 9/13 20/16 20/19 23/1 30/1 47/4 54/7 62/10 62/11 62/20 65/10 76/11 79/18 84/20 85/10 90/15 93/13 100/4 100/19 100/19 100/25 103/13 107/17 108/13 109/25 121/17 125/15 133/24 140/5 146/21 146/24 147/16 147/22 157/20 160/14 161/13

**theoretical [1]** 69/4

**theory [2]** 148/21 148/23

**there [243]**

**there's [16]** 7/22 9/24 17/4 22/24 48/3 62/21 74/25 112/8 120/25 121/25 149/2 149/5 149/7 152/20 153/1 154/19

**thereafter [1]** 70/10

**thereof [3]** 19/1 66/6 83/4

**thermal [3]** 61/3 61/7 61/9

**these [18]** 4/23 11/4 20/18 41/18 42/13 43/15 43/17 43/24 56/2 73/2 79/15 80/24 85/13 122/19 125/15 125/23 154/15 162/4

**they [119]** 3/24 4/19 7/1 7/12 8/17 9/1 10/24 13/15 13/17 14/4 14/5 17/14 17/15 18/24 19/8 19/14 22/16 25/2 25/12 25/21 29/19 29/21 34/13 34/13 35/8 35/8 36/6 36/7 36/8 36/19 36/20 37/6 37/7 38/9 38/12 38/22 39/12 40/11 40/15 40/22 41/1 41/19 42/13 44/1 45/13 47/11 48/4 56/23 57/19 59/20 60/13 60/15

60/23 61/20 62/18 62/19 63/10 63/11 65/21 69/22 69/24 70/10 71/1 73/3 73/8 75/1 75/3 77/6 78/13 78/18 79/3 83/5 86/20 87/1 90/22 94/2 94/3 95/1 95/3 95/5 95/8 95/24 96/3 96/25 98/6 98/7 99/11 105/10 107/16 121/6 121/8 121/9 122/23 123/9 124/11 124/16 128/3 128/21 128/22 129/19 135/1 135/2 135/6 135/21 137/5 138/1 141/16 141/22 142/9 142/10 148/4 149/21 154/13 158/5 158/7 158/7 161/13 162/23 163/5

**they've [2]** 22/17 130/3

**thing [14]** 22/21 31/22 41/1 46/14 46/18 46/20 48/14 55/3 86/24 88/16 100/9 122/13 139/13 155/12

**things [22]** 11/11 11/13 17/13 19/5 31/23 32/5 40/11 42/13 50/17 73/5 75/10 80/2 81/12 88/1 92/16 122/19 123/24 126/7 126/14 127/16 128/4 142/1

**think [42]** 4/8 4/25 9/14 14/4 21/4 22/9 22/15 35/14 40/25 42/8 54/8 62/2 62/3 65/16 70/2 74/16 79/12 80/21 84/24 92/16 97/4 97/25 99/6 99/6 99/13 101/2 104/15 112/13 116/19 116/21 116/24 117/24 118/10 118/12 133/18 145/1 156/20 157/13 157/19 161/16 162/1 162/16

**thinking [2]** 76/14 135/7

**third [4]** 17/15 19/5 52/9 52/14

**thirds [2]** 50/20 73/20

**this [165]**

**those [63]** 4/21 4/22

24/8 24/25 25/3 38/23 39/10 43/21 44/17 45/18 45/23 45/24 46/11 46/19 47/2 47/2 47/6 50/2 50/17 52/4 52/7 53/21 54/3 55/17 60/18 63/10 65/20 68/3 68/4 68/5 70/23 72/10 72/15 73/3 73/12 75/1 75/5 75/8 75/14 75/16 79/12 79/20 79/23 80/4 80/20 80/21 80/21 80/25 82/10 82/11 82/14 82/16 86/18 86/22 98/4 98/12 99/2 99/10 106/7 106/19 106/23 126/2 128/4

**though [6]** 27/3 52/5 57/20 60/10 81/13 122/5

**thought [1]** 132/20

**threat [32]** 9/22 10/2 10/3 10/18 11/16 12/18 15/24 24/1 24/15 25/18 26/4 38/8 40/2 41/23 44/23 47/20 54/17 60/9 60/11 60/12 60/17 60/22 61/12 61/14 61/21 62/3 62/10 62/25 67/23 88/13 93/3 98/23

**threats [23]** 4/24 9/16 9/19 25/4 25/16 41/18 41/19 44/15 48/2 49/1 50/3 51/1 51/8 61/18 68/7 70/9 70/21 71/3 81/3 88/6 94/10 96/11 98/18

**three [4]** 8/11 8/13 159/14 161/18

**threw [2]** 147/9 147/16

**through [31]** 6/3 7/17 8/2 9/21 13/17 14/11 21/6 22/4 28/9 44/21 45/2 45/17 48/7 65/21 78/16 86/24 89/22 97/1 103/22 104/2 104/3 107/13 115/18 115/20 115/21 122/19 125/23 125/24 141/25 150/7 151/9

**throughout [1]** 8/14

**thumb [1]** 46/14

**thumb's [1]** 147/12

**thumbs [1]** 154/14

**T**

thumbs' [1] 147/8

time [71] 4/11 4/17 5/15 7/2 7/2 7/3 7/4 7/4 10/1 10/22 15/12 22/10 24/8 24/20 24/25 25/14 26/5 27/25 30/8 30/18 31/13 31/20 35/16 35/20 37/15 37/17 42/24 52/2 54/2 54/13 54/16 55/21 55/24 56/1 58/7 59/18 61/10 61/15 61/23 66/12 68/16 68/21 70/6 70/19 75/25 76/7 80/18 88/17 91/7 93/8 95/25 96/3 97/23 98/17 107/1 111/16 131/14 132/4 136/20 138/4 140/21 140/22 140/25 142/22 144/25 145/1 146/13 148/15 150/15 155/25 161/19

timed [1] 62/21

timer [4] 57/6 57/20 58/6 58/9

times [4] 42/2 144/24 154/14 161/18

timestamp [4] 115/1 115/23 116/10 117/16

timing [1] 159/15

today [15] 5/15 5/22 6/10 11/17 18/15 19/20 19/24 93/7 100/13 114/13 155/4 155/12 155/20 156/9 160/23

together [11] 20/3 21/11 54/12 90/8 104/4 106/20 125/8 151/10 151/16 151/22 154/20

told [20] 18/25 19/5 20/7 29/19 30/9 30/13 35/5 35/24 36/18 36/19 41/1 56/11 63/13 63/15 67/13 67/16 67/17 130/13 130/24 134/2

too [1] 139/25

took [3] 48/7 104/17 137/8

tools [1] 11/10

top [12] 16/1 16/3 51/2 65/15 69/2 71/1 74/3 75/3 76/25 125/17 125/20 125/21

topic [1] 135/21

totality [1] 68/18

touch [5] 60/16 117/11 138/21 138/22 139/9

touched [4] 137/12 139/4 143/11 143/12

touching [2] 68/10 144/6

tough [1] 85/25

toward [1] 46/23

towards [2] 46/22 76/20

towed [1] 95/16

towing [1] 95/25

toy [15] 121/9 121/12 121/17 121/19 146/25 147/1 147/16 147/22 148/3 148/8 148/13 148/15 153/6 153/11 153/19

toys [1] 153/13

trace [1] 83/6

tracked [1] 8/19

train [9] 7/20 59/8 120/19 120/20 123/18 123/19 123/21 123/23 128/3

trained [41] 9/8 38/12 38/25 39/8 39/19 40/3 40/4 40/15 40/24 41/17 47/19 59/7 62/19 105/24 106/8 107/8 108/11 110/5 112/15 112/24 119/24 120/2 120/7 120/9 122/15 124/4 124/11 126/3 126/10 126/23 144/20 146/14 148/10 148/11 148/12 150/19 151/9 151/12 151/23 153/13 153/20

trainer [6] 151/12 151/14 151/17 151/19 154/12 154/23

trainers [2] 151/13 152/22

training [52] 8/3 8/4 8/6 8/8 8/17 9/13 39/3 40/6 40/7 40/10 54/8 59/8 67/2 103/22 104/2 104/3 104/5 104/10 104/16 105/20 106/15 112/12 119/23 120/4 120/13 120/21 121/5 121/6 122/1 122/3

126/6 127/8 128/18 148/24 149/1 149/5 151/9 151/16 151/22 151/25 152/3 152/5 152/8 152/10 152/5 152/13 152/20 153/4 153/16

trainings [2] 106/20 106/23

transcript [6] 1/8 1/24 157/25 158/16 159/16 164/4

transcription [1] 1/24

transfer [2] 162/5 162/20

transpires [1] 35/11

trap [4] 45/11 45/12 45/14 48/3

trapped [1] 41/20

traps [2] 41/18 44/25

trash [1] 98/1

travel [1] 158/22

traveled [1] 98/14

travels [1] 93/17

tree [1] 42/14

trees [1] 34/9

Trek [87] 103/16 103/18 103/20 103/22 103/25 104/21 104/23 105/21 106/8 106/8 106/13 106/19 106/22 111/8 111/14 111/21 112/4 112/11 112/17 112/19 113/6 113/7 114/6 116/16 117/20 118/8 119/5 119/10 119/24 120/4 122/15 124/1 125/20 125/25 126/5 126/6 127/9 129/25 131/3 131/9 131/10 131/14 131/22 137/9 137/21 138/3 138/7 138/11 138/21 139/4 139/22 143/9 143/11 143/24 144/4 144/14 144/17 144/20 144/23 145/2 145/23 146/4 146/14 146/16 146/24 147/14 147/16 147/18 148/15 149/11 149/19 149/21 150/15 150/19 150/24 151/9 151/16 151/22 152/7

132/8 152/13 153/4 153/6 153/8 154/1 154/9 154/20

Trek's [9] 107/4 111/11 117/24 119/23 124/10 140/9 140/11 140/19 149/15

trial [6] 22/19 158/8 159/8 160/15 161/11 163/6

trigger [2] 53/21 68/10

trip [3] 116/17 116/19 116/24

triple [1] 78/11

trips [1] 111/2

true [5] 18/1 20/4 20/7 20/12 164/4

trunk [1] 145/12

trust [1] 107/4

truth [7] 5/22 5/23 5/23 19/15 101/14 101/14 101/14

try [8] 13/15 13/17 44/8 44/21 108/18 109/11 109/12 112/6

trying [9] 13/16 13/24 14/8 64/11 69/9 95/9 97/1 108/21 128/8

TSA [2] 46/24 47/12

TSA-style [2] 46/24 47/12

tube [1] 49/8

tugged [1] 147/22

turn [1] 135/22

turned [6] 25/3 51/10 79/8 81/3 96/12 124/24

turning [6] 25/22 32/7 47/18 70/9 115/2 140/2

turns [3] 91/7 159/20 163/3

Twenty [1] 91/19

twice [3] 138/8 138/9 138/10

two [38] 7/3 16/5 17/14 23/15 32/5 36/16 36/24 38/12 38/12 38/22 42/6 42/19 43/15 50/20 53/21 54/15 62/25 73/20 74/21 79/12 83/4 92/15 97/25 103/12 104/1 111/4 111/9 111/19 111/19 111/21 146/14 146/16 152/25 154/17 154/22

**T**

**two... [3]** 158/11 158/18 159/2
**two-minute [1]** 36/24
**two-thirds [2]** 50/20 73/20
**type [8]** 11/24 16/3 25/18 42/16 46/24 48/14 85/8 135/18
**types [6]** 16/25 40/11 41/22 106/1 106/4 106/7
**typical [3]** 60/14 67/1 82/13
**typically [9]** 14/1 24/5 27/19 48/5 56/22 56/25 60/7 62/7 148/3

**U**

**U.S [3]** 1/21 12/23 12/25
**Uh [4]** 53/18 68/22 81/1 162/7
**Uh-huh [4]** 53/18 68/22 81/1 162/7
**ultimate [1]** 72/14
**ultimately [1]** 50/12
**unable [1]** 20/11
**unaware [3]** 56/14 58/7 68/16
**unclear [1]** 20/12
**under [9]** 4/4 9/14 47/4 65/20 66/9 70/6 75/8 75/11 149/17
**underneath [3]** 47/2 50/22 51/3
**understand [12]** 13/24 14/8 20/15 20/18 60/18 64/11 71/14 92/19 126/21 141/19 158/4 158/8
**understanding [23]** 3/19 27/11 33/14 36/15 36/17 40/16 40/19 56/7 56/10 63/16 69/15 73/11 76/15 125/3 128/24 129/7 130/1 131/3 131/14 131/17 131/20 155/15 158/5
**unfortunately [2]** 68/23 125/16
**unintentionally [2]** 141/15 141/21
**unique [2]** 9/5 17/21

**unit [6]** 54/22 60/3 102/7 161/4 161/21 162/1
**UNITED [19]** 1/1 1/2 1/9 3/3 3/8 7/22 7/24 8/1 11/7 13/3 14/22 18/23 26/8 26/12 26/15 26/17 26/20 29/13 33/11
**unknown [2]** 42/5 61/14
**unless [4]** 61/6 85/20 126/3 148/3
**unproductive [1]** 121/24
**untenable [1]** 161/17
**until [5]** 28/9 101/3 133/10 134/7 149/21
**untrained [1]** 62/17
**unzip [1]** 48/6
**up [61]** 5/5 6/4 7/12 9/13 10/21 11/1 12/10 23/1 23/18 26/10 32/21 34/14 35/9 35/14 35/24 35/25 36/9 37/12 37/15 40/8 42/25 43/2 43/22 47/22 48/22 50/20 54/1 59/9 67/14 70/11 73/13 74/5 74/22 78/6 90/25 91/12 91/17 92/9 93/20 95/24 98/4 100/7 102/9 109/16 109/25 117/5 120/22 124/21 132/25 134/1 136/25 137/6 139/15 143/16 144/3 144/9 144/10 145/14 147/8 147/12 154/14
**updating [1]** 67/11
**upload [1]** 155/13
**upon [5]** 11/2 46/20 55/3 68/3 71/5
**upper [1]** 11/25
**upper-scale [1]** 11/25
**us [35]** 3/15 6/20 7/2 7/9 8/24 9/14 9/21 10/8 10/9 10/14 10/19 10/20 10/21 11/1 14/21 16/21 17/10 23/15 24/15 29/15 42/1 42/3 43/23 44/8 44/18 68/19 71/14 80/5 107/12 107/16 128/10 128/10 154/13 159/24 160/1
**USAfx [3]** 155/13

**USAO [2]** 1/11 1/14
**use [24]** 6/3 11/3 11/7 41/1 42/13 42/23 47/12 48/5 52/23 60/7 60/15 60/20 61/4 66/10 69/16 69/22 75/25 89/18 92/7 108/19 123/6 123/14 133/1 134/15
**used [16]** 16/25 40/22 41/3 42/9 53/14 53/15 53/20 69/23 75/14 75/17 75/18 82/12 82/14 122/24 134/15 135/1
**using [11]** 40/18 41/22 45/1 56/2 95/1 131/8 131/9 131/10 131/10 132/13 133/3
**usually [47]** 10/6 10/22 10/24 11/8 38/17 45/11 48/3 49/6 49/9 55/10 60/11 61/1 67/22 90/24 108/18 111/2 111/17

**V**

**vaguely [1]** 49/12
**van [76]** 32/10 36/19 36/21 36/23 36/24 37/16 37/22 37/23 37/24 38/1 38/2 38/8 39/17 39/20 39/25 41/7 43/4 43/5 43/15 43/19 43/20 43/21 43/25 44/11 44/13 44/16 44/16 45/16 46/2 46/5 46/6 46/9 46/10 46/13 47/5 49/15 50/13 51/4 51/6 51/7 55/3 64/21 64/23 68/15 68/16 69/15 70/16 70/24 71/4 71/5 71/9 71/19 72/1 72/3 72/4 72/5 72/23 73/18 74/5 74/6 75/11 75/12 77/15 77/21 79/13 79/19 82/20 87/19 89/2 89/23 90/1 90/4 94/9 96/11 139/5 143/3
**various [1]** 8/18
**vast [1]** 72/11
**vehicle [171]**
**vehicles [10]** 11/9

**41/12 41/20 64/9 64/12 65/5 103/6 104/14 115/12
vein [1]** 129/7
**venture [1]** 82/13
**verbal [3]** 108/5 108/6 147/9
**verify [3]** 20/20 57/16 57/18
**version [1]** 135/6
**versions [1]** 157/18
**versus [2]** 3/3 11/17
**very [23]** 6/5 16/11 32/12 39/5 49/10 53/16 60/25 62/12 93/4 99/21 100/12 111/13 119/22 128/15 155/4 155/5 158/7 159/18 159/19 159/19 159/19 161/23 161/23
**vetted [1]** 7/19
**via [1]** 90/23
**viability [1]** 93/3
**viable [1]** 64/12
**vicinity [5]** 34/19 37/16 46/19 54/10 98/2
**victim [1]** 161/25
**video [99]** 4/23 20/3 20/5 20/7 20/13 20/17 20/20 21/3 21/13 21/19 21/21 22/3 22/5 23/6 28/6 28/9 28/11 28/14 28/17 28/19 28/25 29/6 30/9 30/12 30/23 30/24 31/3 31/6 31/7 31/12 31/20 31/22 31/25 32/4 32/18 33/3 33/7 34/3 34/4 34/8 34/22 35/2 35/7 35/9 52/9 52/10 52/14 52/16 53/3 53/24 56/15 63/2 63/4 63/18 63/18 63/23 64/1 71/13 77/6 91/6 91/16 91/23 92/4 92/5 92/18 92/22 93/8 93/15 93/17 94/6 94/13 94/20 94/23 95/2 95/25 96/23 97/2 98/3 98/11 98/13 98/15 115/3 115/24 116/11 117/5 117/7 117/17 118/5 119/2 131/21 133/8 133/12 134/8 140/13 144/10 144/15 147/8 147/12 153/19**

## V

**videoconferencing [1]** 161/16

**videos [11]** 4/15 4/19 4/21 17/15 37/22 52/2 52/4 52/7 54/3 55/18 62/25

**view [11]** 4/14 4/17 28/18 30/5 30/8 46/2 129/1 129/1 157/17 162/25 163/1

**viewed [4]** 28/17 29/5 30/12 69/13

**viewing [3]** 4/23 30/9 31/8

**violent [1]** 6/22

**Virginia [1]** 96/4

**visible [5]** 46/8 75/4 75/12 83/4 86/3

**visual [1]** 44/21

**visually [3]** 46/16 48/22 50/25

**vitamin [1]** 72/11

**voice [1]** 142/3

**vs [1]** 1/4

**Vulcan [1]** 125/20

**Vulcan/Trek [1]** 125/20

## W

**wait [3]** 53/7 54/16 66/12

**waited [1]** 149/21

**walk [8]** 9/21 34/15 36/25 64/15 107/12 110/8 150/6 154/13

**walkaround [1]** 59/25

**walked [2]** 45/20 61/24

**walking [1]** 37/12

**want [24]** 13/15 22/20 31/23 58/2 69/14 73/15 77/6 79/2 91/13 92/7 100/16 103/2 107/16 108/23 112/8 112/12 112/16 114/19 119/22 139/15 157/9 158/15 159/2 159/22

**wanted [7]** 13/13 76/5 113/25 130/13 155/17 160/7 161/1

**wants [3]** 10/9 22/15 162/22

**war [1]** 42/12

**warning [2]** 107/22

107/23

**warrant [8]** 66/7 97/12 97/15 97/16 97/16 155/17 155/18 156/1

**was [347]**

**was -- EOD [1]** 131/7

**Washington [15]** 1/4 1/15 1/19 1/22 6/16 6/18 10/1 11/21 11/25 12/15 26/13 37/8 102/14 113/11 130/25

**wasn't [8]** 25/20 50/10 55/3 68/5 88/10 95/6 116/20 116/22

**watch [8]** 31/6 52/4 59/19 59/20 98/3 107/20 116/14 132/23

**watched [21]** 20/3 20/6 21/11 22/6 30/6 30/10 31/4 31/10 31/12 31/24 32/18 32/22 33/8 52/1 52/7 52/8 52/11 114/12 115/6 116/2 131/21

**watching [2]** 52/13 52/16

**water [1]** 161/22

**way [22]** 45/9 45/10 48/5 48/6 48/9 54/9 57/2 61/18 62/14 62/15 64/12 65/10 65/14 68/10 68/14 68/25 112/15 122/19 139/24 142/13 144/7 156/21

**Wayne [1]** 95/24

**Wayne's [3]** 95/2 96/8 96/9

**ways [2]** 60/24 142/8

**we [272]**

**We'd [1]** 146/7

**we'll [1]** 161/10

**we're [1]** 70/3

**we've [3]** 21/14 87/8 100/17

**weapons [4]** 9/7 75/21 134/2 134/11

**wearing [3]** 79/16 88/16 114/8

**wedged [1]** 74/12

**week [10]** 8/6 111/15 111/18 111/20 111/20 158/11 158/11 159/9 160/13 161/9

**weekends [1]** 158/12

**weeks [7]** 8/5 104/8 105/19 106/18 149/1 158/18 159/2

**well [37]** 6/5 12/13 12/24 17/5 19/10 22/4 22/12 25/9 29/6 30/3 30/22 32/13 41/21 52/8 54/20 56/12 68/12 86/19 87/8 91/21 92/12 93/4 95/15 102/12 106/9 106/10 106/11 107/17 109/23 121/14 122/3 123/22 137/24 145/23 147/18 153/3 159/22

**went [12]** 7/17 36/11 54/2 55/6 64/21 66/25 89/18 90/16 97/21 104/3 125/12 151/9

**were [177]**

**weren't [8]** 45/17 70/7 75/3 94/19 95/14 95/24 112/24 149/22

**what [224]**

**what's [16]** 6/20 14/6 22/9 39/1 77/8 81/17 82/8 82/19 83/20 87/12 95/4 102/6 105/18 111/11 114/15 124/1

**whatever [9]** 70/10 98/16 100/16 112/23 120/21 141/16 141/22 156/25 157/1

**whatsoever [4]** 70/20 81/2 94/8 94/22

**when [124]** 6/24 9/22 11/4 12/9 23/25 25/8 26/10 26/19 27/1 27/8 29/11 29/16 30/11 30/15 34/25 35/16 35/23 38/21 39/24 44/9 44/15 44/17 45/22 46/10 48/1 49/3 50/19 51/2 52/13 52/16 53/6 54/11 56/23 59/24 60/3 62/2 62/9 67/8 67/12 67/15 67/22 69/11 72/1 73/17 79/16 80/23 81/5 81/5 82/16 85/13 85/16 85/18 85/19 89/17 90/21 102/21 105/23 106/1 106/12 107/9 107/11 107/12 107/13 108/17 109/3 110/16

112/5 113/13 120/4 120/5 120/10 120/13 120/13 120/21 121/5 121/22 122/22 123/1 123/6 123/19 128/3 128/7 128/11 128/19 129/12 129/16 129/24 130/10 131/17 134/1 136/4 136/10 136/13 137/8 137/12 137/15 138/3 138/21 139/13 140/8 141/13 141/16 141/19 142/9 143/5 148/8 148/9 148/10 148/25 149/23 150/24 151/22 152/8 152/13 153/6 153/13 154/9 154/15 154/22 157/22 159/7 161/18 163/11

**whenever [2]** 36/4 120/17

**where [52]** 6/12 10/21 11/1 16/5 29/20 35/23 36/5 36/7 36/7 36/9 36/17 36/22 37/20 38/2 42/13 45/16 57/15 60/15 62/13 70/23 72/16 74/19 74/25 75/1 83/10 83/10 85/24 88/19 88/20 92/17 98/2 110/6 110/9 110/11 110/13 111/21 118/24 122/2 122/6 122/9 125/25 127/21 136/18 138/19 142/19 142/20 152/23 154/7 154/13 154/18 154/21 154/22

**whether [32]** 8/1 9/7 10/7 17/14 19/8 20/17 22/13 22/21 22/23 22/25 44/25 48/1 58/11 64/17 68/19 70/10 73/5 76/12 87/24 88/8 94/12 96/16 97/16 109/7 113/17 129/5 129/7 136/22 136/22 148/18 150/25 152/20

**which [34]** 5/6 17/13 18/22 20/17 22/21 29/20 30/15 32/19 42/11 43/20 44/19 46/8 49/25 53/17 61/15 62/14 62/18 73/3 79/9

# W

**which... [15]** 79/25 79/25 81/18 100/12 107/20 108/18 109/14 114/16 127/8 129/2 150/21 155/15 156/1 160/5 160/11
**while [16]** 5/19 17/16 25/6 34/17 40/10 57/3 59/21 68/10 68/15 68/25 70/15 70/24 77/18 100/20 136/17 162/2
**white [1]** 83/7
**who [22]** 17/17 18/9 26/6 37/7 44/12 47/19 47/24 50/5 52/10 56/8 63/15 66/23 67/1 67/7 102/2 103/20 104/16 113/19 129/18 149/13 151/15 154/23
**whoever [1]** 128/10
**whole [5]** 5/23 31/22 101/14 111/20 131/2
**wholeheartedly [1]** 78/8
**whose [5]** 81/10 82/5 82/10 91/15 159/19
**why [20]** 3/20 5/12 5/12 13/17 22/12 33/17 78/21 102/16 108/4 108/7 108/20 110/4 111/5 112/22 115/11 118/23 123/18 138/13 138/15 158/17
**wide [2]** 49/9 87/3
**will [46]** 5/22 5/22 9/12 19/16 21/21 30/22 45/12 45/12 45/13 53/8 63/14 66/15 76/20 78/24 78/25 80/16 84/24 87/7 93/2 95/20 100/1 100/7 100/9 101/13 103/12 114/20 115/1 115/2 121/17 142/20 142/22 148/3 148/5 148/13 152/17 157/19 157/20 157/21 157/22 158/18 159/5 159/16 159/20 160/19 162/16 163/11
**William [1]** 130/25
**window [3]** 45/17 115/14 115/19

**windows [3]** 44/22 45/2 89/23
**wires [3]** 65/15 65/20 86/3
**wise [1]** 70/24
**wishes [1]** 157/17
**within [3]** 41/23 47/22 49/2
**without [4]** 46/16 66/6 90/11 108/1
**witness [29]** 2/2 5/15 13/11 13/17 13/18 14/11 22/22 23/1 23/3 30/18 30/19 30/22 43/9 43/10 57/22 57/24 76/9 76/16 76/18 77/17 79/1 97/4 100/1 100/8 101/9 105/6 114/15 150/6 155/8
**witnesses [3]** 3/24 5/2 5/9
**won't [3]** 125/24 129/5 159/4
**wooded [6]** 34/9 34/11 34/15 34/19 37/13 37/20
**wooden [1]** 29/20
**word [5]** 23/1 53/10 63/20 84/25 109/15
**words [3]** 44/21 67/22 112/1
**work [11]** 39/4 49/20 61/18 102/7 111/17 111/20 119/14 158/22 159/16 159/19 159/20
**work-related [1]** 158/22
**worked [3]** 65/10 102/4 102/8
**workers [1]** 113/8
**working [7]** 9/12 12/20 24/8 62/9 103/24 111/8 133/25
**works [2]** 113/5 128/24
**worn [3]** 91/12 91/15 114/8
**worst [2]** 61/17 98/19
**worst-case [2]** 61/17 98/19
**worth [2]** 66/16 95/21
**would [133]** 3/19 3/21 3/22 4/11 4/16 10/8 10/21 10/21 11/1 13/12

13/14 15/12 19/5 19/20 21/17 22/3 23/5 24/23 28/1 30/17 33/23 35/18 40/5 41/11 41/12 43/1 44/2 44/13 47/18 48/4 48/4 54/18 54/20 54/22 56/22 56/25 57/2 57/14 57/16 57/17 60/3 60/7 60/9 60/12 60/14 60/17 60/20 60/23 61/3 61/5 62/20 68/25 69/12 70/11 73/13 76/8 76/8 76/10 76/20 78/19 78/23 80/7 80/9 81/19 82/13 82/22 84/6 86/11 90/6 90/24 90/25 97/2 98/16 100/22 101/2 105/7 105/9 106/1 106/4 107/9 107/16 107/20 108/4 108/17 108/20 109/3 109/7 109/13 109/14 109/14 109/15 110/1 110/2 110/4 110/6 111/14 111/25 112/8 112/9 112/10 112/19 122/1 122/18 124/11 124/17 128/22 130/18 132/3 132/23 134/4 135/7 139/6 140/12 145/13 153/6 153/11 154/11 154/17 154/23 155/1 155/12 155/25 156/5 157/2 157/24 158/10 158/15 158/24 159/3 159/7 160/10 160/12 162/4
**wouldn't [7]** 45/4 70/4 70/6 71/16 85/21 122/8 137/20
**write [1]** 113/2
**writing [1]** 119/13
**wrong [1]** 122/13
**wrote [1]** 90/19

# Y

**yeah [13]** 52/8 65/15 98/5 103/3 103/7 108/7 112/18 115/18 121/4 128/15 140/4 140/22 144/9
**year [4]** 3/3 8/14 8/19 111/16
**years [14]** 6/19 7/8

13/14 15/12 19/5 19/20 102/5 102/9 102/11 102/23 102/24 103/5 103/11 103/12 104/1 111/9
**yes [184]**
**yesterday [4]** 18/21 19/6 22/11 98/11
**yet [2]** 105/16 148/16
**you [846]**
**you'd [2]** 109/21 137/20
**You'll [1]** 5/5
**you're [13]** 41/6 68/11 92/16 113/22 121/5 128/11 128/11 128/23 132/13 141/13 141/13 141/25 142/12
**you've [6]** 15/3 52/4 52/7 103/5 103/14 127/24
**your [180]**
**Your Honor [74]** 3/2 3/7 3/10 3/22 5/14 5/18 6/1 13/12 13/23 14/9 14/12 15/12 15/17 15/19 19/3 19/10 19/18 20/9 20/19 21/17 21/20 21/24 21/25 22/8 24/10 27/21 27/25 30/17 31/13 32/24 43/8 44/2 51/13 66/13 74/9 75/24 77/3 78/1 78/17 84/9 91/14 92/15 92/16 96/23 99/13 99/20 100/2 101/4 101/7 105/5 105/9 114/21 114/23 119/16 125/5 128/14 128/25 129/22 142/14 146/9 151/6 155/11 155/25 156/14 156/17 157/9 157/24 158/20 160/4 160/7 160/18 160/24 161/1 161/24
**yourself [7]** 6/11 52/1 68/24 71/13 137/10 140/19 145/20
**yourselves [1]** 3/6
**YouTube [2]** 63/11 63/13

# Z

**zipped [1]** 67/25
**zipper [1]** 48/10

# Z

**zippers [1]** 46/25
**zoomed [1]** 85/1
**zoomed-in [1]** 85/1