UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-229 (CJN) |
| | : | |
| TAYLOR FRANKLIN TARANTO, | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION FOR EXTENSION**

The United States of America jointly with counsel for the Defendant hereby respectfully move the Court for an extension of time on all pending supplemental motion and response dates in this matter pertaining to the Defendant's motion to suppress.

On October 24, 2023, the Court held a hearing on the Defendant's motion to suppress, and after conferring with the parties, issued a scheduling order requiring the Defense to file their supplemental brief in support of their motion to suppress by November 9, 2023, with the government responding by November 22, 2023, and replies due by November 29, 2023.

Both Defense and Government Counsel received the transcript from the hearing on November 7, 2023. As a result, Defense Counsel now respectfully requests an extension in their deadline to file their supplemental brief in support of their motion to suppress until November 14, 2023. The Government accordingly requests a reciprocal extension to file its response until November 30, 2023. Defense Counsel then requests an extension to file any reply to December 7, 2023.

Both the Government and the Defense are in agreement with the aforementioned extensions.

        Respectfully submitted,


        ATTORNEY FOR MR. TARANTO

        _____
        Kathryn D'Adamo Guevara
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W. Suite 550
        Washington, D.C. 20004
        Email: Katie_Guevara@fd.org
        Telephone: (202) 227-0640


        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052

By:        _____/s/    Allison Ethen_____
        Allison K. Ethen
        MN Bar No. 0395353
        Colin Cloherty
        D.C. Bar No. 1048977
        Assistant United States Attorneys
        601 D Street NW, Fifth Floor
        Washington, D.C. 20530
        E-mail: Allison.ethen@usdoj.gov
        Telephone: (612) 664-5575