UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | Case No. 23-cr-229 (CJN) |
| : | |
| TAYLOR FRANKLIN TARANTO, : | |
| : | |
| Defendant.    : | |

**UNOPPOSED MOTION FOR EXTENSION**

Defendant hereby respectfully moves the Court for a two day extension of time on all pending supplemental motion and response dates in this matter pertaining to the Defendant's motion to suppress.

On October 24, 2023, the Court held a hearing on the Defendant's motion to suppress, and after conferring with the parties, issued a scheduling order requiring the Defense to file their supplemental brief in support of their motion to suppress by November 9, 2023, with the government responding by November 22, 2023, and replies due by November 29, 2023.

Both Defense and Government Counsel received the transcript from the hearing on November 7, 2023. On November 13, 2013, this Court granted an extension of the governing deadlines to:  November 14, 2023, for Defense Counsel's supplemental brief in support of the motion to suppress, November 30, 2023, for the government to file its supplemental response, and until December 7, 2023, for Defense Counsel to file any reply.   Defense Counsel requests a brief extension of two additional days for their supplemental brief.  The Government is unopposed provided its own deadline is extended as well.   Therefore, Defense Counsel respectfully asks that the Court extend the supplemental briefing deadlines as follows:   Defense Counsel's supplemental brief due November 16, 2023; the Government's supplemental response due

December 4, 2023 (accounting for the weekend); and Defense Counsel's supplemental reply due December 11, 2023 (again accounting for the weekend).

                Respectfully submitted,

                ATTORNEYS FOR MR. TARANTO

By:         /s/   Courtney L. Millian
                COURTNEY L. MILLIAN
                D.C. Bar No. 165991
                KATHRYN D'ADAMO GUEVARA
                Assistant Federal Public Defenders
                625 Indiana Avenue, N.W. Suite 550
                Washington, D.C. 20004
                Email: Courtney_Millian@fd.org
                Telephone: (202) 227-0640