UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TAYLOR TARANTO,**<br><br>           **Defendant.** | Cr. No. 23-229 (TJK) |

## MOTION FOR LEAVE TO LATE FILE SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF MOTION TO SUPPRESS

Undersigned counsel on behalf of Taylor Taranto moves for Leave to Late File his supplemental reply brief in support of his motion to suppress. In support of his motion to Late File, undersigned counsel states:

1. Undersigned Counsel was in trial before Chief Judge Boasberg until Monday, December 11, 2023.

2. Unfortunately as a result, Counsel missed the deadline to file this reply.

3. Counsel respectfully requests leave from the Court to late file this supplemental reply brief by one day.

Wherefore, undersigned counsel respectfully requests that the Court grant this Motion for Leave to Late File Mr. Taranto's Supplemental Reply Brief in Support of his Motion to Suppress.

                                        Respectfully submitted,
                                        A.J. KRAMER
                                        FEDERAL PUBLIC DEFENDER

                                        _____/s/_____
                                        Kathryn D'Adamo Guevara

Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500