# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No.: 23-cr-229 |
| v. | : | |
| **TAYLOR TARANTO** | : | |
| | : | |
| Defendant. | | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Carlos A. Valdivia, who may be contacted by telephone at (202) 252-7508 or e-mail at Carlos.Valdivia@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

Sincerely,

*/S/ Carlos A. Valdivia*
Carlos A. Valdivia
DC Bar No. 1019242
Assistant United States Attorney
 601 D Street, N.W.
Washington, D.C. 20579
Phone: (202) 252-7508

## **CERTIFICATE OF SERVICE**

On this 19h day of December 23, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

> */S/ Carlos A. Valdivia*
> Carlos A. Valdivia
> Assistant United States Attorney