UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-cr-229 (CJN) |
| | : | |
| **TAYLOR FRANKLIN TARANTO,** | : | |
| | : | |
| Defendant. | : | |

### JOINT MOTION TO SET PRE-TRIAL BRIEFING SCHEDULE

The United States of America, by and through the United States Attorney for the District of Columbia, and the defendant Taylor Taranto, by and through counsel, respectfully propose a schedule for pre-trial briefing and hearings before the scheduled July 8, 2024 jury trial in this matter. At a status hearing on December 18, 2023, the Court ordered the parties to propose pre-trial briefing schedule no later than January 12, 2024. The parties propose the following schedule:

1. The parties shall file Pre-trial Motions and notices of Expert Witnesses on or before May 3, 2024.

2. The parties shall file Responses on or before May 17, 2024.

3. The parties shall file Replies on or before May 24, 2024.

4. The parties shall file their Pretrial Statement/Statement of the Case on or before May 24, 2024.

5. The parties request the Pretrial Conference be scheduled on June 10, 11, or 12, 2024.

1

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar Number 481052

By:    */s/ Colin Cloherty*
    Colin Cloherty
    D.C. Bar No. 1048977
    Allison K. Ethen
    MN Bar No. 0395353
    Carlos A. Valdivia
    D.C. Bar No. 1019242
    Assistant United States Attorneys
    601 D Street NW, Fifth Floor
    Washington, D.C. 20530
    E-mail: Colin.Cloherty@usdoj.gov
    Telephone: (202) 815-8979