UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 15, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 23-CR-229 |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| TAYLOR TARANTO, | : | 26 U.S.C. §§ 5861(d), 5845(a)(3) |
| | : | (Possession of an Unregistered Firearm) |
| Defendant. | : | 22 D.C. CODE § 4504(a)(1) |
| | : | (Carrying a Pistol Without a License |
| | : | (Outside Home or Place of Business)) |
| | : | 7 D.C. CODE § 2506.01(b) |
| | : | (Possession of a Lage Capacity |
| | : | Ammunition Feeding Device) |
| | : | 7 D.C. CODE § 2506.01(a)(3) |
| | : | (Unlawful Possession of Ammunition) |
| | : | 18 U.S.C. § 1038(a)(1) |
| | : | (False Information and Hoaxes) |
| | : | 18 U.S.C. §§ 1512(c)(2), 2 |
| | : | (Obstruction of an Official Proceeding) |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a |
| | : | Restricted Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Disorderly Conduct in a Capitol Building |
| | : | or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |
| | : | |
| | : | FORFEITURE: 18 U.S.C. § 924(d): |
| | : | 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) |

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about June 29, 2023, within the District of Columbia, **TAYLOR TARANTO** knowingly possessed a firearm, namely a Scorpion CZ short-barreled rifle, that is not registered to him in the National Firearms Registration and Transfer Record.

**(Possession of an Unregistered Firearm**, in violation of Title 26, United States Code, Sections 5861(d), 5845(a)(3))

### COUNT TWO

On or about June 29, 2023, within the District of Columbia, **TAYLOR TARANTO** did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a Scorpion CZ pistol, without a license issued pursuant to law.

**(Carrying a Pistol Without a License (Outside Home or Place of Business)**, in violation of 22 D.C. Code, Section 4504(a)(1) (2001 ed.))

### COUNT THREE

On or about June 29, 2023, within the District of Columbia, **TAYLOR TARANTO** did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol, namely a Smith & Wesson M&P Shield firearm, without a license issued pursuant to law.

**(Carrying a Pistol Without a License (Outside Home or Place of Business)**, in violation of 22 D.C. Code, Section 4504(a)(1) (2001 ed.))

## COUNT FOUR

On or about June 29, 2023, within the District of Columbia, **TAYLOR TARANTO** did possess a large capacity ammunition feeding device.

(**Possession of a Large Capacity Ammunition Feeding Device**, in violation of 7 D.C. Code, Section 2506.01(b) (2001 ed.))

## COUNT FIVE

On or about June 29, 2023, within the District of Columbia, **TAYLOR TARANTO** did possess 9-millimeter ammunition without being the holder of a valid registration certificate for a firearm.

(**Unlawful Possession of Ammunition**, in violation of 7 D.C. Code, Section 2506.01(a)(3) (2001 ed.))

## COUNT SIX

On or about June 28 and 29, 2023, within the District of Columbia and elsewhere, **TAYLOR TARANTO** did intentionally convey false and misleading information under circumstances where such information may reasonably have been believed, that indicated that an activity would take place that would constitute a violation of Chapter 40 of Title 18 United States Code (malicious damaging of any building or vehicle, in violation of 18 U.S.C. § 844(f)(1)), specifically, that he would maliciously damage or destroy, or attempt to damage or destroy, by means of an explosive, the National Institute of Standards and Technology.

(**False Information and Hoaxes**, in violation of Title 18, United States Code, Section 1038(a))

3

## COUNT SEVEN

On or about January 6, 2021, within the District of Columbia and elsewhere, **TAYLOR TARANTO** attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, specifically, Congress's certification of the Electoral College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18.

**(Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

## COUNT EIGHT

On or about January 6, 2021, in the District of Columbia, **TAYLOR TARANTO** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so.

**(Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT NINE

On or about January 6, 2021, in the District of Columbia, **TAYLOR TARANTO** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions

4

**(Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

### COUNT TEN

On or about January 6, 2021, in the District of Columbia, **TAYLOR TARANTO** willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

**(Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

### COUNT ELEVEN

On or about January 6, 2021, in the District of Columbia, **TAYLOR TARANTO** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

**(Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

### FORFEITURE ALLEGATION

1.  Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Scorpion CZ firearm, a Smith & Wesson MP Shield firearm, and 9-millimeter ammunition.

2.	If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)	cannot be located upon the exercise of due diligence;

(b)	has been transferred or sold to, or deposited with, a third party;

(c)	has been placed beyond the jurisdiction of the Court;

(d)	has been substantially diminished in value; or

(e)	has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**(Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

## REIMBURSEMENT

1.  Pursuant to 18 U.S.C. § 1038(c)(1), if the defendant is convicted on Count Six (False Information and Hoaxes), the Court "shall order the defendant to reimburse any state or local government, or private not-for-profit organization that provides fire or rescue service incurring expenses incident to any emergency or investigative response to that conduct, for those expenses."

A TRUE BILL:

FOREPERSON.

*Matthew M Graves/by*

Attorney of the United States in
and for the District of Columbia.