UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TAYLOR TARANTO,<br><br>   *Defendant*. | Criminal Action No. 1:23-cr-00229 (CJN) |

### ORDER

This matter is before the Court on Defendant Taylor Taranto's Motion to Suppress, ECF No. 30.

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion, ECF No. 30, is **DENIED.**

DATE: March 6, 2024

                                 CARL J. NICHOLS
                                 United States District Judge