# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No. 23-cr-229 (CJN) |
| v. | : | |
| | : | |
| **TAYLOR FRANKLIN TARANTO,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The government requests that the attached Expert Notice, dated April 12, 2024, be made part of the record in this case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Carlos A. Valdivia
CARLOS A. VALDIVIA
D.C. Bar No. 1019242
ALLISON K. ETHEN
SAMUEL WHITE
Assistant United States Attorneys
601 D Street, NW
Washington, D.C. 20530
(202) 252-7508
Carlos.Valdivia@usdoj.gov



U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Patrick Henry Building*
*601 D Street N.W.*
*Washington, D.C.  20530*

April 12, 2024

**By E-mail and ECF**
Kathryn D'Adamo Guevara, Esq.
katie_guevara@fd.org
Counsel for Taylor Taranto

       Re: *United States v. Taylor Taranto*
          **Case No. 23-cr-229 (CJN)**

Dear Counsel:

  We are writing pursuant to Rule 16 of the Federal Rules of Criminal Procedure to provide notice of the following expert witness whom the government may call at trial in this matter:

### Tiffany L. Smith, M.S., Forensic DNA Examiner

  Tiffany L. Smith is an expert in the field of forensic serology and forensic DNA analysis. She currently works as a Case Flow Program Manager in the FBI Laboratory DNA Casework Unit in Quantico, Virginia. In order to obtain her position as a forensic examiner, Forensic DNA Examiner Smith was required to successfully complete oral boards on the topics of serology, DNA, and population genetics and statistics, moot court exercises to ensure that she can explain her findings to an audience and pass a competency test in DNA interpretation. Since being qualified as a forensic examiner, Forensic DNA Examiner Smith has been required to participate in at least two proficiency tests per year.

  Forensic DNA Examiner Smith has performed DNA analysis and interpretation on thousands of criminal cases.

  The probabilistic genotyping software, STRmix™ has been used by the FBI Laboratory DNA Casework Unit since 2015 to assist with the interpretation of evidence DNA profiles and statistical analysis. In Forensic DNA Examiner Smith's time at the FBI Laboratory, she has utilized STRmix™ in hundreds of criminal cases, to include the case at hand.

## Qualifications, Publications, and Testimonies

All qualifications, as well as a list of all other cases during the previous 4 years in which Forensic DNA Examiner Smith has testified as an expert, are contained within her curriculum vitae, which has been separately provided to you.

## The Witness's Opinions

At trial, Forensic DNA Examiner Smith will provide general background information regarding forensic DNA testing and will describe/define deoxyribonucleic acid (DNA), how DNA varies from person to person, how DNA may transfer from its original source to another person and or object, and what factors may affect the quality and or quantity of DNA detected. Forensic DNA Examiner Smith will testify that when evidence is received at the FBI Laboratory for DNA analysis, a team of biologists process the evidence in accordance with the Standard Operating Procedures of such tests, the results of which are then reviewed by the Forensic Examiner in the DNA Casework Unit assigned to the case, to ensure no additional testing is needed.

Forensic DNA Examiner Smith will provide her expert opinion that from the samples submitted to her for analysis, DNA profiles were recovered. Forensic DNA Examiner Smith will describe the process used to recover those profiles, which include collection, extraction, quantitation, amplification, analysis, and interpretation. This will also include describing the individualizing characteristics used to conduct a DNA analysis, i.e., short tandem repeats, how DNA typing is performed at the FBI Laboratory and the possible outcomes of a DNA examination. She will also explain how a DNA profile is interpreted, what factors may affect such interpretation, and the process for determining the number of contributors to an evidentiary profile.

Forensic DNA Examiner Smith determined that the DNA profiles developed in this case were suitable for comparison and compared these DNA profiles using the applicable Quality Assurance Manual and Standard Operating Procedures in place at the time at the FBI Laboratory,[1] calculated statistics, and documented her conclusions in written reports dated September 20, 2023, and November 6, 2023, which have been provided to you. She will describe how such comparisons were performed and what possible conclusions may be reached in performing forensic DNA examinations in accordance with the United States Department of Justice Uniform Language for Testimony and Reports.[2]

More specifically, Forensic Examiner Smith will testify regarding the examinations she conducted in this case, the results of which are contained in her Laboratory Reports dated September 20, 2023, and November 6, 2023.

The probabilistic genotyping software program called STRmix™, was used by Forensic DNA Examiner Smith in this case. She will explain that the DNA profile(s) developed in this case were imported into the STRmix™ software, which calculates a statistical probability called a

---

[1] The Quality Assurance Manual and relevant Standard Operating Procedures used in this case will be produced along with the DNA discovery file.

[2] *Uniform Language for Testimony and Reports*, Dep't of Justice, https://www.justice.gov/olp/uniform-language-testimony-and-reports.

"likelihood ratio."[3]  For an inclusion, the likelihood ratio describes how much more likely it is to obtain the DNA results if the person of interest is a contributor to the DNA profile, rather than if an unknown, unrelated person is a contributor to the DNA profile.  She will further explain that the FBI Laboratory uses a qualitative verbal scale to describe the strength of support that likelihood ratio provides to the conclusion.  She may explain that the Scientific Working Group on DNA Analysis Methods (SWGDAM) recommends these supplementary verbal qualifiers, which are reflected in the FBI Standard Operating Procedures.[4]  She may also explain that the STRmix™ software has been thoroughly validated, both developmentally by the manufacturer and internally by the FBI Laboratory prior to its use in forensic casework, and the software is used widely within the forensic community which means that numerous laboratories have tested the STRmix probabilistic genotyping software and found it to reliably produce accurate results.  In addition, she may testify that the use of STRmix™ has been subject to extensive peer-reviewed publications.  She may testify that the internal parameters and the protocol for using STRmix™ were developed based upon the FBI Laboratory's internal validation studies and can be found in the FBI Laboratory Procedures.  Forensic DNA Examiner Smith will testify that she used STRmix™ in accordance with those procedures, which was verified by another qualified Forensic Examiner during the technical review process.

### The Basis and Reasons for the Witness's Opinions

Forensic DNA Examiner Smith's opinions are based on her personal examination of the results as well as her training, education, experience, and expertise as a Forensic DNA Examiner.  Forensic DNA Examiner Smith's expert forensic opinions, and the basis for those opinions, are guided by Standard Operating Procedures and applicable Quality Assurance Manual (both of which will be provided in discovery shortly) and set forth more fully in her written reports dated September 20, 2023, and November 6, 2023.  Forensic DNA Examiner Smith may also rely on peer-reviewed literature to provide context to the DNA results, e.g., transfer, persistence, and recovery of DNA profiles on items of evidence.

Reviewed and Approved By: /s/ Tiffany L. Smith
Tiffany L. Smith, M.S.

Sincerely,

Matthew M. Graves
United States Attorney

---

[3] "A likelihood ratio (LR) is a statistic for the comparison of the probability of the evidence (E), given two competing propositions. The inclusionary proposition (H1), includes the person of interest and, for mixed samples, known and/or unknown, unrelated individuals. The total count of individuals included in the proposition is equal to the number of contributors interpreted to be in the sample. The exclusionary proposition (H2) generally consists of unknown, unrelated individuals, equaling the total number of contributors interpreted to be in the sample." *Department of Justice Uniform Language for Testimony and Reports for Forensic Autosomal DNA Examinations Using Probabilistic Genotypic System* (December 12, 2022).

[4] *Recommendations of the SWGDAM Ad Hoc Working Group on Genotyping Results Reported as Likelihood Ratios*, SWGDAM, https://www.swgdam.org/_files/ugd/4344b0_dd5221694d1448588dcd0937738c9e46.pdf.

By: */s/ Carlos A. Valdivia*
Allison K. Ethen
MN Bar No. 0395353
Carlos A. Valdivia
DC Bar No. 1019242
Samuel White
NC Bar No. 44908
Assistant United States Attorneys
601 D Street NW, Fifth Floor
Washington, D.C. 20530
E-mail: Carlos.Valdivia@usdoj.gov
Telephone: (202) 252-7508

Case 1:23-cr-00229-CJN   Document 51   Filed 04/12/24   Page 5 of 5