# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | No. 23-CR-229 |
| ) | |
| **TAYLOR TARANTO** ) | |
| ) | |

## NOTICE

Please enter the appearance of attorney Elizabeth Ann Mullin on behalf of Taylor Taranto in the above-captioned matter.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Elizabeth Ann Mullin
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500