UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-cr-229 (CJN) |
| | : | |
| **TAYLOR FRANKLIN TARANTO,** | : | |
| | : | |
| Defendant. | : | |

**CONSENT MOTION FOR EXTENSION**

The United States of America hereby respectfully moves the Court for an extension of time for the government to file its oppositions to the Defendant's recently filed motions (ECF Nos. 55–62), and an extension for the defense to file its replies to those oppositions. The parties have conferred and the defense consents to this request.

There is good cause for such an extension. On June 14, 2024, the Supreme Court of the United States decided *Garland v. Cargill* (No. 22-976), which discusses the federal regulation of an accessory for a semi-automatic firearm. Today, the Supreme Court decided *United States v. Rahimi* (No. 22-915), which sheds light on the "historical analogue" requirement expressed in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022). Both decisions inform the litigation in this case. The government needs additional time to ensure its position is consistent with *Cargill*, *Rahimi*, and other pending cases involving firearm regulation being litigated by the Department of Justice.

There is another upcoming ruling that may also inform the litigation in this matter. The D.C. Circuit's pending decision in *Hanson v. District of Columbia* (No. 23-7061) may determine the legality of the District's restrictions on large-capacity magazines. The government seeks additional time to incorporate this pending decision in its briefs.

For these reasons, the government respectfully requests that the Court move the deadline for oppositions from June 28th to July 25th. The parties have conferred about the impact this would have on the schedule for the defense's replies. Taking into consideration the defense's schedule, the government also respectfully requests that the Court move the reply deadlines as follows:

- For ECF numbers 55–58, and 61: from July 5th to August 9th.
- For ECF numbers 59, 60, and 62: from July 5th to September 6th.

The government has spoken to defense counsel who consents to this request.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: /s/ Carlos A. Valdivia
Carlos A. Valdivia
DC Bar No. 1019242
Allison K. Ethen
MN Bar No. 0395353
Samuel White
NC Bar No. 44908
Assistant United States Attorneys
601 D Street NW, Fifth Floor
Washington, D.C. 20530
E-mail: Carlos.Valdivia@usdoj.gov
Telephone: (202) 252-7508