UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Taylor Taranto,<br><br>Defendant. | Case No. 23-cr-229 (CJN) |

### MR. TARANTO'S ADDENDUM TO THE GOVERNMENT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR THE FILING OF MOTIONS RELATED TO THE OBSTRUCTION OF JUSTICE COUNT

Comes now, Taylor Taranto, and submits this brief addendum to the government's unopposed motion to extend the deadline to file *Fischer*-related briefs. *See* ECF. No. 64. While Mr. Taylor did not oppose the motion for an extension, Mr. Taylor makes clear that his position is that, consistent with the prior decisions of this Court, the 1512(c)(2) count must be dismissed. He agrees an extension is appropriate in order to give the government time to reconsider its previous position, potentially avoid additional litigation, and conserve judicial resources.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
SHELLI PETERSON
COURTNEY MILLIAN
ELIZABETH MULLIN
Assistant Federal Public Defenders

625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500