**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Firearms & Ammunition Technology
Division, Field Response Branch
Report of Technical Examination**



**244 Needy Road #1600
Martinsburg, WV 25405**

**Phone: 304-616-4300
Fax: 304-616-4301**

| To: | CASE#: | 23-00355 |
|---|---|---|

To:

Special Agent Steven Letteney
Bureau of Alcohol, Tobacco, Firearms and Explosives
7799 Leesburg Pike
Suite 1050n
Falls Church, Virginia 22043

**CASE#:**  23-00355

**RE:**  TARANTO, Taylor

**FRB#:**  2024-059-CBC
328416

| Date Exhibit Received:  10/30/2023 | Type of Examination Requested: |
|---|---|
| **Delivered By:**  FedEx 7738 9192 5845 | Examination, Test, Classification |

**Exhibit**:

1. Česká Zbrojovka a.s. Uherský Brod (CZ), model Scorpion EVO 3 S1, 9mm Luger caliber firearm, serial number C193454 equipped with a folding "stabilizing brace" accessory. (suspected short-barreled rifle).

**Pertinent Authority**:

Title 28 of the United States Code (U.S.C.) provides the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) the authority to investigate criminal and regulatory violations of Federal firearms law at the direction of the Attorney General.  Under the corresponding Federal regulation at 28 C.F.R. § 0.130 the Attorney General provides ATF with the authority to investigate, administer, and enforce the laws related to firearms, in relevant part, under 18 U.S.C. Chapter 44 (Gun Control Act) and 26 U.S.C. Chapter 53 (National Firearms Act). Pursuant to the aforementioned statutory and regulatory authority, the ATF Firearms and Ammunition Technology Division (FATD) provides expert technical support on firearms and ammunition to federal, state, and local law enforcement agencies regarding the Gun Control Act and the National Firearms Act.

The Gun Control Act of 1968 (GCA), 18 U.S.C. § 921(a)(3), defines the term "**firearm**" as:

"*(A) any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; (B) the frame or receiver of any such weapon; (C) any firearm muffler or silencer or (D) any destructive device. Such term does not include an antique firearm.*"

The GCA, 18 U.S.C. § 921(a)(7), defines "**rifle**" as:

"*a weapon designed or redesigned, made or remade, and intended to be fired from the shoulder and designed or redesigned and made or remade to use the energy of an explosive to fire only a single projectile through a rifled bore for each single pull of the trigger.*"

Special Agent Steven Letteney

23-00355
2024-059-CBC
Page 2

The National Firearms Act (NFA), 26 U.S.C. § 5845(a), defines "**firearm**" as:

"*(1) a shotgun having a barrel or barrels of less than 18 inches in length; (2) a weapon made from a shotgun if such weapon as modified has an overall length of less than 26 inches or a barrel or barrels of less than 18 inches in length; (3) a rifle having a barrel or barrels of less than 16 inches in length (4) a weapon made from a rifle if such weapon as modified has an overall length of less than 26 inches or a barrel or barrels of less than 16 inches in length; (5) any other weapon, as defined, as defined in subsection (e); (6) a machinegun; (7) any silencer (as defined in 18 U.S.C. § 921); and (8) a destructive device.  The term "firearm" shall not include an antique firearm or any device (other than a machinegun or destructive device) which, although designed as a weapon, the [Attorney General] finds by reason of the date of its manufacture, value, design, and other characteristics is primarily a collector's item and is not likely to be used as a weapon*."

The NFA, 26 U.S.C. § 5842, "**Identification of firearms,**" states:

"*(a) Identification of firearms other than destructive devices. - Each manufacturer and importer and anyone making a firearm shall identify each firearm, other than a destructive device, manufactured, imported, or made by a serial number which may not be readily removed, obliterated, or altered, the name of the manufacturer, importer, or maker, and such other identification as the [Attorney General] may by regulations prescribe. (b) Firearms without serial number.  Any person who possesses a firearm, other than a destructive device, which does not bear the serial number and other information required by subsection (a) of this section shall identify the firearm with a serial number assigned by the [Attorney General] and any other information the [Attorney General] may by regulations prescribe.*"

**<u>Findings</u>**:

**Exhibit 1** is a 9mm Luger caliber firearm, manufactured by Česká Zbrojovka a.s. Uherský Brod (CZ) in the Czech Republic and imported into the United States by CZ USA located in Kansas City, Kansas.  As received, Exhibit 1 is equipped with a SBTEVO accessory, marketed by SB Tactical as a "stabilizing brace."  As configured, the weapon has a rifled bore, and is designed and intended to be fired from the shoulder.  The Exhibit has an overall length of approximately 25 inches and contains a rifled barrel approximately 7-7/8 inches in length.

I measured the overall length of Exhibit 1 by placing the Exhibit on a flat surface and measuring the distance between the extreme ends along a line parallel to the center line of the bore with the muzzle device removed. Additionally, I measured the barrel of Exhibit 1 by placing the Exhibit on a flat surface, keeping the muzzle device removed, with the bolt closed.  I then inserted a cylindrical scale into the muzzle of the barrel until it touched the bolt face.

I observed the following external markings on Exhibit 1:

Side plate (left side):

- **CZ SCORPION EVO 3 S1**

Special Agent Steven Letteney                                    23-00355
                                                                2024-059-CBC
                                                                Page 3

Receiver (right side):

- **C193454** *[Serial Number]*
- **MADE IN CZECH REPUBLIC**
- **CZ-USA, KANSAS CITY, KS**

Magazine well (right side):

- **WARNING ! READ MANUAL BEFORE USE**

On the grip (left & right sides**)**:

- 

On the bolt (right side):

- **9x19**
- 
- **C193454**

On the sights (front & rear left sides):

- **CZ**

On the SBTEVO stock:

- **CZ-USA**
- **MA-USA**

Exhibit 1, being equipped with a SBTEVO "stabilizing brace" accessory, was compared to a similar CZ, model Scorpion EVO 3 S1 rifle. Exhibit 1 and the exemplar Scorpion EVO 3 S1 rifle are configured with the exact same design features and characteristics, with the exception being, the exemplar Scorpion EVO 3 S1 rifle is equipped with a manufactured shoulder stock while Exhibit 1 is equipped with the SBTEVO accessory (see attached photos). Both the manufactured shoulder stock and SBTEVO accessory facilitate firing a host firearm from the shoulder.

Special Agent Steven Letteney

23-00355
2024-059-CBC
Page 4

Exhibit 1 and the exemplar Scorpion EVO 3 S1 rifle were compared to one another where the following objective design features were found on both (see attached photos):

|  | **Exhibit 1** | **Exemplar Scorpion EVO 3 S1** |
|---|---|---|
| Rifled Bore- | Equipped | Equipped |
| Barrel Length- | 7-7/8 inches | 7-7/8 inches |
| Overall Length- | 25 inches | 26-1/4 inches |
| Weight- | 5.8 lbs. | 5.9 lbs. |
| Surface Area for Shouldering- | Yes | Yes |
| Folding Rear Attachment- | Equipped | Equipped |
| Length of Pull - | 13-1/4 inches | 14-3/8 inches |
| Sights- | Equipped | Equipped |

Exhibit 1 utilizes a rifled barrel which, having a length of 7-7/8 inches, identical to the exemplar Scorpion EVO 3 S1 rifle. Additionally, Exhibit 1, with the SBTEVO accessory attached, has an overall length and weight consistent with the exemplar Scorpion EVO 3 S1 rifle that has a known stock attached.

By way of comparison, it was found that there is little meaningful difference between the rear surface area of the SBTEVO accessory and the CZ manufactured shoulder stock (see attached photos). The shoulder stock equipped on the exemplar Scorpion EVO 3 S1 rifle is designed and intended to be placed on the shooter's shoulder when firing while the SBTEVO accessory is marketed as a "stabilizing brace."

Exhibit 1 and the exemplar Scorpion EVO 3 S1 rifle are both equipped with a side-folding stock/accessory (see attached photo). Both firearms continue to function as designed and intended when these parts are folded to the side of the firearm, further showing that neither rearward attachment is needed for the proper cycle of operation and are only present to provide a surface area to be shoulder fired. There are minimal differences between these two items. Both, the exemplar Scorpion EVO 3 S1 shoulder stock and the SBTEVO provide a surface area to be fired from the shoulder with the only difference being the SBTEVO has a split through the center of the accessory. Both attachments have similar exterior dimensions and objective design features, demonstrating that they are intended to be used in the same manner.

A length of pull measurement was conducted on Exhibit 1 by measuring the distance between the center of trigger and the center, rear surface area, of the SBTEVO accessory attached to Exhibit 1. The length of pull on rifles and/or shotguns is described as the distance from the trigger to the part of a rifle or shotgun which fits against the shoulder of a shooter. This method of measurement is commonly recognized by the firearms industry. Based on research, standard rifle designs of this type have a length of pull which range from 11-3/4 to 15 inches in length. The length of pull measurement of Exhibit 1 is similar to the length of pull measurement of the exemplar Scorpion EVO 3 S1 rifle, equipped with known shoulder stock, and is also consistent with other similarly designed rifles.

Exhibit 1 incorporates sights attached to a picatinny rail system (see attached photos). To use the sights as designed, the shooter must align the front sight post with the rear sight aperture to gain the proper eye relief. Eye relief is described as the distance from the surface of the sight and/or optic within which the shooter's eye

Special Agent Steven Letteney

23-00355
2024-059-CBC
Page 5

gains to correct sight picture or viewing angle.  If the shooter's eye is outside of this distance, then a proper eye relief is not gained and the sight and/or optic is useless to the shooter. The rear sight of Exhibit 1 has two settings, a large aperture in the "night" position and a smaller aperture "day" position for more precise aiming. The rear sight aperture when in the "day" position has an eye relief that requires the weapon to be held and fired from the shooter's shoulder in order to be used as designed.  This feature is an indication that Exhibit 1, as received, is designed and intended to be fired from the shoulder.

It was found that Exhibit 1 and the exemplar Scorpion EVO 3 S1 rifle are virtually identical in design features and characteristics with identical barrel length, and slight differences being found in overall length, weight, and length of pull.  These comparisons show that the objective design features of Exhibit 1 are consistent with those found on the exemplar Scorpion EVO 3 S1 rifle; therefore, demonstrating that they are intended to be used in the same manner.

Based on the objective design features and the physical comparisons named above, my examination revealed that Exhibit 1 is designed to be fired from the shoulder and is assembled with a rifled barrel; therefore, it is a "**rifle**" as defined in 18 U.S.C. § 921(a)(7).  Further, being a rifle having a barrel less than 16 inches in length, it is a "**firearm**" as defined in 26 U.S.C. § 5845(a).

During my examination, Exhibit 1 function tested as a semiautomatic firearm only; however, to ensure that Exhibit 1 functions as a semiautomatic firearm, I test-fired Exhibit 1 on November 1, 2023, at the ATF test range, in Martinsburg, West Virginia, using commercially available, Speer brand, 9mm Luger caliber ammunition and a magazine housed within the ATF National Firearms Collection.

I inserted the magazine with one round of ammunition, chambered the round, put the rear surface of the attached accessory to my shoulder, and pulled the trigger.  Exhibit 1 successfully expelled a projectile by the action of an explosive.

Next, I inserted the magazine with two rounds of ammunition, chambered the first round, and pulled the trigger. Exhibit 1 fired each round of ammunition by separate functions of the trigger.  I repeated this method of test fire two additional times, achieving the same results.

**<u>Conclusions</u>**:

**Exhibit 1** is weapon which will expel a projectile by the action of an explosive and incorporates the receiver of such a weapon; therefore,  Exhibit 1 is a "**firearm**" as defined in 18 U.S.C. § 921(a)(3)(A)&(B).

Exhibit 1, being a rifle with a barrel of less than 16 inches in length, is a "**firearm**" as defined in 26 U.S.C. § 5845(a)(3).

Exhibit 1, contains no NFA manufacturer's markings of identification as required by 26 U.S.C § 5842.

Special Agent Steven Letteney                                              23-00355
                                                                          2024-059-CBC
                                                                          Page 6


Examined by:


_____
Christopher Cochran
Firearms Enforcement Officer
Field Response Branch - East


Approved by:


_____
Jason Armstrong
Firearms Enforcement Officer, Acting Chief
Field Response Branch-East


Attachments: Fifteen pages bearing photos.

**This Field Response Branch report is provided in response to your request for assistance.  Please be aware that these documents may constitute "taxpayer return information" that is subject to the strict disclosure limitations provided in 26 U.S.C. § 6103.  Exceptions to the non-disclosure provisions that permit the disclosure internally within ATF are set forth in 26 U.S.C. §§ 6103(h)(2)(C) and (o)(1).  Any further disclosure of these reports is strictly limited and must be reviewed and approved by the Office of Chief Counsel prior to any information dissemination.  Failure to adhere to the disclosure limitations provided in 26 U.S.C. § 6103 could result in civil and/or criminal liability.**

Case# 23-00355
2024-059-CBC
1

## EXHIBIT 1





Case# 23-00355
2024-059-CBC
2

# EXHIBIT 1

Markings





Case# 23-00355
2024-059-CBC
3

# EXHIBIT 1

Measurements – Overall Length



Case# 23-00355
2024-059-CBC
4

# EXHIBIT 1

### Measurements – Barrel Length



Case# 23-00355
2024-059-CBC
5

# **EXHIBIT 1**
Measurements – Length of Pull



# <u>EXHIBIT 1</u>
Weight with Empty Magazine Inserted



Case# 23-00355
2024-059-CBC
7

# <u>EXHIBIT 1</u>
Sights of Exhibit 1

  

**Front sight (left), Rear sight in "night" position (center) and Rear sight in "day" position (right)**

# EXHIBIT 1(bottom) & NFC CZ Scorpion EVO 3 S1 (top)
## Comparison Photos



# EXHIBIT 1(bottom) & NFC CZ Scorpion EVO 3 S1 (top)

## Comparison Photos – Folding rearward Attachments



## NFC CZ Scorpion EVO 3 S1

### Comparison Photos – Exemplar Overall Length



Case# 23-00355
2024-059-CBC
11

# NFC CZ Scorpion EVO 3 S1

## Comparison Photos – Exemplar Barrel Length



Case# 23-00355
2024-059-CBC
12

## NFC CZ Scorpion EVO 3 S1

### Comparison Photos – Exemplar Length of Pull



# NFC CZ Scorpion EVO 3 S1
## Comparison Photos – Weight with Empty Magazine Inserted



Case# 23-00355
2024-059-CBC
14

# **EXHIBIT 1 & NFC CZ Scorpion EVO 3 S1**
## B&T Shoulder Stock (top) compared to Exhibit 1 SBTEVO "Brace" Accessory (bottom)



Designed to resemble the B&T stock for the HK MP5

Case# 23-00355
2024-059-CBC
15

# EXHIBIT 1 & NFC CZ Scorpion EVO 3 S1
## CZ Manufactured Shoulder Stock (left & top) compared to Exhibit 1 SBTEVO "Brace" Accessory (right & bottom)


