

U. S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*601 D St., N.W.*
*Washington, D.C. 20530*

September 6, 2024

**VIA E-MAIL**
**Ms. Shelli Peterson, Esq.**
**Ms. Elizabeth Mullin, Esq.**
**Ms. Courtney Millian, Esq.**

Re:  *United States v. Taylor Franklin Taranto*
 *Case No. 23-cr-229*

Dear Counsel:

The United States hereby provides to the defendant those disclosures required by Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, pertaining to the expert witness testimony of Mr. Christopher B. Cochran of the Firearms and Ammunition Technology Division of the Bureau of Alcohol, Tobacco, Firearms and Explosives, located in Martinsburg, West Virginia. As required by Rule 16, such disclosures include a complete statement of all opinions rendered by this witness that the government intends to use during its case-in-chief at trial under Federal Rules of Evidence 702, 703, or 705, or during its rebuttal to counter testimony that the defendant has timely disclosed under (b)(1)(C). It additionally includes the bases and reasons for the opinions of the witness, the qualifications of the witness, publications authored by the witness in the previous 10 years, and a list of all other cases in which, during the previous 4 years, the witness has testified as an expert.

**<u>Christopher B. Cochran – Firearms Enforcement Officer</u>**

Christopher B. Cochran is an expert in the identification, operation, and design of firearms. He currently works as the Acting Chief of the Field Response Branch – East and a Firearms Enforcement Officer (FEO) in the Firearms and Ammunition Technology Division, Firearms Technology Criminal Branch, of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). Mr. Cochran has worked in law enforcement for over 15 years, beginning in September 2008 with his initial hiring in West Virginia and including his graduation from the West Virginia State Police Academy in July 2009 and service as a Deputy Sheriff with the Berkeley County, WV Sheriff's

Office through December 2020.  Mr. Cochran began working as an FEO with the ATF in January 2021.

In his role as an FEO, Mr. Cochran, amongst other duties, conducts examinations and testing of firearms and related materials submitted as evidence by law enforcement agencies, and prepares technical reports, official correspondence, and training materials relating to the identification and origin of firearms and their classification under Federal law. To enable his carrying out of these and other duties, Mr. Cochran has attended at least 18 firearms training courses, including a Česká zbrojovka Uherský Brod (CZ) Scorpion Armorer Course and a CZ P10 Armorer Course, both taught at ATF's National Services Center. Additionally, Mr. Cochran has familiarized himself with historical firearms via tours and collection reviews at five separate armories and museums in Massachusetts, West Virginia, the District of Columbia, Virginia, and Pennsylvania, and has received manufacturing and historical instruction on firearms from factories operated by Smith & Wesson, O.F. Mossberg & Sons, Inc., and Precision Weapons Section. His training from ATF has also covered a wide range of topics, including the National Firearms Act, the Gun Control Act, and firearms identification and nomenclature.  As an FEO, Mr. Cochran has also provided training to other individuals on numerous topics, including stabilizing braces.  In addition, he stays current in his field by undergoing annual training on firearms classification and related technology.

Mr. Cochran's full qualifications, including a list of all cases during the previous 4 years in which he has testified as an expert, are contained within his Curriculum Vitae, attached as Exhibit 1 to this notice.

**The Witness's Opinions**

The United States expects Mr. Cochran will testify to the conclusions contained in the report dated November 6, 2023, which is attached to this notice as Exhibit 2.

Mr. Cochran will testify generally regarding ATF's authority under Title 28 of the U.S. Code and corresponding federal regulations to investigate criminal and regulatory violations of Federal firearms laws, and how, in accordance with the authority and mission of ATF, ATF's Firearms and Ammunition Technology Division provides expert technical support on firearms and ammunition to law enforcement entities, including through the examination,  assessment, and classification of firearms.

Mr. Cochran will testify regarding the underlying terms used in the examination, assessment, and classification of firearms, including the definitions of "firearm" and "rifle" under the Gun Control Act, the definition of "firearm" under the National Firearms Act, and the requirements for NFA manufacturer's markings for firearms under the National Firearms Act.[1]

---

[1] The government does not anticipate eliciting any testimony from Mr. Cochran regarding ATF final rule 2021R-08F, "Factoring Criteria for Firearms With Attached 'Stabilizing Braces,'" which is currently the subject of a nation-

Mr. Cochran will offer opinion testimony regarding his examination of "Exhibit 1," a 9mm Luger caliber firearm he determined was manufactured by CZ in the Czech Republic and imported into the United States via the company CZ USA. Mr. Cochran will testify regarding the measurements and observations made during his examination of "Exhibit 1," including:

- That "Exhibit 1" featured a number of external markings, including, but not limited to, the following:
    o On its left side: "CZ SCORPION EVO 3 S1"
    o On its right side: the serial number "C193454," "MADE IN CZECH REPUBLIC," and "CZ-USA, KANSAS CITY, KS"

- That "Exhibit 1" was equipped with a SBTEVO accessory.

- That "Exhibit 1" had a rifled bore, an overall length of approximately 25 inches, and a rifled barrel approximately 7 and 7/8 inches in length.

- That "Exhibit 1," as configured, was designed and intended to be fired from the shoulder.

Mr. Cochran will also testify that he performed an unloaded function test of "Exhibit 1" and concluded it is a semi-automatic weapon.  He also performed a test firing of "Exhibit 1" on November 1, 2023 at an ATF test range using commercially available 9mm ammunition, and found that "Exhibit 1" successfully expelled projectiles by the action of an explosive, with a single projectile being fired by each separate function of the trigger.

Mr. Cochran will testify that he compared "Exhibit 1" with its SBTEVO accessory to an exemplar CZ Scorpion EVO 3 S1 rifle with a CZ manufactured shoulder stock, and that in doing so he made the following conclusions regarding design features on the respective weapons:

- Both weapons were equipped with a rifled bore.

- Both weapons had a barrel length of 7 and 7/8 inches.

- "Exhibit 1" had an overall length of 25 inches, while the exemplar CZ rifle had an overall length of 26 and ¼ inches.

- "Exhibit 1" had a weight of 5.8 pounds, while the exemplar CZ rifle had a weight of 5.9 pounds.

---

wide injunction. *See Britto v. ATF*, 23-cv-019, ECF No. 68 (N.D. Tex. Nov. 8, 2023). Mr. Cochran's examination and conclusions in this case were consistent with ATF examination practices prior to the adoption of the final rule at issue in *Britto*.

- Both weapons presented sufficient surface area for shouldering the weapon, with little meaningful difference between the rear surface area of "Exhibit 1"'s SBTEVO accessory and the CZ manufactured shoulder stock on the exemplar CZ rifle, other than that the SBTEVO accessory was split through the center. The SBTEVO accessory and CZ manufactured shoulder stock featured similar exterior dimensions and objective design features, demonstrating they are intended to be used in the same manner (to facilitate firing the host firearm from the shoulder).

- Both weapons were equipped with folding rear attachments, and both weapons were capable of continuing to function as designed and intended when their respective attachments (meaning the SBTEVO accessory and CZ manufactured shoulder stock) were folded to the side of the weapon, further evidencing that both attachments were present only to provide a rear surface area for shoulder-firing.

- "Exhibit 1" had a length of pull (a commonly recognized method of measurement in the firearms industry referring to the distance from the weapon's trigger to the part of a rifle or shotgun which fits against the shoulder of the shooter) of 13 and ¼ inches, while the exemplar CZ rifle had a length of pull of 14 and 3/8 inches.  Mr. Cochran will also testify that standard rifle designs of the type reflected in the design features of "Exhibit 1" and the exemplar CZ rifle range from 11 and ¾ inches to 15 inches in length.

- Both weapons were equipped with sights (meaning a device used to assist in precise visual alignment or aiming of weapons). "Exhibit 1" incorporated sights attached to a picatinny rail system. Mr. Cochran will testify that to use the sights on a firearm as designed, the shooter must align the front sight post of the firearm with the rear sight aperture to gain proper eye relief (defined as the distance from the surface of the sight and/or optic within which the shooter's eye gains correct sight picture or viewing angle), and that the proper eye relief will differ depending upon the type of firearm and sights being used. Mr. Cochran will testify that the rear sight of "Exhibit 1" had two settings, a large aperture in the "night" position and a smaller aperture in the "day" position, for more precise aiming, and that the rear sight aperture, when in the "day" position, had an eye relief that required the weapon to be held and fired from the shooter's shoulder in order to be used as designed. He will further testify that this feature was an indication that "Exhibit 1" was designed and intended to be fired from the shoulder.

Photographs of both "Exhibit 1" and the exemplar CZ rifle during the examination and comparison process are provided in Exhibit 2.  The presentation of these images may not be identical at the time of trial, and additional examples may be presented at trial.

Mr. Cochran will testify that based upon his examination and comparison of "Exhibit 1" and the exemplar CZ rifle, he found both weapons to be virtually identical in design features and

characteristics, with identical barrel lengths and only small differences in overall length, weight, and length of pull.  He will also testify that the consistency between the design features of "Exhibit 1" and the exemplar CZ rifle demonstrated that they were intended to be used in the same manner.

Mr. Cochran will further testify that based upon his examination and comparison, he concluded that "Exhibit 1" was designed and intended to be fired from the shoulder and featured a rifled barrel, making it a "rifle" for the purposes of The Gun Control Act (18 U.S.C. § 921(a)(7)). He will also testify that, based upon his examination and comparison, that because "Exhibit 1" is a rifle having a barrel less than 16 inches in length, it is a "firearm" for the purposes of the National Firearms Act (26 U.S.C. § 5845(a)).

Finally, Mr. Cochran will testify that "Exhibit 1" did not feature NFA manufacturer's markings, as required by the National Firearms Act (26 U.S.C. § 5842).

**The Basis and Reasons for the Witness's Opinions**

Mr. Cochran's opinions are based on his personal examination of both "Exhibit 1" and the exemplar CZ rifle, as well as his training, education, experience, and expertise as a FEO and law enforcement officer.

The United States reserves the right to supplement this expert notice with additional information regarding Mr. Cochran's anticipated testimony, if necessary. If you require additional information to understand the expert's qualifications, expected testimony, or the basis for the expert's opinions, please contact me at 202-431-4453.  Please also do not hesitate to contact me should you like to arrange a time to speak with the expert prior to trial.


Sincerely,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/_____
SAMUEL WHITE
Assistant United States Attorney
N.C. Bar No. 44908
601 D Street, NW
Washington, D.C. 20530
(202) 431-4453
Samuel.white@usdoj.gov

5

cc: District Court Case File (without attachments)