# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 23-cr-00229 (CJN) |
| TAYLOR TARANTO, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Chief Assistant Federal Public Defender Michelle Peterson on behalf of the defendant, Taylor Taranto, in the above captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MICHELLE M. PETERSON
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500