UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TAYLOR TARANTO,**<br><br>       **Defendant.** | Cr. No. 23-229 (CJN) |

**NOTICE OF FILING OF WAIVER OF RIGHT TO JURY TRIAL**

      Mr. Taranto and counsel for the defense and government have executed a waiver of right to trial by jury and consent to proceed with a bench trial. Said waiver is attached as an exhibit to this notice.

      Respectfully submitted,

      A.J. KRAMER
      FEDERAL PUBLIC DEFENDER

      _____/s/_____
      Michelle Peterson
      Chief Assistant Federal Public Defender
      625 Indiana Avenue, N.W.
      Washington, D.C. 20004
      (202) 208-7500