UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-229 (CJN) |
| | : | |
| TAYLOR FRANKLIN TARANTO, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO DISMISS COUNT SEVEN

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves, under Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss Count Seven (18 U.S.C. §§ 1512(c)(2) and 2) of the Superseding Indictment without prejudice. The government is moving to dismiss Count Seven in the interest of justice.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:  /s/ Carlos A. Valdivia
Carlos A. Valdivia
D.C. Bar No. 1019242
Allison K. Ethen
MN Bar No. 0395353
Samuel White
NC Bar No. 44908
Assistant United States Attorneys
601 D Street NW, Fifth Floor
Washington, D.C. 20530
E-mail: Carlos.Valdivia@usdoj.gov
Telephone: (202) 252-7508