**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 23-cr-229 (CJN)** |
| | : | |
| **TAYLOR FRANKLIN TARANTO,** | : | |
| | : | |
| Defendant. | : | |

## CONSENT MOTION FOR EXTENSION

The United States of America hereby respectfully moves the Court for a one-week extension of time for the parties to file the Joint Pretrial Statement that is due October 11, 2024, pursuant to the Amended Scheduling Order (ECF No. 53, ¶ 7). There is good cause for such an extension: the parties need additional time to negotiate potential stipulations. The government respectfully requests that the Court move the parties' deadline for the Joint Pretrial Statement from October 11th to October 18th. The parties have conferred and the defense consents to this request.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:     */s/ Carlos A. Valdivia*
Carlos A. Valdivia
DC Bar No. 1019242
Allison K. Ethen
MN Bar No. 0395353
Samuel White
NC Bar No. 44908
Assistant United States Attorneys
601 D Street NW, Fifth Floor
Washington, D.C. 20530
E-mail: Carlos.Valdivia@usdoj.gov
Telephone: (202) 252-7508