UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TAYLOR TARANTO,<br><br>      Defendant. | Crim. Action No. 23CR229 |

**CONSENT MOTION TO WITHDRAW AS COUNSEL OF RECORD AND FOR SUBSTITUTION OF COUNSEL**

Come now, Michele Peterson, Courtney Millian, and Elizabeth Mullin, Assistant Federal Public Defenders, and respectfully move this Court to permit undersigned counsel to withdraw as counsel of record in the above-captioned matter and to appoint Criminal Justice Act attorney Edward Ungvarsky to represent Mr. Taranto in this matter. In support of this Motion, counsel states:

1. Mr. Taranto is before the Court charged with various offenses arising out of his alleged participation in the events of January 6, 2021, and a separate alleged incident on June 29, 2023. Mr. Taranto has filed a waiver of his right to a jury trial. Dkt. 82. A bench trial is scheduled for November 12, 2024.

2. Counsel from the Federal Public Defender were initially appointed to represent Mr. Taranto. There has since been a breakdown in communication between assigned counsel and Mr. Taranto. Mr. Taranto has requested new counsel.

3. Criminal Justice Act attorney Edward Ungvarsky has agreed to accept appointment in this matter. Mr. Taranto consents to the appointment of Mr. Ungvarsky.

4. Counsel understand that the Court needs to reschedule the November 12, 2024,

trial date in any event. Upon information and belief, Mr. Ungvarsky will be prepared to try the case in early 2025 and Mr. Taranto would consent to a continuance.

Wherefore the reasons herein, undersigned counsel moves the Court to permit the Office of the Federal Public Defender to withdraw and to appoint Edward Ungvarsky as counsel of record in the above-captioned matter.

        Respectfully Submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


        _____/s/_____
        ELIZABETH MULLIN
        MICHELE PETERSON
        COURTNEY MILLIAN
        Assistant Federal Public Defenders
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500