UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-229 (CJN) |
| | : | |
| TAYLOR FRANKLIN TARANTO, | : | |
| | : | |
| Defendant. | : | |

### JOINT MOTION TO SET REVISED PRE-TRIAL SCHEDULE

The United States of America, by and through the United States Attorney for the District of Columbia, and the defendant Taylor Taranto, by and through counsel, respectfully propose a schedule for pre-trial briefing and hearings before the scheduled jury trial in this matter, which is currently anticipated to begin during the week of January 6, 2021. At a status hearing on October 16, 2024, the Court ordered the parties to propose pre-trial briefing schedule no later than October 23, 2024. The parties propose the following schedule:

1. The parties shall file any additional Motions on or before November 22, 2024.

2. The parties shall file Responses on or before December 6, 2024.

3. The parties shall file Replies on or before December 20, 2024.

4. The parties shall file their Pretrial Statement/Statement of the Case on or before December 13, 2024, to include the following:

    a. Proposed instructions: The Parties shall submit a list of proposed jury instructions, if any given that this is a bench trial, followed by the text of each proposed instruction, that indicate:

1

      i. the instructions that the parties agree to; and

      ii. the instructions that the parties disagree to, with specific objections noted below each disputed instruction, and the proposed instruction's source including supporting legal authority.

b. List of witnesses: The Parties shall identify the witnesses that each side anticipates it may call in its case-in-chief, divided into the following categories:

      i. witnesses who will be called to testify at trial;

      ii. witnesses who may be called to testify at trial; and

      iii. witnesses whose testimony a party will seek to present by deposition or other prior testimony, indicating whether the presentation will be sought to be by transcript or video.

c. Exhibit lists: The Parties shall include an exhibit list that each side anticipates it may introduce in its case-in-chief. The Parties need not list any exhibit that might be used for purposes of impeachment. The Parties should confer with Courtroom Deputy Courtney Moore about the format of the exhibit list. The Parties should not provide a copy of the exhibits to the Court but must exchange pre-marked exhibits. The Parties must be prepared to raise objections to any proposed exhibit at the Pretrial Conference. The objecting party shall bring three copies of any contested exhibit to the Pretrial Conference.

d. Stipulations: The Parties shall submit a draft of all stipulations.

    e. Proposed verdict form: The Parties shall include a draft verdict form for the Court,

5. including any proposed special interrogatories. In addition to filing the Joint Pretrial Statement, on December 13, 2024, the Parties shall transmit, in Word format, an electronic copy of (a) any proposed modification to a standard jury instruction, (b) any non-standard jury instruction, and (c) the verdict form by email to the Chambers at Nichols_Chambers@dcd.uscourts.gov.

6. The parties request the Pretrial Conference be scheduled on or about December 20, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:     /s/
Samuel White
NC Bar No. 44908
Allison K. Ethen
MN Bar No. 0395353
Carlos A. Valdivia
D.C. Bar No. 1019242
Assistant United States Attorneys
601 D Street NW, Fifth Floor
Washington, D.C. 20530
Samuel.white@usdoj.gov
(202) 431-4453

By:     /s/
Edward Ungvarsky, Esq.
Counsel for the Defendant
421 King Street
Suite 505
Alexandria, VA 22314

3

571-207-9710
ed@ungvarskylaw.com