UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | **Criminal No. 23-cr-229-CJN** |
| **v.** * | |
| * | |
| **TAYLOR TARANTO** * | |
| * | |

## MOTION TO WITHDRAW AS COUNSEL DUE TO EXIGENT CIRCUMSTANCE

Edward J. Ungvarsky, counsel for the defendant, James Styner, respectfully moves to withdraw as counsel in this matter due to an exigent circumstance. On October 25, 2024, counsel's mother was diagnosed with terminal liver cancer. On October 28, 2024, counsel's mother was placed in hospice. On October 30, 2024, counsel's mother passed away. Counsel's father has significant physical and cognitive limitations. Counsel must attend to his parents' needs in New Jersey over the next month and cannot commit to the time to prepare for motions and trial in this matter. Counsel is withdrawing from other cases as well to attend to family matters.

Counsel advised the government of this motion to withdraw on October 26, 2024. Counsel advised the Office of the Federal Public Defender and Mr. Taranto's wife over the weekend as well, and his wife said that she would tell Mr. Taranto. As to all, counsel provided the basis of his mother's diagnosis and health at the time of the notification. Counsel intended to file this motion on October 27, 2024 but was in a jury trial from October 27-29, 2024 and was consumed with family issues when not in trial. Counsel regrets the delay in filing this motion.

The Federal Public Defender indicated that it may be able to have attorney(s) available to be appointed to the matter. Counsel asks the Court to grant this motion to withdraw and to notify the government and the Federal Public Defender to appear at a status hearing.

1

WHEREFORE, counsel moves the Court to grant this motion to withdraw and to notify the government and the Federal Public Defender to appear at a status hearing.

Respectfully Submitted,

Date: Oct. 30, 2024

/s/ Edward J. Ungvarsky
Edward J. Ungvarsky, # 459034
Ungvarsky Law, PLLC
421 King Street, Suite 505
Alexandria, VA 22314
Tel: 571-207-9710
Cell: 202-409-2084
Fax: 571-777-9933
ed@ungvarskylaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, this 30th day of October, 2024, I caused a copy of the foregoing motion to be served on counsel of record via the District Court's Electronic Case Filing system.

 /s/ Edward J. Ungvarsky
Edward J. Ungvarsky