UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-cr-229 (CJN) |
| | : | |
| **TAYLOR FRANKLIN TARANTO,** | : | |
| | : | |
| Defendant. | : | |

## JOINT MOTION FOR REVISED SCHEDULING ORDER

The United States of America, by and through the United States Attorney for the District of Columbia, and the defendant Taylor Taranto, by and through counsel, respectfully propose a schedule for pre-trial briefing and hearings before the scheduled trial in this matter, which is currently anticipated to begin May 12, 2025. Defendant filed notice that he has waived his right to a jury trial. ECF No. 82. At a status hearing on November 8, 2024, the Court ordered the parties to propose pre-trial briefing schedule by November 22, 2024. The parties propose the following schedule:

1. The parties shall file any additional Motions on or before February 28, 2025.

2. The parties shall file Responses on or before March 14, 2025.

3. The parties shall file Replies on or before March 21, 2025.

4. The parties shall file their Pretrial Statement/Statement of the Case on or before April 11, 2025, to include the following:

    a. Proposed instructions: The Parties shall submit a list of proposed legal instructions, followed by the text of each proposed instruction, that indicates:

1

      i. the instructions that the parties agree to; and

      ii. the instructions that the parties disagree to, with specific objections noted below each disputed instruction, and the proposed instruction's source including supporting legal authority.

b. List of witnesses: The Parties shall identify the witnesses that each side anticipates it may call in its case-in-chief, divided into the following categories:

      i. witnesses who will be called to testify at trial;

      ii. witnesses who may be called to testify at trial; and

      iii. witnesses whose testimony a party will present by deposition or other prior testimony, indicating whether the presentation will be by transcript or video.

c. Exhibit lists: The Parties shall include an exhibit list that each side anticipates it may introduce in its case-in-chief. The Parties need not list any exhibit that might be used for purposes of impeachment. The Parties should confer with Courtroom Deputy Courtney Moore about the format of the exhibit list. The Parties should not provide a copy of the exhibits to the Court but must exchange pre-marked exhibits. The Parties must be prepared to raise objections to any proposed exhibit at the Pretrial Conference. The objecting party shall bring three copies of any contested exhibit to the Pretrial Conference.

d. Stipulations: The Parties shall submit a draft of all stipulations.

5. In addition to filing the Joint Pretrial Statement, on April 11, 2025, the Parties shall transmit, in Word format, an electronic copy of (a) any proposed modification to a standard legal instruction and (b) any non-standard legal instruction by email to the Chambers at Nichols_Chambers@dcd.uscourts.gov.

6. The parties request the Pretrial Conference be scheduled on or about April 25, 2025.

Respectfully submitted,

For the United States:

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: */s/ Carlos A. Valdivia*
Samuel White
NC Bar No. 44908
Allison K. Ethen
MN Bar No. 0395353
Carlos A. Valdivia
D.C. Bar No. 1019242
Assistant United States Attorneys
601 D Street NW, Fifth Floor
Washington, D.C. 20530
Samuel.white@usdoj.gov
(202) 431-4453

For the Defendant:    By: */s/ Carmen Hernandez* (by permission)
Carmen Hernandez, Esq.
Counsel for the Defendant

By: */s/ Pleasant S. Brodnax, III* (by permission)
Pleasant S. Brodnax, III
1701 Pennsylvania Avenue, NW, Suite 200
Washington, D.C. 20006
202.462.1100
Email: pleasant.brodnax@gmail.com