# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Case No.: 23-cr-229** |
| **TAYLOR TARANTO,** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Allison Ethen, as counsel for the United States, is no longer with the Department of Justice thus needing to terminate her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully Submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:  \_\_/s/_____
Carlos A. Valdivia
DC Bar No. 1019242
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20579
Phone: (202) 252-7508

## CERTIFICATE OF SERVICE

On this 19th day of December 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

BY:  */s/ Carlos A. Valdivia*
Carlos A. Valdivia
Assistant United States Attorney