**Superseding Indictment (ECF 45, 2/14/24)**

| Count | Date | Charge | Code | Location |
|---|---|---|---|---|
| 1 | 6/29/23 | Possession of Unregistered firearm (Short-barreled rifle) | 26 U.S.C. § 5861(d); 26 U.S.C. § 5845(a)(3) | within the District of Columbia |
| 2 | 6/29/23 | Carrying a pistol w/o license (Scorpion CZ pistol) | 22 DC Code 4504(a)(1) | "within the District of Columbia" |
| 3 | 6/29/23 | Carrying a pistol w/o license (Smith & Wesson M&P Shield) | 22 DC Code 4504(a)(1) | within the District of Columbia |
| 4 | 6/29/23 | Possession of Large Capacity Ammunition Feeding Device | 7 DC Code 2506.01(b) | "within the District of Columbia" |
| 5 | 6/29/23 | Unlawful possession of 9-mm ammunition | 7 DC Code 2506.01(a)(3) | "within the District of Columbia" |
| 6 | 6/28/23 & 6/29/23 | False Information & Hoaxes | 18 U.S.C. § 1038(a) | "within the District of Columbia and elsewhere" |
| 7 | 1/6/21 | Obstruction of official proceeding | 18 U.S.C. § 1512(c)(2) | "within the District of Columbia and elsewhere" |
| 8 | 1/6/21 | Enter/remain restricted bldg | 18 U.S.C. § 1752(a)(1) | "in the district of Columbia" |
| 9 | 1/6/21 | Disorderly/disruptive conduct - restricted bldg | 18 U.S.C. § 1752(a)(2) | "in the district of Columbia" |
| 10 | 1/6/21 | Disorderly conduct on Capitol Grounds | 40 U.S.C. §5104(e)(2)(D) | "in the district of Columbia" |
| 11 | 1/6/21 | Parading in a Capitol Bldg | 40 U.S.C. §5104(e)(2)(G) | "in the district of Columbia" |

**Indictment (ECF 15, 7/1/23)**

| Count | Date | Charge | Code | Location |
|---|---|---|---|---|
| 1 | 6/29/23 | Carrying a pistol w/o license (Scorpion CZ pistol) | 22 DC Code 4504(a)(1) | "within the District of Columbia" |
| 2 | 6/29/23 | Possession of Large Capacity Ammunition Feeding Device | 7 DC Code 2506.01(b) | "within the District of Columbia" |
| 3 | 1/6/21 | Enter/remain restricted bldg | 18 U.S.C. § 1752(a)(1) | "in the district of Columbia" |
| 4 | 1/6/21 | Disorderly/disruptive conduct - restricted bldg | 18 U.S.C. § 1752(a)(2) | "in the district of Columbia" |
| 5 | 1/6/21 | Disorderly conduct on Capitol Grounds | 40 U.S.C. §5104(e)(2)(D) | "in the district of Columbia" |
| 6 | 1/6/21 | Parading in a Capitol Bldg | 40 U.S.C. §5104(e)(2)(G) | "in the district of Columbia" |

**Complaint (ECF 1, 6/29/23)**,
23-mj-00150-GMH/23-cr-00229-CJN

| Count | Date | Charge | Code | Location |
|---|---|---|---|---|
| 3 | 1/6/21 | Enter/remain restricted bldg | 18 U.S.C. § 1752(a)(1) | "in the district of Columbia" |
| 4 | 1/6/21 | Disorderly/disruptive conduct - restricted bldg | 18 U.S.C. § 1752(a)(2) | "in the district of Columbia" |
| 5 | 1/6/21 | Disorderly conduct on Capitol Grounds | 40 U.S.C. § 5104(e)(2)(D) | "in the district of Columbia" |
| 6 | 1/6/21 | Parading in a Capitol Bldg | 40 U.S.C. § 5104(e)(2)(G) | "in the district of Columbia" |