IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| **vs.** * | **Case No. 23-cr-00229-CJN** |
| * | |
| **TAYLOR TARANTO**, * | |
| **Defendant** * | |
| * | |

ooOoo

### ORDER

Upon consideration of Motion to Dismiss All Counts in the Indictment filed by Taylor Taranto, (ECF 99), good cause having been shown and based on the Executive Order of Clemency issued by President Donald Trump on January 20, 2025, it is this _____ day of February, 2025, by the United States District Court for the District of Columbia,

**ORDERED:**

1. That the Motion to Dismiss All Counts of the Superseding Indictment pursuant to the Executive Order dated January 20, 2025, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021, is hereby **GRANTED**.

_____
**HONORABLE CARL J. NICHOLS**
**United States District Judge**