# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| vs.   * | Case No. 23-cr-00229-CJN |
| * | |
| **TAYLOR TARANTO**,   * | |
| **Defendant**   * | |
| * | |

ooOoo

## CONSENT MOTION TO EXTEND THE TIME FOR
## FILING ADDITIONAL PRETRIAL MOTIONS

Taylor Taranto, by his undersigned counsel, hereby respectfully moves this Honorable Court to extend the time for the parties to file additional motions for two weeks from February 28, 2025 to and including March 14, 2025; oppositions to be filed on March 28, 2025; and replies on April 4, 2025.  AUSA Jennifer Blackwell consents to this request.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served via ECF on all counsel of record this 26th day of February, 2025.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**