UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-229 (CJN) |
| | : | |
| TAYLOR FRANKLIN TARANTO, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Carlos A. Valdivia is entering his appearance in this matter on behalf of the United States and substituting for Assistant United States Attorney Jared English.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar Number 481866

By: /s/ Carlos A. Valdivia
CARLOS A. VALDIVIA
Assistant United States Attorney
D.C. Bar No. 1019242
601 D Street, NW
Washington, D.C. 20530
(202) 252-7508
Carlos.Valdivia@usdoj.gov