IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| vs. | *  Case No. 23-cr-00229-CJN |
| | * |
| **TAYLOR TARANTO**, | * |
| **Defendant** | * |
| | * |

**ooOoo**

### SECOND CONSENT MOTION TO EXTEND THE TIME FOR
### FILING ADDITIONAL PRETRIAL MOTIONS

Taylor Taranto, by his undersigned counsel, hereby respectfully moves this Honorable Court to extend the time for the parties to file additional motions for one-week to and including March 21, 2025; oppositions to be filed on April 4, 2025; and replies on April 11, 2025. AUSA Jennifer Blackwell consents to this request. The reason for the request is that the parties are actively engaged in discussions to resolve or narrow pending issues. The parties anticipate that a short extension of the filing deadline will save unnecessary work and expense.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

    I hereby certify that the instant notice was served via ECF on all counsel of record this 14th day of March, 2025.

                                                  /s/ *Carmen D. Hernandez*
                                                  **Carmen D. Hernandez**