UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )  )  v.                                                               )       Criminal No. 1:23-cr-00229-CJN  )  TAYLOR TARANTO,                            )            Defendant.                   ) | |

MOTION TO RESCHEDULE PRETRIAL CONFERENCE

COMES NOW undersigned counsel, and respectfully requests the Court either permit one defense counsel to appear at the pretrial conference scheduled for April 25, 2025, or reschedule the pretrial conference in order to allow both counsel to appear.

When the Court set pretrial scheduling in this matter, undersigned counsel was unaware of a significant personal matter which is also scheduled for April 25, 2025. .

Respectfully submitted,

TAYLOR TARANTO
By Counsel

_____/s/_____
Pleasant S. Brodnax, III
D.C. Bar No. 416694
1701 Pennsylvania Avenue, NW, Suite 200
Washington, D.C. 20006
(202) 462-1100
pleasant.brodnax@gmail.com
www.pleasantbrodnax.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was filed by CM/ECF on the 26th day of March 2025, which will send a notification of such filing (NEF) to all counsel of record.

/s/ Pleasant S. Brodnax, III
Pleasant S. Brodnax, III