# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **Case No.  23-cr-0229 (CJN)** |
| **v.** | * | |
| | * | |
| **TAYLOR TARANTO,** | * | |
| **Defendant.** | * | |

## ********
## SUPPLEMENT TO MOTION TO DISMISS COUNT FOUR

Taylor Taranto, by his undersigned counsel, hereby supplements his Motion to Dismiss Count Four (ECF 74) respectfully submits for the Court's consideration the petition for certiorari filed seeking review of the decision of the D.C. Circuit in *Hanson v. District of Columbia,* 120 F.4th 223 (2024).  Petition, No. 24-936, filed 2/26/25,  attached as Exhibit 1. Mr. Taranto adopts the arguments set forth in the petition.

Moreover, Mr. Taranto respectfully requests that the Court allow him to present expert testimony challenging the finding of the DC Circuit that magazines capable of holding more than ten rounds of ammunition are "particularly dangerous" and therefore subject to regulation notwithstanding the Second Amendment guarantees.

**CONCLUSION**

Wherefore, for the foregoing reasons, this Honorable Court should dismiss Count Four for the reasons previously argued in his Motion and related memoranda, as well as the arguments set out in the attached petition for certiorari, as well as additional arguments and evidence to be presented at a hearing.

Respectfully submitted,

/s/ *Carmen D. Hernandez*

**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391; 301-854-0076 (fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of this Supplement to Motion to Dismiss was served on all counsel of record via ECF this 26th day of March, 2025.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**

2