## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | \* |
| | \* |
| vs. | \*  Case No. 23-cr-00229-CJN |
| | \* |
| **TAYLOR TARANTO**, | \* |
| **Defendant** | \* |
| | \* |

ooOoo

### ORDER

Upon consideration of the Motion for an Attorney Inquiry Hearing filed by Taylor Taranto, good cause having been shown, it is this _____ day of April, 2025 by the United States District Court for the District of Columbia,

**ORDERED:**

1. That the Motion is hereby **GRANTED;** and

2. That a hearing on the Motion is hereby **SCHEDULED for the _____ day of April, 2025 at _____.**

_____
**HONORABLE CARL J. NICHOLS**
**United States District Judge**