# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-cr-229 (CJN) |
| | : | |
| **TAYLOR FRANKLIN TARANTO,** | : | |
| | : | |
| **Defendant.** | : | |

## UNOPPOSED MOTION FOR EXTENSION

The United States of America hereby respectfully requests that the Court grant a 5-day extension of time for the government to respond to the motions filed by defendant on March 26, 2025. There is good cause for such an extension: additional motions were due March 21, the government consented to extend the deadline to March 26, and the government's proposed extension conforms with the 14-day period provided for oppositions. The government respectfully requests that the Court allow the government to file its oppositions on or before April 9, 2025. The parties have conferred and the defense is not opposed.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar Number 481866

By:   /s/ Carlos A. Valdivia
Carlos A. Valdivia
DC Bar No. 1019242
Samuel White
NC Bar No. 44908
Assistant United States Attorneys
601 D Street NW, Fifth Floor
Washington, D.C. 20579
E-mail: Carlos.Valdivia@usdoj.gov
Telephone: (202) 252-7508