UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:23–CR–00229–CJN |
| TAYLOR TARANTO, | ) | |
| Defendant. | ) | |

## MOTION TO RESCHEDULE HEARING ON MOTION ON ATTORNEY INQUIRY

COMES NOW undersigned counsel, and respectfully advises the Court that he is scheduled to appear before the Honorable Beryl A. Howell on April 11, 2025 at 9:30 a.m. at a sentencing hearing in Case No. 1:24–CR–0026–BAH. The hearing is set at the same time this Court set the hearing on the Motion for an Attorney Inquiry Hearing. Counsel is available on the same day following the sentencing hearing and following a change of plea hearing before this Court at 12:30 p.m. in Case No. 1:25–CR–0078–CJN.

Respectfully submitted,

TAYLOR TARANTO
By Counsel

/s/ Pleasant Brodnax
Pleasant S. Brodnax, III, DC Bar 416694
1701 Pennsylvania Avenue, NW, Suite 200
Washington, D.C., 20006
(202) 462-1100
pleasant.brodnax@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was filed by CM/ECF on the 3rd day od April 2025, which will send a notification of such filing (NEF) to all counsel of record.

/s/ Pleasant Brodnax.
Pleasant S. Brodnax, III