**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 23-cr-229 (CJN)** |
| | **:** | |
| **TAYLOR FRANKLIN TARANTO,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## MOTION TO DISMISS COUNT ONE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves to dismiss Count One (26 U.S.C. §§ 5861(d), 5845(a)(3)) of the Superseding Indictment without prejudice. The government is moving to dismiss Count One in the interest of justice.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar Number 481866

By:     */s/ Carlos A. Valdivia*
Carlos A. Valdivia
D.C. Bar No. 1019242
Samuel White
NC Bar No. 44908
Assistant United States Attorneys
601 D Street NW, Fifth Floor
Washington, D.C. 20530
E-mail: Carlos.Valdivia@usdoj.gov
Telephone: (202) 252-7508