UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TAYLOR TARANTO,**<br><br>   Defendant. | Case No. 23-CR-229 (CJN) |

## JOINT STATUS REPORT

The United States of America, by and through the United States Attorney for the District of Columbia, and the defendant Taylor Taranto, by and through counsel, respectfully propose a schedule for pre-trial briefing before the scheduled jury trial in this matter, which is currently anticipated to begin during the week of May 12, 2025. Pursuant to the Court's April 20, 2025, minute order, the parties submit the following joint status report, identifying the remaining motions and proposing a revised pretrial scheduling order.

The parties agree that the following motions remain:

1. Defendant's Motion to Change Venue (ECF 55) and the government's opposition (ECF 66).

2. Defendant's Motion to Dismiss Count Six [i.e., False Information and Hoaxes] (ECF 58) and the government's opposition (ECF 72).

3. Defendant's Motion to Dismiss for Vindictive Prosecution (ECF 59) and to Compel Discovery (ECF 60) will be supplemented to include all pending counts.

4. Defendant's Motion to Dismiss Count Four [i.e., Possession of a Large-Capacity Magazine] (ECF 61), the government's opposition (ECF 68), and defendant's reply (ECF 61); and defendant's supplement (ECF 108).

1

5. Government's Notice of Intent and Motion to Admit 404(b) Evidence (ECF 78) and the defendant's opposition (ECF 79).

6. Government Motion in Limine (ECF 85) to the extent it seeks to exclude a First Amendment defense, which defendant has raised in his Motion to Dismiss (ECF 58).

7. Defendant's Motion to Sever Count Six from Counts One–Five (ECF 105) and the government's response (ECF 112).

The parties propose the following schedule for any remaining motions and the joint pretrial statement:

1. The parties shall file any additional Motions on or before April 28, 2025.

2. The parties shall file Responses on or before May 5, 2025.

3. The parties shall file Replies on or before May 12, 2025.

4. The parties shall file the joint pretrial statement on or before April 30, 2025.


Respectfully,


EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY
D.C. Bar No. 481866

/s/ Carlos A. Valdivia
CARLOS A. VALDIVIA                                          CARMEN HERNANDEZ
DC Bar No. 1019242
SAMUEL WHITE                                                /s/ Pleasant Brodnax (by permission)
NC Bar No. 44908                                            PLEASANT BRODNAX
Assistant United States Attorneys
601 D Street NW                                             *Counsel for Defendant*
Washington, D.C. 20530
(202) 252-7508
Carlos.Valdivia@usdoj.gov
Samuel.White@usdoj.gov

*Counsel for the Government*