IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**   * | |
| * | |
| vs.   * | **Case No. 23-cr-00229-CJN** |
| * | |
| **TAYLOR TARANTO**,   * | |
| **Defendant**   * | |
| * | |

ooOoo

## CONSENT MOTION TO EXTEND BY ONE DAY THE FILING OF ADDITIONAL PRETRIAL MOTIONS

Taylor Taranto, by his undersigned counsel, hereby respectfully moves this Honorable Court to extend the time for him to file additional motions by one day to April 29, 2025 to allow his counsel to review the motions with him before filing. He also respectfully requests a corresponding one day extension to May 6, 2025 for any response by the government. AUSA Samuel White consents to this request.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served via ECF on all counsel of record this 28th day of April, 2025.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**