UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TAYLOR TARANTO,<br><br>Defendant. | Case No. 23-CR-229 (CJN) |

## JOINT PRETRIAL STATEMENT

Pursuant to the Court's April 28, 2025, Scheduling Order (ECF No. 116), the parties submit the following joint pretrial statement:

### A. Proposed Statement of the Case

The United States has charged the defendant in connection with events which occurred on June 28 and 29, 2023, in Washington, D.C. Counts Two through Five charge defendant with carrying firearms without a license and possession of large capacity magazines and ammunition. Count Six charges defendant with a hoax offense for conveying false information indicating that he would attempt to damage or destroy a federal building by means of an explosive.

The defendant has pleaded not guilty to all charges.

### B. Proposed Voir Dire

A copy of the proposed *voir dire* questions is attached as Attachment A. There are no disagreements regarding the proposed *voir dire*.

### C. Proposed Jury Instructions

A copy of the parties' proposed jury instructions, with references to the applicable Standardized Criminal Jury Instructions for the District of Columbia, is attached to this submission

1

as Attachment B. Objections and disagreements regarding the proposed jury instructions are noted below the proposed instructions.

### D. List of Witnesses

**<u>Possible witnesses in the Government's case-in-chief</u>:**

The government's witness list is attached as Attachment C.

**<u>Possible witnesses in the defendant's case-in-chief</u>:**

The parties request permission to amend their witness lists in advance of trial as needed during the course of trial preparation.

### E. List of Exhibits

A copy of the exhibit list for the Government is attached to this submission as Attachment D. The Defense does not have an exhibit list at this time. The parties request the Court's permission to amend their exhibit lists in advance of trial as needed during the course of trial preparation.

### F. Stipulations

At this time, the parties have not reached agreement on any stipulations. The parties request the Court's permission to submit executed stipulations in advance of trial if they are able to come to an agreement.

### G. Judicial Notice

The parties are not requesting judicial notice at this time.

### H. Proposed Verdict Form

Copies of the proposed verdict form are attached to this submission as Attachment E. Count Four provides a government version and a defense version.

Respectfully,

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY
D.C. Bar No. 481866

| | |
|---|---|
| */s/ Carlos A. Valdivia* | */s/ Carmen Hernandez (by permission)* |
| CARLOS A. VALDIVIA | CARMEN HERNANDEZ |
| DC Bar No. 1019242 | |
| SAMUEL WHITE | |
| NC Bar No. 44908 | PLEASANT BRODNAX |
| Assistant United States Attorneys | |
| 601 D Street NW | *Counsel for Defendant* |
| Washington, D.C. 20530 | |
| (202) 252-7508 | |
| Carlos.Valdivia@usdoj.gov | |
| Samuel.White@usdoj.gov | |

*Counsel for the Government*