# ATTACHMENT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-CR-229 (CJN) |
| : | |
| : | |
| TAYLOR TARANTO, : | |
| : | |
| Defendant. | |

**GOVERNMENT'S WITNESS LIST**

The United States hereby submits the following list of witness names for trial in its case in chief in the above-referenced matter in no particular order of presentation:

1. Special Agent Marc Gastaldo, FBI
2. Officer Derek Fenwick, USSS
3. TFO Jeff Marcus, FBI
4. Special Agent Joshua Rothman, FBI
5. Special Agent Kathleen Brown, FBI
6. Special Agent Stacey Brown, FBI
7. Biologist Tiffany Smith, FBI – DNA Expert
8. FBI Laboratory Biologists: Peri Valentin, Curtis Gaul, Crystal Cauley, Margaret Curran, Stacy Campbell
9. Megan Atkins, FBI – CART Expert
10. A custodian from the MPD Firearms Registration Branch