# ATTACHMENT E

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 23-CR-229 (CJN)** |
| | : | |
| | : | |
| **TAYLOR TARANTO,** | : | |
| | : | |
| **Defendant.** | | |

## VERDICT FORM

We, the Jury, hereby return this unanimous verdict in the above-captioned case:

## COUNT TWO

With respect to Count Two, Carrying a Pistol Without a License (Outside Home or Place of Business), how do you find Defendant TAYLOR TARANTO?

_____                    _____
Not Guilty                                              Guilty

## COUNT THREE

With respect to Count Three, Carrying a Pistol Without a License (Outside Home or Place of Business), how do you find Defendant TAYLOR TARANTO?

_____                    _____
Not Guilty                                              Guilty

## COUNT FOUR

### *Government Version*

With respect to Count Four, Possession of a Large Capacity Ammunition Feeding Device, how do you find Defendant TAYLOR TARANTO?

_____                              _____
Not Guilty                                         Guilty

### *Defense Version*

With respect to Count Four, Possession of an Ammunition Feeding Device That Holds More Than 10 Rounds Of Ammunition, how do you find Defendant TAYLOR TARANTO?

_____                              _____
Not Guilty                                         Guilty

## COUNT FIVE

With respect to Count Five, Unlawful Possession of Ammunition, how do you find Defendant TAYLOR TARANTO?

_____                              _____
Not Guilty                                         Guilty

## **COUNT SIX**

With respect to Count Six, False Information and Hoaxes, how do you find Defendant

TAYLOR TARANTO?


_____                    _____
Not Guilty                          Guilty