CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: CR 23-229 (CJN) |
| ) | |
| Taylor Taranto ) | |
| ) | |

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

Pleasant S Brodnax III
_____
Counsel for Defendant

I consent: _____
Assistant United States attorney

Approved: _____
Hon. Carl J. Nichols
United States District Judge

Date: 5/5/2025