# UNITED STATES DISTRICT COURT
## THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    Plaintiff,

    vs.                              Case No.: **23-CR-229 (CJN)**

**TAYLOR TARANTO**
    Defendant.

## COUNSELS' ACKNOWLEDGMENT CONCERNING TRIAL EXHIBITS

    Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the Courtroom Deputy and have agreed on the exhibits that shall be submitted to the Court.

_____5/20/2025_____
**DATE EXHIBITS WENT TO THE COURT**

**APPROVED BY:**

_____
**GOVERNMENT COUNSEL**

_____
**DEFENSE COUNSEL**