|  |  |
|---|---|
| Government [X] | UNITED STATES OF AMERICA |
| Plaintiff [ ] | VS. |
| Defendant [ ] | TAYLOR TARANTO |
| Joint [ ] |  |
| Court [ ] |  |

Criminal No. 23-CR-00229

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
|  | 000 – Physical Exhibits ||||||
| 005 | Set of keys, six keys, with Trump/Pence keychain |  |  |  |  |
| 006 | Ceska Zbrojovka (CZ) Scorpion EVO 3 S1 9mm Luger caliber firearm with serial number C193454 | 5/13/25 | 5/13/25 | Marc Gastaldo / Ashley Roberts |  |
| 007 | Smith & Wesson MP Shield pistol with serial number LFK6710 | 5/13/25 | 5/13/25 | Marc Gastaldo / Ashley Roberts |  |
| 008 | 581 rounds of nine-millimeter caliber ammunition | 5/15/25 | 5/15/25 | Kathleen Brown |  |
| 009a – m | 13 firearm magazines |  |  |  |  |
| 010 | A steering wheel lock |  |  |  |  |
| 011 | A machete |  |  |  |  |
| 012 | A mini sledgehammer |  |  |  |  |
| 013 | A blue baseball-style hat with the words "Make Space Great Again" |  |  |  |  |
| 014 | A Motorola Moto G Power (2021) cellular phone with IMEI 356891116308315 (item 1B3) |  |  |  |  |
| 015 | A San Disk Extreme Memory Card with serial number 1507YCGQU1U7 (item 1B3a) |  |  |  |  |
| 016 | A Samsung SM-J260A cellular phone with IMEI 357177100271159 (item 1B6); |  |  |  |  |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 017 | A Motorola Moto G Stylus 5G cellular phone with IMEI 358179681040044 (item 1B20); | | | | |
| 018 | A San Disk Extreme Memory Card with serial number 2511YCAL7032 (item 1B20a); | | | | |
| 019 | A San Disk Ultra Plus Memory Card with serial number 7381XVECV0LA (item 1B9); | | | | |
| 020 | A San Disk Ultra Plus Memory Card with serial number 7381XVECQ0WP (item 1B10); | | | | |
| 025 | An ASUS FX505D laptop computer with serial number K9NRCV05W719394 (item 1B31) | | | | |
| 025A | A Samsung NVMe M.2 SSD 970 EVO Plus MZ-V7S2T0 system drive with serial number S59CNZFNA06876V (item 1B31_1) | | | | |
| 026 | A Western Digital WD5999BPVT-22HXZT1 hard drive with serial number WD-WXE1AC0J9160 (item 1B31_2) | | | | |
| 031 | 1B69 - Four cotton swabs collected from Taylor Franklin Taranto. | | | | |
| 032 | 1B75 - DNA Secondary Evidence (7 Tubes) | | | | |
| 033 | 1B76 - Camouflage Backpack with lock and key | 5/13/25 | 5/13/25 | Marc Gastaldo Kathleen Brown | |
| 034 | 1B77 - Item 100 - DNA Secondary Evidence (7 tubes) | | | | |
| 100 - Images | | | | | |
| 101 | 101 - JFJ_0002.JPG | 5/15/25 | 5/15/25 | Ashley Roberts | |
| 102 | 102 - JFJ_0004.JPG | 5/14/25 | 5/14/25 | Joshua Rothman | |
| 103 | 103 - JFJ_0005.JPG | 5/15/25 | 5/15/25 | Ashley Roberts | |

2

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 104 | 104 - JFJ_0006.JPG | | | | |
| 105 | 105 - JFJ_0058.JPG | 5/14/25 | 5/14/25 | Joshua Rothman | |
| 105A | 105A - JFJ_0007.JPG | 5/15/25 | 5/15/25 | Ashley Roberts | |
| 106 | 106 - JFJ_0008.JPG | 5/15/25 | 5/15/25 | Ashley Roberts | |
| 107 | 107 - JFJ_0009.JPG | | | | |
| 107A | 107A - JFJ_0047.JPG | 5/15/25 | 5/15/25 | Ashley Roberts | |
| 108 | 108 - JFJ_0010.JPG | 5/15/25 | 5/15/25 | Ashley Roberts | |
| 109 | 109 - JFJ_0011.JPG | 5/15/25 | 5/15/25 | Ashley Roberts | |
| 110 | 110 - JFJ_0012.JPG | | | | |
| 111 | 111 - JFJ_0014.JPG | | | | |
| 112 | 112 - JFJ_0015.JPG | | | | |
| 113 | 113 - JFJ_0016.JPG | 5/15/25 | 5/15/25 | Ashley Roberts | |
| 114 | 114 - JFJ_0017.JPG | 5/15/25 | 5/15/25 | Ashley Roberts | |
| 115 | 115 - JFJ_0021.JPG | 5/14/25 | 5/14/25 | Joshua Rothman | |
| 116 | 116 - JFJ_0022.JPG | 5/14/25 | 5/14/25 | Joshua Rothman | |
| 117 | 117 - JFJ_0027.JPG | | | | |

3

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 118 | 118 - JFJ_0028.JPG | | | | |
| 119 | 119 - JFJ_0029 (2).JPG | 5/15/25 | 5/15/25 | Ashley Roberts | |
| 120 | 120 - JFJ_0029.JPG | 5/14/25 | 5/14/25 | Joshua Rothman | |
| 121 | 121 - JFJ_0030.JPG | 5/14/25 | 5/14/25 | Joshua Rothman | |
| 122 | 122 - JFJ_0033.JPG | 5/15/25 | 5/15/25 | Ashley Roberts | |
| 123 | 123 - JFJ_0034.JPG | 5/15/25 | 5/15/25 | Ashley Roberts | |
| 124 | 124 - JFJ_0057.JPG | 5/14/25 | 5/14/25 | Joshua Rothman | |
| 125 | 125 - JFJ_0200.JPG | | | | |
| 126 | 126 - JFJ_0201.JPG | | | | |
| 127 | 127 - JFJ_0202.JPG | | | | |
| 128 | 128 - JFJ_0203.JPG | 5/13/25 | 5/13/25 | Marc Gastaldo | |
| 129 | 129 - JFJ_0204.JPG | 5/15/25 | 5/15/25 | Kathleen Brown | |
| 130 | 130 - JFJ_0205.JPG | 5/15/25 | 5/15/25 | Kathleen Brown | |
| 131 | 131 - JFJ_0206.JPG | 5/13/25 | 5/15/25 | Marc Gastaldo | |
| 132 | 132 - JFJ_0207.JPG | 5/15/25 | 5/15/25 | Kathleen Brown | |
| 133 | 133 - JFJ_0208.JPG | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 134 | 134 - JFJ_0209.JPG | | | | |
| 135 | 135 - JFJ_0143.JPG | | | | |
| 136 | 136 - JFJ_0144.JPG | | | | |
| 137 | 137 - JFJ_0280.JPG | 5/15/25 | 5/15/25 | Kathleen Brown | |
| 138 | 138 - JFJ_0283.JPG | 5/15/25 | 5/15/25 | Kathleen Brown | |
| 139 | 139 - 0176-SE-3487979_0000106_1A0000085_0000005.jpg | | | | |
| 140 | 140 - 0176-SE-3487979_0000106_1A0000085_0000006.jpg | | | | |
| 141 | 141 - JFJ_0161.JPG | 5/15/25 | 5/15/25 | Kathleen Brown | |
| 142 | 142 - JFJ_0162.JPG | 5/15/25 | 5/15/25 | Kathleen Brown | |
| 143 | 143 - JFJ_0163.JPG | | | | |
| 144 | 144 - JFJ_0171.JPG | 5/15/25 | 5/15/25 | Kathleen Brown | |
| 145 | 145 - JFJ_0172.JPG | 5/15/25 | | Kathleen Brown | |
| 146 | 146 - JFJ_0173.JPG | | | | |
| 147 | 147 - JFJ_0174.JPG | 5/15/25 | 5/15/25 | Kathleen Brown | |
| 148 | 148 - JFJ_0175.JPG | | | | |
| 149 | 149 - JFJ_0214.JPG | 5/15/25 | 5/15/25 | Kathleen Brown | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 150 | 150 - JFJ_0215.JPG | 5/15/25 | 5/15/25 | Kathleen Brown | |
| 151 | 151 - JFJ_0186.JPG | 5/15/25 | 5/15/25 | Kathleen Brown | |
| 152 | 152 - JFJ_0187.JPG | 5/15/25 | 5/15/25 | Kathleen Brown | |
| 153 | 153 - JFJ_0188.JPG | 5/15/25 | 5/15/25 | Kathleen Brown | |
| 154 | 154 -JFJ_0199.JPG | 5/15/25 | 5/15/25 | Kathleen Brown | |
| 155 | 155 - JFJ_0054.JPG | 5/15/25 | 5/15/25 | Ashley Roberts | |
| 156 | 156 - JFJ_0055.JPG | 5/15/25 | 5/15/25 | Ashley Roberts | |
| 158 | 158 - 0176-SE-3487979_0000075_1A0000058_0000001.jpeg | | | | |
| 159 | 159 - 0176-SE-3487979_0000075_1A0000058_0000006.jpeg | 5/13/25 | 5/13/25 | Marc Gastaldo | |
| 160 | 160 - JFJ_0056.JPG | 5/15/25 | 5/15/25 | Ashley Roberts | |
| 161 | 161 - 0176-WF-3487979_0000168_1A0000128_0000001.jpg | 5/13/25 | 5/13/25 | Marc Gastaldo | |
| 162 | 162 - 0176-WF-3487979_0000168_1A0000128_0000002.jpg | 5/13/25 | 5/13/25 | Marc Gastaldo | |
| 163 | 163 - 0176-WF-3487979_0000168_1A0000128_0000003.jpg | | | | |
| 164 | 164 - 0176-WF-3487979_0000168_1A0000129_0000001.jpg | | | | |
| 165 | 165 - 0176-WF-3487979_0000168_1A0000129_0000002.jpg | | | | |
| 166 | 166 - 0176-WF-3487979_0000168_1A0000129_0000003.jpg | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 167 | 167 - 0176-WF-3487979_0000168_1A0000129_0000004.jpg | | | | |
| 168 | 168 - 0176-WF-3487979_0000168_1A0000129_0000005.jpg | | | | |
| 169 | 169 - 0176-WF-3487979_0000168_1A0000129_0000006.jpg | | | | |
| 170 | 170 - JFJ_0248.JPG | 5/15/25 | 5/15/25 | Kathleen Brown | |
| 170A | 170A - JFJ_0249.JPG | 5/15/25 | 5/15/25 | Kathleen Brown | |
| 170B | 170B - JFJ_0250.JPG | 5/15/25 | 5/15/25 | Kathleen Brown | |
| 171 | 171 - Map of MD-VA Wilson Bridge.PNG | 5/13/25 | 5/13/25 | Marc Gastaldo | |
| 172 | 172 - Map of Kalorama Neighborhood.PNG | 5/14/25 | 5/14/25 | Derek Fenwick | |
| 173 | 173 – Backpack with lock | 5/14/25 | 5/14/25 | Joshua Rothman | |
| 174 | 174 - 0176-SE-3487979_0000037 - Keys.jpeg | 5/14/25 | 5/14/25 | Ryan Hunt / Joshua Rothman | |
| 175 | 175 - 0176-SE-3487979_0000037 - Motorola Phone.jpeg | 5/14/25 | 5/14/25 | Ryan Hunt | |
| 176 | 176 -0176-SE-3487979_0000037 - Dell Laptop.jpeg | | | | |
| 177 | 177 - 0176-SE-3487979_0000037 - Sony Ericsson flip phone.jpeg | | | | |
| 178 | 178 - 0176-SE-3487979_0000037 - Vape Pen.jpeg | | | | |
| 179 | 179 - 0176-SE-3487979_0000037 - coffee drink.jpeg | | | | |

7

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
|  | 200 - Devices | | | | |
| 207 | 1B3 - Telegram Messages - Android-6_29_2023 5_09_38 PM.html | | | | |
| 207a-n | Images 1-9, 15-16, 19-21 of the Sealed Supplemental Statement of Facts | 5/13/25 | 5/13/25 | Marc Gastaldo | |
| 209 | 1B3 - PART_1687721581815_image000000.png | 5/13/25 | 5/13/25 | Marc Gastaldo | |
| 212 | 1B3 - Screenshot_20220704-083408-056.png | | | | |
| 215 | 1B3 - Screenshot_20230625-153324-497.png | | | | |
| 221 | 1B31 - 75F9A845F601_decrypted.jpg | 5/13/25 | 5/13/25 | Marc Gastaldo | |
| 222 | 1B31 -6C4FA776CB79_decrypted.jpg | | | | |
| 223 | 1B31 - 2023.06.08 - Email with Office - 4647BEE334AE_decrypted.jpg | 5/13/25 | 5/13/25 | Marc Gastaldo | |
| 224 | 1B31 - 2023.06.08 - Email with Office - 4296721FABA9_decrypted.jpg | | | | |
| 228 | 1B31 - CDC4AEDDCA3C_decrypted.pdf | 5/13/25 | 5/13/25 | Marc Gastaldo | |
| 241 | Image 18 from Supplemental Statement of Facts | | | | |
| 242 | Image 22 from Supplemental Statement of Facts | 5/13/25 | 5/13/25 | Marc Gastaldo | |
| 243 | Image 23 from Supplemental Statement of Facts | 5/13/25 | 5/13/25 | Marc Gastaldo | |

8

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| **300 - BWC Videos** | | | | | |
| 301 | 12h15m08s-MPD_Amar_Rahim_Detaining_Taranto.mp4 | 5/14/25 | 5/14/25 | Derek Fenwick | |
| 302 | David Hobbs_Clip_1_1_20230629-GUN_SEARCH-2400_KALORAMA_RD_NW.mp4 | | | | |
| 303 | D Boarman_Clip_20230629-FUGITIVE_FROM_JUSTICE-2404_KALORAMA_AVE_NW.mp4 | | | | |
| 304 | RAHIM 2nd clip - 230629-ROCK_CREEK_AND_POTOMAC_PKWY.mp4- | 5/14/25 | 5/14/25 | Ryan Hunt | |
| 305 | RAHIM FULL CLIP - 230629-ROCK_CREEK_AND_POTOMAC_PKWY | | | | |
| **400 – YouTube Footage** | | | | | |
| 401 | YouTube Livestream June 28 2023.webm | 5/13/25 | 5/13/25 | Marc Gastaldo / Jeffery Marcus | |
| 402 | YouTube Livestream June 29 2023.webm | 5/13/25 | 5/13/25 | Marc Gastaldo / Derek Fenwick | |
| **500 – Defendant Social Media** | | | | | |
| 501 | 2023.06.29 - 07.10.49 - Screen Shot 2023-07-03 at 5.29.05 AM.png | 5/13/25 | 5/13/25 | Marc Gastaldo | |
| 502 | 2023.06.29 - 07.23.07 - Screen Shot 2023-07-03 at 5.28.38 AM.png | | | | |
| 503 | 2023.06.29 - 07.44.53 - Screen Shot 2023-07-03 at 5.27.40 AM.png | | | | |
| 504 | 2023.06.29 - 07.48.14 - Screen Shot 2023-07-03 at 5.27.07 AM.png | 5/13/25 | 5/13/25 | Marc Gastaldo | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 505 | 2023.12.03 - 09.14.00 - Screen Shot 2023-07-03 at 6.41.13 AM.png | | | | |
| 506 | 2023-08-09 12.05.17.mp4 | | | | |
| 507 | 2023-08-09_11-55-13.png | 5/13/25 | 5/13/25 | Marc Gastaldo | |
| 508 | 2023-08-09_11-55-38.png | | | | |
| 509 | 2023-08-09_11-55-55.png | | | | |
| 510 | 2023-08-09_12-01-14.png | | | | |
| 511 | Piney Branch Video Clip.mp4 | 5/15/25 | 5/15/25 | Jeffery Marcus | |
| **600 – Business Records and Official Documents** | | | | | |
| 601 | Google Certificate of Authenticity.pdf | 5/13/25 | 5/13/25 | Marc Gastaldo | |
| 602 | USCP BOLO Alert.pdf | 5/13/25 | 5/13/25 | Marc Gastaldo | |
| 603 | MPD Certificate of No Record of a License to Carry a Pistol | | | | |
| 604 | WA Firearms Purchase Records | 5/13/25 | 5/13/25 | Marc Gastaldo | |
| 605 | MPD Certificate of No Record of a License to Carry a Pistol – Serrano-Fernandez | 5/15/25 | 5/15/25 | Yimary Serrano-Fernandez | |
| 606 | MPD Certificate of No Record of a License to Carry a Pistol – Serrano-Fernandez | 5/15/25 | 5/15/25 | Yimary Serrano-Fernandez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
|  | 700 – Stipulations | | | | |
| 701 | Stipulation for BWC | 5/14/25 | 5/14/25 | | |
| 702 | Stipulation for Chain of Custody of Physical Evidence | 5/13/25 | 5/13/25 | Marc Gastaldo | |
| 703 | Stipulation for DNA | 5/14/25 | 5/14/25 | | |
| 704 | Stipulation for Digital Devices | 5/13/25 | 5/13/25 | Marc Gastaldo | |

|  | United States of America | | | | |
|---|---|---|---|---|---|
| Government ✓ | VS. | | | Civil/Criminal No. | CR 23-229 (CJN) |
| Plaintiff ☐ | | | | | |
| Defendant ☐ | Taylor Taranto | | | | |
| Joint ☐ | | | | | |
| Court ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 802 | Transcript of Supression Hearing 5/15/2025 | | | Joshua Rothman | |
| 607 | MPD Certificate of No Record of a License to Carry a pistol - Serrano-Fernandez | 5/15/25 | 5/15/25 | Vimarry Serrano-Fernandez | |
| 512 | Certificate of Authenticity (Meta) | 5/20/25 | 5/20/25 | Marc Gastaldo | |
| 513A | Video Posted to Facebook (Partial) | 5/20/25 | 5/20/25 | Marc Gastaldo | |
| 513B | Video Posted to Facebook (Partial) | 5/20/25 | 5/20/25 | Marc Gastaldo | |
| 513 | Full Video posted to Facebook | | | | |