UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-229 (CJN) |
| | : | |
| TAYLOR FRANKLIN TARANTO, | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S MOTION TO IMPOSE AN ADDITIONAL CONDITION OF RELEASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to impose on Taylor Taranto an additional condition of release pending sentencing: that he be prohibited from possessing firearms, destructive devices, or other weapons.

### BACKGROUND

On May 20, 2025, this Court found defendant guilty of carrying pistols without a license, unlawfully possessing ammunition, and conveying false information and hoaxes. The evidence showed that he targeted his perceived political opponents by driving his van to locations related to them, and, in at least one instance, was carrying firearms when doing so. One of the firearms was loaded, he had magazines ready for his other firearm, and he was in possession of hundreds of rounds of ammunition. Defendant was released on May 22, 2025, subject to certain conditions of release, including that he stay away from Washington, D.C. (ECF No. 140.)

### ARGUMENT

Defendant should not be allowed to possess firearms, destructive devices, or other weapons pending sentencing. At trial, the government's evidence included a certificate from the State of Washington indicating that Defendant purchased 20 firearms from October 2010 to August 2018.

Attach. 1 (Gov. Ex. 604). The two firearms that Defendant carried unlawfully in 2023 were purchased several years ago, in September 2017 (serial number C193454) and August 2018 (serial number LFK6710). The certificate shows that Defendant purchased at least five other firearms in 2017 and 2018. This shows a likelihood that Defendant owns or possesses other firearms. Because there is a risk that Defendant owns or possesses additional firearms, and his offenses involved firearms, and he exhibited stalking behavior in May and June 2023, the Court should impose an additional condition: that Defendant not possess a firearm, destructive device, or other weapon. This Court has the power to amend the order to impose additional conditions of release, 18 U.S.C. § 3142(c)(3), which the government respectfully requests. This additional condition would be part of the least restrictive combination of conditions that would reasonably assure the safety of the D.C. community in general and the individuals that Defendant perceives as his opponents.

## CONCLUSION

For the foregoing reasons, the United States respectfully requests that the Court impose an additional condition of release prohibiting Defendant from possessing firearms, destructive devices, or other weapons pending sentencing.

Respectfully submitted,

Jeanine Ferris Pirro
UNITED STATES ATTORNEY

By: /s/ Carlos A. Valdivia
CARLOS A. VALDIVIA
DC Bar No. 1019242
SAMUEL WHITE
NC Bar No. 44908
Assistant United States Attorneys
601 D Street, NW
Washington, D.C. 20530
(202) 252-7508
Carlos.Valdivia@usdoj.gov