

STATE OF WASHINGTON
# DEPARTMENT OF LICENSING
*Business & Professions, Firearms Unit*
*PO Box 9649 • Olympia, Washington 98507-9649*

## FIREARM(S) PURCHASED CERTIFICATION

I, Brian Schmidlkofer, hereby certify that I am the custodian of public records in the Firearms Section, Business and Professions Division, Department of Licensing, State of Washington.

On April 24, 2025, a search of the Firearms computer system was made for all information available to date regarding TARANTO, TAYLOR FRANKLIN, D.O.B. : ▮▮▮▮

Our records indicate the following weapon(s) were purchased by this person:

The Department of Licensing has a policy of providing equal access to its services.
If you need special accommodation, please call (360) 664-6616 or TTY (360) 664-8885.

GOVERNMENT EXHIBIT 604

TARANTO, TAYLOR FRANKLIN

Firearms Purchased Certification

STATE OF WASHINGTON
# DEPARTMENT OF LICENSING
Business & Professions, Firearms Unit
PO Box 9649 • Olympia, Washington 98507-9649

## Currently Owned Firearms

| SERIAL# | NCIC | CALIBER | MAKE | FIREARM TYPE | PURCHASE DATE | UBI |
|---|---|---|---|---|---|---|
| EAB4180 | SW | 380 | SMITH AND WESSON | Semiautomatic Pistol | 10/27/2010 | 6012744130010003 |
| XD622830 | SPX | 45 | Springfield Armory (Springfield, IL) | Semiautomatic Pistol | 11/15/2010 | 6012744130010003 |
| 5GM009756 | AMR | 3835 | AMADEO ROSSI & CO (BRAZTECH INTL, L.C.) | Semiautomatic Pistol | 1/25/2014 | 1130040040010001 |
| 27383628 | SR | 22 | Ruger | Semiautomatic Pistol | 2/10/2014 | 1130040040010001 |
| CVC1840 | SW | 14541 | SMITH AND WESSON | Semiautomatic Pistol | 6/2/2014 | 1130040040010001 |
| HTD1140 | SW | 9000 | SMITH AND WESSON | Semiautomatic Pistol | 6/2/2014 | 1130040040010001 |
| M92PV020847 | ZAS | 7620 | Zastava | Pistol | 6/14/2014 | 6012744130010003 |
| 39065804 | SR | 22 | Ruger | Pistol | 6/22/2014 | 1130040040010001 |
| M92PV024654 | CAI | 7620 | Century Arms, Inc. | Pistol | 8/3/2014 | 1130040040010001 |
| XD974024 | USA | 9000 | US military issued (Springfield mil. Wpn) | Pistol | 8/3/2014 | 1130040040010001 |
| CWC2136 | SW | 460 | SMITH AND WESSON | Semiautomatic Pistol | 11/5/2014 | 1130040040010001 |
| CXA9685 | SW | 500 | SMITH AND WESSON | Semiautomatic Pistol | 1/3/2015 | 1130040040010001 |
| CWZ0612 | SW | 357 | SMITH AND WESSON | Semiautomatic Pistol | 6/18/2015 | 1130040040010001 |
| 52B219219 | SSS | 9000 | Sig-Sauer | Pistol | 2/20/2017 | 6012744130010003 |
| 49096140 | SR | 22 | Ruger | Pistol | 3/31/2017 | 1130040040010001 |
| C193454 | FOZ | 9000 | Ceska Zbrojovka | Pistol | 9/18/2017 | 1130040040010001 |
| NU151688 | BER | 9000 | Beretta (Industria S. A.) | Pistol | 10/15/2017 | 1130040040010001 |
| C351687 | FOZ | 9000 | Ceska Zbrojovka | Pistol | 11/18/2017 | 1130040040010001 |
| KX338014 | TAS | 22 | Taurus Brazil | Pistol | 3/14/2018 | 1130040040010001 |
| LFK6710 | SW | 9000 | SMITH AND WESSON | Pistol | 8/27/2018 | 1130040040010001 |

The Department of Licensing has a policy of providing equal access to its services.
If you need special accommodation, please call (360) 664-6616 or TTY (360) 664-8885.

TARANTO, TAYLOR FRANKLIN

Firearms Purchased Certification

STATE OF WASHINGTON

# DEPARTMENT OF LICENSING

Business & Professions, Firearms Unit
PO Box 9649 • Olympia, Washington 98507-9649

**Note:** *RCW 9.41.110 directs Commercial Firearms Dealers to deliver to the Department of Licensing (DOL) a copy of all approved firearm sales within **seven (7) days** of delivery. Although DOL is entering this information daily there will be some lag time between the actual delivery of the firearm and the date DOL receives and enters the information. This system is not a record of ownership, only purchase.*

I hereby certify under penalty of perjury that the above statements are true and correct.

*Brian Schmidlkofer*
Brian Schmidlkofer, Firearms Supervisor
Firearms Section
(360) 664-6616

State of Washington,
County of Thurston

The Department of Licensing has a policy of providing equal access to its services.
If you need special accommodation, please call (360) 664-6616 or TTY (360) 664-8885.

604 / 3                                                              604-003