IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 23-cr-229-CJN |
| | ) | |
| TAYLOR TARANTO, | ) | |
| Defendant | ) | |

## MOTION FOR AUTHORIZATION OF INTERIM PAYMENT

COMES NOW undersigned counsel, and respectfully moves this Court to authorize the payment of interim vouchers in this matter. Counsel has represented Mr. Taranto since November 2024 without compensation. The bench trial was completed on May 20, 2025. As the majority of the work has been completed, counsel seeks authorization of payment of interim vouchers to alleviate any financial hardship during the continued pendency of this matter. Specifically, counsel seeks interim payment consistent with the attached Order provided by this Court and the Circuit Court concerning such matters.

Respectfully submitted,

TAYLOR TARANTO
By Counsel

/s/ Pleasant Brodnax
Pleasant S. Brodnax, III
DC Bar 416694
1701 Pennsylvania Avenue, NW, Suite 200
Washington, D.C., 20006
(202) 462-1100
pleasant.brodnax@gmail.com

Carmen D. Hernandez
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com