IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 23-CR-221 (CJN) |
| v. | : | |
| **TAYLOR FRANKLIN TARANTO,** | : | |
| Defendant. | : | |

## STIPULATION REGARDING RETURN OF VEHICLE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, TAYLOR TARANTO with the concurrence of the defendant's attorneys, agree and stipulate to the below information regarding the return of property to the defendant's custody.

### RECITALS

1. Defendant was arrested on June 29, 2023, in connection with this case. A 2000 black Chevy Express G1500 (the "van") bearing Washington State license plate ▓▓▓▓ and VIN ▓▓▓▓▓▓▓▓▓▓ was seized by law enforcement on the same day.

2. The defendant now requests the van be returned to his custody and agrees it may be released to a designee of his choice.

3. The government intends to use evidence obtained from the van in the ongoing criminal proceedings for this case, including any future appeals or proceedings. The evidence obtained from the van includes any images, videos, and testimony related to the van.

## STIPULATION

Accordingly, the parties AGREE and STIPULATE as follows:

4.      The Defendant understands and agrees that upon release of the van, the government will no longer be able to produce the van for testing or examination pursuant to Federal Rule of Criminal Procedure 16 and the defendant therefore waives his right to make such demands in all future proceedings related to this case.

5.      The Defendant admits that the 2000 black Chevy Express G1500 (the "van") bearing Washington State license plate ▬▬▬▬ and VIN ▬▬▬▬▬▬▬▬ was registered to him in May and June 2023.

6.      The Defendant agrees that images, videos, and testimony about the van previously provided in discovery or offered at trial may be used by either party during all future proceedings, including sentencing hearings, post-conviction proceedings, or appeals. The parties agree that evidentiary objections to the authenticity of such images, videos, and testimony are waived, though other objections pursuant to the Rules of Evidence may be raised.

7.      The Defendant agrees that images and video recordings made of the van and provided in discovery are fair and accurate depictions of the van on various dates (including, but not limited to, June 28, 29, and 30, 2023), and the Defendant waives any future challenge to the accuracy of those depictions of the van's interior and exterior.

8. The van will be returned to the defendant or a designee of his choice.

So stipulated.

**For the United States**

                                            Jeanine Ferris Pirro
                                            UNITED STATES ATTORNEY

Date: 5/28/2025             /s/ Samuel White
                                            Carlos A. Valdivia
                                            Samuel White
                                            Assistant United States Attorneys

**For the Defendant**

Date: 5/28/2025             /s/ *Taylor F. Taranto*
                                            Taylor Taranto
                                            Defendant

Date: 5/28/2025             /s/ *Carmen D. Hernandez*
                                            Carmen Hernandez
                                            Pleasant Brodnax
                                            Attorneys for the Defendant