IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | Case No. 23-cr-00229-CJN |
| | * | |
| **TAYLOR TARANTO**, | * | |
| Defendant | * | |
| | * | |

ooOoo

**CONSENT MOTION TO EXTEND THE TIME FOR
FILING POST-TRIAL MOTIONS**

Taylor Taranto, by his undersigned counsel, hereby respectfully moves this Honorable Court, pursuant to Fed. R. Crim. Proc. 45(b) to extend the time for his filing of any post-verdict motions to and including June 24, 2025. AUSA Carlos Valdivia consents to this request.

    1.    Rule 45(b) grants the Court authority to extend the time for a party to take any action for good cause.

    2.    A Motion for Judgment of Acquittal must filed within 14 days of the verdict. *See* Fed. R. Crim. Proc. 29; *see also United States v. DaSilva,* 715 F. Supp. 3d 116, 125 (D. D.C. 2024) ("Rule 29 does not preclude this Court from reconsidering its findings of guilt in this case").

    3.    A Motion for a New Trial must also be filed within 14 days after a finding of guilty. *See* Fed. R. Crim. Proc. 33(b)(2).

    4.    In the instant case, defendant requires additional time to review the transcripts, the law and the Court's finding before either motion may be filed. In addition, due to the press of other matters, counsel requires additional time to complete the work necessary to determine whether either motion should be filed. These circumstances suffice to show "good cause."

    5.    The government consents to this request.

WHEREFORE, Mr. Taranto, through undersigned counsel respectfully moves this Honorable Court to extend the time to June 24, 2025 to file any motion pursuant to Rule 29 or to move the Court to reconsider its findings of guilt; and pursuant to Rule 33.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that the instant notice was served via ECF on all counsel of record this 2nd day of June, 2025.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**