# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 23-CR-229 |
| **v.** : | |
| : | |
| **TAYLOR TARANTO** : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Travis Wolf, who may be contacted by telephone at 202-803-1670 or e-mail at Travis.Wolf@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

By:  /s/ *Travis Wolf*
TRAVIS WOLF
Assistant United States Attorney
NY Bar No: 5483243
United States Attorney's Office
601 D Street, NW
Washington, D.C. 20530
Telephone: 202-803-1670
Travis.Wolf@usdoj.gov