# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 23-CR-229 |
| **v.** : | |
| : | |
| **TAYLOR TARANTO** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Jonathan R. Hornok, who may be contacted by telephone at 202-815-9015 or e-mail at Jonathan.Hornok@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

By:  /s/ *Jonathan R. Hornok*
Jonathan R. Hornok
Assistant United States Attorney
Chief of the Criminal Division
TX Bar No.: 24130828
U.S. Attorney's Office
601 D Street, NW
Washington, D.C. 20530
202-815-9015
Jonathan.Hornok@usdoj.gov