UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TAYLOR TARANTO,<br><br>Defendant. | Case No. 23-cr-229 |

### UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO RETURN PROPERTY (ECF 142)

The United States of America hereby respectfully moves the Court for an extension of time to file its response to the Defendant's Motion to Return Property. ECF 142. At the Sentencing Hearing on October 30, 2025, the Court directed the Government to confer with counsel regarding the return of property or file a response to the Defendant's motion.

On November 19, 2025, the Government provided counsel for the Defendant a proposed stipulation concerning the release of the property which would apply to electronic devices that the Government may seek to use in any post-conviction proceedings. Counsel for the Defendant requested time to confer regarding the stipulation and consented to the Government's motion for the extension of time to file its response to the Defendant's motion.

To afford time for further discussions between the parties regarding the proposed stipulation or the submission of a response motion if no stipulation can be reached, the Government now respectfully requests an extension to file its response until December 19, 2025.

1

WHEREFORE, the Government respectfully submits that good cause exists to grant the limited extension relief requested, no prejudice will result, and requests that the Court extend the time for filing to December 19, 2025.

                                        Respectfully submitted,

                                        JEANINE FERRIS PIRRO
                                        UNITED STATES ATTORNEY

                                        Jonathan R. Hornok
                                        Assistant United States Attorney
                                        Chief of the Criminal Division

By:    */s/ Travis Wolf*
            Travis Wolf
            N.Y. Bar No. 5483243
            Assistant United States Attorneys
            United States Attorney's Office
            for the District of Columbia
            601 D Street NW
            Washington, D.C. 20530
            202-803-1670
            Travis.Wolf@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TAYLOR TARANTO,<br><br>Defendant. | Case No. 23-cr-229 |

## ORDER

Upon consideration of the Government's Unopposed Motion for an Extension of Time to File its Response to the Defendant's Motion to Return Property, and the entire record, it is:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that deadline within which the Government may file its response is extended from November 19, 2025, to December 19, 2025.

**SO ORDERED.**

Date: _____

_____
HON. CARL J. NICHOLS
United States District Judge

3