UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TAYLOR TARANTO,<br><br>Defendant. | Case No. 23-cr-229 |

**SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO RETURN PROPERTY (ECF 142)**

The United States of America hereby respectfully moves the Court for a second extension of time to file its response to the Defendant's Motion to Return Property. ECF 142. The Government is awaiting a response to the proposed stipulation provided to the Defense on November 19, 2025. Counsel for the Defendant has informed the Government that additional time is needed to confer regarding the stipulation.

At the Sentencing Hearing on October 30, 2025, the Court directed the Government to confer with counsel regarding the return of property or file a response to the Defendant's motion.

On November 14, 2025, the Court directed the Government to respond to the Defendant's Motion to Return Property (ECF 142) by November 19, 2025.

On November 19, 2025, the Government provided counsel for the Defendant a proposed stipulation concerning the release of the property which would apply to electronic devices that the Government may seek to use in any post-conviction proceedings. Counsel for the Defendant requested time to confer regarding the stipulation and consented to the Government's motion for the extension of time to file its response to the Defendant's motion, and the parties agreed to a new deadline of December 19, 2025.

1

On December 5, 2025, counsel for the Defendant indicated that additional time would be needed to discuss the proposed stipulation with Mr. Taranto. Counsel indicated no opposition to a new proposed deadline of January 15, 2026.

To afford time for further discussions between the parties regarding the proposed stipulation or the submission of a response motion if no stipulation can be reached, the Government now respectfully requests an extension to file its response until January 15, 2026.

WHEREFORE, the Government respectfully submits that good cause exists to grant the limited extension relief requested, no prejudice will result, and requests that the Court extend the time for filing to January 15, 2026.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

Jonathan R. Hornok
Assistant United States Attorney
Chief of the Criminal Division

By:   */s/ Travis Wolf*
Travis Wolf
N.Y. Bar No. 5483243
Assistant United States Attorneys
United States Attorney's Office
for the District of Columbia
601 D Street NW
Washington, D.C. 20530
202-803-1670
Travis.Wolf@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TAYLOR TARANTO,**<br><br>Defendant. | Case No. 23-cr-229 |

**ORDER**

Upon consideration of the Government's Unopposed Motion for an Extension of Time to File its Response to the Defendant's Motion to Return Property, and the entire record, it is:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that deadline within which the Government may file its response is extended from December 19, 2025, to January 15, 2026.

**SO ORDERED.**

Date: _____

                                              HON. CARL J. NICHOLS
                                              United States District Judge