UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                         CASE NO. 23-CR-0229 (CJN)

TAYLOR TARANTO, Defendant

oooOooo

CONSENT MOTION TO EXTEND THE TIME
TO RESPOND TO THE PROBATION PETITION

Taylor Taranto, by his undersigned counsel, hereby respectfully moves this Honorable Court for a one-day extension to respond to the Probation Petition (ECF 169). The United States consents to this request.

1. On 12/16/2025, this Court Ordered Mr. Taranto to file a response to the Probation Petition (ECF 169) on or before December 18, 2025. Minute Order, entered on 12/16/2025 at 5:17 pm.

2. The Petition is five pages long and seeks substantial modifications to the conditions of supervised release. As a sealed document, it was not immediately available through ECF for review by undersigned counsel.

3. Undersigned counsel has had two proceedings in Court on this date and other pending matters in the last few days.

4. In addition, as a result of the time-difference between Mr. Taranto's west coast home and this district, undersigned counsel has not had an opportunity to speak directly with Mr. Taranto about the substance of the petition. The only communications have been through email, which have not provided an adequate method of explaining to Mr. Taranto the substance of the petition or Mr. Taranto's rights.

5. Counsel believes that the Petition merits a response.

6. Accordingly, Counsel respectfully requests one additional day to file a response to the Petition to allow adequate time to consult with Mr. Taranto and provide adequate representation.

7. The United States does not oppose.

WHEREFORE, Mr. Taranto, through undersigned counsel, respectfully moves this Honorable Court, with the consent of the United States, to extend the time for a response to the Petition for one day to and including December 19, 2025.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
DC Bar No. MD03366
7166 Mink Hollow Rd
Highland, MD  20777
240-472-3391
Chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that copy of the instant Motion was served via ECF this 18th day of December, 2025.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**