UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:23-CR-00229-CJN |
| TAYLOR TARANTO ) | |
| ) | |
| Defendant. ) | |

MOTION TO WITHDRAW AS COUNSEL

COMES NOW the undersigned, and respectfully requests the Court permit him to withdraw as one of the two counsel appointed to represent Mr. Taranto. The trial and sentencing hearing have concluded and Mr. Taranto is still represented by Carmen Hernandez, Esq.

Mr. Taranto does not object to this motion.

Respectfully submitted,

TAYLOR TARANTO
By Counsel

/s/ Pleasant Brodnax
Pleasant S. Brodnax, III
DC Bar 416694
1701 Pennsylvania Avenue, NW
Suite 200
Washington, D.C., 20006
(202) 462-1100
pleasant@pleasantbrodnax.com