# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| vs. | * Case No. 23-cr-00229-CJN |
| **TAYLOR TARANTO**, | * |
| Defendant | * |

ooOoo

## NOTICE OF APPEAL

Taylor Taranto, by his undersigned CJA counsel, hereby notes an appeal of the Order Modifying Conditions of Release entered in this case on January 8, 2026 (ECF 176).

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served via ECF on all counsel of record this 22nd day of January, 2026.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**