**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 23-cr-229 (CJN)** |
| **v.** | : | |
| | : | |
| **TAYLOR TARANTO,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for

the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant

United States Attorney, Gauri Gopal, who may be contacted by telephone on (202) 252-2628 or e-

mail at Gauri.Gopal@usdoj.gov.  This is notice of their appearance in this matter on behalf of the

United States.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:     /s/ *Gauri Gopal*
        GAURI GOPAL
        PA Bar No. 306718
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        202-252-7071
        Gauri.Gopal@usdoj.gov