**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **vs.** | * | **Case No. 23-cr-00229-CJN** |
| | * | |
| **TAYLOR TARANTO**, | * | |
| **Defendant** | * | |
| | * | |

**ooOoo**

**TAYLOR TARANTO'S RESPONSE TO PROBATION PETITIONS**

Taylor Taranto, by his undersigned counsel, hereby respectfully responds to the two current

Petitions filed by the Probation Office (ECF 179, 2/3/26) and (ECF 180, 3/13/26). The two petitions

appear to be identical. The current Petitions (pp 1-6) quote verbatim the earlier petitions (ECF 167,

169, 173). Those allegations were addressed and resolved by this Honorable Court after a hearing

held on January 5, 2026. *See* Order (ECF 176, 1/8/26). Only pages 7-8 of the current Petitions

provide new information.

The short answer to the new information in the recent Petitions is that Mr. Taranto has not

committed any new crimes nor do any of the alleged infractions merit imprisonment. Mr. Taranto

has continued to attend mental health treatment as directed by the Court. *See* Sealed Exhibit 1. He

continues to reside in the State of Washington as directed by the Court.

The thrust of the current alleged violations set out in the recent Petitions is a dispute over Mr.

Taranto's living arrangements. The Probation Office has directed Mr. Taranto to reside at his family

home whereas Mr. Taranto is living in his van which is parked on his property. The Probation Office

has indicated that Washington State will not accept supervision unless Mr. Taranto resides in the

family home. However, Mr. Taranto's living arrangements were known to the Court at the time of

the last hearing.  The Court did not Order that Mr. Taranto modify those arrangements.  Accordingly, the Probation Office's decision to reject those living arrangements does not amount to a violation of the conditions of Supervised Release imposed by the Court nor require the imposition of any sanctions.

Respectfully submitted,

/s/ *Carmen D. Hernandez*

**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391; chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served via ECF on all counsel of record this 21st day of April, 2026.

/s/ *Carmen D. Hernandez*

**Carmen D. Hernandez**