**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **vs.** | * | **Case No. 23-cr-00229-CJN** |
| | * | |
| **TAYLOR TARANTO**, | * | |
| **Defendant** | * | |
| | * | |

**ooOoo**

**CONSENT MOTION TO EXTEND THE TIME FOR
FILING STATUS REPORT FOR ONE WEEK**

Taylor Taranto, by his undersigned counsel, hereby respectfully moves this Honorable Court to extend the time for the parties to confer and file a Status Report regarding Probation Petition (ECF 187) for one week to and including August 7, 2026. The reason for the request is that the parties require additional time to comply with the Court's Minute Order regarding this matter. The government consents to this request.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that the instant notice was served via ECF on all counsel of record this 30th day of July, 2026.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**