**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 23-cr-229 (CJN)** |
| **v.** | : | |
| | : | |
| **TAYLOR TARANTO,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for

the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant

United States Attorney, Samuel Deau, who may be contacted by telephone on (202) 803-1643 or

e-mail at Samuel.Deau@usdoj.gov.  This is notice of their appearance in this matter on behalf of

the United States.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ *Samuel Deau*
Samuel Deau
DC Bar No. 90042268
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 803-1643
Samuel.Deau@usdoj.gov