**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No.: 23-cr-229 (CJN)** |
| **v.** | **:** | |
| | **:** | |
| **TAYLOR TARANTO,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### JOINT MOTION FOR EXTENSION OF TIME

The United States of America by and through its attorney, the United States Attorney for the District of Columbia; the defendant, by and through his attorney; and the United States Probation Office (jointly, "the Parties"), move for an extension of time to file the joint status report until August 24, 2026.

The lead United States Probation Officer is currently out of office and returns on August 17, 2026. The United States Probation Officer from Washington State, whose office is doing courtesy supervision for the DC Probation Office requests to confer with the lead United States Probation Officer before providing Probation's position. The government and the defendant would like to understand the Probation Office's position before filing the joint status report. Therefore, the Parties jointly request an extension of time to file the Joint Status report by August 24, 2026 considering the parties' schedules.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    /s/ *Samuel Deau*
Samuel Deau
DC Bar No. 90042268
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Samuel.Deau@usdoj.gov