**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 23-cr-229 (CJN)** |
| **v.** | : | |
| | : | |
| **TAYLOR TARANTO,** | : | |
| | : | |
| **Defendant.** | : | |

# JOINT STATUS REPORT

Taylor Taranto, through his undersigned counsel, submits this Joint Status Report. The United States of America by and through its attorney, the United States Attorney for the District of Columbia and the United States Probation Office, jointly submit this Status Report in reference to Probation Petition dated July 8, 2026, and the Probation Status Report, dated August 24, 2026, in accordance with this Court's Orders.

1. On June 11, 2026, the USPO conducted a successful home inspection of Mr. Taranto's residence and vehicle. Petition, 7/8/26 at 9.

2. Two outstanding issues remained after the successful home inspection. First, Probation has requested that Mr. Taranto complete a computer disclosure form by June 24, 2026. A copy of the blank form provided to Mr. Taranto by the Probation Officers is attached as Ex. 1. Second, Probation has requested an opportunity to inspect the gun safe located within Mr. Taranto's home. *Id.*

3. **Gun Safe.** Mrs. Taranto consulted an attorney regarding the inspection of the gun safe. Through counsel, Allen Orenberg, Mrs. Taranto has advised that she will not grant permission to the Probation Officers to inspect the gun safe without a warrant or other Order of the Court directed at her."

4. **Computer Disclosure Form.** On August 7, 2026, Mr. Taranto emailed the computer disclosure form to Probation Officer Valencia. A copy of the completed form will be provided to the Court under seal. Considering the form that Mr. Taranto emailed to USPO Valencia, it appears that Mr. Taranto's position is that he "abandoned," *i.e.,* deleted or inactivated all his social media and email accounts. He has also "abandoned" any electronic devices that he had previously possessed as they are now in the safe that he cannot access.

5. **Hearing.** As set out in its Status Report dated August 24, 2026, the Probation Office believes that Court intervention is necessary to address the computer disclosure form and the inspection of the gun safe and requests that the Court schedule a hearing. The Government concurs.

6. Counsel for Mr. Taranto takes no position on the request for a hearing.

7. The parties are available on September 4, 2026, in the afternoon.

Respectfully submitted,

/s/ *Carmen D. Hernandez*

**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that the instant notice was served via ECF on all counsel of record this 25th day of August 2026.

/s/ *Carmen D. Hernandez*

**Carmen D. Hernandez**