# COMPUTER DISCLOSURE FORM

NAME ______________________________ Pacts No. ______________

## COMPUTERS

| | Brand | Model | Serial No. | Owner | Password |
|---|---|---|---|---|---|
| ☐ Desktop ☐ Laptop | | | | | |
| ☐ Desktop ☐ Laptop | | | | | |

## MOBILE DEVICES

| | Brand | Model | Serial No. | Owner | Password |
|---|---|---|---|---|---|
| ☐ Cell ☐ Tablet ☐ Other | | | | | |
| ☐ Cell ☐ Tablet ☐ Other | | | | | |

## GAMING CONSOLES

| Device | Brand | Model | Serial No. | Owner | Password |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

## EXTERNAL STORAGE

| Device | Brand | Model | Serial No. | Owner |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## EMAIL ACCOUNT(S)

| | Email Address | Owner |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

**SOCIAL MEDIA ACCOUNTANTS** (Facebook; Twitter; LinkedIn; Snapchat; Google +; Tumblr; Instagram; Flickr; Vine; Meetup)

| | Website | Username | Password |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

**Cloud Storage** (Drop Box, Media Fire, Google Drive, OneDrive, Amazondrive, etc.)

| | Service | Username | Password |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

To the best of my knowledge and belief, the information I have provided in this statement is true, correct and complete. I understand that a false statement on this form may result in a violation of supervision or a separate charge of false statements under 18 U.S.C. §1001 (up to five years imprisonment, a fine of $250,000, or both).

Name: ______________________ Signature: ______________________ Date: ______________

USPO: ______________________ Signature: ______________________ Date: ______________