**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **vs.** | * | **Case No. 23-cr-00229-CJN** |
| | * | |
| **TAYLOR TARANTO,** | * | |
| **Defendant** | * | |
| | * | |

**ooOoo**

**CONSENT MOTION TO RESCHEDULE THE REVOCATION HEARING TO A LATER TIME**

Taylor Taranto, by his undersigned counsel, hereby respectfully moves this Honorable Court to reschedule the Revocation Hearing to 5:00 p.m. on Wednesday, September 9, 2026 for the reason that undersigned counsel will be in trial before the Honorable John D. Bates on that day and unavailable to appear at 3:00 p.m.

1. The Court issued a Minute Order on August 26, 2026, scheduling a virtual Revocation hearing for Wednesday, September 9, 2026, at 3:00 p.m.

2. Undersigned counsel will be in trial on that date but can appear before Your Honor at the end of the trial date, at 5:00 p.m.

3. Counsel for the government and the Probation Officers from this District and from the District of Washington are all available at 5:00 p.m. on September 9, 2026.

Respectfully submitted,

*/s/ Carmen D. Hernandez*

**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that the instant notice was served via ECF on all counsel of record this 1st day of September, 2026.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**