**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 23-cr-229 (CJN)** |
| **v.** | : | |
| | : | |
| **TAYLOR TARANTO,** | : | |
| | : | |
| **Defendant.** | : | |

**<u>GOVERNMENT'S MEMORANDUM ON DEFENDANT'S SUPERVISED RELEASE VIOLATIONS</u>**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia files this Memorandum in response to the Court's request for a "memorand[um] recommending next steps." *See* 08/26/26 Minute Order.

Taylor Taranto (the "defendant") consistently has violated the terms of his supervised release. Indeed, as the Court noted in its most recent minute order, this is "the sixth hearing concerning the terms of his supervised release." *Id.* Accordingly, the Court has set a revocation hearing to adjudicate the defendant's supervised release violations. The government agrees a revocation hearing is necessary and at that hearing, the government intends on deferring to the United States Probation Office's recommendation regarding the defendant's revocation from supervised release.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ *Samuel M. Deau*
Samuel M. Deau
DC Bar No. 90042268
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Samuel.Deau@usdoj.gov