**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **vs.** | * | **Case No. 23-cr-00229-CJN** |
| | * | |
| **TAYLOR TARANTO**, | * | |
| **Defendant** | * | |
| | * | |

**ooOoo**

**MOTION TO RESCHEDULE THE REVOCATION HEARING TO A LATER DATE AND EXTEND THE TIME FOR FILING A MEMORANDUM BY MR. TARANTO**

Taylor Taranto, by his undersigned counsel, hereby respectfully moves this Honorable Court to reschedule the Revocation Hearing to September 23 or 24, 2026, or a date thereafter due to undersigned counsel's trial schedule and related issues. USPO Stallman does not oppose the later date and both Probation Officers are available on those dates. The government opposes the continuance. A corresponding extension of the time for filing Mr. Taranto's response to the Government's position and "recommending next steps" as the Court directed is also requested.

1. At undersigned counsel's request, the Court had rescheduled the revocation hearing from 3:00 p.m. to 5:00 p.m. on September 9, 2026 to accommodate counsel's trial schedule.[1]

2. Since that rescheduling, the pretrial work in that case has increased substantially. Judge Bates held an evidentiary hearing on a complex issue regarding phone extractions and Cellebrite reports and required post-hearing memoranda. On September 2, 2026, Judge Bates also expanded the role it will allow undersigned counsel to take during the trial, which is proceeding with a *pro se* defendant. In addition, last minute evidentiary and other issues have arisen, which required

[1] United States v. Parker, No. 25-cr-0096 (JDB) involves a three-count sex trafficking case, with the lead count carrying a 15-year mandatory minimum term of imprisonment.

undersigned counsel to file four more motions since this Court rescheduled the hearing to 5 p.m.

3. Counsel's assistance to the *pro se* defendant has taken up more time than counsel anticipated. Opening statements are scheduled for September 10, 2026, and undersigned counsel will need to meet with the pro se defendant after the court day on September 9, 2026, the same date as the Taranto Revocation Hearing. The end-of-day hearing Revocation Hearing on September 9, 2026, will cause prejudice to the *pro se* defendant, being represented as stand-by counsel by undersinged in the pending trial before Judge Bates.

4. The government's memorandum submitted as directed by this Court on September 3, 2026, states that it will defer to Probation's recommendation. Mr. Taranto's memorandum in response is due to be filed today, September 8, 2026. In setting the staggered deadlines for the parties' responses, the Court apparently expected that the government's recommendation would be known by the time Mr. Taranto filed his memorandum. However, Probation has not filed its recommendation at this point so it is unclear what Mr. Taranto is facing at the Revocation Hearing.

5. A continuance is necessary to allow undersigned counsel to communicate with Mr. Taranto regarding the recommendation that will be made to the Court by the Government in deference to the Probation Department before filing the Taranto memorandum.[2]

6. In light of the fact that no recommendation has been made jointly by the Government, in deference to the Probation Department; defense counsel's trial schedule; and the additional time necessary to communicate with Mr. Taranto by mail, counsel respectfully requests that the Court

---

[2] Communication between undersigned Counsel and Mr. Tartanto will take longer as apparently the communications need to be done by USPS mail. Upon reviewing Mr. Taranto's Rumble account this morning, the last posting on his account appears "15 days ago", on or about August 24, 2026.

continue the final Revocation Hearing to September 23 or 24, or a later date.

7. Counsel also respectfully requests that the Court extend the time for filing the Taranto Memorandum "recommending next steps" as directed by the Court to a date corresponding to the September 23 or 24 hearing.

WHEREFORE, for the foregoing reasons, Mr. Taranto respectfully requests that this Honorable Court continue the final Revocation Hearing to September 23 or 24, 2026, or another date thereafter convenient to the Court. He also respectfully requests that the Court extend the time for filing his memorandum to a corresponding later date after the Government/Probation Office recommendation has been disclosed.

Respectfully submitted,

*/s/ Carmen D. Hernandez*

**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that the instant notice was served via ECF on all counsel of record this 8th day of September, 2026.

*/s/ Carmen D. Hernandez*

**Carmen D. Hernandez**