**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **United States of America** | * | |
| **v.** | * | **Case No. 1:23-cr-00229-CJN** |
| | * | |
| **Taylor Taranto,** | * | |
| **Defendant** | * | |

******

**MOTION TO CONTINUE REVOCATION HEARING AND EXTEND THE TIME FOR FILING MEMORANDUM**

Mr. Taranto, by his undersigned counsel, hereby respectfully moves this Honorable Court to continue the Revocation Hearing and extend the time for filing a Memorandum regarding the pending issues.

1. Undersigned counsel has been in trial since September 9, 2026. While trial is expected to end this week, despite due diligence counsel has not had time to devote the necessary time to the Revocation issues pending before the Court.

2. Counsel reached out to Government counsel just a few minutes ago during the luncheon break in the trial to determine his position on the instant Motion. Not unexpectedly, Government counsel has not yet responded.

Wherefore, in light of counsel's trial schedule, Mr. Taranto through undersigned counsel, respectfully requests that his Honorable Court continue the Revocation Hearing and extend the time for filing of Defendant's Memorandum.

Respectfully submitted,

/s/

**Carmen D. Hernandez**
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391; Chernan7@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the instant motion was served on all counsel of record via ECF this 22nd day of September, 2026.

/s/
________________________________________
**Carmen D. Hernandez**