**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**TAYLOR TARANTO,**<br><br>**Defendant.** | **Case No. 23-CR-229 (CJN)** |

**SUPPLEMENT TO RESPONSE TO PROBATION OFFICER'S MEMORANDUM**

Taylor Taranto, by his undersigned counsel, hereby files the Computer Disclosure Form that he submitted to the Probation Officer on August 7, 2026, referenced in his Response to Probation Officer's Memorandum as Exhibit 1.

Respectfully submitted,

/s/

**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391; chernan7@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that the instant Supplement was served via ECF on all counsel of record this 3rd day of October, 2026.

/s/

**Carmen D. Hernandez**