**COMPUTER DISCLOSURE FORM**

ps doj needs to give me back all property and accounts seized improperly not used in conviction

NAME taylor taranto PACTS No. n/a

lawyer refused to assist but has my medications as collateral, never sent nor received

**COMPUTERS**

| | Brand | Model | Serial No. | Owner | Password |
|---|---|---|---|---|---|
| ☐ Desktop ☐ Laptop | n/a abandoned property | | | | |
| ☐ Desktop ☐ Laptop | | | | | |

**MOBILE DEVICES**

| | Brand | Model | Serial No. | Owner | Password |
|---|---|---|---|---|---|
| ☐ Cell ☐ Tablet ☐ Other | n/a abadoned property | | | | |
| ☐ Cell ☐ Tablet ☐ Other | | | | | |

**GAMING CONSOLES**

| Device | Brand | Model | Serial No. | Owner | Password |
|---|---|---|---|---|---|
| n/a | | | | | |
| property abandoned | | | | | |

**EXTERNAL STORAGE**

| Device | Brand | Model | Serial No. | Owner |
|---|---|---|---|---|
| n/a property abandoned | | | | |
| | | | | |
| | | | | |
| | | | | |

**EMAIL ACCOUNT(S)**

| | Email Address | Owner |
|---|---|---|
| 1. | n/a property abandoned | |
| 2. | | |
| 3. | | |
| 4. | | |

73% 1 /2

**SOCIAL MEDIA ACCOUNTANTS** (Facebook; Twitter; LinkedIn; Snapchat; Google +; Tumblr; Instagram; Flickr; Vine; Meetup)

| | Website | Username | Password |
|---|---|---|---|
| 1. | n/a abandoned | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

**Cloud Storage** (Drop Box, Media Fire, Google Drive, OneDrive, Amazondrive, etc.)

| | Service | Username | Password |
|---|---|---|---|
| 1. | | | |
| 2. | n/a | | |
| 3. | | | |
| 4. | | | |

To the best of my knowledge and belief, the information I have provided in this statement is true, correct and complete. I understand that a false statement on this form may result in a violation of supervision or a separate charge of false statements under 18 U.S.C. §1001 (up to five years imprisonment, a fine of $250,000, or both).

Name: Insert taylor taranto Signature: taylor taranto Date: 8/7/2026

USPO: ______ Signature: ______ Date: ______

73% 2 /2