**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 23-cr-229 (CJN)** |
| **v.** | : | |
| | : | |
| **TAYLOR TARANTO,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION TO CONTINUE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia files this Motion to Continue the Defendant's Revocation Hearing set for Friday, October 9, 2026, at 12:30 pm.

On September 22, 2026, the Defendant filed, and the Court granted, the Defendant's motion to continue the revocation hearing set for September 23, 2026. The Court reset the Defendant's revocation hearing for October 9, 2026, at 12:30 pm. On October 3, 2026, the Defendant filed his response to Probation's Memorandum. ECF No. 202. Additionally, the Defendant filed a Motion to Eliminate the Cybercrime Management Condition of Supervised Release. ECF No. 204.

The government moves to continue the revocation hearing for two reasons. First, the government intends to file a written response to the Defendant's Motion to Eliminate the Cybercrime Management Condition and it requires more time to file it before Friday, October 9. Second, based on the issues presented in the Defendant's response to Probation's Memorandum and the Motion to Eliminate the Cybercrime Management Condition, the government anticipates the hearing may take a significant amount of time. Counsel for the government has a suppression hearing before Judge Reyes on October 9 at 2:00 pm that may conflict with the revocation hearing.

The government contacted defense counsel and probation for their position on the request and their availability next week. The Probation office is unopposed to the government's request. Defense counsel was not able to provide a response within the short period of time between the government's request and its filing of this motion.

The government and the Probation office are available the following days next week:

- Monday, October 12;
- Tuesday, October 13 after 12:00 pm;
- Friday, October 16.

Accordingly, the government respectfully requests that the Court continue the revocation hearing until the week of October 12, 2026.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Samuel Deau*
Samuel Deau
DC Bar No. 90042268
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Samuel.Deau@usdoj.gov