**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CASE NO: 25-cr-00096-JDB** |
| | * | |
| **DEVONTEE PARKER,** | * | |
| **Defendant** | * | |

**CONSENT MOTION TO EXTEND TIME FOR FILING POST-TRIAL MOTIONS AND TO CONTINUE SENTENCING HEARING**

Devontee Parker, *pro se*, through undersigned stand-by counsel, hereby respectfully moves this Honorable Court, pursuant to FED. R. CRIM. PROC. 45(b)(1)(A), to extend for ten days, to November 16, 2026, the time within which to file any motions for new trial or for judgment of acquittal. The reason for the request is that undersigned counsel has been unable to devote sufficient time to research the issues Mr. Parker wishes to raise and to meet with Mr. Parker regarding the motions due to medical issues involving counsel and her family.

For the same reason, Mr. Parker also respectfully moves to continue the sentencing hearing scheduled for February 3, 2027, and the corresponding deadlines, for the preparation of the Presentence Report, and the filing of sentencing memoranda. Counsel for the parties are available the week of March 16, 2027.

AUSA Jessica Arco consents to this request.

Respectfully submitted,

/s/ *Carmen D. Hernandez*

**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
Chernan7@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that the instant notice was served via ECF on all counsel of record this 6th day of November, 2026.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**