**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CASE No. 23-cr-229 (CJN)** |
| | * | |
| **TAYLOR TARANTO,** | * | |
| **Defendant.** | * | |

## CONSENT MOTION TO EXTEND THE TIME FOR FILING DECLARATIONS REGARDING THE GUN SAFE

Defendant Taylor Taranto, through undersigned counsel, respectfully moves this Honorable Court to extend the time for filing Declarations regarding the gun safe to November 13, 2026. The reason for the request is that Mrs. Taranto's attorney is out of town and will not be able to consult with his client by the due date. With respect to Mr. Taranto, additional time is necessary due to the time it takes for undersigned counsel to communicate with him through regular mail. The government consents to this request.

Respectfully submitted,

/s/

**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391; chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served via ECF on all counsel of record this 12th day of November, 2026.

/s/

**Carmen D. Hernandez**