**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CASE No. 23-cr-229 (CJN)** |
| | * | |
| **TAYLOR TARANTO,** | * | |
| **Defendant.** | * | |

---

**NOTICE OF FILING DECLARATION**
**REGARDING THE GUN SAFE**

Defendant Taylor Taranto, through undersigned counsel, as Ordered by this Honorable Court, respectfully files the Declaration of Erica Taranto regarding the Gun Safe located in their home. The Declaration was filed as a Sealed Exhibit (ECF 222).

Respectfully submitted,

/s/

**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391; chernan7@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that the instant notice was served via ECF on all counsel of record this 13th day of November 2026.

/s/

**Carmen D. Hernandez**